

# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627            Fax: (718) 855-4696

1/11/2017

Clerk's Office
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
Attn: Reggie Johnson

      Re:   *Force, et al. v. Islamic Republic of Iran, et al.*
            <u>Docket no. 16-01468 (RDM)</u>

Dear Mr. Johnson:

    We represent the plaintiffs in the above-captioned matter. As a follow up to our second request to the Clerk to effect service of the Complaint, Notice of Suit (along with translations) and a copy of the Foreign Sovereign Immunities Act on defendant the Syrian Arab Republic via DHL [DE 10; 11] pursuant to 28 U.S.C. § 1608(a)(3), enclosed please find the DHL track of the package and the DHL proof of delivery, reflecting DHL's delivery of the package to Syria.

    Please make the appropriate docket entry reflecting this proof of delivery. Please do not hesitate to contact me as necessary.

                                                 Respectfully yours,

                                                 Robert J. Tolchin



EXCELLENCE. SIMPLY DELIVERED. 

14 November 2016

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 5872285845.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 5872285845 was delivered on 14 November 2016 at 09.45**

| | | | |
|---|---|---|---|
| **Signed** | MAHMOD | **Destination Service Area** | DAMASCUS SYRIA |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600003768545396 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 04 November 2016 at 14.34 | **Shipper Reference** | FORCE V. IRAN |

11/14/2016　　　　　Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking



　　　　　　　　　　　　　　　　　English　　Contact Center　　Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 5872285845**
**Signed for by: MAHMOD**
**Get Proof of Delivery**

Monday, November 14, 2016 at 09:45
**Origin Service Area:**
WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
DAMASCUS - DAMASCUS - SYRIA

1 Piece

| Monday, November 14, 2016 | | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered - Signed for by : MAHMOD | DAMASCUS | 09:45 | 1 Piece |
| 21 | With delivery courier | DAMASCUS - SYRIA | 09:33 | 1 Piece |
| **Sunday, November 13, 2016** | | **Location** | **Time** | **Piece** |
| 20 | Scheduled for delivery as agreed | DAMASCUS - SYRIA | 15:10 | 1 Piece |
| 19 | With delivery courier | DAMASCUS - SYRIA | 13:06 | 1 Piece |
| 18 | Arrived at Delivery Facility in DAMASCUS - SYRIA | DAMASCUS - SYRIA | 11:54 | 1 Piece |
| 17 | Arrived at Sort Facility DAMASCUS - SYRIA | DAMASCUS - SYRIA | 10:49 | 1 Piece |
| **Thursday, November 10, 2016** | | **Location** | **Time** | **Piece** |
| 16 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 11:22 | 1 Piece |
| 15 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 06:44 | 1 Piece |
| **Wednesday, November 09, 2016** | | **Location** | **Time** | **Piece** |
| 14 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 16:31 | 1 Piece |
| 13 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 06:46 | 1 Piece |
| 12 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 02:32 | 1 Piece |
| **Tuesday, November 08, 2016** | | **Location** | **Time** | **Piece** |
| 11 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:51 | 1 Piece |
| 10 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:55 | 1 Piece |
| 9 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 06:21 | 1 Piece |
| 8 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 03:11 | 1 Piece |
| **Sunday, November 06, 2016** | | **Location** | **Time** | **Piece** |
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 15:11 | 1 Piece |
| **Saturday, November 05, 2016** | | **Location** | **Time** | **Piece** |
| 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 06:38 | 1 Piece |
| **Friday, November 04, 2016** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:27 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:25 | 1 Piece |
| **Monday, November 14, 2016** | | **Location** | **Time** | **Piece** |

11/14/2016 Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking

| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:34 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:32 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 14:34 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please   contact DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group