**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------X

STUART FORCE, *et al.*,

Plaintiff, Docket No: 16-cv-1468(RDM)

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants.

-------------------------------------------------------------------X

# STATUS REPORT

Plaintiffs respectfully submit this status report in compliance with the Court's minute order of April 6, 2017.

There are three defendants in this action: The Syrian Arab Republic, The Islamic Republic of Iran, and The Iranian Ministry of Information and Security.

Service of process against Syria has been accomplished and Syria is now in default. Service against Syria was accomplished by mail service dispatched by the Clerk in keeping with the service provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608(a)(3).

Service on the Iranian defendants is still in process. Efforts to serve the Iranian defendants by mail service under 28 U.S.C. § 1608(a)(3) were unsuccessful, and accordingly in compliance with the FSIA on November 1, 2016 pursuant to 28 U.S.C. § 1608(a)(4) plaintiffs asked the Clerk to dispatch a request to the State Department to carry out service by diplomatic means, and provided the clerk with the requisite materials (DE 9). The Clerk dispatched the

service packages to the State Department on November 4, 2016 (DE 11). At present, we are still awaiting proof of diplomatic service from the State Department.

Accordingly, the status of this matter is presently that the defendant Syria is in default, and service on the Iranian defendants is in process via the State Department.

Dated: Brooklyn, New York
April 6, 2017

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: ______________________________
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627`