# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

STUART FORCE, *et al*.,

          Plaintiffs,

                                    Civ. No. 1-16-cv-01468

      v.

THE ISLAMIC REPUBLIC OF IRAN, *et al*.,

          Defendants.

-----------------------------------------------------------x

## DECLARATION OF DR. MATTHEW LEVITT

     I, Dr. Matthew Levitt, of the City of Washington, D.C., this February 20, 2018, declare under penalty of perjury that the following is true and correct:

### A.      Nature of this Expert Witness Report

     1.      I have been asked by counsel for the plaintiffs in the case of *Force, et al. v. The Islamic Republic of Iran, et al.* to provide my professional opinion concerning: the purpose of Hamas attacks; the importance of Iranian support for Hamas operations; Iran's financial and material support of Hamas prior to 2012; Iran's continued support for Hamas from 2012 and on; Iranian financial and material support for Palestinian Islamic Jihad (PIJ) over time, through and including the 2014 time period.  I have also been asked to take a close look at the March 6, 2008, Hamas attack at the Merkaz HaRav yeshiva (religious school) in Jerusalem as a case study.

     2.      My opinion, as set forth below, is based upon my academic studies, research, field research, travel in the Middle East and work in counterterrorism intelligence over the course of many years with a focus on Palestinian terror groups such as Hamas and Hezbollah and their

1

state sponsors – led by Iran. During the course of my career, I have obtained information from numerous sources, including conversations with experts, officials, academics and others, academic and professional lectures and review of books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well).

3.      Moreover, in preparing this opinion, I have examined the complaint in the above referenced case filed by the plaintiffs.

**B.      Professional Background**

4.      My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

5.      I am a United States citizen, residing in the Washington, D.C. area.  I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University.  The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

6.      My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East.  My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process.  The dissertation examines acts of terrorism carried out by both

Islamic and Jewish terrorists.  I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School.  While at Harvard I conducted extensive field research in the West Bank and Gaza Strip.  In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

7.     Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services.  I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more.  In this capacity I also made several trips to the Middle East.   Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

8.      In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies.  Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world."  The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats.    The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

9.      From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury.  In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security.  In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award."   In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

10.      In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence.

In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more.  I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy.

11.     I am an adjunct professor at Georgetown University's Edmund A. Walsh School of Foreign Service.  I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS).  Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

12.     I have developed particular expertise on terrorism in the context of the Israeli-Palestinian conflict, in particular Hamas and Palestinian Islamic Jihad (PIJ), and on Iranian state sponsorship of terrorism.  This expertise is evident from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and books.  I am also the author of a peer-reviewed book on Hamas, published by Yale University Press.  In the words of former senior U.S. government official Daniel

Benjamin, "Levitt is undoubtedly one of the world's foremost experts on Hamas and an outstanding commentator on terrorism in general."[1]  I have provided expert court testimony in both criminal and civil terrorism cases in the United States and abroad, many of which have focused on Hamas, PIJ, and Iranian state-sponsorship of terrorism.  A full list of the cases in which I have provided expert testimony is available in my professional C.V, which is attached hereto as Exhibit A.

13.      At the Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts.  In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East.  I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record.  I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, the UAE, Saudi Arabia, and Turkey.  I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well).  These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field.  Indeed, the Sixth Circuit

---

[1] http://www.amazon.com/Hamas-Politics-Charity-Terrorism-Service/dp/0300122586

has described my research methodology as "the gold standard."[2]   And, in a watershed ruling upholding the constitutionality of the material support statute §2339B, the Supreme Court of the United States cited my work twice to support its position.[3]

14.     Compiling information from sources such as these, I study and evaluate the information and data I collect, and write about and lecture on my findings.  I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking.  When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution.  In civil cases, I often review material provide by counsel.

15.     In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms).  I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel, the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore, and the Emirates Center for Strategic Studies and Research (ECSSR).  I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a senior fellow at The George Washington University's Homeland Security Policy Institute, and am a life member of The Council on Foreign Relations.

16.     The awards and honors I have received include:

- Exceptional Service Award, U.S. Department of the Treasury, January 2007;

---

[2] See Sixth Circuit Court of Appeals ruling in US v. Damrah, at
http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html
[3] See SCOTUS opinion in Humanitarian Law Project et al v. Holder et al, Pp25-26, at
http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006;

- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of   Newsmakers," April 2005;

- European Union Visitors Program (EUVP), 2005;

- Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

- U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

- Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

- Special Act or Service Award, Federal Bureau of Investigation, September 1999;

- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998;

- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

- Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

17.     I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, militant Islam, and terrorist financing. I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France, Denmark and Scotland. Many of these cases involved Hamas and/or Iran. A list of these cases is included in my C.V., which is attached hereto as Exhibit A.

18.     I am widely published, including a book on Hamas entitled *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (New Haven: Yale University Press, 2006) and a book on the impact of Islamist and Jewish terror attacks on the Israeli-Palestinian peace process entitled *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008).   My latest book is *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Washington, DC: Georgetown University Press and Hurst Publishers, 2013).   A full list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V, which is attached hereto as Exhibit A.

C.       __The Purpose and Types of Hamas Attacks__

19.     Hamas, both an acronym for *Harakat al-Muqawama al-Islamiya* (Islamic Resistance Movement) and an Arabic word meaning 'zeal', is a Palestinian Islamist group that emerged in 1987 as an outgrowth of the Palestinian branch of the Egypt-based Muslim Brotherhood. Hamas was founded in December of that year with the goal of eliminating the State of Israel and establishing in its place an Islamist state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip. Hamas employs a three-pronged strategy to achieve this goal: (1) social welfare activity that builds grassroots support for the organization, (2) political activity that competes with the secular Palestinian Authority (PA), and (3) guerilla and terrorist attacks that target Israeli soldiers and civilians.

20.     Hamas also seeks to counter what it perceives as the secularization and Westernization of Arab society, and to become internationally recognized as the sole representative of the Palestinian people, a distinction held by the Palestine Liberation Organization (PLO) since the 1974 Arab League conference in Rabat, Morocco.  Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to these strategies: "Allah is its target, the Prophet is its model, the Koran its constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[4]   Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[5]

---

4 "The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School, http://www.yale.edu/lawweb/avalon/mideast/hamas.htm
5 "Hamas," Counterterrorism Guide, National Counterterrorism Center, http://www.nctc.gov/site/groups/hamas.html

21.     Then-Hamas Secretary General Khaled Mashal stated that by virtue of being an occupied people, Palestinians have every right to use all means at their disposal—including terrorist attacks—to "resist" that occupation.  For some Palestinians that may lead to a two-state solution, but for Hamas the goal is to destroy Israel and create an Islamic Palestinian state in its place.  "The Palestinian people were living in peace and security, then the Israelis occupied the land," Khaled Mashal explained to CNN." According to international law, and according to the Divine laws, the Americans and all peoples, when they are occupied, they resist with all that they have."[6]

22.     Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including bombings, rocket and mortar attacks, shooting attacks, stabbing attacks, kidnappings and attempted kidnappings and car ramming attacks. Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature.  While Hamas terror attacks may not target Westerners, the group's terrorist weapons do not discriminate among their victims.  As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities. For example, on June 12, 2014, Hamas operatives kidnapped and murdered three Israeli teens, including American citizen Naftali Fraenkel. Hamas has purposely targeted many busy civilian venues including, buses, bus and light rail stops, discotheques, restaurants, markets, universities and even a hotel hosting a Passover Seder.[7]

---

[6] Bryony Jones, "Q&A: What is Hamas?" CNN, November 24, 2012,
http://www.cnn.com/2012/11/16/world/meast/hamas-explainer/
[7] "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

23.     Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave the land Hamas maintains belongs to the Palestinians or, at a minimum, pressure their leaders to give concessions to Hamas such as to obtain the release of Palestinian prisoners being held in Israeli prisons.   To these ends, Hamas engages in a wide range of attacks, from shooting, bombing, stabbing, and vehicular attacks, to suicide operations and rocket barrages fired at Israeli civilian population centers. Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature.   This is especially true for the group's roadside shootings, rocket attacks, and suicide bombings.

24.     Hamas suicide bombings may not target Westerners but the group's shrapnel-studded suicide vests do not discriminate among passengers on Israeli buses or patrons at Israeli cafes.  As such, innocent civilians from around the world have been killed in Hamas attacks. For example, on June 7, 2005 a Qassam rocket fired by Hamas killed a Chinese laborer working in the Ganei Tal settlement in the Gaza Strip.  Goldie Taubenfeld, an American mother of thirteen, was killed in a Hamas suicide bus bombing in Jerusalem on August 19, 2003 along with her three month old son. On September 19, 2002, Jonathan Jesner, a Scottish medical student was also murdered on a Tel Aviv bus when a Hamas suicide bomber detonated the explosive device he was wearing.  Hamas has purposely targeted many busy civilian venues including, buses, bus stops, discotheques, restaurants, markets, universities and even a Passover Seder.[8]

---

[8] "Chinese Worker, Palestinian killed in Gaza Settlement Attack," <u>Agence France Presse</u>, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

25.     Since 2008, Gaza-based Palestinian terrorist groups have fired over 8,500 rockets into Israel.[9] 2011 saw significant rocket attacks on Israel from the Gaza Strip.  In fact, the Israeli government reported that "By the second week of 2011, more than 20 rockets, missiles and mortar shells have been fired from the Gaza Strip into Israel's southern communities."[10]  In March 2011, Human Rights Watch issued a report entitled *Gaza: Stop Rocket Attacks Against Israel Civilians*.  "Palestinian rocket attacks on Israeli cities are unlawful and unjustifiable," said Sarah Leah Whitson, Middle East director at Human Rights Watch. "Hamas needs to act to prevent these attacks and hold the people behind them to account."[11]  The following month, Hamas claimed responsibility for an attack in which an anti-tank missile was fired at an Israeli school bus from within the Gaza Strip.  Miraculously, no children were killed in the attack, though a teenager was critically wounded.[12]  In August 2011, 30 rockets were fired at Israeli communities on one day.[13]

26.     Rocket fire was especially heavy in 2012 (Operation Pillar of Defense) and 2014 (Operation Protective Edge), with over 2,000 rockets fired in 2012 and nearly 4,000 in 2014.[14] Rocket fire from the Gaza Strip has been indiscriminate, targeting Israelis, Israeli Arabs, foreign

---

[9] "Rocket fire from Gaza and ceasefire violations after operation Cast Lead, The Israel Ministry of Foreign Affairs, March 16, 2016, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Palestinian_ceasefire_violations_since_end_Operation_Cast_Lead.aspx
[10] "By the Second Week of 2011: Over 20 Rockets Launched from Gaza Strip into Israel," Israel Ministry of Foreign Affairs, January 16, 2011, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/First_week_2011_Over_ten_rockets_launched_Gaza_9-Jan-2011.aspx
[11] *Gaza: Stop Rocket Attacks Against Israel Civilians*, Human Rights Watch, March 1, 2011, https://www.hrw.org/news/2011/03/01/gaza-stop-rocket-attacks-against-israel-civilians
[12] Isabel Kershner, "Missile from Gaza Hits School Bus," *New York Times*, April 7, 2011, http://www.nytimes.com/2011/04/08/world/middleeast/08gaza.html
[13] Anshel Pfeffer, "30 Rockets Strike Israel Day After Coordinated Terror Attacks Kill 8," *Haaretz*, August 19, 2011, https://www.haaretz.com/1.5049244
[14] "Rocket fire from Gaza and ceasefire violations after operation Cast Lead, The Israel Ministry of Foreign Affairs, March 16, 2016, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Palestinian_ceasefire_violations_since_end_Operation_Cast_Lead.aspx

workers, and tourists alike. In one case, a 32-year-old Bedouin man was killed and a 3-month-old girl was severely injured when a rocket fell in their Bedouin community near Dimona.[15]

27.     An array of Palestinian extremist groups, including Hamas and PIJ and PRC, have benefited from Iranian rocket and other weapons shipments.  For example, in March 2014 Israel intercepted the cargo ship *Klos C* off the coast of Sudan and found a variety of weapons believed to be headed for the Gaza Strip, including 40 M-302 rockets, 180 mortars, and approximately 400,000 rounds of ammunition. The weapons were hidden inside crates of cement labeled "Made in Iran."[16]

28.     Hamas also carries out kidnapping operations for the express purpose of using the victim as leverage in prisoner swaps. As recently as April 19, 2016, the *Jerusalem Post* reported the arrest of two men who were involved with a West Bank terror cell that was affiliated with Hamas. According to the Shin Bet, the terror cell "allegedly plotted to kidnap a resident of the Har Bracha settlement in order to gain a bargaining foothold in negotiations to free Palestinian prisoners."[17] The two men arrested, 30-year-old Sa'ad Husam Ahad Fakia and 25-year-old Malak Fatah Ismail Kadus, had already prepared a location to hide the kidnap victim and readied implements to restrain him.

29.     Hamas also employs and inspires vehicular attacks. For example, On December 14, 2015 a vehicular attack occurred at the bus stop near Jerusalem's Chords Bridge. Abed Almohsin Hassoneh, a Hamas operative, rammed his car into the bus stop injuring 13 people and was shot and killed when he tried to pull an axe out of his car and continue the attack. According

---

[15] Adiv Sterman and Itamar Sharon, "Bedouin 'defenseless' as man killed, 4 injured by Gaza rocket,", *Times of Israel*, July 19, 2014, https://www.timesofisrael.com/negev-bedouin-defenseless-as-man-killed-4-injured-by-gaza-rocket/
[16] "Missile shipment from Iran to Gaza intercepted," Israeli Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Missile-shipment-from-Iran-to-Gaza-intercepted-5-Mar-2014.aspx
[17] "'West Bank terror cell plotted to kidnap settler for prisoner swaps'," *Jerusalem Post*, April 19, 2016, http://www.jpost.com/Arab-Israeli-Conflict/West-Bank-men-plotted-to-kidnap-settler-and-trade-him-for-prisoners-Shin-Bet-says-451683

to a Department of Homeland Security bulletin from 2010, car rammings are ideal for terrorists who want to carry out an attack at home but do not possess the means for a grandiose bombing or coordinated plot. Instead "vehicle ramming offers terrorists with limited access to explosives or weapons an opportunity to conduct a Homeland attack with minimal prior training or experience."[18] The intelligence bulletin also indicates that Hamas is employing an established terrorist *modus operandi* according to US Department of Homeland Security.

30.     It must also be noted, however, that Iran funds and provides weapons not only to Hamas but also to Palestinian Islamic Jihad (PIJ) and other groups like the Popular Resistance Committee (PRC).  According to the State Department, Iran is the primary sponsor of weapons and funding to the PIJ, and has also "historically provided training, funding, and weapons to Hamas and other Palestinian terrorist groups."[19] Similarly, the Israeli Ministry of Foreign Affairs (MFA) reports that Iran provides Hamas, PIJ, and the PRC with funding, weapons, and training.[20]  Indeed, in 2014, PIJ received thousands of rockets from Iran, and also relied on Iran's technological support to construct their own rockets in Gaza. These rockets included medium-range Fajr-5 rockets which were constructed in Iran, as well as M75s, which were built in Gaza.[21] The Israeli MFA also reported that Iran provided most of Hamas' weapons in 2014,

---

[18] Terrorist Use of Vehicle Ramming Tactics, Roll Call Release in Collaboration with the ITACG, Department of Homeland Security, December 13, 2010, https://info.publicintelligence.net/DHS-TerroristRamming.pdf

[19] Country Reports on terrorism 2013, U.S. Department of State https://www.state.gov/j/ct/rls/crt/2013/224829.htm

[20] "The Hamas terror war against Israel," The Israel Ministry of Foreign Affairs," March 2011, http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/missile%20fire%20from%20gaza%20on%20israeli%20civilian%20targets%20aug%202007.aspx; "The Popular Resistance Committees (PRC) Terrorist Organization in 2006," The Israel Ministry of Foreign Affairs, March 15, 2007, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/The%20Popular%20Resistance%20Committees%20(PRC)%20Terrorist%20Organization%20in%202006%2015-Mar-2007.aspx

[21] "Iranian weapons in Gaza," The Israel Ministry of Foreign Affairs, November 22, 2012, http://mfa.gov.il/MFA/ForeignPolicy/Iran/SupportTerror/Pages/Iranian_weapons_in_Gaza_22-Nov-2012.aspx

when nearly 4,000 rockets were fired from Gaza into Israel.[22] Additionally, al-Sabirin, a splinter group of PIJ, reportedly receives $10 million a year from Tehran.[23]

31.     In Gaza, Hamas continues to smuggle weapons, money, and equipment in preparation for violent attacks and the next conflict with Israel; Israel foiled 1,226 smuggling attempts at the Gaza border in 2016.[24] Most recently, two Gazan sisters were caught leaving Israel laden with explosives. One of the sisters had a visa into Israel to receive cancer treatment, and attempted to smuggle explosive materials into Israel hidden inside medical supply tubes.[25] The Shin Bet's initial investigation indicates that the supplies were sent by Hamas for use in terrorist attacks in Israel. Israeli authorities have also seized 30 diving suits, allegedly bound for Hamas' burgeoning naval militant branch, hidden within a shipment of imported sports clothes.[26]

32.     In another case, a Gaza fisherman was recently arrested for smuggling equipment to Hamas.[27] In the West Bank, another illicit shipment was intercepted in 2016, filled with

---

[22] "Iran provided most of Hamas' weapons," The Israel Ministry of Foreign Affairs, August 31, 2014, http://mfa.gov.il/MFA/ForeignPolicy/Iran/SupportTerror/Pages/Iran-provided-most-of-Hamas-weapons-31-Aug-2014.aspx; "Rocket fire from Gaza and ceasefire violations after operation Cast Lead, The Israel Ministry of Foreign Affairs, March 16, 2016, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Palestinian_ceasefire_violations_since_end_Operation_Cast_Lead.aspx
[23] Matthew Levitt, "Iran's Support for Terrorism Under the JCPOA," The Washington Institute, July 8, 2016, http://www.washingtoninstitute.org/policy-analysis/view/irans-support-for-terrorism-under-the-jcpoa
[24] Judah Ari Gross, "Israel foiled 1,226 smuggling attempts at Gaza crossing last year," January 15, 2017, http://www.timesofisrael.com/israel-foiled-1226-smuggling-attempts-at-gaza-crossing-last-year/
[25] Yoav Zitun, "Gaza sisters smuggled explosives labeled medicine," YNet, April 19, 2018, https://www.ynetnews.com/articles/0,7340,L-4951092,00.html
[26] Yoav Zitun, "The border authority prevents the smuggling of diving suits to Hamas in Gaza," YNet, April 3, 2017, https://www.ynetnews.com/articles/0,7340,L-4944476,00.html?elqTrackId=f74ae66c68c94fb78307d29b5d90a99b&elq=bad2acd1346c477f9c151942165b3401&elqaid=28311&elqat=1&elqCampaignId=17139%20 ; Yoav Zitun, "Hamas upgrading naval commando unit," YNet, March 27, 2017, https://www.ynetnews.com/articles/0,7340,L-4941386,00.html
[27] Illana Curiel, "Gazan fisherman indicted for smuggling to Hamas," Ynet, November 6, 2016, https://www.ynetnews.com/articles/0,7340,L-4875149,00.html

materials for hundreds of mortars and rockets, and electric engines used for digging tunnels.[28] Hamas also takes advantage of international humanitarian workers. For example, the coordinator of the Turkish Cooperation and Coordination Agency Gaza branch was arrested on charges of aiding the terrorist organization. To advance the accuracy of Hamas rocket attacks, the man claimed he was supposed to bring a disk-on-key to Hamas, containing "improved and elaborately detailed maps of various sites in Israel".[29] He also reportedly helped dig a tunnel, became an expert in explosive devices, and witnessed cash transfers from the Turkish organization to Hamas officials.[30]

