UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

STUART FORCE, *et al.*,

            Plaintiffs,

                                                    Civ. No. 16-01468 (RDM)

            v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

            Defendants.

-----------------------------------------------------------x

## DECLARATION OF PATRICK L. CLAWSON

I, Patrick L. Clawson, Ph.D., of the city of Washington in the District of Columbia, on this 21st day of February, 2018, declare under penalty of perjury that the following is true and correct:

**A.      Professional Background**

1.      I am an expert on the Islamic Republic of Iran ("Iran") and have extensively studied and researched Iran and its sponsorship of terrorism, its economy, and its politics. This affidavit is submitted to provide the Court with facts and evidence concerning Iran's funding of Hamas between 2008 and 2017.

2.      I am the Director of Research at the Washington Institute for Near East Policy (the "Washington Institute"), where I have been employed since 1997. My previous positions include five years as senior research professor at the Institute for National Strategic Studies of the National Defense University and senior economist for four years each at the Foreign Policy Research Institute, the World Bank, and the International Monetary Fund. I have spent most of my professional life studying the Middle East and, in particular, Iran. My first scholarly article on the

Middle East was published approximately thirty-five years ago, and my first work on the region for the Central Intelligence Agency was published approximately twenty-five years ago.

3.     The Washington Institute is a think tank and a 501(c)(3) organization that receives funding from a variety of individuals, all of whom are American, to conduct studies about U.S. foreign policy interests and concerns in the Middle East. As part of that work, the Washington Institute studies domestic and international issues relating to the Iranian government. My work includes extensive research regarding the Iranian Ministry of Intelligence and Security ("MOIS"), the Iranian Revolutionary Guard Corps (the "IRGC") and its Qods Division ("IRGC Qods") and the Iranian financial and banking system.

4.     As Director of Research at the Washington Institute, my duties include, among others, supervising a staff of about twenty senior researchers who study Middle East politics and terrorism, with considerable focus on Iran. Many of these researchers are well known for their expertise in the Middle East. For example, I have worked with Dennis Ross, President Clinton's Middle East Envoy and chief peace negotiator from 1993-2000 and President Obama's Special Assistant to the President and Senior Director of the Central Region (covering the Middle East) at the National Security Council from 2009-2013. I have also worked with former Deputy Assistant Secretary of the Treasury for Intelligence Dr. Matthew Levitt, responsible, *inter alia,* for following Iranian terror financing; and former Deputy Assistant Secretary of State, Scott Carpenter, who worked on Middle East reform programs. Under my supervision, the Washington Institute's researchers have written more than twenty studies about Iran's security apparatus, support for terrorism and terror financing, political leadership, and U.S. and Western policies to counter Iranian terrorism and terror financing. I also regularly brief and receive briefings from senior United States military officials and senior officials of other governments friendly to the United

States, about the threats from Iran, Iranian support of terrorism, and Iranian strategy regarding terrorism.

5.      Over the last twenty-nine years, I have done contract consulting work on Iran for several U.S. government agencies, including the Central Intelligence Agency, the Defense Department, the State Department Bureau of Intelligence and Research, and through various contractors - the National Security Agency and the Defense Intelligence Agency. While at the National Defense University, I worked closely with officials from a wide range of U.S. government agencies on the issue of Iran and Iranian support for terrorism, including close work with the Central Command (the U.S. military command responsible for the Middle East) and its subordinate commands, and with the staff of the Joint Chiefs of Staff.

6.      I have previously been designated and qualified by federal courts as an expert witness on issues relating to Iran, Iran's support for terrorism, its economy, and other issues, and have given both live and written testimony in various cases brought against Iran for its sponsorship of terrorism, including *Cicippio v. Islamic Republic of Iran,* 18 F. Supp. 2d 62, 68 (D.D.C. 1998); *Flatow v. Islamic Republic of Iran,* 999 F. Supp. 1, 8-9 (D.D.C. 1998); *Cronin* v. *Islamic Republic of Iran,* D.C. No. 99-02890 (D.D.C. 1999); *Higgins* v. *Islamic Republic of Iran,* D.C. No. 99-00377 (D.D.C. 1999); *Stehem* v. *Islamic Republic of Iran,* D.C. No. 00-00159 (D.D.C. 2000); *Hegna* v. *Islamic Republic of Iran,* D.C. No. 00-00716 (D.D.C. 2000); *Anderson* v. *Islamic Republic of Iran,* 90 F. Supp. 2d 107, 112-113 (D.D.C. 2000); *Eisenfeld* v. *Islamic Republic of Iran,* 172 F. Supp. 2d 1, 5 (D.D.C. 2000); *Elahi* v. *Islamic Republic of Iran,* D.C. No. 99-02802 (D.D.C. 1999); *Wagner* v. *Islamic Republic of Iran,* D.C. No. 00-017999 (D.D.C. 2000); *Polhill* v. *Islamic Republic of Iran,* D.C. No. 00-01798 (D.D.C. 2000); *Mousa* v. *Islamic Republic of Iran,* 238 F. Supp. 2d 1, 3-4 (D.D.C. 2001); *Raffi v. Islamic Republic of Iran,* D.C. No. 01-850 (D.D.C.

2001); *Kerr v. Islamic Republic of Iran*, D.C. No. 0101994 (D.D.C. 2001); *Surette v. Islamic Republic of Iran,* No. 01-0570 (D.D.C. 2001); *Weinstein v. Islamic Republic of Iran,* 184 F. Supp. 2d 13, 19 (D.D.C. 2002); *Ungar v. Islamic Republic of Iran,* 271 F. Supp. 2d 91, 93 (D.D.C. 2002); *Stern* v. *Islamic Republic of Iran,* 271 F. Supp. 2d 286, 288 (D.D.C. 2003); *Rieger v. Islamic Republic of Iran,* 281 F. Supp. 2d 87, 90 (D.D.C. 2003); *Campuzano* v. *Islamic Republic of Iran,* 281 F. Supp. 2d 258, 262 (D.D.C. 2003); *Greenbaum v. Islamic Republic of Iran,* No. 02-2148, 2006 WL 2374221 at * 3 (D.D.C. Aug. 10, 2006); *Levin* v. *Islamic Republic of Iran,* No. 05-2494 (D.D.C. 2007); *Owens v. Republic of Sudan*, *et al.*, No. 01-2244, 2011 U.S. Dist. LEXIS 135961 (D.D.C. Nov. 28, 2011); and *In Re Terrorist Attacks on September 11, 2001,* No. 03-MDL-1570 (S.D.N.Y. Dec. 22, 2011), and *Shmuel Elimelech Braun v. The Islamic Republic of Iran*, et al. Case No. 15-cv-1136 (BAH),among others.

7.    I have also testified before the House International Relations, National Security, and Banking and Financial Services Committees and the Senate Foreign Relations and Banking Committees about Iran, Iranian terrorism, and the use of economic measures to discourage Iran from supporting terrorism.

8.    I have made presentations about the foreign and economic policy of Iran, including its support for terrorism, and about U.S. policy toward Iran at conferences sponsored by, amongst other organizations, the Iranian Foreign Ministry's Institute for Political and International Studies in Tehran, Iran, the Royal Institute for International Affairs in London, England, the Royal United Services Institute in London, England, the Japanese Foreign Ministry in Tokyo, Japan, the Institute for Defense Studies and Analysis in New Delhi, India, the Shanghai Institute for International Studies in Shanghai, China, the Jaffee Center of Tel Aviv University in Tel Aviv, Israel, the Council for Foreign Relations in New York City, New York, the Nixon Center (part of the Nixon

Presidential Library), and the Carnegie Endowment for International Peace in Washington, D.C,
and a great many universities. I have also given presentations concerning Iran at more than 200
symposiums in more than twenty countries.

9.     My books and monographs include: *How Iranians Might React to a Nuclear Deal*
(The Washington Institute, 2014, with Mehdi Khalaji); *An Iranian Nuclear Outbreak is Not
Inevitable* (The Washington Institute, 2011); *The Red Line: How to Assess Progress in U.S. Iran
Policy* (The Washington Institute, 2010); *The Perfect Handshake with Iran: Prudent Military
Strategy and Pragmatic Policy* (The Washington Institute, 2010); *Much Traction from Measured
Steps: The Iranian Opposition, the Nuclear Issue, and the West* (The Washington Institute, 2010);
*Engaging Iran: Lessons from the Past* (The Washington Institute, 2009, edited); *The Last Resort:
Consequences of Preventative Military Action Against Iran* (The Washington Institute, 2008, with
Michael Eisenstadt); *Eternal Iran: Continuity and Chaos* (Palgrave Press, 2005, with Michael
Rubin); *Getting Ready for a Nuclear-Ready Iran* (U.S. Army War College, 2005, with Henry
Sokolski, edited); *Checking Iran's Nuclear Ambitions* (U.S. Army War College, 2004, with Henry
Sokolski, edited); *Iran Under Khatami* (The Washington Institute, 1998, with others); *Strategic
Assessment,* (the flagship annual report of the Institute for National Strategic Studies of the
National Defense University, which I inaugurated and edited for three years, 1995-1997); *U.S.
Sanctions on Iran* (Emirates Centre for Strategic Studies and Research, 1997); *Business as Usual?
Western Policy Options Towards Iran* (American Jewish Committee 1995); *Energy Security in the
Twenty-First Century* (National Defense University Press, 1995, edited); *Iran's Strategic
Intentions and Capabilities* (National Defense University Press, 1994, edited); and *Iran's
Challenge to the West: How, When, and Why* (The Washington Institute, 1993). The book I
co-authored with Rudi Matthee and Willem Floor, *The Monetary History of Iran: From the*

*Safavids to the Qajars* (I.B. Tauris, 2013), was awarded the Houshang Pourshariati Iranian Studies Book Award for the best book about Iran in 2014 from the Middle East Studies Association, the organization of U.S. scholars studying the Middle East.