33.    Other Hamas tunnels are not dug into the Egyptian Sinai for smuggling purposes, but into southern Israel for the purpose of infiltrating operatives into the country to carry out attacks. In 2012, Hamas had developed a new elite force within the Qassam Brigades to train militants in advanced underground combat. These *Nukhba* fighters trained to "execute strategic terrorist attacks," for which they would wear Israeli military uniforms and carry with them "R.P.G.s, Kalashnikovs, M-16s, hand grenades, and night-vision equipment."[31]

34.    This was far from the first time that Hamas had dug tunnels into Israeli territory – the infamous kidnapping of Israeli soldier Gilad Shalit in 2006 was also carried out by Hamas operatives who had travelled into Israel via tunnel.[32] Yet the sophistication of the tunnel network had surged since the terror organization had seized control of Gaza. In 2013, workers at Kibbutz

---

[28] Yaakov Lappin, "Israel foils attempts to smuggle rocket materials to Hamas in Gaza," Jerusalem Post, May 26, 2016, http://www.jpost.com/Arab-Israeli-Conflict/Israel-foils-West-Bank-attempt-to-smuggle-materials-to-Hamas-in-Gaza-455093

[29] Yoav Zitun, "Hamas requests advanced map software from the Turks: "Google is not accurate enough for rockets," YNet, March 21, 2018, https://www.ynetnews.com/articles/0,7340,L-4875149,00.html

[30] Yonah Jeremy Bob, "Israel Arrests Head of Turkish Humanitarian Group in Gaza for Financing Hamas," Jerusalem Post, March 21, 2017, http://www.jpost.com/Arab-Israeli-Conflict/Head-of-Turkish-aid-group-in-Gaza-arrested-by-Israel-funneled-humanitarian-funds-to-Hamas-484771

[31] Adam Ciralsky, "Did Israel Avert a Hamas Massacre?" Vanity Fair, October 21, 2014, http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[32] "Hamas releases audio of captured Israeli," USA Today, June 25, 2007, http://usatoday30.usatoday.com/news/world/2007-06-25-israeli-palestinian_N.htm

Ein Hashlosha, a residential area near the Israeli-Gazan border, reported strange sounds coming from beneath their village. Upon investigation, Israeli authorities found a tunnel 50 feet underground, over a mile and a half long, an entry point in Khan Younis, and an exit in Ein Hashlosha.[33] Hamas had used about 500 tons of cement, earmarked for civilian infrastructure, in this colossal project. Its detection – and destruction – was mourned by senior Hamas officials.

35.     Prior to Operation Protective Edge, Hamas had constructed a sophisticated tunnel network "between posts, positions, mosques, training camps, and rocket launching sites."[34] All told, the Israeli Defense Forces neutralized 32 tunnels in less than a month in 2014. According to the IDF, 14 of these tunnels had exits in Israel.[35] A senior Israeli intelligence official alleged that Gazan leadership "invested…millions of dollars every year" – in an area known for its crippling poverty and unemployment – for the production of these highly sophisticated tunnels.[36]  While many of these attack tunnels were destroyed by Israel during and after the 2014 conflict with Hamas, the group remains committed to rebuilding its tunnel network both internally within the Gaza Strip and under the Egyptian and Israeli borders. According to Israeli officials, Hamas digs more than six miles of tunnels towards Israel each month.[37]

36.     In several cases, tunnels were discovered under civilian infrastructure, a tactic commonly employed by Hamas that effectively amounts to using human shields as cover for terrorist activities. On June 1, 2017, the United Nations Relief and Works Agency for Palestinian Refugees (UNRWA) uncovered a tunnel that passed under schools in the Maghazi refugee camp

---

[33] Gavriel Fiske and Mitch Ginsberg, "IDF blames Hamas  for 'terror tunnel' from Gaza to Israel," The Times of Israel, October 12, 2013,  http://www.timesofisrael.com/hamas-terror-tunnel-found-running-from-gaza-to-israel/
[34] Adam Ciralsky, "Did Israel Avert a Hamas Massacre?" Vanity Fair, October 21, 2014, http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence
[35] IDF Blog, "Meet the 'Sa'ar 6-class Corvette' boat," February 13, 2018, https://www.idfblog.com/2014/08/05/operation-protective-edge-numbers/
[36] IDF Blog, "Meet the 'Sa'ar 6-class Corvette' boat," February 13, 2018, https://www.idfblog.com/2014/08/05/operation-protective-edge-numbers/
[37] Times of Israel Staff, "Israel: Hamas Digs 6 miles of tunnels each month," *Times of Israel*, July 27, 2016, https://www.timesofisrael.com/israel-hamas-digs-6-miles-of-tunnels-each-month/.

in the Gaza Strip.[38] The tunnel was built westward, deeper into the Gaza Strip, as well as eastward, toward the border with Israel. Four months later, an additional tunnel was found under a different UNRWA school in Gaza.[39] In August 2017, the IDF uncovered a tunnel that ran under an apartment building and a second tunnel that ran under a family home in northern Gaza.[40] The entrance to the first tunnel was directly beneath the apartment building, located in the neighborhood of al-Atatra, and close to a boys' school as well as a medical center. The second tunnel, located under a home, is where Omar Muhammad Mahmoud Hamad, an active member of Hamas, lives with his father, brother, and five children.[41]

37.    Hamas is not the only terrorist group in Gaza digging terror tunnels into Israel, though it sometimes coordinates with other groups to dig and operate them.  In October 2017, Israel bombed a Palestinian Islamic Jihad (PIJ) terror tunnel that ran through Gaza and ended near the Israeli Kibbutz Kissufim.[42] Several Hamas and PIJ members were killed during the attack, and Israel has since recovered five dead Hamas members from the tunnel.[43]

38.    Meanwhile, Hamas is actively working to develop more powerful short-range missiles, and is continuously restocking its arsenal in preparation for the next escalation with

---

[38] Judah Ari Gross, "IDF threatens to blow up Gaza houses covering Hamas tunnels," *Times of Israel*, August 10, 2017, https://www.timesofisrael.com/idf-general-threatens-to-blow-up-gaza-houses-covering-hamas-tunnels/.

[39] Times of Israel Staff, "Israel UN envoy blasts discovery of Gaza tunnel under UNRWA school," *Times of Israel*, October 29, 2017, https://www.timesofisrael.com/israels-un-envoy-blasts-discovery-of-gaza-tunnel-under-unrwa-school/.

[40] Judah Ari Gross, "IDF threatens to blow up Gaza houses covering Hamas tunnels," *Times of Israel*, August 10, 2017, https://www.timesofisrael.com/idf-general-threatens-to-blow-up-gaza-houses-covering-hamas-tunnels/.

[41] Ibid.

[42] Amos Harel, "Israeli Army Destroys Gaza Attack Tunnel reaching Into Israel; 'Iron Dome' Deployed in South," Haaretz, October 30, 2017, https://www.haaretz.com/israel-news/1.819911

[43] Dov Lieber, "Hamas promises 'blood for blood' after tunnel bombing, but sticks to unity plans," *The Times of Israel*, October 31, 2017, https://www.timesofisrael.com/hamas-promises-blood-for-blood-after-tunnel-bombing-but-sticks-to-unity-plans/.

Israel.[44]  Indeed, in October 2017 Hamas leader Yahya Sinwar reaffirmed the group's intentions to prepare for war and destroy Israel: "The discussion is no longer about recognizing Israel but about wiping Israel out… there is not one minute of the day or night where we aren't building up our military might."[45]

39.     Beyond attacks it carries out itself, Hamas also actively incites others to violence, praises attacks against Israel, and prepares for future conflict with Israel. For example, in mid-July, 2017, two Israeli police officers were killed by three terrorists near the Lion's Gate in Jerusalem.[46] Following the attack, Hamas called for further violence against Israel and held a celebratory rally in the Gaza Strip.[47] One week later, three Israelis were stabbed to death in their home in the West Bank by a Palestinian teenager who was affiliated with Hamas.[48] Hamas praised the attack as "heroic" and "necessary."[49] In response to these attacks, the Shin Bet and the IDF arrested twenty-five Hamas members in a West Bank raid, including several higher-ranking members of Hamas in the West Bank wing of the organization.[50]

---

[44] Anna Ahronheim, "Report: Hamas Develops New 'High-Powered' Rocket Akin to Hezbollah Projectiles," *Jerusalem Post*, March 28, 2017, http://www.jpost.com/Arab-Israeli-Conflict/Report-Hamas-develops-new-highly-powerful-short-range-rocket-485405.

[45] Jack Khoury, "Hamas Leader in Gaza: We Will Neither Disarm nor recognize Israel," *Haaretz*, October 19, 2017, https://www.haaretz.com/middle-east-news/palestinians/1.818235.

[46] Ariel Whitman, Hagay Hacohen, Shoshana Kranish, JPost Staff, "Terror Attacks on Jerusalem's Temple Mount, 2 Israeli Police Killed," *Jerusalem Post*, July 14, 2017, http://www.jpost.com/Israel-News/BREAKING-Stabbing-attack-at-Lions-Gate-Jerusalem-499691.

[47] TOI Staff and Agencies, "Hamas calls for attacks on Israelis after temple Mount closure," *Times of Israel*, July 15, 2017, https://www.timesofisrael.com/hamas-calls-for-attacks-on-israelis-after-temple-mount-closure/.

[48] Jacob Magid and TOI Staff, "Israeli Father, son and daughter stabbed to death in West Bank Home," *Times of Israel*, July 21, 2017, https://www.timesofisrael.com/three-hurt-one-critically-in-suspected-stabbing-attack-in-west-bank/.

[49] Anna Ahronheim, "Israel cracks down on Hamas in West Bank after Deadly Attack," Jerusalem Post, July 23, 2017, http://www.jpost.com/Arab-Israeli-Conflict/Israel-cracks-down-on-Hamas-in-West-Bank-after-deadly-attack-500507

[50] Jerusalem Post Staff, "Shin Bet and IDF arrest 25 Hamas members overnight in the West Bank," *Jerusalem Post*, July 23, 2017, http://www.jpost.com/Breaking-News/Shin-Bet-and-IDF-arrest-25-Hamas-members-overnight-in-the-West-Bank-500474.

40.     Just four days after the West Bank stabbing, Hamas called for a "day of rage" in the West Bank and the Gaza Strip.[51] Hamas's call for increased violence followed the European Union's decision to continue blacklisting Hamas, as well as Israel's placement of cameras and metal detectors on the Temple Mount.

**D.      The Importance of Iranian Funding for Hamas Operations**

41.     The cost of running Hamas encompasses interdependent but separate operational, political, and social-service expenses. Without the significant funding it needs to carry out its terrorist, political, and social activities—which are interdependent and mutually reinforcing endeavors—Hamas could not function.  Iran, as detailed below, plays a critical role in funding, providing material support, arming, and training Hamas operatives.

42.     Iranian funding goes a long way towards helping Hamas bear the significant financial burden of underwriting its operations.  Operational costs include entities like weapons and ammunition, explosive precursors, chemicals for bombs and poisoning, safe houses, communications, travel, transportation, bribes, intelligence payments, and training. They are contingent on political and social-service costs. These expenditures comprise propaganda, print collateral, and political campaigns in the political realm and salaries, overhead, payments to orphans and widows, education, health, and food in the social welfare service domain. These social-service costs are far more expensive than purely operational costs, accounting for large-scale and long-term infrastructure investments. This infrastructure forms the foundation not only for Hamas' social welfare but its political, guerilla, and terrorist activities as well. And, money

---

[51] Yasser Okbi and Maariv Hashavua, "Hamas calls for a 'day of rage,'" Jerusalem Post, July 26, 2017, http://www.jpost.com/Breaking-News/Shin-Bet-and-IDF-arrest-25-Hamas-members-overnight-in-the-West-Bank-500474.

being fungible, the funds raised by and for this social-service infrastructure benefit individuals, organizations, and activities throughout Hamas and its component parts.

43.     Speaking before a gathering of G-7 finance ministers in February 2005, U.S. Treasury Undersecretary John Taylor highlighted the critical role that combating terror-financing plays in undermining terrorist groups' long-term capabilities. "By breaking the financial backbone of terrorist groups and insurgents," he said, "we can encumber and thwart their short-term ambitions while rupturing their long-term agendas. Choking off funds that aid terrorists can lead to the ultimate ruin of terrorist organizations."[52]

44.     While it is true that any given terrorist attack may be relatively inexpensive, the actual funding of discrete operations accounts for a small fraction of a terrorist group's expenses. Bullets and bombs are cheap, and a suicide bombing can cost as little as a few thousand or even a few hundred dollars. But this manner of accounting neglects to account for the high cost of maintaining the financial and logistical support network that terrorists carrying out such attacks must draw upon time and again. Terrorist organizations incur many long-term costs, including renting safe houses, buying loyalties, maintaining the physical infrastructure of their networks, paying member salaries, printing posters and banners, and other costs. As a U.S. General Accounting Office report found, the cost of funding an actual operation accounts for "a small portion of the assets that terrorist organizations require for their support infrastructure such as indoctrination, recruitment, training, logistical support, the dissemination of propaganda, and other material support." When we fail to account for more than just bullets and explosives, we may well come to the mistaken conclusion that terrorism is an inexpensive business. Such an assumption may lead even concerned observers to conclude that most of the massive funds raised

---

[52] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 53.

by Hamas go toward its political and public-service projects; in fact the social and political wings of Hamas play essential--and expensive--roles in maintaining the group's operational terrorist capacity.[53] Iranian support for Hamas, therefore, is critical.

45.     Estimates of Hamas' total annual budget range from $30 million to $90 million a year. According to FBI testimony before Congress in 2003, the U.S. government believes that Hamas' annual budget is at least $50 million. Hamas receives an estimated $25 million to $30 million of foreign funding through its charitable *dawa* network each year. This money goes to terror activities, social welfare, and ambiguously overlapping areas such as money paid to the families of suicide bombers. According to the Jordanian General Intelligence Directorate, it costs $2.8 million per month, or $33.6 million a year, just to run Hamas activities in the Palestinian territories. Israeli Shin Bet experts believe that this figure accounts merely for the money passing through Jordan, and that the total figure from all sources is much higher.[54]

46.     There is a range of opinion regarding what constitutes the cost of a Palestinian terror attack. In a 2002 interview, Salah Shehada, the founder of Hamas' Izz al-Din al-Qassam Brigades, claimed an operation could cost from $3,500 to $50,000. A Hezbollah member has put the figure of a terror attack at $665–$1,105 (3,000–5,000 NIS). Another terrorist from Palestinian Islamic Jihad, Ahmad Sari Hussein, received $2,210 (10,000 NIS) for his terrorist activity, while Wael Ghanam, a Tanzim activist from the Tulkarem refugee camp, said he received $7,000 to manufacture explosive charges. Others have claimed that a suicide bombing mission could be set up for as little as $150, consisting essentially of a bomb of chemicals (sugar or fertilizer), a battery, a light switch, wire, and a belt. Still others figure the cost of each bomb

---

[53] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.
[54] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.

belt at $1,500 to $4,300.[55] According to a report from the Joint Improvised Explosive Device Defeat Organization, a Pentagon organization, which although it specifically refers to a suicide car bomb, states that when it comes to the cost of an attack involving a vehicle, "the big variable…is the cost the car."[56]

47.     Aside from the costs of the actual terror attack, Hamas and other Palestinian groups invest money in aggressive intelligence collection--primarily bribing officials--in an effort to penetrate the Palestinian Authority or other targets. For example, a Palestinian intelligence document dated February 2002 details the activities of Hamas and Islamic Jihad cells in the Jenin area and openly concedes that both groups "have penetrated into the security apparatuses in Jenin, including the General Intelligence, through money payments." In one instance, for the sum of $1,500 to $3,000, Hamas and Islamic Jihad obtained intelligence from officers affiliated with the Palestinian General and Preventive Intelligence services, including advance warning of pending arrests.[57] In recent years, Hamas has also invested in its own surveillance and reconnaissance division that is in communication with Hamas operatives inside the tunnel network so they can relay "the position of IDF ground forces to attack cells, which in turn emerge from tunnels and open fire in coordinated strikes."[58] Israeli Military Intelligence has also found data indicating that Hamas has built a small fleet of armed drones.[59]

---

[55] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54-55.
[56] Dina Temple-Raston, "How Much Does A Terrorist Attack Cost? A Lot Less Than You'd Think," *NPR*, June 24, 2014, http://www.npr.org/sections/parallels/2014/06/25/325240653/how-much-does-a-terrorist-attack-cost-a-lot-less-than-you-think
[57] Matthew Levitt, Hamas: Politics, Charity, and Terrorism in the Service of Jihad, (New Haven: Yale University Press), 55-56.
[58] Yaakov Lappin, "The shadow intelligence war between the IDF and Hamas," Jerusalem Post, July 30, 2014, http://webcache.googleusercontent.com/search?q=cache:N2Fr2YTNSjkJ:www.jpost.com/Operation-Protective-Edge/The-shadow-intelligence-war-between-the-IDF-and-Hamas-369369+&cd=1&hl=en&ct=clnk&gl=us
[59] Yaakov Lappin, "The shadow intelligence war between the IDF and Hamas," Jerusalem Post, July 30, 2014, http://webcache.googleusercontent.com/search?q=cache:N2Fr2YTNSjkJ:www.jpost.com/Operation-Protective-Edge/The-shadow-intelligence-war-between-the-IDF-and-Hamas-369369+&cd=1&hl=en&ct=clnk&gl=us