10.     In addition, I have written about the contemporary Middle East, including about Iran, for a variety of news publications, including *The New Republic*, *The New York Times*, *The Wall Street Journal* and *The Washington Post*. I have also authored more than forty scholarly articles for academic publications, such as *Foreign Affairs*, *Survival*, *The Washington Quarterly*, the *International Journal of Middle East Studies*, the *Middle East Journal*, *Les Cahiers de l'Orient* and the *Oxford Bulletin of Economics and Statistics*.

11.     From 1995 to 2012, I was senior editor of *Middle East Quarterly*, a journal of Middle Eastern affairs, which regularly publishes on Iranian politics and Iran's foreign policy. From 1990 through 1994, I was editor of *Orbis*, a foreign policy journal.

12.     I hold a Ph.D. in economics from the New School for Social Research and a B.A. from Oberlin College.

13.     I am able to read and/or speak Persian and French as well as some Hebrew, Spanish, and German. I read the Iranian press regularly through the internet. I also read other publications from Iran, including books in Persian.

14.     A copy of my CV is attached hereto as Exhibit A.

**B.     Nature of This Declaration**

15.     I have been asked by counsel for the Plaintiffs in the case of *Force et al. v. Islamic Republic of Iran et al.* to provide my professional opinion as to whether Iran financed and supported Hamas and Palestinian Islamic Jihad (PIJ) in the 2008-2017 time period.

16.     I have reviewed the complaint filed by the *Force* Plaintiffs.

17.     My knowledge of Iran's sponsorship of terrorism comes as a result of my routine and in-depth access to facts concerning Iran, its support of terrorism, its economy and politics, and my extensive study of Iran as outlined herein, including my professional research and publishing in this field over the course of many years. Indeed, as part of my work, I spend at least one hour a day reviewing writings, including online sources, relating to Iran and other nations that sponsor terrorism. Iran is a relatively open information country in which the competing political forces frequently reveal information about the country's security apparatus and debate issues relating to terrorism. Iran even has many internet sites that publish information on these subjects. From my years studying Iranian politics and given the competing sources that can be compared, I believe that I am able to determine whether Iranian reports on these subjects are credible. Indeed, I use this information as a source to brief the United States and other governments. Furthermore, Iran and some of the terrorist groups it sponsors have openly boasted about their relations, and have described and detailed their connections in print.

18.     My opinions set forth below are based upon my education, research, and experience as well as my review and analysis of documents and sources typically relied upon by experts in my field. Such documents and sources include, but are not limited to: official speeches made by Iranian officials, U.S. officials, and the officials of other countries, my conversations with U.S. officials, former Iranian officials, and officials of other countries; and my review and analysis of relevant documents, including newspaper accounts (in both the English-language press and Persian language press).

**C.      The Iranian Regime**

19.     In 1979, the Islamic Republic of Iran came to power both through a popular revolution and then through a series of referenda. This government replaced the previous regime,

which was headed by Shah Mohammad Reza Pahlavi. From the beginning of the Islamic Republic, Iran's political and religious institutions were overseen by a single person, a religious leader who is called "the Supreme Leader." The Iranian Constitution provides that the Supreme Leader has the authority to dismiss the Iranian President, overrule the parliament and the courts, and overrule any secular law. In addition, the Supreme Leader is imbued by the religious community with the authority to overrule any religious law if necessary for the "expediency of the system." Indeed, under the Constitution, the Supreme Leader appoints an Expediency Council to advise and assist him in overriding any law, civil or religious, which is found inexpedient.

20.     At the time of the 1979 revolution, Ayatollah Ruhollah Khomeinei was the Supreme Leader. Currently, the Supreme Leader is Ayatollah Ali Khamenei. He is the only person, other than Ayatollah Khomeinei, ever to hold the title of Supreme Leader. The Supreme Leader is not popularly elected. He is chosen by an "Assembly of Experts," the members of which, in theory, are popularly elected. In fact, however, all candidates for the Assembly of Experts must be approved by the previous Supreme Leader.

21.     Iran's political structure is bifurcated into two aspects: a formal governmental structure and a revolutionary structure. The Supreme Leader oversees both aspects. Iran's President is subordinate to the Supreme Leader, but otherwise leads Iran's formal governmental structure. The Supreme Leader oversees the revolutionary structure, which includes entities, some of which arc described herein, that are parallel to the traditional government agencies within the formal government structure. For example, the Iranian Revolutionary Guard Corps is parallel to the regular military of Iran. There are revolutionary courts that are parallel to the regular courts of Iran. However, in each case, the revolutionary institution is the more powerful of the pair.

**D.     The Iranian Ministry of Intelligence and Security (MOIS)**

22.     MOIS, Iran's foreign and domestic intelligence service, is one of the principal organizations Iran has used to carry out its terrorist support activities.  MOIS is the successor agency to the respected spy agency called SAVAK, run by the Shah. After the 1979 revolution, that organization was not disbanded, but maintained in a secret manner, and then formed as a ministry openly (MOIS) several years after the 1979 revolution. MOIS at one point had approximately 30,000 employees, making it the largest intelligence agency in the Middle East, and was considered in effectiveness second only to Israeli intelligence.  Credible reports estimated its annual budget in the late 1990s to have been approximately between $100 and $400 million dollars.

23.     These conclusions are based on: (1) the findings in the German so-called Mykonos criminal court case (named for a murder which took place at a restaurant in Berlin called the Mykonos), which involved murders carried out in Berlin and organized by MOIS at the instructions of senior Iranian government officials, and included testimony from a defector who had been a top official in MOIS; and (2) the information which emerged in Iran in 1999/2000, largely as leaks from an official government investigation about activities of MOIS and other parts of the Iranian intelligence apparatus in reaction to assassinations of dissidents in Iran.  During the course of that investigation, Iran's president (Mohammed Khatami) complained he had no control over MOIS, with the Minister being appointed at the direction of the Supreme Leader.

24.     For some years, MOIS's role appears to have been downgraded as the IRGC took over more and more functions. Indeed, since the disputed presidential election in 2009 led to a considerable expansion in the IRGC's intelligence arm, that organization appeared to be eclipsing MOIS's role.  However, after some serious operational missteps by the IRGC and IRGC/Qods in

9

2011-2012 – including getting caught red-handed at botched terror attacks in the United States (the planned attack on the Saudi Ambassador to the United States to which Mansour Arbabsiar pleaded guilty in federal court, acknowledging he had been acting at the instructions of IRGC officers), India, Azerbaijan, Bulgaria, Cyprus, and Malaysia, among other places – MOIS appears to have made something of a comeback.

25.     U.S. Department of State reports have frequently referred to Iranian intelligence service's role in facilitating terrorist attacks, at a time when the only Iranian intelligence service of any size was MOIS.   In "Patterns of Global Terrorism 1990," the State Department wrote that, "Iran has used its intelligence services extensively to facilitate and conduct terrorist attacks . . . . Intelligence officers have used the diplomatic pouch for conveyance of weapons and finances for terrorist groups."   United States Department of State, Office of the Coordinator for Counterterrorism, Patterns of Global Terrorism 1990, (Apr. 29, 1991).

26.     In providing support to Hamas and other terrorist groups, MOIS is acting as a ministry of the Iranian government whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his representatives. In sum, the terrorism training provided to Hamas and other terrorist groups by MOIS is an official policy of the Iranian government.

**E.     U.S. State Department's Judgments about Iran's Support for Terrorism**

27.     Iran is now, and since 1984 has been continuously listed, on the U.S. State Department list of state sponsors of terrorism. The Secretary of State is required under U.S. law to provide Congress with an annual full and complete report on terrorism with regard to those countries and groups meeting criteria set forth in Title 22 of the United States Code, Section 2656 f (a) (requiring the Department of State to provide Congress with a full and complete annual report

on terrorism for those countries and groups meeting the criteria of Sections (a)(1) and (2) of the Act). The list is set forth in an annual report called "*Patterns of Global Terrorism*" or more recently "*Country Reports on Terrorism*" (referred to herein as "Patterns of Global Terrorism"). Patterns of Global Terrorism is highly respected by researchers on terrorism, since the State Department has access to reliable intelligence sources not available to the general public and puts considerable effort into the document, making sure to double check and verify all facts and weighing each word carefully. Patterns of Global Terrorism reports frequently refer to Iran's role as a sponsor of terrorism and to its support for Hamas. Below are quotes from Patterns of Global Terrorism for selected years (the reports for prior and succeeding years have very similar statements to those cited here):

> **2003** – "Iran remained the most active state sponsor of terrorism in 2003. Its Islamic Revolutionary Guard Corps and Ministry of Intelligence and Security were involved in the planning of and support for terrorist acts and continued to exhort a variety of groups that use terrorism to pursue their goals."