48.     Hamas also invests significant amounts of money in its radicalization and incitement campaigns. Hamas runs summer camps where children wearing military fatigues reenact acts of violence targeting Israelis as they practice "liberating" Jerusalem.[60]  In the Gaza Strip, Hamas produces its own textbooks with radical narratives of the Israeli-Palestinian conflict.[61]  Last year, Israeli authorities shut down eight Palestinian media production companies that were working with Hamas-linked television channels.  According to an Israeli defense official, these two channels broadcast constant incitement against the state of Israel. It is no secret that these two channels inspired, several times, terrorists to go out and commit terrorist attacks against innocents."[62]  For several years now, the Israeli Foreign Ministry has been highlighting Israeli concerns that Palestinian incitement has led individuals to carry out acts of terrorism and violence against Israelis.[63]  This year, the ministry concluded that "The recent series of attacks against Israelis is the direct result of incitement by radical Islamist and terrorist elements, calling on Palestinian youth to murder Jews."[64]

49.     According to a US State Department report from 2003, Iranian state sponsorship of Hamas is critical not only in terms of providing the material and funds with which to carry out terrorist operations, but also the rhetorical support necessary to keep up the pace of such

---

[60] Jack Moore, "Hamas Summer Camp Teaches Children how to Liberate Jerusalem Holy Site, Says Reports, Newsweek, August 2, 2017, http://www.newsweek.com/hamas-training-camp-teaches-children-how-liberate-jerusalem-holy-site-645320

[61] Fares Akram and Jodi Rudoren, "To Shape Young Palestinians, Hamas Creates Its Own Textbooks,"  New York Times, November 3, 2013, http://www.nytimes.com/2013/11/04/world/middleeast/to-shape-young-palestinians-hamas-creates-its-own-textbooks.html

[62] "Israel raids Palestinian media firms for 'incitement," DW, October 18, 2017, http://www.dw.com/en/israel-raids-palestinian-media-firms-for-incitement/a-41008340

[63] "Palestinian incitement and terrorism: Truth and lies," Israel Ministry of Foreign Affairs, October 29, 2015, http://mfa.gov.il/MFA/ForeignPolicy/Issues/Pages/Palestinian-incitement-and-terrorism-Oct-2015.aspx

[64] "Wave of terror 2015-2018," Israel Ministry of Foreign Affairs, February 13, 2018, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Wave-of-terror-October-2015.aspx

operations.[65] An Israeli government report dated April 2004, similarly reported Iran's role in actually directing terrorist attacks targeting Israel during the 2002-2004 time period.[66]

50.     In an indication of the Iranian leadership's promotion of anti-Americanism and legitimization of acts of terrorism, Iranian hard-liners constructed a monument in Tehran at the Behesht-e Zahra cemetery commemorating the Hezbollah suicide truck bombing that killed 241 U.S. servicemen in Lebanon in 1983.  The Committee of the Commemoration of Martyrs of the Global Islamic Campaign sponsored the monument and is dedicated to registering "martyrdom seeking" volunteers (i.e., suicide bombers).   Within one year the group registered 35,000 volunteers.[67]  This is up from 25,000 in early December, which means that in a little less than five months the group was able to add an additional 10,000 willing suicide bombers. According to the Committee's officials, the group said they would only carry out attacks if Ayatollah Khomeini authorized them, highlighting the Iranian leadership's direct connection to Iranian-sponsored terror attacks.[68]

51.     Iran's incendiary rhetoric has continued over the years. Iran was not coy about its support of Hamas before the 2014 Gaza War. In January 2014, an aide of Gaza's Prime Minister, Taher al-Nounou blatantly remarked that "Relations between us are now almost back to how they were before [the crisis over Syria]. We believe we will soon be back at that point."[69]

52.     Aside from boasting about their continued support to Hamas, Iran and its Shiite proxy in Lebanon have gone so far as to incite violence against the state of Israel. In 2013, Hojateleslam Alireza Panahian, the advisor to Office of the Supreme Leader in Universities

---

[65] *Patterns of Global Terrorism 2003*, U.S. State Department, "Overview of State Sponsored Terrorism," http://www.state.gov/documents/organization/31944.pdf
[66] *Iranian Activity for the Instigation of the Palestinian Intifada*, Israeli government report, April 2004
[67] Hafezi, Parisa.  "Iranian hardliners register as suicide bombers."  *Reuters*.  21 April 2005.
[68] "Iran Hard-liners Mark 1983 Attack on U.S. Marines."  Reuters.  2 Dec 2004.
[69] Harriet Sherwood, "Hamas and Iran rebuild ties three years after falling out over Syria," *The Guardian*, January 9, 2014,  http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria

stated, "The day will come when the Islamic people in the region will destroy Israel and save the world from this Zionist base."[70] Khamenei's representative to the IRGC similarly promised in 2013 that, "The Zionist regime will soon be destroyed, and this generation will be witness to its destruction."[71]

53.     Supreme Leader Khamenei does nothing to conceal this anti-Israel rhetoric; on November 8, 2014, Khamenei himself stated via his twitter feed that "This barbaric, wolf like & infanticidal regime of #Israel which spares no crime has no cure but to be annihilated."[72] Much of Iran's Revolutionary Guard (IRGC) has issued similarly incendiary statements. For instance, IRGC Deputy Commander Hossein Salami, defiantly stated that, "Today we are aware of how the Zionist regime is slowly being erased from the world, and indeed, soon, there will be no such thing as the Zionist regime on Planet Earth."[73]

54.     According to a study released by the U.S. Institute for Peace, not only has Iran provided key aid to Hamas, but Hamas has publicly thanked Iran for said support, citing Iran as a "partner in victory," shortly after the conclusion of the December 2008 Gaza war.[74]

55.     Indeed, Hamas leaders are often rather blunt about the support the group receives from Iran.  The Congressional Research Service (CRS) notes the comments of Hamas Secretary General Khaled Mashal to Al Jazeera TV in December 2009: "During a December 2009 visit to Tehran, Hamas politburo chief Khaled Mashal said, 'Other Arab and Islamic states also support us ... but the Iranian backing is in the lead, and therefore we highly appreciate and thank Iran for

---

[70] Jeffrey Goldberg, "The Iranian Regime on Israel's Right to Exist," *The Atlantic*, March 9, 2015, http://www.theatlantic.com/international/archive/2015/03/Iranian-View-of-Israel/387085/
[71] Jeffrey Goldberg, "The Iranian Regime on Israel's Right to Exist," *The Atlantic*, March 9, 2015, http://www.theatlantic.com/international/archive/2015/03/Iranian-View-of-Israel/387085/
[72] Iranian Regime Escalates Threats To Annihilate Israel, *The Middle East Media Research Institute,* December 17, 2014, http://www.memri.org/report/en/print8337.htm
[73] Iranian Regime Escalates Threats To Annihilate Israel, *The Middle East Media Research Institute,* December 17, 2014, http://www.memri.org/report/en/print8337.htm
[74] Rachel Brandenburg, "Iran and the Palestinians," *The Iran Primer*, U.S. Institute for Peace, http://iranprimer.usip.org/resource/iran-and-palestinians

this.'"  What's more, the CRS report adds, Iranian support has a direct impact on Hamas' military and political activities: "Possible Iranian-supported smuggling of weapons, cash, and other contraband into the Gaza Strip, along with Iranian training for Gaza-based Hamas militants (who are able to travel to and from Iran and Lebanon after using the Gaza-Sinai tunnels), is believed to reinforce both Hamas's ability to maintain order and control over Gaza and its population, and Palestinian militants' ability to fire mortars and rockets into Israel."[75]

56.    In late 2012, after the November-December conflict with Hamas (which Israel named Pillar of Defense), Iran continued to provide weapons to Hamas.Indeed, Hamas leader Khaled Mashal publicly acknowledged that Iran "had a role in arming" Hamas.."[76]

57.    In December 2014, Hamas marked its 27th anniversary with rallies and marches featuring Hamas leaders and Izz a-Din al-Qassam Brigades operatives.  Qassam Brigades spokesman Abu Ubeida made it a point to single out Iran for special thanks:

> Since Allah graced us with this development [of the Al-Qassam Brigades], and
> with this victory and this humiliation of the enemy, we have only to thank those
> whom Allah enlisted  to take part in this development... first and foremost the
> Islamic Republic of Iran, which did not withhold from us funds, weapons and
> other [forms of aid] and helped us in our resistance by supplying us with missiles
> that pulverized the Zionist strongholds during the attacks and battles we waged
> against the occupier, and also supplied us with quality anti-tank missiles that
> crushed the legendary Zionist Merkava [tank].[77]

---

[75] Jim Zanotti, "Hamas: Background and Issues for Congress," Congressional Research Service, December 2010, https://fas.org/sgp/crs/mideast/R41514.pdf
[76] "Iran and Hamas Continue Arms Transfer after Pillar of Defense," Israel Ministry of Foreign Affairs, December 25, 2012, http://mfa.gov.il/MFA/ForeignPolicy/Iran/SupportTerror/Pages/Iran-Hamas_arms_transfer_after_Pillar_Defense_25-Dec-2012.aspx
[77] "Hamas Senior Officials At Movement's 27th Anniversary Celebrations: We Will Not Recognize Zionist Entity Or Be Satisfied With A Palestinian State Within 1967 Borders; We Thank Iran For Supplying Us With Weapons,

E.      **Iran's Financial and Material Support for Hamas Prior to 2012**

58.      Since its formation, Hamas has received and continues to receive significant financial and other support from Iran, described by the CIA as "the foremost state sponsor of terrorism."[78]  Indeed, there is general unanimity on this assessment.  Then-British Prime Minister Tony Blair concluded in 2005 that Iran "certainly does sponsor terrorism.  There is no doubt about that at all."[79]  Palestinian scholar Ziad Abu-Amr concurs, noting that "Iran also provides logistical support to Hamas and military training to its members."[80]  And according to Canadian intelligence, "Hamas has training camps in Iran, Lebanon, and Sudan.  Hamas camps in Lebanon are said to be under Iranian supervision."[81]

59.      While estimates of Iran's financial assistance to Hamas vary, there is consensus that the sum is significant.  Dr. Colin Clarke, a RAND Corporation political scientist, notes in his 2015 book, *Terrorism, Inc.*, that while Hamas once received significant funding from Saudi Arabia, "much of this has been made up from Tehran, now a major state sponsor even though Iran is a Shia nation and Hamas is a Sunni militant group."[82] According to Israeli estimates, Iran contributes around $3 million a year in direct aid to Hamas.[83]   Canadian intelligence cites assessments that Iran transfers somewhere between $3 million to $18 million a year to Hamas.

---

Missiles," Special Dispatch No. 5905, Middle East Media Research Institute (MEMRI), December 16, 2014, http://www.memri.org/report/en/0/0/0/0/0/0/8336.htm

[78] George Tenet, "External Threats to U.S. National Security,"  Testimony before the Senate Select Committee on Intelligence, February 6, 2002

[79] "Blair Says Iran Must Not Hinder Peace in Middle East," AP, February 8, 2005

[80] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[81] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," *National Post* (Canada), December 10, 2003

[82] Colin P. Clarke, *Terrorism, Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare* (Santa Barbara, CA: Praeger Security International, 2015), p. 101

[83] "The Financial Sources of the Hamas Terror Organization," Israel Foreign Ministry, July 30, 2003 http://mfa.gov.il/MFA/MFA-Archive/2003/Pages/The%20Financial%20Sources%20of%20the%20Hamas%20Terror%20Organiza.aspx

According to the CSIS report, "in February 1999, it was reported that Palestinian police had discovered documents that attest to the transfer of $35 million to Hamas from the Iranian Intelligence Service (MOIS), money reportedly meant to finance terrorist activities against Israeli targets."[84]   Palestinian sources estimate Iranian assistance to Hamas "at tens of millions of dollars."[85]

60.     Whatever the specific sum, it surely fluctuates given circumstances on the ground. Notwithstanding these fluctuations, there is no doubt that Iranian aid to Hamas has continued consistently over the years until today; Ahmed Yousef, a Hamas leader and former advisor to Palestinian Authority Prime Minister Haniyeh, confirmed this in January 2016, "the financial and military support Iran provides to the movement's military wing has never stopped, it has been reduced over the past five years."[86] "Iran has literally sent billions of dollars to terrorist groups around the world and is an open and proud supporter of Hamas," Joshua Gleis and Benedetta Berti write in *Hezbollah and Hamas: A Comparative Study*.[87]  Such support is necessary, Colin Clarke notes, to underwrite the costs of critical functions necessary for a militant terrorist group like Hamas.  In the case of Hamas, he writes, the group's "generous operating budget" has enabled the group to grow "into a lethal hybrid group capable of attacking Israel kinetically, while also boasting robust levels of popular support amongst Palestinians and Muslims throughout the Middle East."  Hamas is thus able to cover operational costs—weapons, intelligence, sanctuary, safe haven, operational space, and training—as well as long-term

---

[84] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," *National Post* (Canada), December 10, 2003
[85] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88
[86] Ahmad Abu Amer, "Will Iran deal mean more money for Hamas?," *Al Monitor*, January 27, 2016, http://www.al-monitor.com/pulse/originals/2016/01/gaza-hamas-resistance-iran-support.html
[87] Joshua L. Gleis and Benedetta Berti, *Hezbollah and Hamas: A Comparative Study* (Baltimore, MD: Johns Hopkins University Press, 2012), p. 156

organizational costs, such as leadership, ideology, human resources and recruitment, media, propaganda, public relations and publicity.[88]  Professor Eli Berman has studied the importance in particular of the ability of a group like Hamas to maintain a social service provision network to buy group loyalty and facilitate recruitment and "harvest" specific talent within its membership.[89]

61.    As noted, Iranian aid takes on many forms, including funding and military training. Iranian funding for Hamas and other Palestinian terrorist groups increased just around the time Coalition forces deposed Iraq's Saddam Hussein, drying up the generous Iraqi grants to families of Palestinians killed, wounded or jailed in the course of attacking Israelis.  Zeev Schiff, a highly respected and authoritative reporter, wrote in May 2004 that "Intelligence information also suggests that Iran is passing over millions of dollars to Palestinians via Hezbollah contacts. Iran, in effect, is a replacement for former Iraqi leader Saddam Hussein, who subsidized families of Palestinian suicide bombers or those injured in the fighting.  In the [Palestinian] territories, the funding is being managed by various Islamic welfare organizations."[90]

62.    Protective of its operational independence, Hamas was usually reticent to accept too much money from Iran for fear of being bound to the expectations and instructions of Tehran's Ayatollahs.  Unlike Hezbollah and Palestinian Islamic Jihad, Iranian proxy groups heavily funded by Tehran and subordinate to Iranian dictates, Hamas has jealously guarded its independence.  But the increase in Iranian funding for Hamas in May 2004 came just weeks after the assassination of Hamas leader Abdel Aziz al-Rantissi. Rantissi's death—itself coming on the heels of the assassination of Hamas leader Sheikh Ahmed Yassin—made Hamas look weak and

---

[88] Colin P. Clarke, *Terrorism, Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare* (Santa Barbara, CA: Praeger Security International, 2015), p. 102-111
[89] Eli Berman, *Radical, Religious and Violent: The New Economics of Terrorism* (Cambridge, MA: MIT Press, 2009), p. 138-140
[90] Zeev Schiff, "Iran and Hezbollah Trying to Undermine Renewed Peace Efforts," *Haaretz*, May 12, 2004

left the organization with no clear leadership.  In Damascus, Hamas leader Khaled Mashal reportedly sought increased funding from Iran and a direct channel to Iranian Revolutionary Guards Corp (IRGC) in an effort to contain the impact of the loss of Yassin and Rantissi and reinvigorate Hamas operational cells.

63.    Hamas, like many other terrorist organizations, conceals its activities behind charitable, social, and political fronts. Hamas's infrastructure of social-welfare institutions, the backbone of its proselytizing efforts (dawa), generates both popular support for the organization and logistical support for its terrorist attacks.[91]  According to the State Department, "Hamas has used its charities to strengthen its own standing among Palestinians at the expense of the Palestinian Authority."[92]  Indeed, a report submitted to then-PA Chairman Yasser Arafat in June 2000 described a meeting in Damascus at which Iranian officials and Hamas leaders agreed "to use the dawa in the battle for public opinion."[93]  According to a December 2000 Palestinian intelligence report confiscated by Israeli authorities, Iran had transferred $400,000 directly to Hamas's Qassam Brigades to specifically support "the Hamas military arm in Israel and encouraging suicide operations," and another $700,000 to Islamic organizations opposed to the PA.[94]  According to a former Jordanian prime minister, "grassroots fundraising is really not enough for big Hamas operations.  Most of the support [for such operations] is from Iran.  Iran's money is more influential."[95]  A senior Fatah official and member of the Palestinian Legislative Council offered a similar assessment, saying that while "some of Tehran's money over the past three years [2001-2004] may go to supporting health and humanitarian services in Gaza," the

---

[91] Matthew Levitt, "Hamas from Cradle to Grave," *Middle East Quarterly*, Winter 2004
[92] Testimony of E. Anthony Wayne, Assistant Secretary of State for Economic and Business Affairs, Department of State, to the Senate Banking Committee, September 25, 2003
[93] Amos Harel, "'The PA Steals from Me, Hams Takes Care of Me,'" Ha'aretz, June 27, 2002
[94] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003
[95] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 174.

bottom line is that the "money from Tehran that goes to Hamas is for the political leaders of Hamas and for the bombings, not for the Palestinians."[96] Palestinian leaders have good reason to resent Iranian influence and pressure on radical Palestinian groups.  A confiscated Palestinian document reports on a May 19, 2000 meeting between the Iranian ambassador and Hamas, Islamic Jihad, and Hezbollah at the Iranian Embassy in Damascus.  According to the report, "during the meeting the Iranian ambassador demanded that the above-mentioned persons carry out military operations in Palestine without taking responsibility for these operations."[97]

64.    As part of its agenda to undermine prospects for Israeli-Palestinian peace, target Israel, and challenge the West, Iran actively trains Palestinian terrorist recruits, both directly and through Hezbollah, its primary terrorist proxy.  Iran runs terrorist training camps of its own in Lebanon, aside from the Iranian-funded camps Hezbollah operates there. In August 2002, Tehran was reported to have financed camps operated under the direction of General Ali Reza Tamzar, commander of Islamic Revolutionary Guard Corps (IRGC) activity in Lebanon's Beka'a Valley.[98] While training terrorists in the Beka'a Valley, the IRGC and MOIS simultaneously run several terrorist camps in Iran.[99] Perhaps the best known case is that of Hassan Salamah, the Hamas commander who was the mastermind behind the string of suicide bus bombings carried out by Hamas in February and March 1996.  Both in his statements to Israeli police and an interview on CBS's "*60 Minutes*," Salamah noted that after undergoing ideological indoctrination training in Sudan he was sent to Syria and from there transported to Iran on an Iranian aircraft to a base near Tehran.  Osama Hamdan, Hamas's representative to Iran at the