> "During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command—with funding, safe haven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian intifada which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations."

> **2007** – "Iran provided Lebanese Hizballah and Palestinian terrorist groups, notably HAMAS, Palestinian Islamic Jihad, the al-Aqsa Martyrs Brigades, and the Popular Front for the Liberation of Palestine-General Command, with extensive funding, training, and weapons."

> "On October 25, the United States designated the IRGC-Qods Force (IRGC-QF) under Executive Order 13224 for its support to terrorist

organizations. The Qods Force is a branch of the Islamic Revolutionary Guard Corps (IRGC; aka Iranian Revolutionary Guard Corps), that provides material support to the Taliban, Lebanese Hizballah, HAMAS, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine General Command (PFLP-GC)."

"On October 25, the United States designated Bank Saderat, its branches, and subsidiaries under Executive Order 13224 for their support to terrorist organizations. Bank Saderat, which has approximately 3200 branch offices, has been used by the Government of Iran to channel funds to terrorist organizations, including Hizballah and ... HAMAS.  Hizballah has used Bank Saderat to send money to other terrorist organizations, including millions of dollars to support the activities of HAMAS. ...In 2007, Bank Saderat has transferred several million dollars to HAMAS."

**2008** – "Iran continues to rely primarily on its Islamic Revolutionary Guard Corps-Qods Force to clandestinely cultivate and support terrorist and Islamic militant groups abroad, including… HAMAS."

"HAMAS and Hizballah continued to finance their terrorist activities against Israel mostly through state sponsors of terrorism Iran and Syria, and through various fundraising networks in Europe, the United States, the Middle East, and to a lesser extent, elsewhere."

"Iran's provision of training, weapons, and money to HAMAS since the 2006 Palestinian elections has bolstered the group's ability to strike Israel."

**2012 -** "A Hamas and PIJ-linked terrorist cell based in the West Bank also carried out a bombing on a Tel Aviv city bus, the first such attack in years, and Israel faced a wave of plots and attacks against its interests abroad that Israeli officials linked to Iran and Hizballah. Arms smuggling continued from Iran through Egypt into Gaza to Palestinian terrorist organizations."

**2014** - "Designated as a State Sponsor of Terrorism in 1984, Iran continued its terrorist-related activity in  2014, including support for Palestinian terrorist groups in Gaza....The IRGC-QF [Quds Force] is the regime's primary mechanism for cultivating and supporting terrorists abroad.... Iran has historically provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). These Palestinian terrorist groups have been behind a number of deaths from attacks originating in Gaza and the West Bank.  Although Hamas's ties to Tehran have been strained due to the Syrian civil war, in a November 25

speech, Supreme Leader Khamenei highlighted Iran's military support to 'Palestinian brothers' in Gaza and called for the West Bank to be similarly armed.   In December, Hamas Deputy Leader Moussa Abu Marzouk announced bilateral relations with Iran and Hamas were 'back on track.'"

**2015** - "Designated as a State Sponsor of Terrorism in 1984, Iran continued its terrorist-related activity in 2015, including support for Hizballah, Palestinian terrorist groups in Gaza, and various groups in Iraq and throughout the Middle East…Iran has historically provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-General Command. These Palestinian terrorist groups have been behind a number of deaths from attacks originating in Gaza and the West Bank. Although Hamas's ties to Tehran have been strained due to the Syrian civil war, both sides took steps in 2015 to repair relations. Iran continued to declare its vocal support for Palestinian terrorist groups and its hostility to Israel in 2015. Supreme National Security Council Secretary Admiral Ali Shamkhani sought to frame a series of individual Palestinian attacks on Israeli security forces in the West Bank as a new 'Intifada'[a word used to describe Palestinian attacks on Israelis] in a speech on November 25."

28.      Iran supports anti-Israel terrorism of all sorts.   In addition to its support for Hamas and Palestinian Islamic Jihad (PIJ), described below, Iran has also offered to support unaffiliated individuals – sometimes referred to as "lone wolves" – who attack Israeli-related targets.   In February 2016, Iranian ambassador to Lebanon Mohammad Fathali promised at a press conference to provide financial support to those killed attacking Israelis.   He said, "The decision firstly includes giving an amount worth $7,000 (£5,028) to every family of a martyr of the intifada in Jerusalem." [1]

29.      Iran has also put much diplomatic effort into organizing large conferences highlighting violence against Israel and rejection of negotiations with Israel.   For instance, the

---

[1]   "Iran to Pay Families of Killed Palestinians – ambassador in Beirut," February 24, 2016, https://uk.reuters.com/article/uk-israel-palestinians-iran/iran-to-pay-families-of-killed-palestinians-ambassador-in-beirut-idUKKCN0VX20H

2016 annual International Conference in Support of Palestinian Intifada was a gala affair addressed remotely by both Hezbollah Secretary General Hassan Nasrollah and Iranian Supreme Leader Ali Khamenei.[2]

### F.    Iran's Relationship With Hamas in Context of Its Support for Terrorism

30.    It has been well-documented for over thirty years that Iran has provided funding and training for terrorism operations that targeted United States and Israeli citizens.

31.    Such activities have included support for Hamas and Palestine Islamic Jihad.

32.    Hamas is a terrorist organization established in 1987 by Palestinian Sunni Islamist militants opposing the establishment and existence of Israel. The founders of Hamas were close to and are ideologically aligned with the Egyptian Muslim Brotherhood organization. It is sometimes said that Hamas emerged out of the Gaza affiliate of that Muslim Brotherhood organization.

33.    The organizing principle of Hamas was advocacy of terrorist attacks on Israeli civilians, which its members did not think that the predominant Palestinian organization (the Fatah movement long led by Yasser Arafat) was doing sufficiently.

34.    While Iran's relationship with Hamas has waxed and waned over the years, Iran never cut off all its support for Hamas even during periods when the relationship was cool, and when the relationship was warm, Iran provided Hamas substantial financial and military support.

35.    From about 1993 until the late 1990s, Iran and Hamas became very close, as a result of Hamas' willingness to perpetrate terrorist activities and bus bombings. Iran urgently desired to disrupt the Middle East peace process, which appeared to be moving forward at the time, and Iran considered terrorist activities a way to do so. Therefore, Iran strongly and publicly encouraged

---

[2]   Thomas Erdbrink, "At Tehran Gala, Cakes, Fruit and Anti-Israeli Slogans,"*New York Times,* February 21, 2016, https://www.nytimes.com/2017/02/21/world/middleeast/at-tehran-fete-cakes-fruit-and-anti-israeli-slogans.html?_r=0

Hamas to carry out such activities. Throughout this period, Hamas operatives received military training in Iran. During an interview in 1997 with CBS' 60 Minutes TV program, Hassan Salameh, the designer of the February 25, 1996 bombing of the Number 18 Egged Bus in Jerusalem, confessed to planning the bombing and receiving training and other support from Iran.

36.     In March 1996 at a summit held in Egypt, I am personally aware that then-Israeli Prime Minister, Shimon Peres, identified Iran as the principal sponsor of Hamas terrorism, and Palestinian Authority Chairman Yasser Arafat went so far as to state that Iran "ordered" bus bombings in Israel, including the one on February 25, 1996. My knowledge is based on briefings by Israeli officials at the highest level of government close to Mr. Peres, and by U.S. high level officials with personal knowledge of these activities.

37.     Moreover, especially in 1995-1997, rarely did a Friday prayer meeting go by without the person leading prayers in Tehran, Iran praising bombings such as the aforementioned bus bombing, with those statements then being widely carried on Iranian state-owned television, radio, print media, and Iran's other propaganda networks throughout the Arab world. After the frequent bombings in the winter of 1995-1996, the Iranian news agency ran extremely inflammatory statements calling for further bombings and more blood.

38.     From about 1993 until the late 1990s, Iran gave Hamas millions of dollars, in addition to the hundreds of millions of dollars that Iran spent supporting other terrorist groups. The money, among other things, supported Hamas' terrorist activities, *e.g.,* by bringing Hamas into contact with potential terrorist recruits and by providing legitimate front activities behind which Hamas could hide its terrorist activities. Iran typically paid generously for "results," which Hamas provided by committing numerous bombings during this time.

39.     After a period when the Iran-Hamas relationship cooled, it deepened again in 2002. In a November 2002 interview,[3] one of [Israeli Prime Minister Ariel] Sharon's most senior intelligence chiefs said, "[Hamas] kept its independence since being established in 1987, but during the last year we could see how it has been changed, and Hamas became more dependent on Iran. The leadership of Hamas sits in Damascus, and they travel every three or four weeks to Iran."

40.     In a July 30, 2003 report,[4] the Israeli Ministry of Foreign Affairs estimated that Iran provided Hamas with $3 million a year.

41.     With a fall-off in Hamas terrorist activities – largely due to a fierce Israeli campaign against the organization – the Iran-Hamas relationship cooled after 2003. It warmed again within a few years. In December 2005, Hamas' political chief Khaled Mashal visited Tehran.