---

[96] Ibid.
[99] ''Iran as a State Sponsoring and Operating Terror,'' Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003
[98] "Iran Establishes Rocket Training Centers in Lebanon," Middle East Newsline, August 8, 2002
[99] The Beka'a Valley terrorist training program was apparently the result of a secret meeting in the Tehran suburb of Darjah on June 1, 2002. The meeting occurred just in advance of the previously mentioned two-day conference convened in Tehran (June 1–2) in support of the Palestinian intifada. See Blanford, "Report Claims Iran Running Beka'a Training Camp."

time, met Salamah in Tehran, after which Salamah underwent three months of military training at the hands of Iranian trainers.[100]

65.     Iranian involvement in the *Karine-A* weapons smuggling ship – intercepted by the Israeli Navy in the Red Sea in January 2003 – is also well documented. The *Karine-A* episode stood out not only due to the magnitude and audacity of the quantity of arms Iran attempted to smuggle (more than fifty tons of weapons valued at over $2 million were destined for Palestinian militants in this one plot), but due to the quality of these weapons as well which would have drastically shifted the balance of power between Israeli forces and Palestinian militant groups. While carried out by Hezbollah, the entire operation was financed by Iran and intended to benefit the Palestinian Authority and Palestinian militant groups like Hamas.[101]

66.     Iran's provision of support to Hamas has continued over time.  According to a 2010 U.S. Department of Defense report on Iran's military power, Iran provides Hezbollah and several Palestinian terrorist groups—including Hamas—"with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process,"  noting that such assistance is smuggled into Gaza through tunnels in the Philadelphi corridor" (which runs along the Gaza-Egypt border).[102]

67.     Not surprisingly, U.S. courts have concluded that "Iran provides ongoing terrorist training and economic assistance to Hamas," and found that Iran has "provided material support

---

[100] Transcript of "Suicide Bomber: The Planning of the Bloodiest Suicide Bombing Campaign in Israel's History*," CBS 60 Minutes*, October 5, 1997
[101] "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002
[102] Unclassified Report on Military Power of Iran, April 2010, U.S. Department of Defense, http://www.foxnews.com/projects/pdf/IranReportUnclassified.pdf

and resources to Hamas and its operatives, for the specific purpose of carrying out acts of extrajudicial killing."[103]

68.    Iranian support for Hamas continued in the period leading up to the March 2008 Merkaz HaRav attack.  Throughout Operation Cast Lead, Israeli Permanent Representative to the United Nations Dan Gillerman alleged that, of the 200 rockets launched by Hamas into Israel between 24 February to 3 March, 2008, "at least 23 of them Iranian-made Grad rockets that hit the city of Ashkelon."[104] According to Gillerman, the Iranian-made rockets – capable of causing "greater damage and loss of life and injury"—were smuggled into Gaza during a breach of a border fence between the territory and the Sinai Peninsula. Fifteen months prior, Gillerman told a press contingent in November 2006 that Iran had contributed $120 million to Hamas, and that 30 tons of weaponry had been smuggled into Gaza in just the past month.[105]

69.    The State Department echoed Gillerman's claims in its 2008 Country Reports on Terrorism, proclaiming that "Iran's provision of training, weapons, and money to HAMAS since the 2006 Palestinian elections has bolstered the group's ability to strike Israel."[106]

70.    Just three days after the deadly attack at the Merkaz HaRav school in Jerusalem, a senior commander in the Qassam Brigades told the Sunday Times that "300 of the group's 'best brains' had been secretly sent to Tehran," learning how to build stronger explosives, rockets, and

---

[103] *Diana Campuzano et al v. The Islamic Republic of Iran,* United States District Court for the District of Columbia, Civi Action No.: 00-2328 (RMU), January 2003
[104] "Letter dated 20 March 2008 from the Permanent Representative of Israel to the United Nations addressed to the President of the Security Council, General Assembly Security Council. March 24, 2008, https://unispal.un.org/DPA/DPR/unispal.nsf/634ea0efe460133c852570c0006d53f2/fa69dec05b5a2f058525742d004d71b0?OpenDocument
[105] "Press Conference by Israel," United Nations, November 17, 2006, http://www.un.org/press/en/2006/061117_Israel.doc.htm
[106] "Country Reports on Terrorism 2008," United States Department of State, Bureau of Counterterrorism, Released April 2009, http://www.state.gov/documents/organization/122599.pdf

how to commit sniper and tunnel attacks. [107] "Iran is our mother," the commander said. "She gives us information, military supplies and financial support."[108] The commander explained that Qassam fighters study in Tehran for up to six months "at a closed military base under the command of the elite Revolutionary Guard force."[109]

71.     In March 2011, the IDF intercepted a cargo vessel allegedly bound for the Gaza Strip, loaded with concealed weaponry, including "six ready-to-be-launched C-704 anti-ship missiles…two launchers, two exterior launchers,…two launch pads," thousands of mortar shells and nearly 75,000 AK-47 bullets.[110] Israeli authorities asserted that the weapons originated in Iran, citing damning evidence found alongside the weapons, including guidebooks in Farsi, and "symbols of the Army of the Guardians of the Islamic Revolution".[111]

72.     As rockets from Gaza rained down on Israel in November 2012, IRGC commander Mohammad Ali Jafari boasted that his group had "provided the Palestinian organizations the technology to produce Fajr-5 (and other) missiles and they can now produce these missiles by themselves in large quantities."[112] In late November 2012, a senior US official confirmed Iran's weapon smuggling activity in support of Hamas, asserting that the Islamic Republic was "finding ways to resupply Hamas" with arms even after the ceasefire between

---

[107] Marie Colvin, "Palestinian group Hamas admits that its fighters are trained in Iran" Sunday Times, March 9, 2008, https://www.thetimes.co.uk/article/palestinian-group-hamas-admits-that-its-fighters-are-trained-in-iran-ls67lgz6mp8

[108] Ibid.
[109] Marie Colvin, "Hamas wages Iran's proxy war on Israel, Sunday Times, March 9, 2008, https://www.thetimes.co.uk/article/hamas-wages-irans-proxy-war-on-israel-l93jpqzgnnv
[110] "Israel Navy uncovers weaponry on-board cargo vessel," Israel Ministry of Foreign Affairs, March 15, 2011, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Israel_Navy_uncovers_weaponry_cargo_vessel_15-Mar-2011.aspx?ViewMode=Print
[111] Ibid.
[112] Lt. Col. (ret.) Michael Segall, "Long=range Iranian-Made Missiles Used by Hamas during 'operation Protective Edge," Jerusalem Center for Public Affairs, July 9, 2014, http://jcpa.org/iranian-made-missiles-operation-protective-edge/

Israel and the designated terrorist organization.[113] American and Israeli intelligence at the time were performing "intense surveillance" of the Iranian port of Bandar Abbas, suspected of being a main cog in the supply line from Iran to Hamas.[114] According to American and Israeli officials, Iranian weapons are shipped from Bandar Abbas and either smuggled overland from Sudan or move straight to the Sinai's tunnel network into Gaza.[115]

### F.   Iran's continued support for Hamas from 2012 and on

73.     Relations between Hamas and Iran have been rocky since their split over Hamas' decision not to back the regime of Bashar al-Assad in the Syrian civil war.  For years, ever since Hamas leadership was kicked out of Amman, Jordan, in 1999, Hamas had maintained the headquarters of its external leadership in Damascus.[116]  But in January 2012, Hamas leader Khaled Mashal abandoned the group's Damascus base.[117]  By February 2012, Hamas deputy leader Mousa Abu Markzouk, now located in Egypt, commented that "The Iranians are not happy with our position on Syria, and when they are not happy, they don't deal with you in the same old way."[118]

74.     And yet, Iranian funding for Hamas never completely stopped.  And while the group's rift with Tehran may have seriously affected funding for Hamas' political activities, the

---

[113]Barbara Starr, "Iran 'finding ways' to supply more weapons to hamas," CNN Security Blogs, November 26, 2012, http://security.blogs.cnn.com/2012/11/26/iran-finding-ways-to-supply-more-weapons-to-hamas/
[114] Ibid.
[115] Ibid.
[116] See Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), p. 49
[117] Fares Akram, "Hamas Leader Abandons Longtime Base in Damascus," *New York Times*, January 27, 2012, http://www.nytimes.com/2012/01/28/world/middleeast/khaled-meshal-the-leader-of-hamas-vacates-damascus.html
[118] "Hamas Political Leaders Leave Syria for Egypt and Qatar," *BBC News*, February 28, 2012, http://www.bbc.com/news/world-middle-east-17192278

group's military wing was not as badly affected.  Moreover, by early 2014, relations between Hamas and Iran started to get back on track.[119]

75.     The U.S. State Department's *Country Reports on Terrorism 2014* notes that Iran is not shy about its willingness to finance Hamas. "Since the conclusion of [Operation Protective Edge]," the report notes, "Iranian governmental officials have publicly stated their willingness to resume Iran's military support of Hamas." The report goes on to note that "historically, Hamas has received funding, weapons, and training from Iran."[120]

76.     Iranian officials themselves admit Tehran continues to support Hamas. In March 2014, the head of the Iranian Shura Council, Ali Larijani, said: "Iran is supporting Hamas on the grounds that it is a resistance movement…Our relationship with [Hamas] is good and has returned to what it was. We have no problems with [Hamas]." [121] Similarly, in August 2014, Mohsen Rezaei, Secretary of the Expediency Discernment Council and former commander of the Revolutionary Guards, was quoted as saying, "Palestinian resistance missiles are the blessings of Iran's transfer of technology…I've requested [President] Rouhani to provide air defense systems to Gaza so that Palestinians can defend themselves against invading planes."[122] In August 2014, as the conflict between Hamas and Israel escalated, Brigadier General Mohammad Reza Naqdi, commander of Iran's volunteer Basij force, confirmed to Fars News Agency that, "Much of the arms Hamas deployed 'were the products of the Islamic Republic of Iran.'" [123]

---

[119] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria
[120] "Country Reports on Terrorism 2014," United States Department of State, Bureau of Counterterrorism, Released June 2015, http://www.state.gov/documents/organization/239631.pdf
[121] Adnan Abu Amer, "Iran resumes monetary aid to Hamas," Al-Monitor, March 24, 2014, http://www.al-monitor.com/pulse/originals/2014/03/iran-hamas-finance-economy-resistance-axis-gaza.html
[122] "Iran says it gave Hamas rocket technology," Times of Israel, August 4, 2014, http://www.timesofisrael.com/iran-says-it-gave-hamas-rocket-technology/
[123] Adam Kredo, "Iran Begins Arming Palestinian terrorists," Free Beacon, August 28, 2014, http://freebeacon.com/national-security/iran-begins-arming-palestinian-terrorists/

77.     Officials from the Hamas government in Gaza have also gone on record about the resumption of their strategic relations with Tehran.   In January 2014, Taher al-Nounou, aid to Gaza's Prime Minister Ismail Haniyeh, said that "Relations between us are now almost back to how they were before [the crisis over Syria]. We believe we will soon be back at that point."[124] Another Hamas official, Bassem Naim, noted that ties with Iran had never been fully cut off: "Ties had never been conclusively severed, but recently there have been a number of meetings that brought new blood back into our relationship with Iran."[125]

78.     According to a November 2015 Congressional Research Service report on Iran's foreign policy, "Successive annual State Department reports on terrorism have stated that Iran gives Hamas funds, weapons, and training." That funding, the report notes, has ranged over time from as high as near $300 million per year mark to significantly lower sums during times when Iran-Hamas relations stagnated. "Since the 2014 Hamas-Israel conflict," the report continues, "Iran has apparently sought to rebuild the relationship with Hamas by providing missile technology that Hamas used to construct its own rockets and by helping it rebuild tunnels destroyed in the conflict with Israel."[126]

79.     Such conclusions are supported by evidence that became public in several prominent cases. Take for instance the weapons shipment intercepted by the Israeli Navy on March 5, 2014. The *Klos-C*, a commercial ship flying a Panamanian flag, was intercepted in the Red Sea off the Eritrean coast. According to the Israeli Ministry of Foreign Affairs, when the Israeli Navy boarded the ship and examined its cargo they found a variety of weapons, including:

---

[124] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria
[125] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria
[126] Kenneth Katzman, "Iran's Foreign and Defense Policies," Congressional research Service, January 19, 2018, https://www.fas.org/sgp/crs/mideast/R44017.pdf

40 M-302 surface to surface rockets manufactured in Syria, with a range of 90-200 km; 181 122mm mortar shells; and 400,000 rounds of assault rifle ammunition.[127]

80.     According to the Israeli foreign ministry, "the missiles and weapons found on the ship were loaded and concealed by Iran, without the knowledge of either the crew or the operating company."[128] The weapons were first hidden in shipping containers in Iran with, Iranian authenticity seals, including seals from the Iranian postal company.  The weapons were hidden behind cement bags, which were also clearly marked as coming from Iran.[129] Speaking just hours after the Israeli Navy captured the ship, Israeli President Peres issued a statement specifically linking the weapons shipment to Hamas.  "The capture of the ship carrying arms to Hamas was a brilliant military operation and an extremely important act," Peres stated. "We can see the quality and courage of those who took part and we are proud of them. It is also an important message to the world, beginning with Iran. Iran must stop bluffing."[130]

81.     Hamas would also sometimes bluff, such as when its operatives would maintain that Iran had cut off all funding for the group.  Consider the case of Mahmoud Toameh, a top-ranking Hamas overseas operative and member of Hamas' economic council, who was arrested trying to enter Israel in June 2014.  Under questioning, Toameh claimed that Iran had been the primary funder of Hamas until the two had a falling out over the war in Syria, where Iran supported the Assad regime and Hamas did not.[131]  The falling out is true, and it surely impacted

---

[127] "Missile Shipment from Iran to Gaza intercepted," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Missile-shipment-from-Iran-to-Gaza-intercepted-5-Mar-2014.aspx
[128] "Missile Shipment from Iran to Gaza intercepted," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Missile-shipment-from-Iran-to-Gaza-intercepted-5-Mar-2014.aspx
[129] "IDF Releases photos of Iranian weapon shipment," Israel Ministry of Foreign Affairs, March 10, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/IDF-releases-photos-of-Iranian-weapon-shipment-10-March-2014.aspx
[130] "Seizure of an Iranian arms ship in the Red Sea," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Seizure-of-an-Iranian-arms-ship-in-the-Red-Sea-5-Mar-2014.aspx
[131] Gavriel Fiske, "'Hamas pays hundreds of youths to harass Jews at Temple Mount'," *Times of Israel*, May 29, 2014, http://www.timesofisrael.com/top-hamas-moneyman-spills-in-shin-bet-interrogation/ and  "Israeli

the level of funding Iran provided Hamas.  But Iran's funding to Hamas never completely ceased. In the words of Alex Vatanka, a senior fellow at the Middle East Institute, and Mohammed Najib, a Palestinian journalist: "In reality, Tehran never entirely cut Hamas loose after the debacle over Syria."[132]  Citing a senior PA official, Vatanka and Najib explained: "Hamas' political contacts with Iran were largely frozen but the military relationship has continued throughout. Tehran never shut the door to the radical line of Hamas leaders, including Mahmoud al-Zahar in Gaza, and Imad al-Alami, the former representative to Iran." [133]

82.    With some Iranian funding drying up, Hamas did rely more on funding networks in the Gulf and in Europe.[134]  But it is now clear that Iranian funding never did come to a full stop, certainly not for Hamas's military wing.  Indeed, according to the State Department's annual money laundering and financial crimes report, in 2013 Iran continued "to provide material support, including resources, guidance, and financial assistance to multiple terrorist organizations that undermine the stability of the Middle East and Central Asia, such as Hamas, Lebanese Hezbollah, the Taliban, and Iraqi Shia militias."[135]  Such support continued in 2014, according to the next year's report.  "Hamas, Lebanese Hezbollah, and the Palestinian Islamic Jihad (PIJ) maintain representative offices in Tehran," the State Department report noted, "in

---

Interrogation Reveals Sources of Hamas Violence," Israel Security Agency/IDF Spokesman, Israel Foreign Ministry May 29, 2014, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Israeli-interrogation-reveals-sources-of-Hamas-violence-29-May-2014.aspx

[132] Alex Vatanka and Mohammed Najib, "War in Gaza: A chance for Iran, Hamas to turn a page?," *CNN*, August 1, 2014,  http://www.cnn.com/2014/08/01/opinion/mideast-iran-vatanka-najib/

[133] Alex Vatanka and Mohammed Najib, "War in Gaza: A chance for Iran, Hamas to turn a page?," *CNN*, August 1, 2014,  http://www.cnn.com/2014/08/01/opinion/mideast-iran-vatanka-najib/

[134] Matthew Levitt, "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HW in Europe'," The New Republic, June 24, 2014, https://newrepublic.com/article/118349/kidnapped-israeli-teens-cause-scrutiny-hamas-international-finance

[135] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2014, http://www.state.gov/j/inl/rls/nrcrpt/2014/vol2/index.htm

part to help coordinate Iranian financing and training."[136]  In a section of the report on actions taken against Iran under U.S. Executive Orders, the report noted actions taken against Iran's Martyrs' Foundation, "an Iranian parastatal organization that channels financial support from Iran to several terrorist organizations in the Levant," including Hamas.[137]

83.     Other cases clearly underscore the conclusion that Iran continued to finance Hamas, even after the disagreement between the two over Syria in 2012.  A particularly clear cut case came with the September 2015 U.S. Treasury Department designation of Mahir Jawad Yunis Salah, a Hamas financier and dual British-Jordanian citizen who served as the head of the Hamas finance committee.  "Since at least 2013," the Treasury Department reported, "Salah has led the Hamas Finance Committee in Saudi Arabia, the largest center of Hamas's financial activity."  As head of the Hamas Finance Committee, the Treasury Department explained, Salah oversaw the transfer of tens of millions of dollars from Iran to Saudi Arabia to fund the Izz al-Din al-Qassam Brigades and Hamas activity in Gaza.  Salah was in a position to know, since as of late 2014 he managed several front companies in Saudi Arabia that conducted money laundering activities for Hamas.[138]

84.     Also in September 2015, media reports revealed that over the previous two months "Iran has sent suitcases of cash—literally—to Hamas's military wing in Gaza."  In retaliation for Hamas political leader Khaled Mashal's summer 2015 visit to Saudi Arabia, Iran

---

[136] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2015, http://www.state.gov/documents/organization/239561.pdf

[137] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2015, http://www.state.gov/documents/organization/239561.pdf

[138] "Treasury Sanctions Major Hamas Leaders, Financial Facilitators and a Front Company," United States Department of Treasury, September 10, 2015,  https://www.treasury.gov/press-center/press-releases/Pages/jl0159.aspx

bypassed Mashal and the Hamas political leadership and sent couriers to deliver the suitcases "directly to the leaders of the group's military wing in the Gaza Strip."[139]