42.     Iranian support, finances, and arms rose exponentially after Hamas' 2006 election victory in which it won a plurality in the Palestinian parliament. Israel's Intelligence and Terrorism Information Center, which is closely aligned with the Israeli Defense Forces, published a report[5] detailing close Iranian support for Hamas, including Iran's pledge of $250 million to Hamas's Prime Minister Ismail Haniya in 2006 and 2007. Although the Egyptian authorities are reported to have confiscated some of these funds, large sums of Iranian money flowed into the Gaza Strip earmarked for Hamas.

---

[3]     *Hamas: The Islamic Resistance Movement* (Cambridge: Polity Press, 2010), Beverley Milton-Edwards and Stephen Farrell, background interview, p. 93.

[4]     *The Financial Sources of the Hamas Terror Organization* ,http://mfa.gov.il/MFA/MFA-Archive/2003/Pages/The%20Financial%20Sources%20of%20the%20Hamas%20Terror%20Organiza.aspx

[5]     *Iranian Support of HAMAS*, pp. 20-21. (Although the cover page is dated January 12, 2008, the content makes clear that the actual date was January 2009, presumably January 12, 2009).

43.     The Iran-Hamas relationship grew even closer after the 2007 coup by which Hamas took complete control of the Gaza Strip, with Iran providing more money and arms. On March 5, 2007, Yuval Diskin, the director of the Israel Security Agency (often referred by as Shin Bet, for its initials in Hebrew), told a press briefing, "We know that Hamas has started to dispatch people to Iran, tens and a promise of hundreds" for training that would last months and maybe years, adding, "I see this as the strategic danger, more than any weapons smuggled into Gaza."[6]

44.     Ephraim Kam, Senior Research Fellow at the Institute for National Security Studies and a former colonel in the Research Division of IDF Military Intelligence, noted that "the military and financial link between Iran and Hamas strengthened greatly after the organization took control of the Gaza Strip, as the partially isolated Hamas needed ways to arm and raise finances, and Iran rose to the occasion."[7]

45.     On March 4, 2008, U.S. Secretary of State Condoleezza Rice explained U.S. support for the Palestinian Authority security forces by saying, "It is very clear that Hamas is being armed and it's very clear that they are being armed, in part, by the Iranians. So if the answer is that Hamas gets armed by the Iranians and nobody helps to improve the security capabilities of the legitimate Palestinian Authority security forces, that's not a very good situation."[8]

46.     Distinguished British war correspondent Marie Colvin, who reported from the front lines of battlefields all over the world for 25 years before being killed on such a battlefield in Syria

---

[6]     *The New York Times*, "Hamas Gets Training in Iran, Israeli Official Says."

[7]     *Operation Cast Lead: Regional Implications*, Strategic Assessment, Volume 11, Number 4, February 2009, p. 70.

[8]     https://2001-2009.state.gov/secretary/rm/2008/03/101745.htm

in 2012, wrote an article in the *Sunday Times* of London on March 9, 2008,[9] in which she noted that in March 2008, "[s]o far, 150 members of Qassam [Hamas' military wing, the al-Qassam Brigades] have passed through training in Tehran, where they study for between 45 days and six months at a closed military based under the command of the elite Revolutionary Guard force."

47.     On each of February 24 and 29, 2008, Hamas fired a 120 mm mortar shell at Israel. Israeli forensic investigators concluded the shells had been manufactured in Iran. Israeli investigators concluded that many other mortar shells and rockets fired on Israel were of Iranian design if not manufacture. A comprehensive Israeli analysis of Hamas rockets and mortars, detailing the evidence of the Iranian origins of some, and of important, Iranian input into the design of those manufactured in Gaza, during this time is in the aforementioned report *Iranian Support of Hamas*.[10]

48.     On May 26, 2008, the respected pan-Arab newspaper *Al-Sharq al-Awsat* reported that Iran had decided to increase its financial support for Hamas to $150 million for the second half of 2008, although the sources for this account are not clear. What is certain is that in early 2008, Hamas had agreed to a ceasefire with Israel, during which time many reports suggest that smuggling – including arms smuggling – by tunnels from Egypt into Hamas-controlled Gaza increased substantially.

49.     By December 2008, Hamas was sufficiently confident that it resumed terror attacks on Israeli civilians, leading to sharp Israeli retaliation in what turned into a three-week substantial military confrontation in late December 2008 and early January 2009 before a new ceasefire was

---

[9]     *Hamas Wages Iran's Proxy War on Israel*, https://www.thetimes.co.uk/article/hamas-wages-irans-proxy-war-on-israel-l93jpqzgnnv [which is now only available to paying subscribers; also available for free at http://www.americantaskforce.org/daily_news_article/2008/03/10/1205185027]

[10]     *Iranian Support of HAMAS*, pp. 10-11.

arranged. Soon after, on February 2, 2009, Hamas leader Khaled Mashal visited Tehran and thanked Iran for its support during the conflict, calling it a "partner in victory."[11]

### G.        How Iran Supplies Hamas with Weapons

50.        Iran has used a wide variety of routes to supply Hamas with advanced weapons, especially rockets which can hit targets in Israel.   An important route involves smuggling the weapons into Egypt and then via tunnels into Gaza.   The smuggling into Egypt comes via many countries, both overland and by sea.   My Institute, The Washington Institute for Near East Policy, published an analysis co-authored by the former director of the Israeli Security Agency (known as the Shin Bet):[12]

> "According to Israeli assessments, the arms-smuggling network is directed by Hamas offices in Damascus and aided by Iran's Islamic Revolutionary Guard Corps (IRGC), which provides the majority of the weaponry. The arms travel overland to Egypt, through a variety of routes that cross Yemen, Eritrea, Ethiopia, and South Africa and eventually meet in Sudan, where they are moved to Egypt's Sinai desert. After the materiel enters the Sinai, it is transferred into Gaza via tunnels underneath the "Philadelphia Corridor," the Gaza-Egypt border that runs through the city of Rafah. Less frequently, arms are moved to Gaza via the Mediterranean Sea: the weapons are deposited in waterproof barrels submerged below the surface and tied to buoys eventually retrieved by fishermen."

51.        As part of its weapons supply activities, Iran designed and provided Hamas rockets that could be fit through the tunnels used to smuggle goods from Egypt into Gaza.   Wikileaks documents describe the U.S. and Israeli intelligence about these rockets and how they got into Gaza.[13]

---

[11]        *Hamas Leader Thanks Iran for Help in Gaza Fight*, Associated Press, February 2, 2009.

[12]
http://www.washingtoninstitute.org/policy-analysis/view/hamas-arms-smuggling-egypts-challenge

[13]
https://www.haaretz.com/haaretz-wikileaks-exclusive-iran-providing-hamas-with-smuggle-ready-rockets-says-idf-1.356049

52.     In 2008-09, the most active route Iran used for its arms smuggling into Gaza was from Sudan into Egypt. Extraordinary detail about how the 2008-09 smuggling operations were conducted is available in the U.S. government documents published by Wikileaks, analyzed in an account in the British newspaper *The Guardian* . [14]

53.     In February 2010, Cyprus seized and searched a ship on which they found more than 3,000 cases of powder for 120 and 130 mm guns as well as over 800 cases of propellant for 125 mm mortars.   This led the UN Security Council committee that was responsible for monitoring the Security Council-ordered ban on Iranian arms exports to conclude on March 10 that Iran had violated that ban.   While the committee did not address the issue of to where the arms were headed – that question not being part of its mandate -- there is strong reason to think they were headed towards Gaza. In a January 25, 2009 report in the *Sunday Times* of London entitled "US Navy seeks arms bound for Hamas," Uzi Mahnaimi had described how Iranian frogmen move weapons from Iranian ships to Palestinian fishing boats underwater – a more direct route than smuggling via Egypt.[15] On March 15, 2011, the Israeli Navy intercepted the *Victoria* as it sailed towards Egypt.   As Israeli Prime Minister Benjamin Netanyahu announced, "Very early this morning, I approved the Navy's interception of the Victoria. We had a solid basis that onboard the ship was weaponry destined for use against Israel. Considerable weaponry - which was destined for terrorist forces in the heart of Gaza - was found onboard the vessel. …The weaponry originated in Iran, which is continuing to try and arm terrorist forces that operate against the State of Israel." Israel displayed for reporters the more than 50 tons of weapons seized, including advanced anti-ship missiles, mortars, tens of thousands of rounds of ammunition for Kalashnikovs,

---

[14]   "WikiLeaks cables: Sudan warned to block Iranian arms bound for Gaza," https://www.theguardian.com/world/2010/dec/06/wikileaks-sudan-iranian-arms-gaza
[15]   http://www.thesundaytimes.co.uk/sto/news/world_news/article145695.ece

and instruction manuals in the Persian language.[16]   The next day, spokesman for the U.S. State Department Mark C. Toner released a press statement saying: "In light of the recent seizure of advanced arms and related material by Israel and Egypt bound for terrorist groups, the United States reiterates its strong condemnation of illicit smuggling activities. We underscore that ...Iran, in particular, is prohibited by United Nations Security Council resolution 1747 from exporting any arms and related materials. Any activity to the contrary is another example of Iran's destabilizing activities in the region."[17]