85.     From time to time, Hamas political leaders continue to insist the group has received no support from Iran in years.  In early February 2016, an audio recording of Mousa Abu Marzouk  was leaked to the press in which Marzouk accused Iranian leaders of lying about their support for Hamas and insisting the group received no such support since 2009 (although the break over Syria came in 2011).[140] But other Hamas leaders quickly contradicted Marzouk's statement.  Hamas leader Khalil Abu Leila dismissed Marzouk's comment and stressed that Iran still supports Hamas.  "We appreciate Iran for the support it has provided for the resistance," he added.[141]  Hamas leader Osama Hamdan similarly highlighted Hamas's "good relations" with Iran.[142]  And an Iranian official took the opportunity of his weekly press conference to make clear that Iran still funds Hamas and other Palestinian "resistance movements" as a principled position because fighting Israel is Iranian state policy.[143]

86.     In December 2016, Iranian President Hassan Rouhani met with PIJ leader Ramadan Shallah in Tehran, where he stated, "Today, the world public opinion is faced with this strong argument that the Zionist regime has never been after peace, and this argument and reasoning should be used to show that there is no way, but jihad and resistance for the

---

[139] Avi Issacharoff, "Boosted by Nuke Deal, Iran Ups Funding to Hezbollah, Hamas," *The Times of Israel*, September 21, 2015, http://www.timesofisrael.com/boosted-by-nuke-deal-iran-ups-funding-to-hezbollah-hamas/
[140] Khaled Abu Toameh, "Senior Hamas Official: Everything Tehran Says to Us is a Lie," *The Jerusalem Post*, February 1, 2016,  http://www.jpost.com/Middle-East/Iran/Senior-Hamas-official-Everything-Tehran-says-to-us-is-a-lie-443442
[141] "Hamas Figure Appreciates Iran's Continued Support," *Tasnim News*, February 1, 2016, http://www.tasnimnews.com/en/news/2016/02/01/988005/hamas-figure-appreciates-iran-s-continued-support
[142] "Hamas: We Maintain Good Relations with Iran," *Al Resalah*, January 14, 2016 http://english.alresalah.ps/en/post.php?id=4781
[143] "Iran: We Still Fund Hamas, because Fighting Israel is our Policy," *The Times of Israel*, February 8, 2016 http://www.timesofisrael.com/iran-we-still-fund-hamas-as-fighting-israel-is-our-policy/

Palestinians against the usurper regime."[144]   In a Tweet the following day, Iranian Supreme Leader Khamenei stated, "As I've said before, if Muslims & Palestinians united & all fight, the Zionist regime will not be in existence in 25 years."[145]   That same week, Hamas representative to Tehran, Khaled al-Qaddumi, gave an interview to the Iranian Students' News Agency in Tehran, in which he stressed the closeness of Hamas' ties to Iran.[146]

87.   Despite disagreements surrounding the Syrian civil war, Iranian support for Hamas remains steadfast. IRGC aerospace force commander Brigadier General Amir Ali Hajizadeh boasted in February 2015, "The Islamic Republic of Iran has helped Iraq, Syria, Palestine and the Lebanese Hezbollah by exporting the technology that it has for the production of missiles and other equipment, and they can now stand against the Zionist regime..." and Sunni terrorist groups.[147] To back up these statements, it was reported in April 2015 that the IRGC had, over "the past few months,...transferred tens of millions of dollars to Hamas's Izz al-Din al-Qassam brigades." The reports alleged that the funds "being used primarily to help Hamas rebuild the network of tunnels" destroyed in the 2014 Gaza war.[148]

88.   Hamas-Iran relations were on the mend in 2015 as senior officials from both parties had a series of meetings. Hamas leader Khaled Mashal and Iranian speaker of parliament, Ali Larijani, traveled to Qatar in March 2015, according to a Hamas statement.[149] Senior officials from Hamas, Hezbollah, and the IRGC met in Beirut for a Ramadan iftar in July 2015, a meeting

---

[144] "President Rouhani: No Options Left for Palestinians but Jihad," FARS News Agency, December 13, 2016, http://en.farsnews.com/newstext.aspx?nn=13950923001325
[145] Seyed Ali Khamenei, Twitter Post, December 14, 2016, https://twitter.com/khamenei_ir/status/809047652327374848
[146] "Hamas Representative Stresses Consolidation of Ties with Iran," Iranian Students' News Agency, December 12, 2016, http://en.isna.ir/news/95092213520/Hamas-representative-stressses-consolidation-of-ties-with-Iran
[147] Stuart Winer, "Iran boasts of rocket aid to Palestinians, Hezbollah," Times of Israel, February 3, 2015, http://www.timesofisrael.com/iran-boasts-of-rocket-aid-to-palestinians-hezbollah/
[148] Con Coughlin, "Iran Rekindles Relations With Hamas," Wall Street Journal, April 21, 2015, http://www.wsj.com/articles/iran-rekindles-relations-with-hamas-1429658562
[149] Jack Khoury, "Hamas and Tehran Boost Ties as Meshal Meets Iran's Larijani in Doha," Haaretz, March 12, 2015, http://www.haaretz.com/israel-news/.premium-1.646624

met with enthusiasm by Hamas's military wing, Izz ad-Din al-Qassam Brigades.[150] A month later, Egyptian authorities arrested four Hamas militants travelling through Sinai to catch a flight from Cairo to Iran. The four members of Hamas' naval commando were set to continue their military training in the Islamic Republic, which allegedly supplies Hamas with state-of-the-art military diving gear.[151] Also in August 2015, Israeli authorities stated that a captured Hamas militant, Ibrahim A'adel Shahada Shaer, explained that "Iran transfers funds, advanced weaponry and electronic equipment," in addition to training "Hamas operatives to infiltrate Israeli territory and airspace."[152]

89.     In February 2016, Iranian Foreign Ministry Spokesman Hossein Jaberi Ansari insisted that, since 1979, "Iran has declared that supporting the Palestinian nation and the Palestinian Resistance Movement is among its fixed policies and has continuously taken some measures on this path." [153] Days before, Hamas leader Khalil Abu Leila had responded to responded in kind, thanking Iran for its continued assistance. In June 2016, deputy chairmen of Hamas' political bureau, Mousa Abu Marzouk, praised Hamas' relationship with Iran. Their support, "be it in logistics, training or funds, is unmatched and beyond the capabilities of other countries."[154] Abu Marzouk asserted that "Iran's support and backing to the resistance and the

---

[150] TPI Staff and Avi Isaacharoff, "Hamas, Hezbollah, Revolutionary Guards said to meet in Beirut," Times of Israel, July 4, 2015, http://www.timesofisrael.com/hamas-hezbollah-irgc-said-to-meet-in-beirut/
[151] Avi Isaacharoff, "Sending naval commandos to Iran via Sinai, Hamas pushed Egypt too far," Times of Israel, August 21, 2015, http://www.timesofisrael.com/sending-naval-commandos-to-iran-via-sinai-hamas-pushed-egypt-too-far/
[152] "Hamas terrorist arrested for constructing tunnels from Gaza," Israel Ministry of Foreign Affairs, August 16, 2015, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Hamas-terrorist-arrested-for-constructing-tunnels-from-Gaza-16-Aug-2015.aspx
[153] "Supporting Resistance Groups, like Hamas, Iran's Principled Policy: Spokesman," Tasnim News Agency, February 8, 2016, https://www.tasnimnews.com/en/news/2016/02/08/995139/supporting-resistance-groups-like-hamas-iran-s-principled-policy-spokesman
[154] Hazem Balousha, "Why Hamas resumed ties with Iran," Al-Monitor, June 29, 2016, http://www.al-monitor.com/pulse/originals/2016/06/gaza-hamas-resume-relations-iran.html#ixzz4SkeJaA27

Palestinian cause is clear, explicit," and Hamas is grateful for its continuance.[155] A week later, a Hamas statement reported that a senior Hamas delegation's visit in Iran involved "a number of successful and positive meetings with Iranian officials". The trip, the statement assured, would "usher in a new page of cooperation between Hamas and Iran."[156]

## G.   The Purpose of Palestinian Islamic Jihad Attacks

90.   Islamic Jihad in Palestine (*Al-Jihad Al-Islami fi Filastin*), also referred to as the Islamic Jihad Movement (IJM) or Palestinian Islamic Jihad (PIJ), originated in the 1970s among Palestinian students in Cairo, notably Fathi Shiqaqi, a former leftist who became disillusioned with the secular Palestinian movements and joined the Egyptian Muslim Brotherhood. By the mid-1970s, he had rejected the teachings of the Brotherhood, which held that the destruction of Israel must await an "internal jihad" to reform and unify the Islamic world, and embraced the 1979 revolution in Iran as a model of action. Although a number of other radical Palestinian Islamists inspired by the Islamic Republic in Tehran adopted the name Islamic Jihad as a cover for terrorist activity, the faction started by Shiqaqi is the one that flourishes today.[157]

91.   In terms of its goals and objectives, Islamic Jihad seeks "the establishment of an Islamist Palestinian state and the destruction of the state of Israel.  The Islamic Jihad believes

---

[155] "Abu Marzouk: the announcement of the agreements next Saturday…if talks were held," Quds Net, June 15, 2016, http://qudsnet.com/news/View/341134/%D8%A3%D8%A8%D9%88-%D9%85%D8%B1%D8%B2%D9%88%D9%82-%D8%B3%D9%82%D9%81-%D9%85%D8%A7-%D8%AA%D9%82%D8%AF%D9%85%D9%87-%D8%A5%D9%8A%D8%B1%D8%A7%D9%86-%D9%84%D9%84%D9%85%D9%82%D8%A7%D9%88%D9%85%D8%A9-%D9%84%D8%A7-%D9%8A%D9%88%D8%A7%D8%B2%D9%8A%D9%87-%D8%B3%D9%82%D9%81-%D8%AE%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%B1%D8%AE%D8%B1%D8%B1%D8%B1/#.WG6JOFMrKUl
[156] Imogen Lambert, "Hamas announces 'new page of cooperation' with Iran," Alaraby, February 19, 2016, https://www.alaraby.co.uk/english/indepth/2016/2/19/hamas-announces-new-page-of-cooperation-with-iran
[157] Others include Islamic Jihad - Al-Aqsa Battalions (Al-Jihad al-Islami - Kata'ib al-Aqsa), established in Jordan in 1982 by followers of Sheikh As'ad Bayyud al-Tamimi; Islamic Jihad - The Temple (al-Jihad al-Islami - Bait al-Maqdas), a faction of the Fatah movement which emerged in the early 1980s; and the Islamic Jihad Squad (Tanzim al-Jihad al-Islami), an Islamist offshoot of the Palestinian Popular Liberation Forces (PPLF) started by Ahmad Muhanna in the 1980s.

Palestinian liberation and the seizure of Jerusalem for the Islamic world would serve as a catalyst for a wider Islamic revolution across the Arab and Muslim world."[158]

92.     Like several other terrorist groups, Islamic Jihad is governed by a leadership structure called the Majlis al-Shura, meaning governing or consultative council.  The purpose of the Majlis al-Shura in guiding the terrorist group is often compared to the role a Board of Directors plays in guiding a large corporation.[159]

93.     Following the assassination of Egyptian President Anwar Sadat in 1981, Fathi Shiqaqi was expelled from the country and returned to Gaza, where he formally established PIJ. But unlike Hamas, which would emerge in the late 1980s, Islamic Jihad made little effort to develop a social and educational infrastructure or attract a mass following. Shiqaqi believed that a campaign of spectacular terrorist attacks against Israel in the name of revolutionary Islam would inspire a popular revolt. After securing funding from Iran's mullahs, who had ended their early flirtation with the PLO and were anxious to sponsor like-minded (albeit Sunni) Palestinian revolutionaries, Shiqaqi began developing the group's military apparatus, the Jerusalem Brigades (Saraya al-Quds), which started carrying out attacks against Israeli soldiers in the mid-1980s. The most notorious was the Gate of Moors operation in October 1986, when Islamic Jihad operatives threw hand grenades at military recruits attending an induction ceremony near the Wailing Wall in Jerusalem, wounding 70 and killing the father of a soldier.

94.     In 1988, after spending two years in an Israeli prison for smuggling arms into Gaza, Shiqaqi – together with Abd Al Aziz Odeh – was deported to Lebanon and the following year established a headquarters in Damascus. This transition brought Islamic Jihad leaders into

---

[158] "Palestinian Islamic Jihad (Islamic Jihad)," Attachment to "Palestinian Islamic Jihad Listed as a Terrorist Organization," Office of the Australian Attorney General, Media Release 055/2004, May 3, 2004
[159] State Department Briefing, "Twelfth Public Hearing of the National Commission on Terrorist Attacks Upon the United States, Panel I, Thomas Kean, Chairman.  Federal News Service.  June 16, 2004.

direct contact with Iranian officials for the first time though the Islamic Republic's embassies in Beirut and Damascus.  This point was noted in an Australian government information sheet on Palestinian Islamic Jihad that accompanied that government's announcement banning the organization as a terrorist group:

> In August 1988, the two primary leaders of the Islamic Jihad, Fathi Shaqaqi, and Abd al-Aziz Odah, were expelled by Israel to Lebanon, where Shaqaqi reorganized the group, developing closer ties with Iranian Revolutionary Guard Corp elements and with Lebanese Hizballah.  From this time, the Islamic Jihad increasingly adopted the use of terrorist actions to promote its cause, including the use of suicide bombings.[160]

95.     Unlike Hamas, which strove to spread its external political and military infrastructure across several different countries in the 1990s and came to depend primarily on Syria only after its activities were curtailed elsewhere, the Islamic Jihad presence abroad has always been concentrated in Syria and Syrian-occupied Lebanon. Islamic Jihad operatives soon began training at Hezbollah camps in Lebanon, under the supervision of Iranian Revolutionary Guards stationed in the country, and carried out some joint operations with Hezbollah against Israeli forces in south Lebanon during the 1990s.

96.     By 1991-1992, Islamic Jihad had established itself as one of the most violent and fundamentalist of all the Palestinian rejectionist groups.  The inclusion of several senior Islamic Jihad leaders (including Islamic Jihad leader in Gaza Sheikh Abdallah Shami al-Shami) in Israel's mass deportation of terrorist leaders and operatives to Marj el-Zhour in southern Lebanon  in 1992 underlined – and indeed enhanced still more – the group's status both internationally and on the Palestinian street as an entity targeting Jewish Israelis and secular

---

[160] "Palestinian Islamic Jihad (Islamic Jihad)," Attachment to "Palestinian Islamic Jihad Listed as a Terrorist Organization," Office of the Australian Attorney General, Media Release 055/2004, May 3, 2004

Palestinians.  Support for Islamic Jihad increased along with its prestige, indicating that the group's supporters were fully cognizant of the group's violent activities and extended their political, logistical and financial support in recognition of and support for those activities.

97.     Islamic Jihad and Hamas were fierce rivals in the late 1980s and early 1990s, largely a result of ideological differences relating to Islamic Jihad's affinity for - and Hamas' rejection of - Iranian Khomeinism and the principle of *waliyat al faqih*, that is, rule by the jurisprudent (entrusting governance to clerics). Moreover, while both groups grew out of the Muslim Brotherhood, Islamic Jihad marginalized the role of social activity in favor of militant activity, while Hamas gave prominence to social welfare activity and proselytizing (dawa), even as it too engaged in a simultaneous terror campaign.

98.     After the signing of the 1993 Oslo Accords, however, both Hamas and Islamic Jihad joined the Damascus-based Alliance of Palestinian Forces (APF) and - for the most part - set aside their differences. By 1995, Hamas joined Islamic Jihad in establishing its operational headquarters in Damascus.[161]

99.     In early 1995, Islamic Jihad members "continued to discuss Islamic Jihad recruitment, the interrelationship between Islamic Jihad and Hamas, and the possibility of joining forces."[162]  In January 1995 interview with the Arabic daily *al-Sharq al-Awsat*, for example, Sheikh Abdallah Shami stressed that Islamic Jihad would continue to reject calls by the PA to

---

[161] "Palestinian groups opposed to autonomy accord form new alliance."  *Agence France Presse,* December 16, 1993; "Broadcast supports newly established Palestinian Grouping."  *BBC Summary of World Broadcasts,* March 1, 1995. Syrian Arab Republic Radio (in Arabic), 27 February 95.  Text of commentary by Syrian radio's "Palestine Broadcast" entitled: Talk of the Return.

[162] Matthew Levitt, "Hamas and Islamic Jihad Clash over 'Media Jihad,'" RUSI/Jane's Homeland and Security Monitor, February 2005, http://www.washingtoninstitute.org/policy-analysis/view/hamas-and-islamic-jihad-clash-over-media-jihad

cease military operations against Israeli targets but acknowledged that Islamic Jihad's "ambition is certainly to develop military coordination" with Hamas.[163]

100.    Islamic Jihad does run a small number of dawa (social welfare and religious indoctrination) organizations that fill logistical and financial support functions and build grassroots support for the group. Most important among these are the al Ansar Charity Association and the al Ihsan Society (also known as the Birr Elehssan Society) in Gaza.[164] However, Islamic Jihad no longer aspires to build the kind of widespread dawa infrastructure that would challenge the Hamas dawa apparatus, thus removing a key bone of contention between the two groups.

101.    Islamic Jihad is better known for executing terrorist attacks targeting Israeli civilians.  For example, in 1995 Islamic Jihad claimed responsibility for a deadly string of terrorist attacks, including twin suicide bombings in January that killed 22 people in Beit-Lid, an attack in April that claimed eight lives in Kfar Darom, and a suicide bombing in August that killed five people in Jerusalem. After each attack, the late Israeli Prime Minister Yitzhak Rabin blamed Islamic Jihad leader Fathi Shiqaqi for issuing the orders to strike, but the latter maintained that "the planning and execution of suicide operations are being done inside the occupied Palestinian territories . . . we don't send weapons, money or men from outside," while Syrian President Hafez Assad rebuffed American demands to expel the Islamic Jihad leader from Damascus.[165]  As it turns out, Shiqaqi was instrumental to the group's operational capacity. After

---

[163] "Jihad Seeks 'Military Coordination' with Hamas," FBIS translation of Mahmud Abu-Id, "Jihad Official Rejects Cessation of Operations Against Israel," *al Sharq al-Awsat*, January 27, 1995, FBIS-NES-95-020, January 31, 1995
[164] "Operation for the confiscation of terror funds-Background," Israel Ministry of Foreign Affairs, February 26, 2004, http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/security%20forces%20seize%20terrorist%20funds%20-%20background.aspx ;  "Key Issues- Protecting Charitable Organization," U.S. Department of Treasury, Designation, May 4, 2005, https://www.treasury.gov/resource-center/terrorist-illicit-finance/Terrorist-Finance-Tracking/Pages/charities_execorder_13224-e.aspx
[165] United Press International, 18 November 2002

his assassination in October and a brief spate of attacks in early 1996, Islamic Jihad terror attacks dropped off so dramatically that in 1997 the *Jerusalem Post* reported "a void in the organization so deep that the group barely functions today."[166]

102.     Until Palestinian officials released Islamic Jihad bomb makers and terrorist recruiters from their jails in 2000 and 2001 (following the collapse of Israeli-Palestinian peace talks), Islamic Jihad had failed to carry out a successful, quality attack in a long time.  Once their key operatives were released from jail, however, Islamic Jihad terrorist activity soon picked up sharply.   Thus, for example, on October 21, 2002, a suicide car bombing attack in northern Israel killed at least ten people and wounded another 48.  Palestinian Islamic Jihad quickly claimed responsibility for the attack.  In Gaza, Islamic Jihad leader Mohammed al Hindi blithely commented, "Islamic Jihad will continue its resistance in all of Palestine."[167]

103.     According to a study released in October 2003, since the Al-Aqsa Intifada erupted in September 2002 up until October 2003, Islamic Jihad terrorists carried out over 440 terrorist attacks, including suicide bombings and other attacks, killing over 130 Israelis and wounding approximately 880 more.[168]  Since that time the group has carried out many more deadly attacks.