54.     An important intermediary Iran uses for smuggling arms into Gaza is the Lebanese -Hezbollah movement.   In November 2017, in response to Saudi allegations Hezbollah operatives in Yemen assembled Iranian-supplied rockets, which were launched against Saudi targets (including in its capital Riyadh, hundreds of miles away from Yemen), Hezbollah Secretary General Hassan Nasrallah categorically denied the Saudi allegations but proudly announced Hezbollah's provision of advanced weapons to Gaza.  As one account put it, "Nasrallah also asserted that it had sent advanced weaponry to Palestinian resistance movements such as Hamas in the Gaza Strip, including the powerful Russian-made Korent anti-tank missiles. 'I take pride in that,' Nasrallah said."[18]

## H.       Iranian-Hamas Relations Since 2011

55.     Iranian-Hamas relations have had ups and downs since 2011, as the region has experienced many upheavals to which the two sides have often reacted differently. The January 2011 overthrow of the government of Egyptian President Hosny Mubarak was watched with much

---

[16] The official Israeli statement was **Error! Main Document Only.**http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Israel_Navy_uncovers_weaponry_cargo_vessel_15-Mar-2011.aspx
[17] Toner, Mark C. (16 March 2011). "Illicit Arms Smuggling in the Middle East". state.gov. U.S. State Department.
[18] "Hezbollah Leader 'Proud' to Send Arms to Palestine," November 20, 2017, https://nexusnewsfeed.com/article/human-rights/hezbollah-leader-proud-to-send-arms-to-palestine/.

hope by Hamas.   The new authorities in Cairo, eager to show how Egyptian policies had changed since Mubarak's overthrow, sharply improved relations with both Hamas and Iran. Rumors circulated that Iranian arms shipments could more readily cross Egypt in light of the turmoil there, but I have not seen any definitive demonstration that this was the case.   However, there is no doubt that Iran's support for Hamas, including military support and weapons training, continued unabated in 2011.

56.    The Iran-Hamas relationship went through a rough spot in 2012 as the IRGC began to provide arms and fighters to support the Assad regime in Syria in its battle against insurgents who included Sunni Islamists, but then the relationship improved during the Hamas-Israel fighting in November 2012.   At that time, Iranian and Hamas officials became much blunter about Iranian support for Hamas rocket attacks on Israel.   On November 20, Ziad al-Nakhla, deputy head of Palestinian Islamic Jihad (PIJ), told the pro-Hezbollah Lebanese Al Manar television station, "The arms of the resistance, including those of Hamas, are Iranian, from the bullet to the missile."[19]  The same week, Iranian Parliament's Speaker Ali Larijani told reports, "We proudly say we support the Palestinians, militarily and financially." IRGC commander Mohammad Ali Jafari proclaimed at the same time, missile technology "has been transferred to the resistance, and an unlimited number of these missiles are being built."   On November 21, Chairman of the Hamas Political Bureau Khaled Mashal thanked Iran for "arms and funding."[20]

_____

[19] This and the next two quotes are from Thomas Erdbrink, "Iranian Missiles in Gaza Fight Give Tehran Government a Lift," *New York Times*, November 21, 2002, http://www.nytimes.com/2012/11/22/world/middleeast/iran-missiles-in-gaza-give-tehran-government-a-lift.html .

[20] From the Israel Ministry of Foreign Affairs compilation of quotes, "Iranian weapons in Gaza," November 22, 2012, http://mfa.gov.il/MFA/ForeignPolicy/Iran/SupportTerror/Pages/Iranian_weapons_in_Gaza_22-Nov-2012.aspx.

57.     The Iran-Hamas relationship improved further after the Egyptian military's July 2013 overthrow of the Morsi government which had been close to Hamas, leaving Hamas quite dependent on Iranian aid.   In January 2014, Taher al-Nounou, an aide to Gaza's Prime Minister Ismail Haniyeh (one of the most important Hamas leaders), said "Relations between us [Iran and Hamas] are now almost back to how they were before.   We believe we shall soon be back at that point."   Asked if Iran had resumed its financial support, Nounou said, "We don't announce these things because there would be efforts to stop it."[21]   Bassam Naim, another senior Hamas official added "Ties [between Hamas and Tehran] had never conclusively severed, but recently there have been a number of meetings that brought new blood back into our relationship with Iran."[22]

58.     Hamas-Iran relations were further strengthened in the course of 2014 as Hamas stepped up its terror activities.   After Hamas's June 12 kidnap and murder of three teenagers including Naftali Fraenkel, Hamas rocket attacks and Israeli air strikes escalated into an Israeli invasion of Gaza on July 8 which continued until August 26, with the deaths of 71 Israelis and over 2,000 Gazans.   Iran issued statements strongly supporting Hamas' activities during this time and in the aftermath.   On September 29, Major General Ghola Ali Rashid of the Iranian Armed Forces General Staff Headquarters said, "Today some of our commanders are providing advisory assistance to Iraq and its army, in addition to the resistance in Lebanon, Hezbollah, and the Palestinian resistance movement."   Supreme Leader Khamenei said on November 25, "The Islamic Republic of Iran, with divine grace, has not become prisoner of sectarian limitations and

---

[21]*See* Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years After Falling Over Syria," January 9, 2014, *The Guardian*, available at http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria.

[22] *Id.*

divisions.   Just as it aids Shi'a Hizbollah in Lebanon, it aids Hamas and Islamic Jihad [PIJ] and other Sunni groups in Palestine."[23]

59.     A Hamas high-level delegation visited Tehran on December 8, 2014 just ahead of the annual December 14 celebration of the organization's founding in Gaza. To quote the respected on-line news service Al-Monitor, "A senior Hamas official abroad, who spoke on condition of anonymity, told Al-Monitor, 'Hamas is aware that Iran is under a harsh economic blockade and its financial expenses are enormous in neighboring countries. We may not have great hopes that financial support will be generous as it was before, but the military support for the movement may not be harmed much, which is sufficient for us at this stage."[24]   On December 9, 2014, Mohammad Nasr, part of the Hamas delegation in Tehran, said, "The Islamic resistance in Gaza [i.e., Hamas] defeated the Zionists because of the Islamic Republic's support." On December 14, Abu Obeida, the spokesman for Hamas' military wing called the Izz ad-Din al-Qassam Brigades, expressed his thanks to Iran for supporting Hamas with money and weapons and providing it with rockets and anti-tank missiles.[25] That was an unusually blunt comment. Hamas' usual policy, as expressed by Hamas representative in Tehran, Khalid al-Qaddumi, is "Hamas does not have to reveal the mechanism and details of the support it receives from any party."

60.     The Hamas-Iran relationship was strained as Iran's relationship with the oil-rich monarchies of the Persian Gulf deteriorated. In July 2015 Hamas leader Khaled Meshal visited Iran's main rival Saudi Arabia, which went down badly in Iran. However, that by no means meant

---

[23]     Author's translation from the statement on Khamenei's website http://farsi.khamenei.ir/news-content?id=28249.

[24]   Adnan Abu Amer, *Hamas asks Iran for money, weapons*, *Al-Monitor*, December 17, 2014.

[25]   *Id.*

an end to Iranian material support for Hamas. By some accounts Iran "decided to take revenge on him [Meshal] in an original way. It bypassed Mashaal [Meshal] and has handed over the suitcases, by way of couriers, directly to the leaders of the group's military wing in the Gaza Strip"[26] (Meshal, the head of Hamas' political wing, is a political rival of the military leaders who are nominally under him).   Furthermore, a senior (unnamed) Hamas official analyzed the situation as follows, "There's a wing in Iran that doesn't want any relation with Hamas, and there's a wing in Hamas that doesn't want these ties to be boosted," said the senior Hamas official. "But I can ensure that both Col. Qasem Soleimani, head of the Quds Force, and Sayyed Hassan Nasrallah, Hezbollah's secretary-general, are pushing toward opening a new chapter and restoring good ties."[27]  In November 2016, Osama Hamdan, who is in charge of Hamas' "external affairs," said, "Relations between Iran and Hamas are currently undergoing revitalization, and are moving in the right direction," and that Iran would "continue to support the resistance" against Israel.[28] Furthermore, there are credible reports that Emad El Alami, who previously served as Hamas's first emissary to Tehran, was for some months in 2016-17   entrusted with temporarily replacing Ismail Haniyeh, the Hamas chief of the Gaza Strip, when Haniyeh left for for Qatar (eventually, a new permanent leader in Gaza was selected).   El Alami has long been a strong voice for close Hamas-Iran relations. Quite a few Hamas officials visited Tehran in 2017.   The high point was the October visit by a delegation led by the deputy of the head of the Hamas Political Bureau , Saleh Al

---

[26]  Avi Issacharoff, "Boosted by nuke deal, Iran ups funding to Hezbollah, Hamas," *Times of Israel*, September                                                                                                  21, 2015, http://www.timesofisrael.com/boosted-by-nuke-deal-iran-ups-funding-to-hezbollah-hamas/.

[27]  Ali Hashem, "Iran caught between Tehran and Riyadh," *Al Monitor*, August 23, 2015, http://www.al-monitor.com/pulse/originals/2015/08/iran-hamas-ties-saudi-arabia.html

[28]  Noted Palestinian journalist Khaled Abu Toameh, "Iran, Hamas and the Dance of Death," November 23, 2016, https://www.gatestoneinstitute.org/9395/iran-gaza-hamas.