104.     In response to the wave of terrorist attacks carried out at this time, Israeli forces reinvaded large parts of the West Bank in what it called Operation Defensive Shield.  Among the PIJ operatives apprehended in the course of Operation Defensive Shield were: Mahmoud Ahmed Mahmed Tawalbeh in Jenin, who masterminded a series of suicide bombings targeting Israeli civilians; and Tabaat Mardawi, a senior PIJ operative in Jenin wanted for carrying out at least

---

[166] "The big fish that got away," *The Jerusalem Post,* 17 October 1997
[167] James Hider, "At least eight dead in Israeli bus blast," AFP, October 21, 2002
[168] "The Palestinian Islamic Jihad," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), October 2003

twelve attacks, including suicide bombings, drive-by shootings, and car bombings.[169] Ali Zafour, a senior PIJ operative and leader of the organization in Jenin, was also arrested. Zafour, responsible for preparing explosives and mortar shells for the Tanzim cell directed by Abdel Karim Awais, is a close accomplice of Tawalbeh.[170]

105.    A document uncovered by the IDF also explains the mechanism for financial disbursement within PIJ. According to the document, Ramadan Shallah, the PIJ secretary-general in Damascus, transferred funds to Bassam al-Saadi, a senior PIJ activist in Jenin in charge of finances, who then distributed the funds to active terrorists and to the families of terrorists killed or arrested.[171]

106.    Hamas and PIJ would continue to alternately compete and cooperate, not only regarding operations and funding but even things as mundane as what they referred to as "media Jihad" – issuing competing claims for attacks and competing for attention in the media space.[172]

107.    Palestinian Islamic Jihad is widely recognized as a terrorist group.  In 1995, the U.S. Treasury Department designated Palestinian Islamic Jihad as a Specially Designated Terrorist (SDT).  In 1997, the U.S. State Department similarly designated the group as a Foreign Terrorist Organization (FTO).[173]   While some groups added to these lists have been removed after a period of time, Islamic Jihad has appeared on these lists every year since first being listed.

[169] Matthew Levitt and Seth Wikas, "Defensive Shield Counterterrorism Accomplishments," The Washington Institute, April 17, 2002, http://www.washingtoninstitute.org/policy-analysis/view/defensive-shield-counterterrorism-accomplishments
[170] Ibid.
[171] Ibid.
[172] Matthew Levitt, "Hamas and Islamic Jihad Clash over 'Media Jihad," RUSI/Jane's Homeland and Security Monitor , February 2005, http://www.washingtoninstitute.org/policy-analysis/view/hamas-and-islamic-jihad-clash-over-media-jihad
[173] State Department Foreign Terrorist Organizations, Bureau of Counterterrorism, October 8, 1997, https://www.state.gov/j/ct/rls/other/des/123085.htm

Several Islamic Jihad leaders associated with Sami al-Arian et al, including Ramadan Shallah

and Sheikh Abd Al Aziz Odeh, are themselves listed as Specially Designated Terrorists

(SDT).[174]  Palestinian Islamic Jihad is also featured on the European Union, UK, Canadian and

Australian lists of banned terrorist groups.[175]

## H.    Iranian Financial and Material Support of Palestinian Islamic Jihad

108.    Iran's policy of increasing funding to terrorist groups when they carry out

successful attacks, which applies to a variety of Iranian-sponsored groups, is especially clear

from its interactions with Islamic Jihad.  In early June 2002, Iran's Ayatollah Ali Khamenei met

with Islamic Jihad leader and former Tampa cell member Ramadan Shallah on the sidelines of a

Tehran conference convened in support of the Palestinian intifada.  Khamenei pledged to

separate Iran's funding for Islamic Jihad from that of Hezbollah and to increase its funding by 70

percent "to cover the expense of recruiting young Palestinians for suicide operations."[176]  U.S.

officials, having affirmed that Islamic Jihad is "financed and directed by Iran," also noted that, in

the period following the onset of violence in September 2000, Tehran instituted an incentive

system in which millions of dollars in cash bonuses are conferred to the organization for

successful attacks.[177]

---

[174]"Treasury Designates Charity Funneling Money to Palestinian Islamic Jihad—Action Marks 400th Designation of
a Terrorist or Financier," U.S. Department of Treasury, May 4, 2005, https://www.treasury.gov/press-center/press-
releases/Pages/js2426.aspx
[175]"A Nation Challenged; Groups Added to Europe Terror Roll", New York Times, December 29, 2001;
http://www.nytimes.com/2001/12/29/world/a-nation-challenged-groups-added-to-europe-terror-
roll.html; "Canadian Listed Terrorist Entities," https://www.publicsafety.gc.ca/cnt/ntnl-scrt/cntr-
trrrsm/lstd-ntts/crrnt-lstd-ntts-en.aspx; "UK Proscribed Terrorist Groups,"
https://www.gov.uk/government/publications/proscribed-terror-groups-or-organisations--2
[176] Ali Nouri Zadeh, "Islamic Jihad, Hamas, and the Palestinian Authority Meet in Iran," *al-Sharq al-Awsat*
(London), June 8, 2002
[177] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection Is Seen Fueling the Mideast Fire," *New York
Times*, March 24, 2002

109.    With the beginning of the Palestinian uprising in September 2000, however, Islamic Jihad sprang back to life. Since then, it has claimed responsibility for scores of terrorist attacks. In part, this has reflected the group's greater coordination with other Palestinian groups, as well as the Palestinian Authority (PA) security services. U.S. officials contend that, shortly after Palestinian violence erupted in September 2000, Iran assigned Imad Mughniyeh, Hezbollah's international operations commander, to help Palestinian militant groups, specifically Hamas and Islamic Jihad.[178]

110.    Another critical factor in Islamic Jihad's revival was an increase in Iranian funding for the group. As early as 1993, Shiqaqi acknowledged that he received Iranian funding and channeled it to operatives in Gaza and the West Bank. "Iran gives us money and supports us," he said in an interview with *Newsday*, "then we supply the money and arms to the occupied territories and support the families of our people. Just about all of it goes there because that's where most of our organization is."[179]

111.    According to American officials, Tehran began paying Islamic Jihad millions of dollars in cash bonuses for each attack against Israel in the context of the second Intifada that began in September 2000.[180]  Islamic Jihad Secretary General Ramadan Abdullah Shallah would make sure that orders and money would be distributed to the Iranian-funded Islamic Jihad infrastructure in the territories, centered in Jenin, from his headquarters in Damascus.[181]

112.    Fast forward to 2011.  In the wake of the Syrian civil war, a wedge developed between Hamas and Iran over Hamas' refusal to involve itself in the Syrian civil war.  As a

---

[178] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," The New York Times, March 24, 2002.

[179] "Terrorism Inc.: Islamic Jihad Founder Admits Funding by Iran," *Newsday,* 11 April 1993

[180]  "A Secret Iran-Arafat Connection Is Seen Fueling the Mideast Fire," *The New York Times,* 24 March 2002

[181] See "Jenin, the Capital of the Palestinian Suicide Terrorists," Israel Defense Forces, April 18, 2002, Appendix C: "Characteristics of Two Arch-Terrorists from the Jenin Area Captured by the IDF;" and "Iran and Syria as Strategic Support for Palestinian Terrorism (Based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents)," Israel Defense Forces, Military Intelligence, September 2002

result, Iran diversified its portfolio of Palestinian terrorist proxies capable of carrying out terror attacks and increased its support to PIJ. In noting Iran's longstanding support in "weapons, training, and funding" for the PIJ, the State Department's 2014 Country Reports on Terrorism referenced a specific weapons smuggling incident that year. Iran, which the report acknowledged was PIJ's primary supporter, sent weapons "destined for Hamas and PIJ in Gaza", intercepted by Israeli authorities in March 2014.[182] Several containers on board the ship featured "seals of the Iranian postal company," and held "81 heavy mortars, 400,000 bullets, and dozens" of long-range M-302 rockets.[183]

113.    The physical evidence found in this intercepted shipment matches consistent rhetoric from the PIJ. In May 2013, PIJ spokesman Daoud Shihab told al-Monitor, "All of the weapons in Gaza are provided by Iran, be they weapons intended for the Hamas movement or for the PIJ… everyone knows that Iran is financing us." Shihab insisted that, of the many Arab and Muslim factions that support Palestinian militancy, "the largest share of this financial and military support is coming from Iran."[184]

114.    In February 2014, Iranian officials hosted a PIJ delegation headed by PIJ Secretary General Ramadan Shallah.[185] PIJ's Deputy Secretary General Ziyad al-Nakhalah was notably in attendance, despite having been designated as a terrorist by the US State Department just two weeks earlier.[186] The delegation met with Iranian President Hassan Rouhani, Foreign

---

[182] "Country Reports on Terrorism 2014," United States Department of State, Bureau of Counterterrorism, Released June 2015, http://www.state.gov/documents/organization/239631.pdf
[183] "IDF releases photos of Iranian weapon shipment," Israel Ministry of Foreign Affairs, March 10, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/IDF-releases-photos-of-Iranian-weapon-shipment-10-March-2014.aspx
[184] Asmaa al-Ghoul, "Palestinian Islamic Jihad : Iran Supplies All Weapons in Gaza," Al-Monitor, May 14, 2013, http://www.al-monitor.com/pulse/originals/2013/05/gaza-islamic-jihad-and-iranian-arms.html
[185] Adam Kredo, "Iran Hosts Palestinian Islamic Jihad Leaders," Free Beacon, February 5, 2014, http://freebeacon.com/national-security/iran-hosts-palestinian-islamic-jihad-leaders/
[186] "Terrorist Designation of Ziyad al-Nakhalah," U.S. Department of State, , January 23, 2014, https://www.state.gov/j/ct/rls/other/des/266559.htm

Minister Javad Zarif, and parliament speaker Ali Larijani.[187]PIJ member Ramadan Abdullah was quoted during the meeting saying "Iran has always been the main supporter of the Palestinian nation's cause and goals,"."[188]

115.    In the calm after the 2014 Gaza war, Iranian support continued unabated. Brigadier General Mohammad Reza Naqdi, commander of Iran's volunteer Basij force, confirmed that "arming the West Bank has started and weapons will be supplied to the people of this region."[189] Ayatollah Ali Khamenei emphasized Iranian weapons support in an October 2014 interview. "Without Iran's strategic and efficient help," he said, "resistance and victory in Gaza would have been impossible" in the recent conflict. Khamenei encouraged Palestinians to "boost their preparedness day by day and reinforce their resources" for future clashes with the Israelis.[190] Iran boasted that it was helping to that end -- Revolutionary Guard Brigadier General Sayed Majid Moussavi said in November 2014 that Iran had given the Palestinians Fateh-class missiles, with a range of about 120 miles.[191] In August 2014, Ziad Al-Nehala, deputy to the Secretary General of PIJ, "declared that they received the weapons from Iran," asserting that Iran was the only "Islamic state" to do so.[192]

---

[187] Adam Kredo, "Iran Hosts Palestinian Islamic Jihad Leaders," Free Beacon, February 5, 2014, http://freebeacon.com/national-security/iran-hosts-palestinian-islamic-jihad-leaders/
[188] Ibid.
[189] Adam Kredo, "Iran Begins Arming Palestinian terrorists," Free Beacon, August 28, 2014, http://freebeacon.com/national-security/iran-begins-arming-palestinian-terrorists/
[190] AFP, "Islamic Jihad praises Iran for role in Gaza War," Times of Israel, October 16, 2014, http://www.timesofisrael.com/islamic-jihad-praises-iran-for-role-in-gaza-war/
[191] Stuart Winer, "Iran boasts of rocket aid to Palestinians, Hezbollah," Times of Israel, February 3, 20-15, http://www.timesofisrael.com/iran-boasts-of-rocket-aid-to-palestinians-hezbollah/
[192] "Iran provided most of Hamas' weapons," Israel Ministry of Foreign Affairs, August 31, 2014, http://mfa.gov.il/MFA/ForeignPolicy/Iran/SupportTerror/Pages/Iran-provided-most-of-Hamas-weapons-31-Aug-2014.aspx

## I.   The Hamas Attack at the Merkaz HaRav Yeshiva

116.   Iran provided support to Hamas in the period leading up to the March 2008 Merkaz HaRav attack as well.  While Iran provided support to Hamas before 2007, Iranian support increased significantly after Hamas assumed power in the Gaza Strip.[193] Many Hamas leaders, such as former Prime Minister Ismail Haniyeh, made frequent trips to Iran, including a December 2006 trip where Iranians offered Hamas $250 million dollars of financial support, as well as future material and monetary support.[194] Indeed, in 2007 and 2008, Iran provided Hamas with anti-tank missiles, rockets, and materials for weapons production.[195] Additionally, Iran provided "tactical warfare and weapons operation" training for many Hamas operatives during that time period, and then smuggled them back into the Gaza Strip.[196] On March 9, 2008, just three days after the Merkaz HaRav attack, a senior Hamas member was interviewed by the British Sunday Times and revealed that as early as 2005, hundreds of  Hamas terrorists were receiving training in Tehran, sometimes for as long as six months.[197]

117.   On March 6, 2008, a lone gunman unpacked a Kalashnikov rifle and without warning began shooting students at the Merkaz HaRav yeshiva in Jerusalem.[198]  Before he was

---

[193] "Hamas's military buildup in the Gaza Strip," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage and Commemoration Center, April 2008, http://www.terrorism-info.org.il/Data/pdf/PDF1/hamas_080408_501786899.pdf

[194] "Iranian Support of Hamas," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage and Commemoration Center, January 12, 2008, http://www.terrorism-info.org.il/Data/pdf/PDF_09_019_2.pdf

[195] "Iranian Support of Hamas," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage and Commemoration Center, January 12, 2008, http://www.terrorism-info.org.il/Data/pdf/PDF_09_019_2.pdf

[196] "Senior Hamas operative figure tells London Sunday Times' Gaza Strip correspondent about Iranian and Syria military aid," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage and Commemoration Center, March 17, 2008, http://www.terrorism-info.org.il/Data/pdf/PDF_08_079_2.pdf

[197] "Senior Hamas operative figure tells London Sunday Times' Gaza Strip correspondent about Iranian and Syria military aid," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage and Commemoration Center, March 17, 2008, http://www.terrorism-info.org.il/Data/pdf/PDF_08_079_2.pdf

[198] "Terrorist shooting at Yeshivat Mercaz Ha'Rav in Jerusalem leaves eight students dead. The terrorist who shot them was an Arab living in East Jerusalem who carried an Israeli identity card. The identity of the organization behind the attack is currently unknown," Intelligence and Terrorism Information Center at the Israel Intelligence

finished, he had killed eight students and wounded at least ten others, some seriously.[199]  About twenty minutes after the attack started, he was shot to death by a sniper from a neighboring rooftop.  He was later identified as Alaa Abu Dein.[200] In the immediate wake of the terrorist attack at the Merkaz HaRav yeshiva confusion reigned over claims of responsibility for the attack.  An unidentified Hamas official claimed responsibility for the attack, telling Reuters on condition of anonymity that "The Hamas movement announces its full responsibility for the Jerusalem operation. The movement will release the details at a later stage."[201] Meanwhile, a Hamas spokesman, Abu Ubaida, told Al Jazeera television that the attack was "an honor we have not claimed yet," but did not deny the group's involvement in the attack.[202]  The New York Times reported that a text message from Hamas in Gaza did not take responsibility for the attack, but praised it.  The group sent a text message saying "we bless the operation.  It was not be the last."[203]

118.    Hamas radio reportedly broadcast a statement the day after the attack claiming responsibility for the attack and saying it was a "jolting response to the violence in Gaza in which more than 120 Palestinians were killed," and called on the group's supporters to "celebrate this victory against the brutal enemy."[204]  According to another report, a Hamas radio presenter backed up the initial Hamas claim of responsibility, noting that the Hamas military wing had "promised a jolting response" to Israeli reprisal attacks on the Gaza Strip in response to

---

Heritage & Commemoration Center, March 9, 2008, http://www.terrorism-info.org.il/Data/pdf/PDF_08%D6%B9076_2.pdf.
[199] Ibid.
[200] Ibid.
[201] "Hamas Claims Responsibility for Jerusalem Attack," Reuters, March 7, 2008
[202] "Hamas Claims Responsibility for Jerusalem Attack," Reuters, March 7, 2008
[203] Steven Erlanger and Isabel Kershner, "Gunman in Jerusalem Attack Identified," *New York Times*, March 7, 2008
[204] "Terror Shooting at Merkaz Harav Kook Yeshiva in Jerusalem," Israel Ministry of Foreign Affairs, March 6, 2008, http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Terror-shooting-at-Merkaz-Harav-Yeshiva-in-Jerusalem-6-Mar-2008.aspx

rocket attacks on Israel from Gaza.[205]  In the Gaza Strip, loudspeakers reportedly proclaimed

Hamas was behind the attack and provided some identifying information about the attacker.[206]

The attacker's father was reportedly a former Hamas member, who only removed Hamas and

Hezbollah flags from the family's mourning tent after being instructed to do so by police.[207]

119.    But shortly after Hamas Radio issued its claim of responsibility, the group began

to backtrack on that claim.  Ibrahim Dahir, head of Hamas' al-Aqsa radio, said his station's

earlier claim of responsibility was done prematurely.  "There may be a later announcement,"

Hamas military wing spokesman Abu Obeida said, "but we don't claim this honor yet."[208]  Fawzi