Arouri who met with the Iranian Parliament Speaker , Ali Larijani , the Secretary of  Iran's Supreme National Security Council , Admiral Ali Shamkhani and Advisor to the Leader of the Islamic Revolution in Iran ,Ali Akbar Velayati. Velayati said, " "We are proud of supporting the Palestinian resistance and Hamas Movement. The Iranian leadership and our people will continue to support the resistance led by Hamas and Islamic Jihad."[29]

61.     In conclusion, it is my expert opinion that there is ample evidence that Iran has supplied substantial material support to Hamas, including in the period 2008-2017.

### I.     Iranian Support for Palestine Islamic Jihad

62.     Palestinian Islamic Jihad (PIJ) was founded about 1981 by two Gaza residents who greatly admired the Iranian revolution, Fathi Shiqaqi and Abd al-Aziz Awda (sometimes known as Sheih Odeh). [30] Its determination to attack Israelis helped it secure Iranian financial and material support.  Israel arrested PIJ's leadership in 1986-1987 and transferred them to Lebanon soon thereafter, where they formed close relations with the Iranian-directed Hezbollah group – relations sustained after PIJ in 1989 moved its headquarters to Damascus where it remains to this day. After the 1993 Palestinian-Israeli deal under which most of Gaza was largely under the control of the Palestinian Authority, Iran stepped up its support, providing millions of dollars for each attack on Israel.

63.     Similarly to Hamas, PIJ was named by the State Department as a Designated Foreign Terrorist Organization in the original list of such groups issued October 8, 1997.[31]

---

[29] http://hamas.ps/en/post/1022/hamas-delegation-to-tehran-meets-with-iranian-officials

[30] On the background of PIJ, see Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, New Haven: Yale University Press, 2006, pp 25-27.

[31]   https://www.state.gov/j/ct/rls/other/des/123085.htm.

64.     PIJ has always had a competitive relationship with Hamas, a much larger group. PIJ concentrates almost exclusively on terror attacks against Israel, while Hamas has a large social welfare and proselytizing arms in addition to its armed wing.   PIJ has never been successful at attracting enough support to be able to raise much in Gaza, whereas Hamas, even before taking over the Gaza government in 2006-2007, had large smuggling operations.   PIJ has long been seen in Gaza as being fully controlled by Iran, whereas Hamas is a local group supported by Iran.

65.     Once Hamas took over governing Gaza, it faced a complex calculation when deciding whether to rain rockets on Israel: on the one hand, Hamas needed to show it was more militant than the Palestinian Authority, while on the other hand, Hamas did not want to bring down Israeli retaliation.   The phrase much used by Israeli authorities was that Israel "had an address to go to" if Hamas rockets landed in Israel.[32]   By contrast to Hamas, PIJ had no responsibilities for governing, and so it did not worry about the impact on the civilian population of Israeli retaliation after it launched rockets.   Indeed, PIJ was eager to launch rockets to show that it, unlike Hamas, was actively attacking Israel. What constrained PIJ from rocket launching was Hamas' crackdown if PIJ acted without a Hamas approval – Hamas did not want to take the blame, in the eyes of Gazans, for Israeli retaliation.   The result was that Hamas would allow PIJ to act only during periods of active confrontation between Hamas and Israel. This is what happened in April 2008

---

[32] A more delicate way of phrasing this was used by Israeli Ministry of Foreign Affairs, "Iranian and Syrian support is manifested in supplying Hamas and the Palestinian Islamic Jihad with highly advanced weapons, logistical aid in smuggling them into the Gaza Strip, instruction and training, transferring funds to the organizations in the Gaza Strip and giving the de facto Hamas administration in the Gaza Strip political and propaganda support. In addition, Iran fosters special relations with the Palestinian Islamic Jihad, an Iranian proxy which is not subject to some of the governmental considerations restraining Hamas."   Ministry   of   Foreign   Affairs,   "The   Hamas   War   Against   Israel," http://www.mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/missile%20fire%20from%20gaza% 20on%20israeli%20civilian%20targets%20aug%202007.aspx

(216 rockets launched, not all of which reached Israel), March 2012 (about 200), March 2014 (at

least 130), and most especially July-August 2014, when PIJ claimed it launched 3,000 rockets.

66.     In November 2012, after PIJ launched towards Tel Aviv a rocket with much

longer range than any of those used up to that date, PIJ Deputy Secretary General Ziad al-Nakalah

said on Palestinian television, "these weapons are excellent Iranian weapons."[33]   PIJ spokesman

Daud Shihad added, on the Lebanese pro-Iranian channel Al Mayaden, "It is no secret that we say

that the military assistance that Iran has provided to the Palestinian resistance, from A to Z, from a

rifle round to a rocket, is assistance from the Islamic Republic." PIJ Secretary–General Ramadan

Abdullah told Al Jazeera television, "Iran has given us all the support, the arms that serve the

resistance – all the world knows that its principal source is Iran, or weaponry that has arrived with

Iranian financing… weapons that have reached the [Gaza] Strip arrived via Egypt of today or of

former times, and this will continue for the future too."

67.     PIJ was also actively trying to extend its activities to the West Bank.   That became

particularly important for PIJ after the Israeli-Hamas Gaza ceasefire in August 2014.   This was

the context for the October 29, 2014 shooting of Yehuda Glick in Jerusalem by Moataz Haejazi,

whom PIJ claimed was a member of the group.

68.     PIJ leaders were frequent visitors to Tehran where they met top Iranian officials.

On February 5-6, 2014, PIJ leader Ramadan Abdullah Mohammad Shallah (who replaced Shiqaqi

when the latter was killed in Malta by Israeli agents) met Iran's foreign minister and speaker of

parliament.   On October 14-20, 2014, he met Iran's Supreme Leader Ali Khamenei, who

according to the official Iranian Press TV, "once again emphasized the necessity for planning to

provide the West Bank of River Jordan with the necessary equipment to counter the occupying

---

[33] The three quotes in this paragraph are cited in the Israeli Ministry of Foreign Affairs compilation
of quotes, "Iranian weapons in Gaza," November 22, 2012, which provides the original sources for each.

regime of Israel."[34]  Note that this was only a few weeks before the Glick shooting in Jerusalem, which in Palestinian eyes is in the West Bank.   Ramadan Abdullah also met Ali Shamkhani, the secretary of the Supreme National Security Council (a coordinating body roughly equivalent to the U.S. National Security Council), who pledged, "Rebuilding Gaza and improving its defense capabilities… are on Iran's agenda."   Abdullah also met former president and Expediency Council – a body set up by Iran's constitution to resolve differences among government bodies -- Chairman Ali Akbar Hashemi Rafsanjani, who told him: 'If you want Israel to fall to its knees of its own, then you have to plan new steps that will take them by surprise.'"[35]

69.     In 2015, Iran and PIJ had a tense moment as the latter refused Iran's request to condemn Saudi Arabia for its intervention in Yemen. Iran used this occasion to pump up al Sabirin, a small group that split from PIJ in 2014 led by Hisham Salem, who has never denied the widespread rumors he converted to Shiism.[36]   Despite millions of dollars from Iran, Salem's group did not get very far.   And so Iran was soon patching up relations with PIJ.   From May 1 to 6, 2016, Ramadan Abdullah saw the defense minister, the foreign minister, the president, and the Supreme Leader in Tehran.   Abdullah told the Supreme Leader, "the flames of Intifada [the term used for Palestinian attacks on Israelis] have been ablaze."[37]  On December 15, 2016, Abdullah

---

[34] This quote and the next, as well as the meetings on other trips, are all documented in Iranian press articles archived on The Iran Project, http://theiranproject.com/blog/.

[35] http://www.farsnews.com/newstext.php?nn=13930728001226 (Clawson's translation)

[36] Ehud Yaari, "Replacing Hamas: Iran's New Proxy Militia in Gaza," *Foreign Affairs*, September 28, 2015, https://www.foreignaffairs.com/articles/palestinian-authority/2015-09-28/replacing-hamas.

[37]              On        the        Supreme        Leader's        website,        at http://www.leader.ir/en/content/14830/Ayatollah-Khamenei-meeting-with-Ramadan-Abdullah-head-of-the-Palestinian-Islamic-Jihad-movement

once again saw the Supreme Leader, with each pledging their commitment to "resistance" as the only route for Gaza.[38]

70.     In conclusion, it is my expert opinion that there is ample evidence that Iran has supplied substantial material support to PIJ, including in the period 2014-2016.