Barhoum, a senior Hamas spokesman in Gaza, issued a statement saying that no claim of

responsibility was to be considered official unless issued in a written statement from the Hamas

military wing.[209]

120.    Adding to the initial confusion, other groups also claimed responsibility for the

attack.  "Sources in Gaza" told CNN that a group called "Free Men of the Galilee" was behind

the attack, and that the group had ties to Lebanese Hezbollah.  According to this source,

however, while Hamas in the West Bank and Gaza Strip was not claiming responsibility for the

attack the shooter was a member of Hamas but was acting on orders from outside the West Bank

or Gaza Strip.[210]  Palestinian defense sources also indicated the attack was the work of Hamas

leaders in Damascus, as opposed to those in the West Bank and Gaza Strip, carried out in

---

[205] Carolynne Wheeler and Bonnie Malkin, "Hamas Claims Responsibility for Israel Shooting," *Telegraph*, March 7, 2008
[206] "Hamas Claims Responsibility for Jerusalem Attack," Reuters, March 7, 2008
[207] Jonathan Lis, Barak Ravid, Amos Harel and Avi Issacharoff, "Palestinian Sources Say Hamas, Hezbollah Helped in Terror Attack," *Haaretz*, March 9, 2008
[208] "Thousands Mourn Massacre at Jerusalem Seminary; Hamas Backtracks on Responsibility Claim," FoxNews.com, March 7, 2008
[209] Isabel Kershner and Steven Erlanger, "Burials Held for 8 Killed in Jerusalem Seminary," *New York Times*, March 8, 2008
[210] "Eight Arrested in Probe of Jewish Seminary Attack," CNN.com, March 8, 2008

coordination with Lebanese Hezbollah.[211]  Citing to press reports that came out within the first 24 hours of the attack, the National Consortium for the Study of Terrorism and Responses to Terrorism listed claims of responsibility for the attack from the al Aqsa Martyrs Brigade and the Palestinian Islamic Jihad (PIJ) al Quds Brigades.[212]  Other news outlets noted a claim of responsibility from the "Martyrs of Imad Mughniyeh," a previously unknown group supposedly based in Lebanon named for the Hezbollah terrorist mastermind killed in Syria a month prior.[213]  Still others combined some of these names, such as the claim issued on Hezbollah's al Manar satellite television channel in the name of "The Galilee Freedom Battalions – Groups of the Martyr Imad Mughniyeh and Martyrs of Gaza."[214]  Later, in December 2010, Hamas would express "great sorrow" over the fact that other militant entities claimed responsibility for Hamas attacks, including this one at Merkaz HaRav in March 2008 (see below).[215]

121.    Finally, some early reports suggested the attack was carried out by two militant factions working together, and that the operation was planned by operatives from the Hamas military wing abroad (a reference to the then Syria-based external leadership) without the knowledge of the Hamas leadership in Gaza.  A caller claiming affiliation with Ahrar al-Jalil called the Ma'an news agency with this information, and while he refused "for security reasons"

---

[211] Jonathan Lis, Barak Ravid, Amos Harel and Avi Issacharoff, "Palestinian Sources Say Hamas, Hezbollah Helped in Terror Attack," *Haaretz*, March 9, 2008
[212] National Consortium for the Study of Terrorism and Responses to Terrorism (START). (2016). Global Terrorism Database [Data file]. Retrieved from http://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200803060006
[213] "Israel Signals It'll Talk Despite Seminary Attack," Associated Press, March 7, 2008, http://www.nbcnews.com/id/23515835#.Wd5Kl1tSypq
[214] Ian Black, "A Double Act of Revenge: Carefully Planned Atrocity Strikes at Israel's Spiritual Heart," *The Guardian*, March 6, 2008
[215] See notarized and certified translation of "Paths of Glory, A Special Edition Issued by the Information Office of Al-Qassam Brigades, in Commemoration of the 23rd Anniversary of the Founding of Hamas – December 2010." Translated by Wolf Markowitz, Targem Translations, March 16, 2016

to identify the group with whom his organization reportedly carried out the operational planning for this attack, he noted the role of the Hamas external leadership.[216]

122.    Relying on early media reports for things like the number of people killed or wounded, or for claims of responsibility, can be a tricky business since journalists are by definition reporting on ongoing events and developing stories.  In this case too, conflicting early reports suggested the gunman's father was or was not a former Hamas member; that the gunman had or had not previously been a driver employed by the seminary, and more.

123.    Coming on the heels of the Hamas takeover of the Gaza Strip in 2007, and an exchange of rockets from Gaza and Israeli reprisal strikes, it appears the Hamas leadership in Gaza did not want the Merkaz HaRav attack attributed to the group for fear that this would lead to still more punishing Israeli reprisal attacks on the Gaza Strip and the nascent Hamas administration there.  This may explain why even the initial Hamas claim of "full responsibility" for the attack was caveated: "The [Hamas] movement will release the details at a later stage."[217] Indeed, Hamas itself notes that it sometimes delays claiming responsibility for its attacks.  A Hamas publication released by the group's al-Qassam Brigades in December 2010 offers the following explanation in a section proudly declaring responsibility for several operations which it says killed 15 people.  "Historical experience confirms that Al-Qassam Brigades may delay the declaration of responsibility for some of its operations—for months or years for security reasons (or other).  However, it preserves its right to protect its heroes' efforts, record their honorable

---

[216] "Exclusive: Ahrar Al-Jalil Claims Responsibility for Jerusalem Shooting Attack," Maan News, March 7, 2008
[217] "Hamas Claims Responsibility for Jerusalem Attack," Reuters, March 7, 2008

history, and announce operations in time."[218]  That same section of the publication claims

responsibility for the Merkaz HaRav attack, as discussed below.

124.    The March 2008 Merkaz HaRav attack fits a pattern of increased Hamas

operational activity in the period of time leading up to the attack.  Looking back, the Israeli

Ministry of Foreign Affairs noted in 2008 that Hamas attacks increased in the wake of the Israeli

disengaged from the Gaza Strip in August-September 2005.[219] According to an Israeli Security

Agency report, in 2005 Hamas fired approximately 401 rockets into Israel, while in 2006 and

2007 they fired 1,722 and more than 1,200 rockets at Israel, respectively.[220] Between June 2007

and early 2008, the report added, Hamas smuggled at least 80 tons of explosives into the Gaza

Strip, in addition to obtaining large quantities of weapons after taking over the security services

of the Palestinian Authority in June 2007 and during the breach of the Rafah Crossing to Egypt

in January 2008.[221] According to the terrorism incident database maintained by the National

Consortium for the Study of Terrorism and Responses to Terrorism, 11 civilians were killed by

Hamas attacks in 2006, a figure that more than tripled in 2007, in which 38 were killed.[222] In

2008, in the couple of months leading up to the Merkaz HaRav shooting, at least three Israelis

---

[218] See notarized and certified translation of "Paths of Glory, A Special Edition Issued by the Information Office of Al-Qassam Brigades, in Commemoration of the 23rd Anniversary of the Founding of Hamas – December 2010." Translated by Wolf Markowitz, Targem Translations, March 16, 2016

[219]"A year since the Hamas takeover of Gaza," Israeli Ministry of Foreign Affairs, June 16, 2008, http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/pages/a%20year%20since%20the%20hamas%20takeover%20of%20gaza%20-%20june%202008.aspx

[220] "Palestinian Terrorism in 2007: Statistics and trends," Israeli Security Agency, http://mfa.gov.il/MFA_Graphics/MFA%20Gallery/Documents/Terrorism%202007%20report.pdf

[221] "A year since the Hamas takeover of Gaza," Israeli Ministry of Foreign Affairs, June 16, 2008, http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/pages/a%20year%20since%20the%20hamas%20takeover%20of%20gaza%20-%20june%202008.aspx

[222] National Consortium for the Study of Terrorism and Responses to Terrorism (START). (2016). Global Terrorism Database [Data file]. Retrieved from https://www.start.umd.edu/gtd/search/Results.aspx?start_yearonly=&end_yearonly=&start_year=2006&start_month=1&start_day=1&end_year=2008&end_month=3&end_day=8&asmSelect0=&asmSelect1=&dtp2=all&success=yes&casualties_type=b&casualties_max=

were killed by Hamas.[223] Hamas itself reported an increase in attack as well, claiming in a Hamas al Qassam Brigades publication that it carried out 150 attacks in 2006, 220 in 2007, and 396 in 2008.[224]

125.    Conclusive evidence of Hamas's role in the March 2008 Merkaz HaRav terrorist attack would only come later, in December 2010, when the information office of the Hamas Al-Qassam Brigades would publish a "special edition" of its Path of Glory (Darb al-Ezza) publication in commemoration of the twenty-third anniversary of the founding of Hamas.  The eight page publication glorified Hamas attacks and attackers, and includes sections on Hamas weapons, operations, operatives, and more.  One section is entitled, "For the First Time, Al Qassam Brigades Declared Responsibility for Six Jihadist Operations that led to the death of 15 Zionists."  The publication includes a poster featuring a picure of the Merkaz HaRav shooter, Alaa Hisham Abu Dhaim, accompanied by text reading: "Ezzdeen Al-Qassam Brigades" and "Avenger of the Gaza Holocaust." It identified him as a Qassam Brigade Martyr ("The Qassmi Martyr") and noted that he "carried out al-Quds [Jerusalem] heroic martyrdom mission."  A separate text box describes "the operation by al Qassami Martyr 'Alaa abu Dhaim'."

> The heroic Qassami knight "Alaa Hesham Abu Dhaim" from Jabel Al Mokaber in Jerusalem, took vengeance on the criminal Zionists who carried out the Gaza Holocaust, which left dozens martyred and inured.  At 8:30 PM on Thursday, March 6, 2008, the Jihadist slipped into the "Haraf" religious school in the "Kiryat Moshe" Zionist neighborhood in occupied Jerusalem.  He positioned himself in the school's library where ore the 80 Zionist extremists were present and

---

[223] National Consortium for the Study of Terrorism and Responses to Terrorism (START). (2016). Global Terrorism Database [Data file]. Retrieved from https://www.start.umd.edu/gtd/search/Results.aspx?start_yearonly=&end_yearonly=&start_year=2006&start_month=1&start_day=1&end_year=2008&end_month=3&end_day=8&asmSelect0=&asmSelect1=&dtp2=all&success=yes&casualties_type=b&casualties_max=

[224] See notarized and certified translation of "Paths of Glory, A Special Edition Issued by the Information Office of Al-Qassam Brigades, in Commemoration of the 23rd Anniversary of the Founding of Hamas – December 2010." Translated by Wolf Markowitz, Targem Translations, March 16, 2016

started shooting at them, injuring many of them. He moved between various floors and rooms causing horror among the Zionists, to the extent that some had to jump from second-floor windows, which caused them to sustain broken bones. Zionist military sources described him as being a "professional fighter" as he was moving inside the building briskly and replaces weapon magazines more than 7 times. The Zionists were unable to kill him until his ammunition was completely depleted. The Qassami attack resulted in the death of 8 Zionists and the wounding of more than 30 with various injuries.[225]

126. Aside from heinous editorial comments, such as referring to civilian students as "Zionist extremists" and glorifying murder, it is telling that an official Hamas publication not only took credit for the attack but offered a detailed account of the attack itself as well as an explanation for the delayed authoritative claim of responsibility. Taken together with the initial claim of responsibility, in retrospect apparently retracted for "security" reasons, there can be no doubt today that the terrorist attack at the Merkaz HaRav seminary on March 6, 2008, was carried out by Hamas.

127. Select Palestinian Terrorist Attacks from 2008-2016

February 4, 2008: Hamas Suicide bombing at a mall in Dimona, Israel[226]

February 6, 2008: Hamas rocket fired into Kibbutz Beeri, wounding two Israeli girls[227]

March 6, 2008: Palestinian assailant carried out shooting at Merkaz Harav in Jerusalem, killing 8, including Avraham David Moses and Nafatali Shitrit, and wounding 10 others.[228]

---

[225] See notarized and certified translation of "Paths of Glory, A Special Edition Issued by the Information Office of Al-Qassam Brigades, in Commemoration of the 23rd Anniversary of the Founding of Hamas – December 2010." Translated by Wolf Markowitz, Targem Translations, March 16, 2016

[226] Yana Dlugy, "Woman killed in Israeli suicide bombings: medics," Agence France Press, Feb 04, 2008.

[227] Mark Lavie, "Palestinian rocket wounds 2 Israeli girls; Israeli air strikes hit Gaza," The Associated Press, Feb 6, 2008.

[228] Etgar Lefkovitz, Matthew Wagner, Judy Siegel and Herb Keinon, "Gunman kills 8 at flagship J'lem yeshiva. Mercaz Harav hit by worst terror attack in capital since second intifada. Killer came from east Jerusalem. Thousands celebrate in Gaza. Police on nationwide alert," The Jerusalem Post, March 7, 2008.

March 13, 2008: Twelve rockets and three mortars launched from Gaza, striking a warehouse and soccer stadium in Sderot, Israel.[229]

November 14, 2008: Eight to eleven rockets were fired by Hamas into Sderot, Israel, injuring one, damaging one building, one residence, and several cars[230]

August 19, 2011: Hamas rocket fire hit a synagogue in Ashdod, Israel, injuring Shmuel Zev Brauner.[231]

June 1, 2012: Palestinian gunman open fired on Israeli soldiers near the Gaza border, killing one. Officials attributed the attack to Hamas and Islamic Jihad Group.[232]

October 24, 2012: Rockets were fired into the Eshkol region in southern Israel, injuring at least five. PRC and Hamas took responsibility.[233]

November 8, 2012: Hamas blew up a tunnel they had dug, injuring an Israeli soldier and damaging at least one car.[234]

November 10, 2012: Hamas fired a rocket that hit Kiryat Malachi in southern Israel, killing three and injuring an additional two.[235]

November 18, 2012: Hamas fired two rockets into Tel Aviv.[236]

November 21, 2012: Hamas blew up a bus in Tel Aviv, killing 10.[237] On the same day, rocket fire from Gaza landed in Moshav Timumim in Israel, directly hitting the house of Daniella Parnass.[238]

December 22, 2013: PIJ planted an explosive device on a bus, which was found when the bus was in Bat Yam, Israel, injuring at least one as the bomb was defused.[239]

July 5, 2014: Hamas fired rocket into Beer Sheva, Israel[240]

---

[229] Amy Tiebel, "Gaza rocket squads barrage Israel after Israeli troops kill 4 West Bank militants," The associated Press, March 13, 2008.
[230] "National Counterterrorism Center, "5 civilians wounded in rocket attack by Izz al-Din al-Qassam Brigades in Sederot, Southern District, Israel," Worldwide Incidents Tracking System, November 17, 2009.
[231] "Israel under fire- August 2011," Israel Ministry of Foreign Affairs, August 25, 2011.
[232] "Israeli soldier, two Palestinians killed in Gaza violence," Agence France Presse -- English, June 1, 2012.
[233] "3 foreign workers injured by Gaza rocket fire, houses in Eshkol region suffer direct hits," The Times of Israel, October 23, 2012.
[234] "Israel: Tunnel explodes on Gaza border," The Associated Press, November 8, 2012.
[235] "3 killed by rocket fire in Kiryat Malachi," YNet News, November 15, 2012.
[236] "Israel shoots down Hamas rockets fired at Tel Aviv," Reuters News, and November 18, 2012.
[237] "Israel makes arrests in Tel Aviv bus bombing: Shin Beth," Agence France Presse, November 22, 2012.
[238] Sam Ser, Gabe Fisher, Elie Leshem and Michal Shmulo, "Terrorist bombs Tel Aviv as hostilities continue in Gaza, southern Israel," The Times of Israel, November 21, 2012.
[239] "Explosion on Israeli bus, no one hurt: police," Reuters, December 22, 2013.
[240] "Rocket fire into Israel continues; Egypt works to broker truce," Jerusalem Post, July 5, 2014.

July 8, 2014: Hamas fired a rocket at Zichron Yaakov, Israel, wounding one.[241]

July 15, 2014: Hamas launched mortars at the Erez border crossing in southern Israel, killing one civilian.[242]

July 19, 2014: Hamas assailants open fired on an Israeli Defense Forces patrol in southern Israel, wounding three soldiers.[243]

July 21, 2014: Rockets fired at Rishon Letzion, Israel. Hamas and PRC claimed responsibility.[244]

July 28, 2014: Hamas assailants open fire at an IDF checkpoint in southern Israel, killing five soldiers and the assailant. [245]

August 1, 2014: Hamas suicide bomber detonates an explosive device near the Gaza border, killing two soldiers.[246]

August 22, 2014: Hamas fired rockets into Sh'ar HaNegev Regional Council area, killing a four-year-old boy.[247]

October 29, 2014: PIJ member attempts to assassinate Rabbi Yehuda Glick by shooting him at the Menachem begin Heritage Center in Jerusalem, Israel.[248]

November 5, 2014: Hamas assailant drove a vehicle into civilians at the light rail in Jerusalem, killing at least four and injuring at least twelve others.[249]

October 7, 2015: Hamas assailant stabbed an IDF soldier in Kiryat Gat, Israel, wounding the solider.[250]

October 13, 2015: Hamas assailants stabbed and opened fire on passengers on a bus in Jerusalem, Israel. At least three were killed, including U.S. citizen Richard Lakin, and twelve others were injured.[251]

---

[241] "Making deepest penetration into Israel, rockets hit Zichron Yaakov," JTA, July 9, 2014.

[242] "First Israeli killed by Gaza rocket fire in week of fighting," Reuters, July 15, 2014.

[243] "Two soldiers killed by Gaza militants who breached border," Haaretz, July 19, 2014.

[244] "Iron Dome intercepts rockets over Tel Aviv region; sirens sound in Beit Shemesh area," Jerusalem Post, July 21, 2014

[245] "Five Israeli soldiers killed in kibbutz infiltration attempt," JTA, July 29, 2014.

[246] Dozens said killed in Gaza after 2 soldiers killed, 3rd seized during truce," The Times of Israel, August 1, 2014.

[247] "Four-year-old killed in mortar attack named as Daniel Tragerman," The Times of Israel, August 22, 2014.

[248] Daniel K. Eisenbud, "Police and Shin Bet Kill Suspect in shooting of Right-Wing Activist Yehuda Glick," JPost, October 30, 2018.

[249] "Terror in Jerusalem: Police shoot dead driver who rammed car into light rail station," Jerusalem Post, November 5, 2014."

[250] "Terror attack: Palestinian stabs IDF soldier in attempted weapon snatch in Kiryat Gat," Jerusalem Post, October 7, 2015.

[251] "Breaking: More than 20 wounded in 2 separate terror attacks in Jerusalem," Jerusalem Post, October 13, 2015.