## J.     Financial Deterrence of Iranian Material Support to Terrorists

71.     Iranian leaders pay close attention to civil suits about terrorism. As early as 2000/01, the issue became a major controversy in Iran. Iran's permanent representative to the UN, Nejad Hosseinian, went on Iranian television to complain about the suits and to answer criticisms that the Iranian government had not succeeded at stopping them. Representative Golbaz, a member of the Iranian Parliament's National Security and Foreign Policy Commission, complained, "Those American courts that make such rulings do so in the absence of the defendant as there is no Iranian representative in attendance in these courts." Former Iranian President, now chairman of the powerful Expediency Council (charged with resolving disputes among the various organs of government), Ali Akbar Hashemi Rafsanjani complained at length about the suits, as did numerous members of Iran's Parliament. They were particularly upset at the large punitive damage awards, which they acknowledged exceeded a billion dollars. In late 2000, the Iranian Parliament adopted a law permitting Iranians to file suit against the U.S. government for its alleged misdeeds, such as the 1953 overthrow of Iranian Prime Minister Mussadegh (the law permits suits when damage is sustained from any action by a foreign government in contravention of international law, including interference in Iran's domestic affairs, or when damage is incurred from acts of terrorist groups backed by foreign governments).   The Iranian government has

---

[38] http://www.leader.ir/en/content/16991/Ayatollah-Khamenei-meeting-with-Ramadan-Abdullah

several times referred to such a lawsuit having been brought, although the situation is not entirely clear.

72.     Around the same time, Iran's lawyers expressed outrage at the suits. At the American Iranian Council's July 2000 forum on the grounds of the U.S. Capitol entitled "U.S.-Iran Relations: Financial Impediments and the Challenges of a 'Global Settlement,' Mohammad Hossein Zahedin Labbaf, Iran's chief representative before the Iran-U.S. Claims Tribunal in the Hague[39], devoted his remarks to a tirade against the American court suits regarding Iranian support for terrorism brought under the FSIA amendments. This was surprising to the American participants, who had assumed that the chief financial impediments to improving U.S.-Iranian relations related to the U.S. sanctions on Iran or the continuing disagreements at the Hague Tribunal about what Iran describes as "frozen assets."   As an example of Labbaf's rhetoric, he said of these court suits, "They are detrimental to universal legal order, to the cause of justice, to the United States' international image, and finally, to the long-term interests of both countries." He also described them as contrary to article 11(4) of the 1955 Treaty of Amity between the United States and Iran, regarding sovereign immunity.

73.     Despite the clear indications that by 2000 Iranian leaders were paying close attention to the court judgments against Iran for its support of terrorism, the effort to dissuade Iran from providing financial support for terrorism against Americans did not succeed.   Several significant obstacles got in the way:

- The continuing influence of the most extreme elements in Iran, who have repeatedly rebounded from setbacks such as the election of two presidents who successfully opposed hardliners (Mohammed Khatami, elected in 1997 and re-elected in 2001, and Hassan Rouhani, elected in 2013).

---

[39] This claims tribunal was established to adjudicate claims under the 1981 Algiers Accord freeing the U.S. embassy hostages.

- Iran's confidence that its oil income will be sufficient to finance its domestic needs and the support of terrorism, which is quite modest compared to the tens of billions in oil revenue. While this confidence was dented by the tough sanctions against Iranian oil sales adopted in 2012 by the European Union and the U.S. government, Iranian leaders soon spoke with great assurance that by successful negotiations over the nuclear impasse – with a preliminary agreement in November 2013 and a comprehensive agreement in July 2015-- they could get these sanctions reversed and regain full access to tens of billions of dollars – by some accounts, more than $100 billion -- in foreign exchange reserves to which Iran had limited access until the January 2016 implementation of the nuclear deal. They were also confident that soon after the implementation of the nuclear deal Iran would be able to considerably ramp up its oil production and exports.

- The perceived successes of major terrorist groups which receives direct and material financial support from Iran, namely, Hezbollah's performance in its 2006 confrontation with Israel, followed up by its 2009-10 success in keeping a role in the Lebanese government despite doing badly in the elections, and Hamas' 2007 takeover of Gaza, though that has been tarnished by its poor showing in subsequent confrontations with Israel.

- The perception that the United States was tied down by Iraqi and Afghan insurgents who deliberately targeted innocent civilians, which Iranian leaders have often proclaimed as evidence that Islamist resistance movements and their terrorist activities can defeat the United States. Added to this was the perception that the United States was determined to avoid further confrontations in the Middle East, as evidenced by the decision not to strike Syria in 2013 after that country's use of chemical weapons, despite repeated statements by U.S. leaders from the President on down that Syrian use of chemical weapons would bring retaliatory action.

74.     In consideration of these factors, the financial pressure to abandon terrorism against U.S. citizens and entities as a result of past court judgments was not sufficiently powerful as to induce Iran to change course. But that pressure, in my opinion, certainly remains, and should not be underestimated, as an element in Iran's calculations about whether and how to support terrorism.

75.     Indeed, Iran has recently been taking a more active stance about court actions regarding its support for terrorism. After years in which no lawyers representing Iran showed up to

contest such actions, Iran has engaged lawyers in several recent suits. The most prominent case is *Peterson v. Islamic Republic of Iran*, U.S. District Court, Southern District of New York, No. 13-9195, a 2010 lawsuit seeking the seizure of $1.75 billion dollars held by Citibank of funds belonging to Bank Markazi, the Iranian central bank, to partially satisfy a $2.65 billion 2007 judgement against Iran in favor of relatives of American troops killed in the 1983 Marine Corps barracks bombing in Lebanon.

76.     Bank Markazi vigorously contested the suit, with an appeal all the way up to the U.S. Supreme Court, which recently decided the case, awarding the funds to the terror victims (the issue considered by the Supreme Court had nothing to do with Iran's state sponsorship of the Marine Corps barracks bombing). On April 23, 2016, the semi-official Fardanews service ran an article quoting at length from Hamid Ghanbari, head of Legal Research at the Central Bank of Iran, complaining about the "loose and baseless reasons" for the U.S. courts' judgments against Iran and offering a summary of the Central Bank's defense in the case.[40]  The next day, *Entekhab* newspaper quoted Judiciary spokesman Gholam-Hossein Mohseni-Eje'i about the "illegal verdict of the U.S. Supreme Court" and calling for a "serious reaction."[41]

---

[40]

http://www.fardanews.com/fa/news/514042/%D8%AA%D9%88%D9%82%DB%8C%D9%81-%D8%AF
%D8%A7%D8%B1%D8%A7%DB%8C%DB%8C%E2%80%8C%D9%87%D8%A7%DB%8C-%D8%
A8%D8%A7%D9%86%DA%A9%E2%80%8C%D9%85%D8%B1%DA%A9%D8%B2%DB%8C-%D8
%AE%D9%84%D8%A7%D9%81-%D8%A2%D8%B4%DA%A9%D8%A7%D8%B1-%D8%A7%D8%
B3%D8%AA. My translation.

[41]

http://www.entekhab.ir/fa/news/264826/%D8%A7%D8%B8%D9%87%D8%A7%D8%B1%D8%A7%D
8%AA-%D9%85%D8%AD%D8%B3%D9%86%DB%8C-%D8%A7%DA%98%D9%87%D8%A7%D
B%8C-%D8%AF%D8%B1%D8%A8%D8%A7%D8%B1%D9%87-%D8%A2%D8%AE%D8%B1%DB
%8C%D9%86-%D9%88%D8%B6%D8%B9%DB%8C%D8%AA-%D9%BE%D8%B1%D9%88%D9%
86%D8%AF%D9%87-%D8%B3%D8%AA%D8%A7%DB%8C%D8%B4-%D8%B9%D9%84%D8%A
A-%D9%85%D8%B1%DA%AF-%D8%A7%D9%88%D9%84%D8%A7%D8%AF%DB%8C-%D9%88
-%DA%AF%D8%B4%D8%AA-%D9%87%D8%A7%DB%8C-%D9%86%D8%A7%D9%85%D8%AD

77.     Also bitterly contested has been the case *In re 650 Fifth Avenue*,[42] in which the U.S. Government has been seeking to seize the office building at 650 Fifth Avenue, estimated to be worth between $650 and $800 million, from the Alavi Foundation of New York, which the U.S. Government states is controlled by the Iranian government.   Much, though not all, of the proceeds would be used to partially satisfy a variety of judgments against Iran for its support for various terrorist acts.   The judgment against the Alavi Foundation and its co-defendants was vacated by the Second Circuit Court of Appeal and remanded back to the district court for further factual findings on a number of issues.   In June 2017, in a trial in the Southern District of New York, a jury found the Alavi Foundation guilty on charges of money laundering and sanctions violations and Judge Forrest issued a separate decision that the victims' families were entitled to claim Alavi's assets as compensation for terrorism-related damages.[43]   In November 2017, the Second Circuit granted a stay of the forfeiture pending appeal.[44]

78.     Prior to those cases, the most active Iranian role was a claim against property held at the University of Chicago Oriental Institute. After it was filed in May 2004, the claim was ignored by Iran until the June 2009 ruling by U.S. District Judge Blanche M. Manning that the case could proceed. Iran's lawyers then intervened for the first time. This came after the Iranian government had been for several years conducting an extensive and prolonged propaganda campaign to denounce the court decisions about the sale of ancient Iranian tablets held by the

---

%D8%B3%D9%88%D8%B3-%D9%BE%D9%84%DB%8C%D8%B3. My translation.

[42] I served as an expert concerning issues related to Iran's control of Bank Markazi and the Alavi foundation in these two cases.