January 27, 2016: Hamas assailant stabbed Israel man Menachem Mendel Rivkin in the West Bank, causing nearly fatal wounds.[252]

March 8, 2016: Hamas claimed responsibility for the stabbing of civilians in the Jaffa port area in Israel, killing U.S. citizen Taylor Force and wounding 10 others.[253]

March 14, 2016: Car ramming near Kiryat Arba, West Bank, injure three soldiers. Both Al-Aqsa Brigades and Hamas take responsibility.[254]

April 18, 2016: Hamas suicide bomber detonated himself on a bus in Jerusalem, Israel, injuring at least 21.[255]

## J.   **Conclusion**

128.    Over the course of many years, Iran has provided significant financial and material support to both Hamas and PIJ, among other groups, without which neither group could not have carried the kind of sophisticated and effective terrorist attacks for which they have become known. This support enables these groups to carry out a wide range of attacks from shootings and stabbings and bombings, to kidnappings and car rammings and rocket attacks.  These attacks sometimes target soldiers but often civilians, in an effort to terrorize the Israeli population and seek the establishment of an Islamic state in the place of Israel.  While Iranian support for Hamas and PIJ has fluctuated, it has never fully ceased.  Without Iran's support—including funding, weapons and more—groups like Hamas and PIJ would never be able to carry out the scale and scope of incitement and terrorism for which they have become famous.

---

[252] "Terror victim shows improvement after Givat Ze'ev stabbing," The Times of Israel, January 29, 2016.
[253] Ben Hartman and Jpost.com Staff, "Jaffa Stabbing Spree: Palestinian Kills American Tourist, Wounds 10 Others," Jerusalem Post, March 8, 2016.
[254] "Two Israelis Wounded in Two Car-ramming Attacks Near Hebron," Haaretz, March 14, 2016.
[255] "Jerusalem bus bombing was suicide attack organized by Hamas," The Times of Israel, April 21, 2016.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT

Dated

2/20/18

Dr. Matthew Levitt

# *Matthew Levitt, Ph.D.*

1111 19th Street, NW, suite 500, Washington, DC  20036  *  mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy**  Washington, DC
*Fromer-Wexler Fellow*
*Director of the Stein Program on Counterterrorism & Intelligence*  2007- Present
• Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program*  May 2008 – 2013
• Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies*  Washington, DC
• Teach graduate course entitled "Combating the Funding of Transnational Threats"  2007 - 2012
• Teach graduate course entitled "Terrorism: Concepts and Problems"  2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security**  Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)*  Feb 2008 – April 2009
• Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
• Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury**  Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis*  2005- 2007
• Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
• Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy**  Washington, DC
*Senior Fellow and Director of Terrorism Studies*  2001- 2005
• Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer*  Washington, DC
• Taught graduate course on "Contemporary Terrorism and the American Response"  Summer 2005

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit  Washington, DC
*Intelligence Research Specialist*  1998 - 2001
• Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy**  Washington, DC
*Soref Fellow*  1998
• Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School**  Cambridge, MA
*Graduate Research Fellow*  1997-1998
• Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

1

**Additional Affiliations:**

- Associate Fellow, The Henry Jackson Society (2016-present)
- Contributor, The Hill (2014-present)
- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), Jan 2015-Jan 2017
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (2011-present; Term Member 2005-2010)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Member, Association for the Study of the Middle East and Africa (ASMEA)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, Center on Sanctions and Illicit Finance, Foundation for Defense of Democracies (2015-present)
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

**Tufts University, The Fletcher School of Law and Diplomacy**           Medford, MA
- Ph.D. in International Relations (Terrorism and Conflict Resolution)          May 2005
  ~ Passed Ph.D. Oral Exam with Distinction
- Master of Arts in Law and Diplomacy (M.A.L.D.)          May 1995
  ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East
**Yeshiva University**          New York, NY
- BA *cum laude* in Political Science          June 1992

**Selected Honors/Awards:**

- U.S. Department of Justice, Certificate of Recognition, October 2015
- U.S. Secret Service, Certificate of Appreciation, 2015
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005
- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004

- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Outstanding Service award, International Terrorism Analysis Unit, Federal Bureau of Investigation, November 2001
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997
- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996
- Doctoral Scholarship, The Fletcher School of Law and Diplomacy, 1995-1996
- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

**Court Testimony:**
- Qualified as an expert witness and provided expert testimony in several U.S. federal court proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts, December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, District of Massachusetts, March 2015)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015)

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia, August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016)

3

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

**Publications:**

*Books:*

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)


*Monographs:*

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Sereis #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

4

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization.  Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

### *Chapters:*

- "Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators," in Hilary Matfess and Michael Miklaucic, eds., *Beyond Convergence: World Without Order* (Washington, DC: National Defense University, 2016)

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

5

- "The Evolving Threat of International Terrorism and Government Response," in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- "Threat Finance and Counterradicalization," in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- "Disrupting Adversary Networks," in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- "Investigacion Y Persecution: Entrevista a Matthew Levitt," in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- "Hizballah Finances: Funding the Party of God," in *Terrorism Financing and State Responses in Comparative Perspective* (Stanford CA:  Stanford University Press, 2006), available online at http://www.washingtoninstitute.org/templateC06.php?CID=772

- "Hamas Social Welfare: In the Service of Terror," in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- "Hizballah's Global Reach," in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge (Washington, DC: The Washington Institute for Near East Policy, 2004)

- "International Military Intervention and the Impact of Terrorism," in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to Peacewatch/Policywatch Anthology 2001: A Year of Terror (Washington, DC: The Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

***Testimony/Lectures:***

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016

- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa, March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington DC, July 9, 2013

- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs Committee, European Parliament, Brussels, Belgium, July 9, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013

- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons, Parliament of Canada, May 30, 2013

- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The Washington Institute for Near East Policy, New York City, April 30, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013

- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013

- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013

- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 3013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013

- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013

- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013

- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013

- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013

- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013

- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013

- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin,

Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013

- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013

- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013

- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013

- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013

- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012

- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012

- "Is Hezbollah a Threat to the U.S. and Canada?"  Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012

- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012

- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012

- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment?  Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict,"  Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- "Iranian Terror Co-Chair of Roundtable Expert Meeting on "Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned," co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- "Iranian Terror Operations on American Soil," Testimony before a joint hearing of the House Homeland Security Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace," New York University SHARP Lecture Series, New York City, September 20, 2011

- "Countering Terror Finance a Decade after 9/11," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Hamas and Hezbollah as Hybrid Terrorist Organizations," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11," Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing," Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East," Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats," Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmisch, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism," panelist, at "Leading Thinkers" conference on "Terrorism in Canada: Threats, Vulnerabilities, and Strategies," Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- "Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration," United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- "Responding to Radicalization and Violent Extremism," panel moderator, "At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications," conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National Intelligence, Washington, DC, February 17, 2001

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010

- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- "Combating Terror Finance," Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010

- "Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities," testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010

- "Challenges for U.S. Policy in the War on Terror," ADL National Leadership Conference, Washington DC, May 3, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Combating Terrorist Financing," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010

- "Iran's Economic Health and the Impact of Sanctions," panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010

- "A Strategic Approach to Counter-Radicalisation," Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010

- "Combating Terrorist Financing," Counterterror Expo 2010," London, UK, April 15, 2010

- "Contending with Transnational Threats," Counterterror Expo 2010," London, UK, April 15, 2010

- "Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan," lecture at a DOD/USDI-sponsored "Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan," The Pentagon, Arlington, VA, February 1, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010

- "Combating Terrorist Financing," Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Hizballah Financing and Resourcing," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Terrorism, Crime and the Narco-Terror Connection," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Al Qaeda in the West Bank and Gaza: One Year After Cast Lead" The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- "Combating the Financing of Transnational Threats," Seminar organized by Booz Allen Hamilton, December 16, 2009

- "The Threat of Islamist Terrorism: Have We Become Complacent?"  The Heritage Foundation, Washington DC, December 14, 2009

- "The Financing of Terrorist Organizations," American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- "Can Sanctions Work Against Iran?"  Indiana University, Bloomington, Indiana, November 30, 2009

- "Contending with Iran's Proxies," University of Maryland, November 18, 2009

- "Multilateral Issues in Combating Terror Finance," Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- "The Muslim Brotherhood," and "Hamas," and "Global Jihadist Movements," New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Contending "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,"** Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Disrupting Adversary Networks: Combating Terror Finance," George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,"** Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at http://www.washingtoninstitute.org/templateC07.php?CID=449

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch, Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

15

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

- "Scaling Back the 'Long War'?  How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security:  Status Check on the Effort to Combat Terror Financing," Carnegie Council, New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

17

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City, November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California, November 5, 2007

- Moderator, "Homegrown Radicalism in the United States," The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- "Combating the Financing of Transnational Threats," Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on "Iran Sanctions: Where We are and Where We are Going," Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on "Security in the West Bank" at a conference entitled "Whither the Palestinians?  Politics and Policy at a Time of Crisis," The Washington Institute for Near East Policy, July 30, 2007

- "Adding Hezbollah to the EU Terrorism List," written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at http://www.washingtoninstitute.org/templateC14.php?CID=352

- Speaker on panel on "The Levant, Maghreb and Sub-Saharan Africa," International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- "Understanding the Threat: Contemporary Terrorism and the American Response," Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- "Terror Financing: New Trends and Developments," Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- "Internationalizing the Financial Fight against Terrorism," George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on "Policy Options" at a workshop on "Confronting the Iranian Threat: The Way Forward.  What We Know and what to Do."  Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- "Financial Tools to Combat the Evolving Terrorist Threat," with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- "State Sponsorship of Terrorism in the Age of Binladenism," National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

- "Confronting the Iranian Threat," Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- "Power of the Purse: Combating Terror Finance," seminar sponsored by Eden Intelligence at the Royal College of

Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- "Hamas: Politics, Charity and Jihad," Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- "Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?"  Transatlantic Institute Roundtable Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=333

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=331

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at http://www.washingtoninstitute.org/templateC05.php?CID=2576

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work?  Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=238

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, April 27, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=234

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee

19

on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=228

- "Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=104

- "Terrorism in West Africa, Post 9/11," A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=101

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats," International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=132

- "Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=15

- Chaired panel discussion on "The Matrix of International Terrorism: The Global Jihadist Threat" at a conference entitled "Between Hope and Challenge: The Bush Administration and the Middle East, 2003," The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- "Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States," Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=13

- "Combating Terrorist Financing: Where the War on Terror Intersects the 'Road Map'," *Jerusalem Issue Brief (Jerusalem Center for Public Affairs),* August 14, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=481

- "Fighting Illegal Transfers Through Alternative Means of Money Transfer," Remarks to a Conference on "The Economic War on Terrorism: Money Laundering and Terrorist Financing" Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=11

- "Developing Global Mechanisms to Combat Terror:  Stemming the Flow of Terrorist Financing," Remarks to a Conference on "Global Terrorism:  If This is World War III, How Do We Win?"  Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=134

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

- "The Causes of the 9/ll Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at http://www.washingtoninstitute.org/templateC07.php?CID=14

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at http://www.washingtoninstitute.org/templateC07.php?CID=138

*Journal Articles:*

- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of  a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy*, July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,*  Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1849

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at www.washingtoninstitute.org/templateC06.php?CID=1830

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1710

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1685

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1606

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

22

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1444

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1425

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1396

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1376

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1370

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/south-of-the-border-a-threat-from-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1363

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1354

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at http://www.washingtoninstitute.org/templateC06.php?CID=1223

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1196

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1150

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at

http://www.washingtoninstitute.org/templateC06.php?CID=1098

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at http://www.washingtoninstitute.org/opedsPDFs/42a8bf8bbf6a6.pdf

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*, January 12, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=768

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=786

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=471

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=463

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_l3.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=794

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online*, vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

- "War on Terrorism Scorecard," *Middle East Quarterly*, vol. 9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

24

- "Kilometer 101: Oasis or Mirage?  An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

- Academic Book Review of Faith and Freedom: Women's Human Rights in the Muslim World, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

*Editorial Articles:*

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- "The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications," *Henry Jackson Society*, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- "Where Iran's Complaint About Banking Integration Misses the Mark," *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- "My Journey Through Brussels' Terrorist Safe Haven," *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- "Brussels Attacks Raise Questions on Readiness," *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- "Genocide or Not, Civilians Need Protection from ISIS," *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- "Behind the GCC's Terrorist Designation of Hizbullah," *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

- "The Crackdown on Hezbollah's Financing Network," *Wall Street Journal*, January 27, 2016,available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

- "Prisoner Release," *Cipher Brief*, January 20, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- "A Counterterrorism Restructuring That Can't Work Without Funding," *Wall Street Journal* January 16, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- "America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones," *Washington Post*, January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- "U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations," *Wall Street Journal,* January 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- "As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents," *The Hill*, December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- "The Islamic State Is Financially Self-Sufficient," *BBC News*, December 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- "Two Steps to Crack Down on Islamic State Financing Options," *Wall Street Journal,* December 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- "On Iran Sanctions, Mixed News -- and Warnings for Potential Investors," *Wall Street Journal,* December 9, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarin,* June 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at

http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19, 2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- "Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at
  http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA?  The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available online at
  http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last

- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban

- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states

- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012,
  http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html

- "Did Hezbollah Do It?"  *The Daily Beast, Open Zion*, July 18, 2012, available online at
  http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html

- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at
  http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/

- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk

- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at
  http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf

- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at
  http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf

29

- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1731

- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258

- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0

- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," *New York Daily News*, May 20, 2001, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1632

- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1625

- "With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker," *New York Daily News*, May 3, 2011

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1534

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1476

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1460

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1412

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1408

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1348

- "Radicalization: Made in the USA?" HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1283

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1281

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1246

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1229

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1205

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1204

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1197

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1177

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1175

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1148

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1133

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1122

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English version available online at http://www.washingtoninstitute.org/templateC06.php?CID=1118

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1112

31

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?"  Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might," *The New Republic* online, October 12, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1099

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5, 2007 as "The Covert Funding of Hamas"), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1073

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1071

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1058

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances,"  UPI Outside View, May 3, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1050

- "Putin's New Friends:  Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1038

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1026

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=856

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=826

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=732

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=468

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=462

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=460

- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=490

- "Palestinian terrorists expand their reach, *The National Post*, October 18, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=489

- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=488

- "Still With Us?  Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt090503.asp

- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=484

- "Who Pays for Palestinian Terror?"  *The Weekly Standard*, August 18, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=482

- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=479

- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=478

- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=477

- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at http://www.nationalreview.com/comment/comment-levitt052903.asp

- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at http://www.nationalreview.com/comment/comment-levitt041603.asp

- "KSM in Custody," *National Review Online*, March 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt030503.asp

- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=466

- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*, January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp

- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003, available online at http://www.nationalreview.com/comment/comment-levitt020603.asp

- "World Should Confront Terrorist Have of Syria," *The Baltimore Sun*, November 25, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=492

- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=487

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia)*, vol. 27, no. 8 (August 2002)

- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=457

- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=459

*Washington Institute Policy Briefs:*

**1998**
- "U.S. Mediation in the Peace Process:  Context for the Ross Mission,"  PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.


**2001**
- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

**2002**
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.
- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.

- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.
- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687,  December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis,"  PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

**2003**
- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?"  PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.
- "Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace," PeaceWatch #418, May 5, 2003.
- "Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria," PeaceWatch #420, May 7, 2003.
- "Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria," PeaceWatch #421, May 9, 2003.
- "U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,"  PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- "Hizballah's West Bank Foothold," PeaceWatch #429, August 20, 2003.
- "Ban Hamas in Europe," PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- "Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel," PeaceWatch #431, October 15, 2003.
- "Untangling the Web: Crossovers Among International Terrorist Groups," PolicyWatch #799, October 24, 2003.
- "Waging the War on Terror: Are the Saudis Starting to Turn the Corner?"  PolicyWatch #822, December 31, 2003 (with Simon Henderson).

**2004**
- "The Hizballah Threat in Africa," PolicyWatch #823, January 2, 2004.
- "Hamas's Political Wing: Terror by Other Means," PeaceWatch #440. January 6, 2004.
- "Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court," PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- "Shaykh Yassin and Hamas Terror," PeaceWatch #448, March 23, 2004.
- "Assesing Hizballah's West Bank Foothold," PeaceWatch #463, June 18, 2004 (with Zohar Palti)
- "The Threat of Jewish Terror in Israel and the West Bank," PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- "Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?" PeaceWatch #471, August 26, 2004.
- "Terror on the UN Payroll?," PeaceWatch #475, October 13, 2004.
- "Banning Hizballah TV in America," PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

**2005**

- "Sustaining an Israeli-Palestinian Ceasefire," PeaceWatch #491, February 10, 2005
- "Ban Hizballah in Europe," PolicyWatch #958, February 16, 2005
- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," PolicyWatch #964, February 23, 2005
- "Hizballah Finances: Funding the Party of God," PolicyWatch #965,  March 1, 2005
- "Palestinian Authority Minister of Economy Tied to Hamas?" PeaceWatch #496, March 4, 2005
- "Freezing U.S. Assets of Syrian Officials," PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- "The New Lebanon: Democratic Reform and State Sponsorship," PolicyWatch #1016: July 21, 2005
- "Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void," PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- "A Hamas Headquarters in Saudi Arabia?" PeaceWatch #521: September 28, 2005

**2007**

- "Prosecuting Terrorism Supporters: Lessons from a Recent Verdict," Policywatch # 1192, February 6, 2007.
- "Shutting Hizballah's Construction Jihad," Policywatch #1202, February 20, 2007.  .
- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- "U.S.-Designated Hamas Front Gets Symbolic Win in France," Policywatch #1210, March 20, 2007.
- "Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground," with David Jacobson, Policywatch #1222, April 18, 2007.
- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza:  The Next Terrorist Safe Haven?"  Policywatch #1255, June 29, 2007.
- "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never:  Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

**2008**

- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.
- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

**2009**

- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.

- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

## 2010

- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

## 2011

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

## 2012

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012
- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

## 2013

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps
- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum
  Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger,
  http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

## 2014

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20,
  2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-and-gaza-rockets-could-spark-wider-conflict
- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014,
  http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door
- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014,
  http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available
  online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

## 2015

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch
  #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis
- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob
  Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at

38

http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas

- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents
- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

**2016**

- "Denying the Islamic State Access to Money-Exchange Houses," with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- "Terror in Europe: Combating Foreign Fighters and Homegrown Networks," with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- "Combating Genocide: Reassessing the Fight Against the Islamic State," with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- "Hezbollah's Transnational Organized Crime," PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime

**Blogs**:

➤ My articles posted at the Homeland Security Policy Institute Blog can be accessed at http://hspi.org/

➤ My articles posted at the Counterterrorism Blog can be accessed at http://counterterrorismblog.org/

➤ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/

➤ My articles posted at the Security Debrief blog can be access at http://securitydebrief.com/

➤ My Twitter feed is @Levitt_Matt