[43]   Vivian Wang, "Manhattan Skyscraper Linked to Iran Can Be Seized by U.S., Jury Finds," *New York Times*, https://www.nytimes.com/2017/06/29/nyregion/650-fifth-avenue-iran-terrorism.html?_r=0
[44] Colby Hamilton, "Second Circuit Grants Stay of Iran-Linked Property Seizure,"   *New York Law Journal,*
https://www.law.com/newyorklawjournal/sites/newyorklawjournal/2017/11/17/second-circuit-grants-stays-of-iran-linked-property-seizure/?slreturn=20171025164409

Oriental Institute in order to make partial payment of some outstanding claims from such suits. The propaganda has played on Iranian national pride in the country's rich historical heritage, arguing that the terrorism damage suits endanger these valuable items from Iran's cultural heritage. In the end, the court ruled that the tablets did not belong to Iran and so were not subject to seizure. On December 4, 2017, oral arguments were heard by the Supreme Court.

79.     Another example of a more active Iranian stance was a Montreal, Quebec suit seeking damages for the death under torture of a Canadian-Iranian, *Estate of the late Zahra (Ziba) Kazemi, and Stephan (Salman) Hashemi v. the Islamic Republic of Iran, et al*., Montreal Superior Court case No. 500-17-031760-062, which Iran's lawyers vigorously contested after it was filed in December 2009.

80.     Considering the factors inherent in awarding punitive damages, that of punishment and deterrence, it is noted that, in the wake of these lawsuits, Iran has not decreased its support for terrorism, but has dramatically increased and widened its support for terrorists, terrorist organizations, and terrorist activities throughout the world. Punishment can be measured, in large part, in assessing significant financial damages for the continued and expanded wide-ranging world-wide support for terrorism supported by the Islamic Republic of Iran and its governmental arms.   Iran is blatant in its support of terrorism.   As to deterrence, there are two factors to consider:   deterring such conduct by others, and making further efforts to deter Iran in its bold and increasing support for terrorism, which Iran uses to expand its influence, its reach, and its force by terrorist means.

81.     In my expert opinion, Iranian officials pay extremely close attention to what the outside world has to say about the Iranian government and its policies, and they generally assume that whatever is written about Iran – whether by judges, by independent newspapers, by

non-governmental organizations, or by foreign ministries – is the direct product of a unified policy by the government of the country from which the comment originates.   Furthermore, as noted earlier, they have shown themselves to be sensitive to the damages levied against Iran, and they are well aware that such damages have been a common feature in actions against Iran for its support of terrorism against Americans.   Were this court not to impose damages for what was a spectacular terrorist act, this would be read by Iranian government officials as indicating a significant weakening of U.S. pressure on Iran to end its support for terrorism against Americans.   On the other hand, were this court to impose substantial damages, this would be read by Iranian officials as indicating that U.S. policy remains firmly opposed to Iranian support for terrorism against Americans.

82.     In sum, I state with great confidence that in my expert opinion, Iran financed and provided material support to Hamas and Palestinian Islamic Jihad (PIJ) in the 2008-2017 time period.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date:   February 21st, 2018

Patrick Clawson, PhD.

**Exhibit** A

**Curriculum Vita of Patrick L. Clawson**

Dr. Clawson is Director for Research at The Washington Institute for Near East Policy. His previous positions include five years as senior research professor at the Institute for National Strategic Studies of the National Defense University and senior economist for four years each at the Foreign Policy Research Institute, the World Bank, and the International Monetary Fund.

Dr. Clawson speaks often about Iran for U.S. government audiences, including for the Office of the Director of National Intelligence, the United States Central Command, the U.S. Army's Central Command, various offices at the State Department (including briefing U.S. ambassadors to Middle Eastern countries), and tours arranged by several U.S. embassies. He has lectured about Iran and Middle East politics in more than twenty countries, including Saudi Arabia, the U.A.E., Kuwait, Bahrain, Israel, Russia, China, Britain, France, Germany, Italy, Spain, the Netherlands, Belgium, Austria, Poland, Portugal, the Czech Republic, Australia, and Canada.

Dr. Clawson has testified often about Iran before the House International Relations, National Security, and Banking and Financial Services Committees and the Senate Foreign Relations and Banking Committees. From 2009 through 2014, he served on the Distinguished Advisory Panel of the Department of Energy's Sandia National Laboratory, which is the lead actor on many nuclear security issues. From 1994 to 2012, Dr. Clawson was senior editor of *Middle East Quarterly*. From 1990 through 1994, he was editor of *Orbis,* a foreign policy quarterly.

Dr. Clawson has written extensively about Iran including for *The New Republic* as well as op-ed articles in *The New York Times, The Wall Street Journal,* and *The Washington Post,* among other newspapers. He is the author of more than thirty scholarly articles in *Foreign Affairs, Survival, Washington Quarterly, International Journal of Middle East Studies, Middle East Journal, Les Cahiers de l'Orient,* and *Oxford Bulletin of Economics and Statistics,* among other

journals.

Dr. Clawson most recent co-authored book, *The Monetary History of Iran From the Safavids to the Qajars* (I.B. Tauris, 2013), with Rudi Matthee and Willem Floor, won the Middle East Studies Association of North America's Pourshariati Award for best book about Iran. His 14 other books and monographs about Iran include: *Preventing an Iranian Nuclear Breakout: U.S.-Israel Coordination* (The Washington Institute for Near East Policy, 2012, with David Makovsky); *An Iranian Nuclear Breakout Is Not Inevitable* (The Washington Institute for Near East Policy, 2011); *Engaging Iran: Lessons from the Past* (The Washington Institute for Near East Policy, 2009, edited); *The Last Resort: Consequences of Preventive Military Action Against Iran* (The Washington Institute for Near East Policy, 2008, with Michael Eisenstadt); and *Deterring the Ayatollahs: Complications in Applying Cold War Strategy to Iran* (The Washington Institute for Near East Policy, 2007, edited with Michael Eisenstadt); and *Eternal Iran: Continuity and Chaos* (Palgrave, 2005, with Michael Rubin). He has also written or edited seven monographs and books on other issues about the Middle East, such as energy security.

Dr. Clawson has been an expert witness about Iran in thirty federal court cases, mostly about Iran's support for terrorism. Those case include: *Cicippio v. Islamic Republic of Iran,* 18 F. Supp. 2d 62, 68 (D. D.C. 1998); *Flatow v. Islamic Republic of Iran,* 999 F. Supp. 1, 8-9 (D.D.C. 1998); *Cronin v. Islamic Republic of Iran,* D.C. No. 99-02890 (D.D.C. 1999); *Higgins* v. *Islamic Republic of Iran,* D.C. No. 99-00377 (D.D.C. 1999); *Stehem v. Islamic Republic of Iran,* D.C. No. 00-00159 (D.D.C. 2000); *Hegna* v. *Islamic Republic of Iran,* D.C. No. 00-00716 (D.D.C. 2000); *Anderson* v. *Islamic Republic of Iran,* 90 F. Supp. 2d 107, 112-113 (D.D.C. 2000); *Eisenfeld v. Islamic Republic of Iran,* 172 F. Supp. 2d 1, 5 (D.D.C. 2000); *Elahi* v. *Islamic Republic of Iran,* D.C. No. 99-02802 (D.D.C. 1999); *Wagner* v. *Islamic Republic of Iran,* D.C. No. 00-017999

(D.D.C. 2000); *Polhill v. Islamic Republic of Iran,* D.C. No. 00-01798 (D.D.C. 2000); *Mousa v. Islamic Republic of Iran,* 238 F. Supp. 2d 1, 3-4 (D.D.C. 2001); *Raffi v. Islamic Republic of Iran,* D.C. No. 01-850 (D.D.C. 2001); *Kerr v. Islamic Republic of Iran,* D.C. No. 01-01994 (D.D.C. 2001); *Surette* v. *Islamic Republic of Iran,* D.C. No. 01-00570 (D.D.C. 2001); *Weinstein v. Islamic Republic of Iran,* 184 F. Supp. 2d 13, 19 (D.D.C. 2002); *Ungar* v. *Islamic Republic of Iran,* 271 F. Supp. 2d 91, 93 (D.D.C. 2002); *Stern* v. *Islamic Republic of Iran,* 271 F. Supp. 2d 286, 288 (D.D.C. 2003); *Rieger* v. *Islamic Republic of Iran,* 281 F. Supp. 2d 87, 90 (D.D.C. 2003); *Campuzano v. Islamic Republic of Iran,* 281 F. Supp. 2d 258, 262 (D.D.C. 2003); *Greenbaum* v. *Islamic Republic of Iran,* No. 02-2148, 2006 WL 2374221 at * 3 (D.D.C. Aug. 10, 2006); *Levin* v. *Islamic Republic of Iran,* D.C. No. 05-2494 (D.D.C. 2007); *Owens v. Republic of Sudan*, *et al.*, No. 01-1244, 2011 U.S. Dist. LEXIS 135961 (D.D.C. Nov. 28, 2011); *In Re Terrorist Attacks on September 11, 2001,* No. 03-MDL-1570 (S.D.N.Y. Dec. 22, 2011), among others.

Dr. Clawson's Ph.D. in economics is from the New School for Social Research and his B.A. is from Oberlin College. He speaks fluently Persian and French, as well as some Hebrew, Spanish, and German.//