# EXPERT DECLARATION OF ARIEH DAN SPITZEN

# TABLE OF CONTENTS

I.     **PROFESSIONAL BACKGROUND**………………………………………………   **1**

II.    **SCOPE OF THIS EXPERT DECLARATION**…………………………………   **5**

III.   **HAMAS GENERAL BACKGROUND**…………………………………………..   **6**

    A.    **The Hamas policy of claiming responsibility for attacks**……………………………  **11**

    B.    **The 2015–16 wave of Palestinian terrorism in Israel and in Judea and Samaria** ……………………………………………………………………  **15**

IV.   **EXPERT OPINIONS RELATED TO HAMAS TERROR ATTACKS**

    A.    **Richard Lakin**: Shot and Stabbed in October 13, 2015 Terrorist Attack on Egged Bus # 78 in Jerusalem. Mr. Lakin died two weeks later from his wounds….. **21**

    B.    **Taylor Force**: Murdered in the March 8, 2016 Hamas Stabbing Spree on the Tel Aviv-Jaffa Promenade...…………………………………………………….. **46**

    C.    **Menachem Mendel Rivkin**: January 27, 2016, Severely Injured in Hamas Stabbing Attack, Givat Ze'ev/Jerusalem…………………………………………… **58**

    D.    **Merkaz HaRav Yeshiva**: March 6, 2008, Avraham David Moses shot to death and Naftali Shitrit severely injured. Seven other students murdered and multiple others seriously injured ……………………………………………… **69**

    E.    **Shmuel Zev Brauner August 19, 2011, Seriously wounded; and Daniella Schwadron Parnass November 12, 2012, Psychological Trauma and Property damage from a Hamas Rocket Attacks from the Gaza Strip..………** **87**

    F.    **Injury to Plaintiff Brauner—rocket hitting the Ashdod synagogue...………**  **103**

    G.    **Parnass—(A rocket on a house in Moshav Timorim)**………………………… **111**

V.      **PALESTINE ISLAMIC JIHAD GENERAL BACKGROUND**………………….. **115**

     A.      **Yehuda Glick: October 29, 2014, Seriously injured in an attempted assassination** ………………………………………………………………. **119**

VI.     **CV OF ARIEH DAN SPITZEN** ……………………………………………. **134**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                  Plaintiff,                      Docket No: 16-cv-1468 (RDM)

        -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                 Defendants.

-------------------------------------------------------------------- X

## EXPERT DECLARATION OF ARIEH DAN SPITZEN

    I **ARIEH DAN SPITZEN**, declare as follows subject to the penalties of perjury of the United States of America:

### I.      PROFESSIONAL BACKGROUND

    **1.**    I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, the modes of operation of the Palestinian Authority and the modes of operation and conduct of various Palestinian Islamic terror groups. This includes Hamas and Palestine Islamic Jihad, with emphasis on the civilian infrastructures of those terror groups, in particular Hamas, which I have researched (and continue to research) over the course of many years.

    **2.**    I have been researching Palestinian issues in Israel and the territories for approximately 40 years. I hold academic degrees in the History of Islamic Countries and the

History of the Jewish People from the Hebrew University of Jerusalem where I graduated with honors.

3. From 1976 to 2009, I served in various positions, mostly within the Israel Defense Forces (IDF), that focused on researching Palestinian Affairs. In 1976, I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank, which I headed for two years. From 1978 to 1981 I researched the integration of the Arab population into Israeli society for Jerusalem's Van Leer Institute. During this time, I also published an academic article about Jerusalem's economy in the 18th Century which was published in "Cathedra."

4. From 1981 to 1993, I served as Head of the Research Section in the Office for the Advisor for Arab Affairs in the West Bank and as Deputy Advisor. In these capacities, I was involved in researching the socioeconomic and political situation of the Palestinian population while focusing on political and social trends and the prevailing atmosphere. I supervised a team of approximately ten researchers. During this period, I prepared and supervised the preparation of hundreds of research papers, staff papers, articles, anthologies and studies in Palestinian civilian matters, which were used by high level officials in the Israeli government and military. All of my writings for the IDF are classified and cannot be publicly disclosed.

5. From 1993 to 1996, I participated in the negotiation between Israel and the Palestinians of the Oslo Accords and was a member of the team that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

**6.**    From 1998 to 2000, I served in the Civil Administration as Department Head for Palestinian Affairs in the West Bank at the rank of Colonel.

**7.**    From 2001 to 2009, I served as Department Head for Palestinian Affairs in the Administered Territories, which includes both the West Bank and Gaza, and as the Advisor to the Coordinator of Government Activities in the Territories (COGAT) at the rank of Colonel. I reported to the Head of COGAT, above who were only two people—the Minister of Defense and the Chief of Staff. In these capacities, I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian Affairs drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. During this time, I became the top authority on the socioeconomic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, and the economic atmosphere and its influence and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, this research overlapped with the military sphere and the activities of terror organizations such as Hamas and the Palestinian Islamic Jihad (PIJ). In addition, I was responsible for writing and updating an annual comprehensive survey regarding the civilian infrastructure of the Hamas organization—the *Da'wa*.

**8.**    Since my retirement from the IDF, I have continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in the Administered Territories in COGAT. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian

realm, including all matters relevant to the current and recent terror waves, their different characteristics, the profile of the terrorists, and the influence of the Palestinian powerbrokers.

9.      I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes, and private parties. I currently provide advice regarding the socioeconomic and political civilian situation in the Palestinian Authority controlled territories to the following governmental entities: The Operation Coordinator in the Administered Territories and the Research Division of the Intelligence Department. During the last ten years of my IDF service, I also provided advice to the National Defense Council, Israel Security Agency, and the Mossad.

10.      I have previously been designated and qualified by federal courts as an expert witness on issues related to Palestinian affairs and Hamas, including in: *Fraenkel, et al. v. The Islamic Republic of Iran, et al*. Case No. 15-01080 (D.D.C); *Linde, et al. v. Arab Bank, PLC*, Case No. 04-02766 (E.D.N.Y.); *Strauss, et al. v. Credit Lyonnais, S.A.*, Case No. 06-00702 (E.D.N.Y.) and *Gill, et al. v. Arab Bank, PLC*, Case No. 11-03706 (E.D.N.Y.). I also served as an expert consultant to the plaintiffs' trial team in *Sokolow, et al. v. Palestine Liberation Organization, et al.* Case No. 04-0397 (S.D.N.Y.) in which the plaintiffs received a jury award of over $655 million in February of 2015.

11.      Additionally, I have served as an expert witness in the area of Palestinian affairs in dozens of civil and military cases in Israel, including in the Israeli Supreme Court.

12.      During my last ten years in the IDF, I was a frequent participant and lecturer on the issue of Palestinian affairs at symposiums, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

13.     I am a regular media commentator for the Israeli press, which classifies me as an expert in Palestinian affairs and I am often interviewed on Arabic television stations. I recently appeared on Israel Channel 1's "A Second Look" on a program titled "The Color of Terror Money," which is available at the following link: https://www.youtube.com/watch?v=c6Hz2umcymE.   In addition, approximately once or twice per week, during the last ten years of my IDF service, I gave both background and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal with Palestinian and military issues.

14.     I am fluent in Hebrew and Arabic.

15.     A copy of my CV is attached hereto as Exhibit A.

## II.SCOPE OF THIS EXPERT DECLARATION

16.     I have been asked by counsel for the plaintiffs in the above-captioned case of Force, et al, v. The Islamic Republic of Iran, et al. to provide my professional opinion concerning Hamas' and the Palestinian Islamic Jihad's respective responsibility for the seven (7) terrorist attacks at issue in this case.

17.     In this context I have rendered opinions with respect to Hamas' responsibility for the shooting and/or stabbing terror attacks where Richard Lakin, Taylor Force, and Avraham David Moses were murdered. I have also rendered opinions with respect to Hamas' responsibility for the shooting and/or stabbing attacks that severely injured Menachem Mendel Rivkin and Naftali Shitrit. Finally, I have also rendered opinions regarding Hamas' responsibility for the rocket attack that damaged the property of the Parnass plaintiffs causing emotional and psychological trauma as well as the rocket attack that caused both physical and emotional damage to the Brauner plaintiffs. These opinions are contained in Section III,

A-E of this report. In addition I have rendered an opinion with regard to the responsibility of the Palestine Islamic Jihad for the assassination attempt on the life of Yehuda Glick. This opinion can be found in Section V-A.

18.   My opinion as it relates to each terrorist attack at issue in this case is based on my academic studies, research, and IDF military service over the course of many years in which I specialized and continue to specialize in Palestinian affairs and Palestinian terrorist organizations such as Hamas and Palestinian Islamic Jihad. During my 40 years researching Palestinian affairs, I have obtained information from numerous sources, many of which are classified. These sources include interviews with government officials and reliable journalists, reviews of publicly available documents, periodicals, credible news reports, government publications and scholarly works.

19.   Moreover, in preparing each opinion contained in this report I examined the complaint in the above-captioned case and the Israeli police files for most of the terror attacks as well as other relevant court files.

### III.    HAMAS GENERAL BACKGROUND

20.   Hamas was founded in Gaza in December 1987, around the time when the violent events known as the 'First Intifada' broke out. The founders of Hamas were Sheikh Ahmad Yassin, who headed the Muslim Brotherhood in the Gaza Strip, and six other members of that organization.[1] The name "Hamas" is an Arabic acronym for "The Islamic Resistance

---

[1] The Muslim Brotherhood is a fundamentalist Islamist organization founded in Egypt in 1928 by Hassan al-Banna. The organization hoped to reconstitute Muslim society in the spirit of ancient Islam and eventually to establish a large Islamic state that would expand Muslim rule into the rest of the world through jihad (holy war). The Muslim Brotherhood's extremist Islamic

Movement" *(Ḥarakat al-Muqāwamah al-Islāmiyyah)*. As a word, "Hamas" in Arabic means zeal (as in battle) or heroism.

21.   On August 18, 1988, Hamas published its charter, which defines the organization's goals and its ideological identity. In this charter, the organization stated that it saw itself as a branch of the "Muslim Brotherhood" in Palestine. The implementation of the Hamas Charter would mean establishing a fundamentalist Islamic state on the ruins of the State of Israel. In the organization's view, Israel has no right to exist and would inevitably disappear. As soon as Hamas was founded, the organization commenced a campaign of armed terror in pursuit of that goal.

22.   Hamas has maintained that stance throughout its history, and its leaders would frequently repeat their goal and ambition to eliminate Israel. For example:

   •   In December 2012, Hamas leader Khaled Mash'al, during his visit in the Gaza Strip, stated the following: "… Palestine—from the [Jordan] River to the [Mediterranean] Sea, from its north to its south, is our land, our right, and our homeland. There will be no relinquishing and no forsaking even an inch or small part of it… Palestine was, continues to be, and will remain Arab and Islamic". "The true statesman is born from the womb of the rifle and the missile." And he added: "Oh Palestinian statesmen, oh Arab and Muslim statesmen, learn your lesson from Gaza. Anyone who wishes to take the path of diplomacy must take a missile along with him."[2]

   •   Many senior officials of the Hamas movement who attended the rallies held on December 14, 2014 to mark the 27th anniversary of the founding of Hamas, reiterated that Hamas would never recognize the Zionist entity nor a Palestinian State

---

ideology, along with its physical civil and religious infrastructure, served as the basis for the founding of Hamas in December 1987.

[2] See the video on the MEMRI website:

https://www.memri.org/tv/hamas-leader-khaled-mashal-we-will-not-relinquish-inch-palestine-river-sea.

within the 1967 borders and called for the continuation of jihad and resistance until Palestine is liberated in its entirety, from the river to the sea[3].

- Mahmoud a-Zahar, a senior Hamas official in the Gaza Strip,  said in May 2017 that not an inch should be conceded from the land of Palestine and its holy places. According to him, it is compulsory to defend the holy places and to continue efforts toward complete liberation [of Palestine].[4]

23.    Hamas is a terrorist organization that combines terror activity with political ideology and with wide-ranging social activity. Their goal is to dominate Palestinian society, manage it, and lead it according to the objectives that Hamas has embraced.

24.    Today Hamas is the largest and most significant Islamist organization on the Palestinian scene. Since its earliest activity, the organization has seen itself as competing against the PLO for leadership (the PLO is the umbrella organization for the Palestinian factions, but Hamas is not a member of it) and against the Fatah organization in the Palestinian arena, as well as providing an Islamic sociopolitical alternative to those secular elements.

25.    As early as the 1990s, Hamas was devoting a special effort to take over the Palestinian arena.  Hamas especially, campaigned in elections within various sectors of Palestinian society. At the universities, the effort was directed at taking over the student councils, and Hamas succeeded in most of the West Bank and Gaza universities. For that purpose it established its student organization, the "Islamic Bloc" *(Al-Kutla al-Islamiya).* That body served to recruit many students to the ranks of Hamas for the execution of terror attacks in the organization's name.

---

[3]    https://www.memri.org/reports/hamas-senior-officials-movements-27th-anniversary-celebrations-we-will-not-recognize-zionist

[4] http://www.alquds.com/articles/1494758400814122900/

26.    In its quest to dominate the Palestinian arena, Hamas also prioritized taking over trade unions, commercial organizations, and the bureaucracies that control Palestinian communications institutions (such as the Palestinian Journalists' Syndicate). Later, after consolidating its control over those targets, the organization increased its efforts, and in the 2000s it similarly took over many municipalities in the West Bank and the Gaza Strip. In 2006, Hamas won the general Palestinian Authority elections, attaining a parliamentary majority, and in 2007 it seized power in a violent coup in the Gaza Strip.

27.    Another avenue by which Hamas has attained dominance over Palestinian society is the formation of a broad infrastructure of civil institutions and charitable bodies to aid the public on the one hand, and on the other hand to strengthen the hold of Hamas over the population and to cast a broader net for potential activists, to be recruited to its ranks. This institutional network also helps the organization raise money for its activities, including terror attacks, above and beyond enhancing its standing in Palestinian public opinion.

28.    In order to succeed in that task, Hamas has labored to create an image of reliability, honesty, and attentiveness to public sentiment on the part of the organization and of its leaders. It has zealously cultivated that image over the years, emphasizing the distinction between Hamas and its leaders on the one hand, and on the other hand the image that the PLO and Fatah have acquired power through their leaders' corruption, their unreliability, and their deplorable character which is unresponsive to public sentiment.

29.    Hamas did indeed instill the image it desired for itself into the Palestinian public consciousness, and that image contributed to Hamas' success on the way to domination of the governing bodies and the society under the Palestinian Authority.

30.   In the early 1990s as Hamas  broadened its sociopolitical influence over Palestinian society, it also established its operational terror wing, the Izz a-Din al-Qassam Brigades in two phases; In early 1990 , as well as during the second half of 1991 in the Gaza Strip and then in a second stage, toward summer of 1992, in the West Bank. The Izz a-Din al-Qassam Brigades are responsible for many terror attacks and murders, for injuries to thousands of civilians, and for destruction and ruin in many and varied forms such as suicide bombings, car bombs, explosive devices, shooting from ambush, high-angle fire, and other tactics such as knifing, ramming with vehicles, and petrol bombing.

31.   Since its inception, the operational terror wing has always,, answered  to the Hamas leadership, with its terror activity over the years  instigated and directed by the organization's leadership.

32.   During its years of existence, Hamas has been supported by Syria and Iran, which furnished a safe location for its leadership, training camps, military knowhow, and weaponry of various kinds, as well as public-relations backing with ideological support.[5]

33.   In September 2017, the leader of Hamas in the Gaza Strip, Yahya Sinwar, called journalists to his office and told them that Hamas's relations with Iran were "better than good" and improving further. Iran, according to him, is the top supporter of the military wing (the Izz a-Din al-Qassam Brigades) in terms of money and weapons.[6]

---

[5] Abu Ubaida, Hamas's spokesman, thanked Iran in December 2014, for having helped Hamas by supplying money, weapons, and missiles to establish the Al-Qassam army, including the army's many advanced units. http://bit.ly/2AFCf7Q. See also: http://www.haaretz.com/israel-news/.premium-1.632943

[6] https://www.amad.ps/ar/?Action=Details&ID=189079

**34.**    Hamas was classified as a Specially Designated Terrorist organization (SDT) by the U.S. Treasury as long ago as 1995, and in 1997 it was classified as a Foreign Terrorist Organization (FTO) by the U.S. State Department.[7]

**35.**    The Israeli government declared Hamas a terrorist organization in June 1989.[8]

### A.    The Hamas policy of claiming responsibility for attacks

**36.**    Hamas has pursued over the years, and continues to pursue, a calculated and intentional policy of claiming responsibility for its terror attacks. This policy is based on a number of guiding principles that can be understood from the organization's record of announcements over the years based on their timing, reliability,  and explicit public statements of various senior Hamas officials revealing, from time to time, a glimpse of the Hamas policy regarding claims of responsibility for attacks.

**37.**    One of the fundamental principles guiding Hamas in its policy of claiming responsibility for attacks is to maintain the organization's credibility, which as noted above is a prime asset of the organization.

**38.**    In order to understand the care and caution that Hamas exercises in claiming responsibility for attacks, it is important to take into account that in the West Bank and the Gaza Strip, the Palestinian society lives and functions in social frameworks where the proximity between people is intimate and their ability to keep secrets, certainly over the long term, is limited. Neighbors know one another. Living within a nuclear family, an extended

---

[7] https://www.treasury.gov/resource-center/sanctions/SDN-List/Documents/sdnew95.txt
https://www.state.gov/j/ct/rls/other/des/123085.htm
[8] http://www.mod.gov.il/Defence-and-Security/Fighting_terrorism/Pages/default.aspx

family (or *hamulah),* and a village or urban neighborhood, one has little opportunity to conceal political views or affiliation to organizations or social groups.

39.    The phenomenon is particularly obvious when someone is killed in the course of an attack or is arrested for terrorist activity. Generally when the terrorist's identity becomes known, so does the terrorist's organizational affiliation and, therefore inevitably, the organization's responsibility for the attack committed.

40.    If a claim of responsibility is false, it is exposed rather quickly and the long-term damage to the organization's reputation may be severe, involving a cost that the organization would rather not pay in the political and public spheres.

41.    This social reality requires the Palestinian terror organizations, including Hamas first and foremost because it greatly values its credibility, to refrain from claiming "credit" for attacks and terror operations for which the organization is not responsible. At the same time, Hamas nonetheless has made, and makes, a practice of praising operatives from other organizations when they mount attacks that suit its ideology.

42.    During the period relevant to this Expert Opinion, Hamas regularly used a number of methods for claiming responsibility after attacks:

> •    Spokesmen for Hamas and for the Izz a-Din al-Qassam Brigades published announcements in the media;

> •    Posters from Hamas and the Izz a-Din al-Qassam Brigades were distributed throughout the territories and on websites;[9]

---

[9] A number of examples of posters distributed by Hamas saluting terrorist attackers can be seen in a survey published by the Meir Amit Intelligence and Terrorism Information Center in Tel Aviv: http://bit.ly/2jovNya

- Names of terrorists who were killed while mounting attacks, or who were arrested afterward, were at times (but not always) posted on the Hamas and "Brigades" websites;

- Various symbols and other Hamas characteristics were attached to the homes of the terrorists and displayed during their funerals.

**43.** For announcing a terrorist's organizational affiliation during the wave of terror that began in 2014, the phrasing Hamas adopted was "the son of the movement" or "the Qassami martyr" (that is, one belonging to the Izz a-Din al-Qassam Brigades). In this way Hamas distinguished the terrorist from others whose deeds found favor with Hamas but who did not belong to the organization.

**44.** To strengthen the principle of maintaining credibility, Hamas added further rules regarding claims of responsibility. These rules deal mainly with the timing of the actual announcements that claim responsibility, claims that sometimes are delayed for months or even for long years.

**45.** A press conference in the Gaza Strip on December 25, 2010, is an example that exposed a glimpse of the principles guiding the organization's timing for announcing a claim of responsibility for a terror attack mounted by its activists.[10] The man known as Abu Ubaida, who is considered the official spokesman of the Izz a-Din al-Qassam Brigades, spoke to the press. In the name of the organization, he belatedly took responsibility for the attack mounted at the Merkaz HaRav Yeshiva in Jerusalem some two years before.[11]

---

[10] A spokesman for the Izz a-Din al-Qassam Brigades held a press conference in Gaza, and there he spoke his piece at length. The video shows the press conference:
https://www.youtube.com/watch?v=HohoZ9NdCiU

[11] The Merkaz HaRav Yeshiva in Jerusalem was attacked on March 6, 2008. The Hamas terrorist, who perpetrated it killed eight people and injured nine more.

**46.**    Abu Ubaida explained the Hamas policy for *belatedly* claiming responsibility. He said that during the years that the "Brigades" have been active against the occupation they have at many times employed a policy of postponing the claim of responsibility for attacks and he cited these reasons: The security conditions with respect to the security of fighters and of operations; the protection of those who carried out attacks and who are currently jailed prior to sentencing; and other reasons connected to the continuing campaign of *Jihad* (holy war). In the future, according to him, the Brigades will refrain from announcing information about their attacks before the time is ripe, and on occasion that may mean months or years.[12]

**47.**    The Hamas record of claiming responsibility for attacks includes further examples of refraining from an official claim of responsibility in order not to harm Hamas operatives, especially those who have yet to stand trial.[13]

**48.    *In sum,*** Hamas, more than other terror organizations, refrains from claiming responsibility for attacks that were not mounted by its activists. Hamas carefully cultivates

---

[12] Further examples of belated claims of responsibility for Hamas attacks: On March 8, 2004, the Izz a-Din al-Qassam Brigades took responsibility for an attack at Mike's Place, a pub in Tel Aviv, which was committed a year before on April 30, 2003. The attack killed three people. The Brigades' announcement said that it was being published late in order not to harm the security of the "fighters" *(mujahideen* in the original) and for reasons involving "security secrets." http://bit.ly/2AHh7hK

On June 7, 2008, the Izz a-Din al-Qassam Brigades took responsibility for a series of attacks including, among others, the suicide attack at the Sheffield Club in Rishon Lezion which occurred on May 7, 2002. The attack killed 15 people. http://bit.ly/2zH2hYi

[13] For example, a cell that mounted an attack on June 20, 2008, in Wadi Zarka, confessed they had been recruited by Hamas and were operating under its aegis. Hamas has not publicly claimed responsibility for the attack to this day, apparently because one of the cell members is a Palestinian security officer still jailed in Jericho as of this writing and has not been held to account for his deeds. The name of this operative appears on Hamas websites and Izz a-Din al-Qassam websites as a member of the organization confined in a Palestinian prison.

the image of a reliable organization.  They see their image as it appears to the Palestinian public as a primary asset and zealously protect it. Moreover, the unique structure of Palestinian society in the Gaza Strip and the West Bank makes,, in the long term, the attribution of an attack to a body that did not commit it impossible, the moment a terrorist's identity is revealed, the Palestinian public in the territories know of the terrorist's exact organizational affiliation.

49.   , Since its inception, Hamas has always preferred long-term credibility over some brief moments of glory  from false attribution of attacks. However, when Hamas finds it appropriate or beneficial to take credit for attacks that its people performed, it does not refrain from doing so.

50.   When it weighs claiming responsibility for attacks, Hamas obviously and consciously prefers to protect the operational security of its activists and the details regarding its various methods of operation, even at the price of years of concealing its responsibility for attacks.

### B.The 2015–16 wave of Palestinian terrorism in Israel and in Judea and Samaria

51.   Starting in September 2015, Israel, Judea & Samaria were inundated by a wave of terror that lasted until the end of 2016 or even later.

52.   In October 2015, the number and intensity of terror attacks  increased significantly against the background of growing incitement from Islamist, elements mainly Hamas and the Islamic Movement in Israel. They accused Israel of a litany of offenses related to changing  the status quo on the Temple Mount, including harming the mosques on the mount, permitting  Jewish prayer there and having a  long-term Israeli goal of destroying the Al-Aqsa Mosque and building a Jewish Temple in its stead. Islamic religious emotions

were similarly enflamed a year earlier as well in 2014. The sharp rise in the number of fatalities was recorded late in 2015 as a result of an escalation of attacks in October.[14]

53.   The Jewish high holidays, which are celebrated in September and October, bring an increased presence of Jews in the Temple Mount area. Islamic elements, with Hamas in the lead, exploit this presence in order to stir up emotions and incite attacks with the cry "Al-Aqsa is in danger!" Such accusations gave a religious motivation to the wave of terror that followed, with the objective to imbue the Palestinian-Israeli conflict with a religious character alongside its nationalist character; an objective that is wholly consistent with the Islamist ideology of Hamas and of Palestinian Islamic Jihad.

54.   In January 2017, for example, after a vehicular attack in Jerusalem,  Hamas spokesman Fawzi Barhoum encouraged further  terror as he declared that "The noble operation (meaning the attack) was in defense of the holy sites, and particularly of the Al-Aqsa Mosque." He said that Hamas praises the operation. The operation, he declared, shows that the Al-Quds Intifada is continuing and that Israel's violent aggressive actions will not break the Palestinian will to continue the "resistance."[15]

55.   Hamas websites and other websites identified with the organization presented articles, interviews, and remarks inciting the continued perpetration of attacks.

56.   A summary of attacks from 2015 was distributed on Paldf.net, the Hamas website. It pointed to a sharp increase in the number of stabbing, vehicular, and shooting attacks from October through December of that year. The terms used to describe the attacks were favorable and supportive of the wave of attacks, noting for example:

---

[14] More figures about the 2015 attacks may be found in the annual Israel Security Agency survey from that time: https://www.shabak.gov.il/publications/Pages/study/ReportY2015.aspx

[15] Safa press agency, affiliated with Hamas (January 8, 2017). http://bit.ly/2hwLQcI.

- attacks that *successfully* wounded or killed a Zionist; the *effectiveness* of attacks being measured in terms of fatalities on each side;

- the term *kill* is relevant to a killed Zionist whereas a Palestinian who is killed is termed *shahid (martyr);*

- attacks being called *operations*; and the terrorists committing them being called *mustash'hidun* ("those who died in sanctification of Allah's name"); and there is, obviously, the heading of the document: "Palestine's *Harvest* of 2015."

57.   All of those statements convey the clear message that Hamas supports and encourages attacks.[16] Senior Hamas leaders made a practice of publicly inciting the Palestinian population to mount attacks in the form of stabbings, vehicular ramming attacks,[17] and even gunfire to the extent that the attackers were able. In fact, in February 2016, the leader of Hamas at the time, Khaled Mash'al, encouraged the wave of terror attacks, characterizing them as "heroic operations  of the young men and women of the Intifada."[18]

58.   Hamas spokesman Sami Abu Zuhri praised the stabbing spree carried out on March 8, 2016, claiming it showed the Intifada would continue until its objectives had been realized and that Israel had failed to suppress it.[19]

59.   In the course of that wave of terror, Hamas, as did Islamic Jihad, implemented a new method of operations alongside its more familiar forms of attack.  This is what  gave

---

[16] https://www.paldf.net/files/2015/hasad/files/assets/basic-html/index.html#1

[17] A cartoon with quite a clear message was distributed on the Paldf.net site, which is identified with Hamas, after a car ramming in Jerusalem. The cartoon shows an auto with the Al-Aqsa Mosque's dome drawn on its roof, and above it is the headline "Car ramming kills Israeli in Jerusalem." Another cartoon was published on the Hamas Facebook page for Nablus, and it contains an explicit call for vehicular attacks on Zionists. See the survey from the Meir Amit Intelligence and Terrorism Information Center in Tel Aviv, July 2016. http://bit.ly/2zCtPjK.

[18] http://bit.ly/2AFJcpz

[19] Hamas website, March 8, 2016. http://bit.ly/2hrk8KI.

them the ability to quickly mobilize  terror operatives in order to mount attacks. Specifically, alongside the usual method of direct instructions from Hamas headquarters that would require a system of approvals, another method was implemented: Overall public calls from the influential political factors to   the organization's operatives, as well as to all who identify with the course of violence and terror, to mount attacks. This was accomplished by Hamas and PIJ leaders sounding praise and encouragement to the terrorists and their activities, using the media outlets at their disposal such as radio, television, newspapers, websites and to an extremely large extent- social networks and social media platforms. Hamas simply introduced, alongside the attacks that require long advance planning, a call to use whatever comes to hand for terrorism (knives, vehicles, petrol bombs, guns, makeshift weapons, etc.) as well.

60. Both Hamas and Islamic Jihad  attempted to imbue the wave of terror attacks with the character of an activity sweeping the public into what it calls the "armed struggle" on a large scale. Hamas even called the wave of terror an "*intifada*" or "*the Al-Quds intifada*." In January 2017, Hamas spokesman Hazem Qassem praised a vehicular attack that occurred in Jerusalem, calling it proof that the Palestinian people has chosen the "resistance option" and that the perpetrator had exercised his natural right to resist the occupation. According to Qassem, the operation proved that the "Al-Quds Intifada" is not a passing phenomenon or a wave of popular anger but a Palestinian decision in favor of revolution until the end of occupation (Al-Jihad website, January 8, 2017).[20]

61. Next, having found that the calls fell on responsive ears, Hamas made sure to praise and glorify the attack, as well as call on potential terrorists to emulate the terror attacks

---

[20] http://www.terrorism-info.org.il//Data/articles/Art_21130/E_010_17_2014417650.pdf

and proceed similarly in order to strengthen the wave of terror and murder. In June 2016, after a terror attack cost the lives of four Israelis in Tel Aviv, Hamas spokesman Husam Badran promised further "surprises" during the month of Ramadan: "The attack is the first tidings from Ramadan to our people and to the brave resistance, and it is also the first surprise among those awaiting the Zionist enemy during Ramadan. The heroic operation near the Israeli Ministry of Defense is a severe blow to the prestige of the Israeli defense establishment."[21]

62.    The perpetration of terror attacks in emulation of other terrorists  is another characteristic of the wave of terror being surveyed here.  Interrogations by the Israel Security Agency as well as for example, the terrorists' Facebook pages reveal a number of them decided to carry out attacks imitating the terrorists who preceded them.

63.    For example, the Facebook page of terrorist Abada Abu Ras, who stabbed Menachem Mendel Rivkin, expressed admiration for the terrorist who stabbed and killed two men in Jerusalem some months before.[22] Another terrorist, Muhammad Abu Khalaf, before stabbing two Border Police soldiers in Jerusalem, posted an admiring salute on his Facebook page to Bilal Abu Ghanem, who perpetrated the attack where Richard Lakin, among others, was killed.[23]

64.    Calling on the public to mount attacks during the wave of terror, Hamas encouraged terrorists, cast them as heroic role models, and embraced the attacks that its

---

[21] The quotation appeared on the Hamas website Palinfo.com, June 9, 2016. http://bit.ly/2iU74Od.

[22] See the Facebook page of Abu Ras, where he praises terrorist Muhannad al-Halabi. http://bit.ly/2zHj2CQ.

[23] http://www.terrorism-info.org.il//Data/articles/Art_20962/E_038_16_99316045.pdf

activists perpetrated. In various Hamas publications, and in posters signed by Hamas, the terrorist was termed "son of the movement" or "*Qassami shahid*" (a martyr of the Izz a-Din al-Qassam Brigades). Hamas also made a point of emphasizing the terrorists' affiliation to the organization in a number of  ways, such as arranging terrorists' funerals with Hamas activists attending, raising Hamas flags at the terrorists' homes, and sometimes also including the terrorists' names in the list of Hamas prisoners or *shahids* (martyrs)*.*

65.    When the terrorist was not identifiable as organizationally affiliated to Hamas, his actions were praised and glorified with calls was to emulate them. Sometimes, when the terrorist clearly belonged to a different organization, Hamas representatives proclaimed appreciation of the man while mentioning his affiliation with the other organization. [24]

66.    Another aspect of the Hamas support for perpetrators of terror attacks, and for families of terrorists, is the financial aid bestowed on the terrorist and on the terrorist's family after the attack.  The aid is transferred secretly, since it amounts to terror financing and the Israeli security authorities constantly work against such use of funds and attempt to confiscate them.

67.    Despite efforts to conceal these money transfers and financial aid, the system  was exposed in the Israeli media after  coordinated campaigns by the Israel Police, the Israel Security Authority, and the Israel Defense Forces.   Hundreds of thousands of shekels transferred to terrorists and to their families on behalf of Hamas, were confiscated. The

---

[24] See the Expert Opinion regarding Yehuda Glich. While the terrorist is an Islamic Jihad member, the Hamas Paldf.net website explicitly posted the Islamic Jihad announcement regarding responsibility for the attack.

money that was confiscated was intended for day-to-day expenses as well as for rebuilding the homes of terrorists and of their families after demolition by Israel.[25]

68.    In conclusion, alongside the customary Hamas system of wreaking terror, including via the establishment of cells and their direct deployment by a responsible Hamas headquarters or official, Hamas adopted (as did Islamic Jihad) a parallel system of operations during the 2015–2016 wave of terror, deploying lone terrorists by publicly instructing its operatives to mount attacks.

69.    Those who answered the call and mounted attacks received praise from Hamas. When the terrorists came from the Hamas ranks, Hamas emphasized their organizational affiliation, thus claiming responsibility for the attack while simultaneously encouraging others to continue mounting attacks to prevent the terror wave from fading.

## IV.    EXPERT OPINIONS RELATED TO HAMAS TERROR ATTACKS

### A.    Richard Lakin: Shot and Stabbed in October 13, 2015 Terrorist Attack on Egged Bus # 78 in Jerusalem. Mr. Lakin died two weeks later from his wounds.

#### i.  The Bus 78 Attack—Summary

70.    On October 13, 2015, at approximately 10:00 a.m., two terrorists boarded Egged bus number 78 in the Armon Hanatziv neighborhood in Jerusalem, one armed with a gun and the other with a knife. The terrorists waited until the bus filled up and then they opened fire at the passengers and stabbed them. Border Police officers and patrol policemen who arrived at the scene identified the terrorists and shot them, killing one terrorist, Bahaa' Muhammad

---

[25] http://www.ynet.co.il/articles/0,7340,L-4918313,00.html, http://www.nrg.co.il/online/1/ART2/893/025.html, https://www.police.gov.il/articlePage.aspx?aid=5992, http://www.twoday.co.il/02/08/2017/82650/he, http://www.israeldefense.co.il/en/node/30596

Khalil Alyan, and seriously wounding the other, Bilal Omar Mahmoud Abu Ghanem. Two passengers were killed during the course of the massacre. Nine others were injured, three of them seriously, among them Richard Lakin, whose children are plaintiffs herein.[26] Richard Lakin, who had been shot in the head and stabbed in the stomach, was taken to the hospital unconscious and in critical condition. Two weeks later, on October 27, 2015, Richard Lakin died of his wounds, raising the death toll in the attack to three.[27]

    **71.**    The Bus 78 massacre was carried out in the midst of the Jewish High holidays as part of a wave of terror attacks that flooded Israel beginning in September 2015 and continued for several months. It was one of the first attacks in this terror wave, and critically, set an example and served as a symbol for those who perpetrated the attacks that followed.[28]

---

[26] The information about the casualties was made public by The Meir Amit Intelligence and Terrorism Information Center:

    http://www.terrorism-info.org.il/Data/articles/Art_20900/E_179_15F_2045303147.pdf (page 48).

[27] This was reported, among others, by the *Haaretz* daily newspaper (see: http://www.haaretz.co.il/news/politics/1.2761628). It was also mentioned in the verdict against Bilal Abu Ghanem (SCC 19668-11-15July 11, 2016): 016): against Bilal Abu Ghanem (SCC 19668-11-15Jounds to his head and internal organs, causing severe blood loss. Richard, of blessed memory, died of his wounds on October 27, 2015."

  For instance, on February 9, 2016, a Palestinian stabbed two Border Police officers at Jerusalem's Damascus Gate. The two were slightly injured and the terrorist was shot dead. The Palestinian media reported that the assailant was Muhammad Ziyad Abu Khalaf, a 20-year-old man from Kufr Aqab in East Jerusalem. Hamas published an obituary. After his death, many people posted "Shahada" [martyrdom] congratulations on his Facebook page (*see* Muhammad Abu Khalaf's Facebook page, February 21, 2016). The terrorist himself wrote on his Facebook page a post revealing his admiration to Bilal Abu Ghanem, who carried out the Bus 78 shooting and stabbing attack in Jerusalem's Armon Hanatziv neighborhood (*see* Muhammad Abu Khalaf's Facebook page, January 20, 2016).

Regarding that wave of terror attacks and its characteristics see Section II of this report.

### *ii. Detailed Description and Characteristics of the Attack*

72.    On October 13, 2015, at approximately 10:00 a.m., two terrorists boarded Egged bus 78 in the Armon Hanatziv neighborhood in Jerusalem, one armed with a gun, the other with a knife.    Three people were killed in the attack, including Richard Lakin, who was critically injured and died of his wounds two weeks later.

### *a. The planning and preparations for the massacre*

73.    It is clear from the verdict against the surviving terrorist, Bilal Abu Ghanem, as well as Abu Ghanem's police statement and his interrogations by the Israel Security Agency ("ISA"),[29] that the two terrorists planned the attack in advance. As detailed in the Indictment and Verdict, the evening before the attack, Bahaa' Alyan visited Bilal Abu Ghanem at his work place and told him that he had in his possession 20,000 shekels for purchasing a firearm

---

http://www.terrorism-info.org.il/Data/articles/Art_20962/H_038_16_767793635.pdf

Of particular interest in this context are statements made by MEMRI (Middle East Media Research Institute) expert in a meeting of the Knesset Science and Technology Committee on November 25, 2015 concerning the Bus 78 attack. Director of MEMRI TV, Y. Feldner, and MEMRI Director of Research, Y. Yehoshua, briefed the Committee on the vast publicity the attack gained, as well as the great impact it had on the Internet as a model and encouragement for carrying out further attacks.

https://oknesset.org/committee/meeting/11532/

[28] *See* verdict against Bilal A Abu Ghanem dated July 11, 2016 and police statement dated October 15, 2015, Issue no. 2, lines 9-25, as well as the minutes of the interrogation of Bilal Abu Ghanem by the Israel Security Agency (ISA) on October 14, 2015, at 14:45, clause 7, sub-clauses 1-6.

[29] *See* verdict against Bilal Abu Ghanem dated July 11, 2016 and police statement dated October 15, 2015, Issue no. 2, lines 9-25, as well as the minutes of the interrogation of Bilal Abu Ghanem by the Israel Security Agency (ISA) on October 14, 2015, at 14:45, clause 7, sub-clauses 1-6.

to carry out a terror attack against Jews. Abu Ghanem agreed to take part in the attack if his friend would indeed obtain the weapon. The two discussed their outrage at Jewish infiltrations of the Al-Aqsa Mosque compound.[30] They agreed they would use a gun and a knife in the attack. That same night, according to Bilal Abu Ghanem's testimony, Bahaa' Alyan purchased an FN gun from an arms dealer for 20,000 NIS.[31]

74.   As further detailed in the Indictment and Verdict against Abu Ghanem, on the morning of October 13, 2015, Bahaa' Alyan again visited Bilal Abu Ghanem at his work place. There, he saw a knife that in his opinion was suitable for the attack, and took it. The two agreed to meet a bit later at Bahaa' Alyan's work place. At that time, Bahaa' Alyan showed Bilal Abu Ghanem the gun he had purchased. Bahaa' Alyan explained to Bilal Abu Ghanem how to operate the weapon and told him there were 14 bullets in its magazine. Bilal Abu Ghanem took the gun and Bahaa' Alyan took the knife. The two arrived on Bilal Abu Ghanem's scooter to the Armon Hanatziv neighborhood where they waited for bus number 78. When the bus arrived, they boarded the bus, and after it filled up, proceeded to carry out their plan to kill Jews.[32]

[30] Particularly significant is Bilal Abu Ghanem's statement during his interrogation by the Israel Security Agency, conducted at the scene of the terror attack moments after it occurred and before the terrorist was taken for medical treatment. Abu Ghanem stated that he carried out the attack because of the Jewish desecration of the Al-Aqsa Mosque (see minutes of the interrogation carried on October 13, 2015 at 10:30 a.m.)

[31] During his interrogations by the ISA and the police, Bilal Abu Ghanem was asked about the source of the money and about the gun purchasing deal, but he did not provide any details, claiming he had no information.

[32] See Verdict against Bilal Abu Ghanem, SCC 19668-11-15, clause 2, dated June 13, 2016 corresponding in most details to Bilal Abu Ghanem's police statement.

**75.** **Statements by Bilal Abu Ghanem During Interrogation:** Bilal Abu Ghanem's statements during his interrogation concerning the planning of and the role of each of the perpetrators in the terrorist attack are the only source of information regarding these issues. This is because Bahaa' Alyan, who co-planned and co-executed the attack with Bilal Abu Ghanem, was killed during the attack by the Israeli security forces. Therefore, we do not have Alyan's version of events to compare with that of Abu Ghanem's. It stands to reason, however, and based on my experience, I believe Abu Ghanem stood to benefit by placing most of the responsibility for initiating and planning the attack upon his dead partner, knowing that his version of the story could not be tested. This way he could attempt to get a lighter sentence.

**76.** Bilal Abu Ghanem had another, yet equally as important, reason to portray as vague of a picture as possible concerning the plans and initiative behind the attack. He was a Hamas operative during the execution of the attack and would not want to harm the organization by revealing information such as sources of funding, other accomplices, methods of operation and so on. Placing responsibility on his accomplice for issues such as the initiation of the attack, its funding, and the provision of the weapons used in its execution, made it easier for Abu Ghanem to dodge questions in the interrogation by claiming he knew nothing about these sensitive matters.

**77.** This is evidenced by Bilal Abu Ghanem's conduct during his interrogations by the ISA and Israeli police following the Bus 78 massacre. His behavior and demeanor was completely different from his behavior during the interrogations he underwent when he was arrested in 2013. It is important to note that in stark contrast to Ghanem's Bus 78 interrogations where he provided very little information to his interrogators, maintaining his

claims that he knew nothing about the source of the funds and weapons for the attack, in his 2013 interrogations, he was completely open with his interrogators.   In 2013, he not only described in great detail his own activities in the Islamic Bloc, but identified others  were involved in the Islamic Bloc, and discussed his family members who had Hamas connections and the like.[33]  In my opinion this indicates an attempt by Bilal Abu Ghanem, who was now an activist of the operational wing of Hamas, to conceal details that might harm the organization, its modes of operations and its operatives.

**78.**   Against this background, there are obvious questions in Bilal Abu Ghanem's statements made during the interrogation that undercut his attempt to minimize the extent of his involvement in the attack:

• According to Abu Ghanem, Alyan initiated and was the engine behind the attack. The two had no previous connection, but Alyan came to Abu Ghanem shortly before the attack and suggested they execute it. Why, then, did Alyan turn to Abu Ghanem of all people, if the two never knew each other before? (Abu Ghanem said so himself, as did Alyan's relatives, who were interrogated and denied the two knew each other before). It is in my opinion, more likely that the attack was initiated by Bilal Abu Ghanem, a known Hamas operative, who had been  incarcerated approximately two years before the attack,  convicted of membership in Hamas. It is also possible that Alyan turned to Abu Ghanem in order to execute the attack because he knew the latter was a Hamas operative with ties to the organization.

• Taking into consideration the complexity of the planning, training and execution involved in such an attack, the short time that elapsed between Alyan's alleged suggestion to execute the attack, and its actual execution, indicates, in my opinion, that Hamas with its organizational resources and support, was the organization that made this attack possible through its operative - Abu Ghanem.

• Abu Ghanem stated in his interrogation that only on the morning of the attack did Alyan show him the gun, explain to him how to use it, and indicate its

---

[33] *See* Bilal Abu Ghanem police file 391445/2013, particularly statements to police dated September 3, 2013; September 8, 2013; September 11, 2013, among others.

magazine consisted of 14 bullets. Alyan took the knife and told Abu Ghanem to use the gun, because the latter was stronger than him.[34] The version Abu Ghanem presented during his interrogation, according to which only a short while before the attack he received a "theoretical explanation" about the operation of the gun, stands in direct contrast with his full proficiency in the use of the gun during the attack. Abu Ghanem shot all 14 bullets without a jam, and managed to accurately hit the upper body of many of the bus passengers, all indications that he was a trained shooter. In my opinion it is more likely that Abu Ghanem decided to use the gun because as a Hamas operative he had received training and was already proficient in using weapons. There is no other logical explanation, in my experience, for the proficiency with which he handled the gun during the attack. His claim that he was asked to use the gun because of his physical strength, does not make sense because using a knife to murder people requires even more physical strength In keeping with his attempt to protect the organization and its operatives, it is more likely that Abu Ghanem wished to downplay his Hamas training.

• The proficiency in which the two terrorists were able to lock  the bus doors during the attack, and the fact that Abu Ghanem himself admitted in the interrogation that he sat in the driver's seat in order to attempt to flee from the scene of the attack with the bus,[35] also indicate that the plans for the attack were much more thorough and extensive than the picture Abu Ghanem tried to portray in his police and ISA interrogations.

79.    Based on my experience, and analysis of Abu Ghanem's background, his statements about the planning of the attack and the terrorists' conduct throughout its execution, I conclude  that the acquaintance between Alyan and Abu Ghanem was much deeper than what the latter described in his interrogation.; The planning of the attack was more thorough and extensive than what Abu Ghanem was willing to admit in his interrogation, and it is highly likely that the funding of the attack, the acquisition of the

---

[34] *See* minutes of Bilal Abu Ghanem's interrogation by the Israel Security Agency interrogators on 13 October 2015.

[35] *See* Bilal Abu Ghanem's statement to the police on 25 October 2015, page 3, Police Case 446388/2015.

weapons that were used during the attack, and the training towards it were all done within the framework of a structured organization, in this case, Abu Ghanem's organization, Hamas.

80.   Abu Ghanem's behavior after the attack reflects his commitment to the Hamas organization.  He was  willing to lie and distort reality in order to protect the organization, as well as bolster his own image. For example, the Hamas website published an article quoting a letter Abu Ghanem wrote and smuggled out of the Beer Sheva Prison. In it, Abu Ghanem wrote that he and Alyan ordered the Israeli elderly and children to leave the bus before they killed and injured those who remained. He also wrote that the purpose of the attack was not indiscriminate killing, which is against the Islamic faith. Specifically, Abu Ghanem wrote:

> We avoided killing settler children and elderly people, because we believe that the Palestinian resistance is founded upon a religious and cultural basis…

> Our operation came in response to intrusions into the Al-Aqsa Mosque, and to the Israeli army targeted attacks against women…

> The Israeli security refused to include this angle in the indictment He [Abu Ghanem] said that the interrogation officer told him: 'We will not portray your activities to the world as angelic.'[36]

81.   This statement is directly contradicted by the fact that during the attack, elderly people, including Richard Lakin and Hayim Habib, were murdered in cold blood, and others were injured. The false statements in this letter, which was published through the Hamas organization, again bolster the conclusion that Abu Ghanem, as a Hamas operative, misrepresented and distorted the truth about the attack and his role in it in order to protect the organization.

---

[36] http://bit.ly/2AGHsfN.

82.   Based on the above, it is my expert opinion that during his interrogation, Bilal Abu Ghanem  downplayed the involvement of Hamas in the attack, as well as his own involvement in Hamas activity, for  operational, organizational,  and personal reasons.

### b. The unfolding of the massacre

83.   According to the sentencing of Bilal Abu Ghanem, there were no passengers on the bus when the two terrorists boarded it. The two promised the driver they would pay the fare later during the ride[37] and sat in the middle of the bus, waiting for passengers to get on so that they could murder them with the gun and knife hidden in their clothes. The bus continued its route, collecting passengers from waiting stops. Alon Andrei Govberg (who was murdered in the attack), Haim Habib (who was murdered in the attack), and Richard Lakin (who was critically injured and died of his wounds later on), all boarded the bus along with other passengers, some of whom were also injured in the attack.

84.   At a certain point, the two terrorists signaled to each other to start the attack.[38] Bilal Abu Ghanem drew out his gun, walked toward the back of the bus and started shooting at close range, targeting the heads and upper bodies of the passengers with the intention of murdering them. At the same time, his accomplice, Bahaa' Alyan, drew his knife and targeted the passengers sitting at the front of the bus, stabbing them in all parts of their bodies, especially in their upper bodies, with the intention of murdering them.[39] According to

---

[37] This was also mentioned in the bus driver's statement taken by the Israel Police on the day of the attack, October 13, 2015, near the scene and moments after that attack took place.

[38] In addition to the Indictment, *see* Bilal Abu Ghanem A Verdict, Sentence and police statement on October 15, 2015, at 13:55, line 27; the minutes of the ISA interrogation on October 14, 2015, line 6; and a bus passenger's police statement on October 19, 2015.

[39] *See* the above referenced police statement, issue no. 2, lines 29-32 and the above referenced minutes, page 2, lines 7-8. The description of how the attack unfolded, whereby

the passengers' statements, the two terrorists shouted *Allahu Akbar*[40] while perpetrating the murders.[41]

   **85.**    Upon realizing this was a terror attack, the bus driver stopped the bus and opened its doors so that the passengers could escape. The driver  managed to escape, but then the terrorists closed the doors trapping the remaining passengers inside in order to continue killing as many passengers as they could.[42]

---

Bahaa Alyan started stabbing people while moving from the center of the bus toward its front, while Bilal Abu Ghanem drew his gun and moved from the center of the bus backward, is also mentioned in the statements the Israel Police collected from passengers after the attack. A statement of an injured passenger, which was collected on October 13, 2015 at 11:30 in the Shaare Tzedek Hospital, confirms the description above.

[40] Several passengers injured in the attack, including one woman, who was stabbed several times by Bahaa Alyan in the front of the bus, said in their police statements that the terrorists were shouting *Allahu Akbar* as they were shooting and stabbing the passengers.

[41] By declaring *Allahu Akbar* one expresses the superiority of Allah and His oneness. The phrase is frequently used nowadays by Islamist terrorists moments before carrying out an attack, as they believe they will be considered Shahids (martyrs) after their death, having carried out the attack. By declaring *Allahu Akbar*, they express their belief in Allah, their testament that He is the one and only God, and that thanks to this act of theirs they will be considered martyrs, with all the benefits this entails in the Afterlife. Such calls are, therefore, characteristic of attacks carried out for Islamist religious causes, seeking to glorify the name of Allah, even at the price of death to the person carrying out the attack.

   *See*: Wensinck, A.J., "Takbb.." Encyclopedia of Islam, Second Edition. Edited by: P. Bearman, Th. Bianquis, C.E. Bosworth, E. van Donzel, W.P. Heinrichs. Brill Online, 2016. <http://referenceworks.brillonline.com/entries/encyclopaedia-of-islam-2/takbir-SIM_7330>

   First appeared online in 2012. First Print Edition: isbn: 9789004161214, 1960-2007.

[42] The fact that the terrorists controlled the bus doors is mentioned in several statements of surviving bus passengers. Some of them tried but were unable to escape the bus because the doors were locked. Several of the policemen who raided the bus in order to ensure the terrorists were neutralized and to help the injured and evacuate the bodies of the killed, said that the doors were locked and that the raid was carried out using special tools.

86.    Bilal Abu Ghanem used all of the bullets he had and Bahaa' Alyan stabbed as many passengers as he could. According to the surviving passengers' police statements, Bilal Abu Ghanem continued stabbing passengers using the knife Bahaa' Alyan had used before until the knife broke and remained stuck inside the body of Richard Lakin.

87.    Richard Lakin, the father of Manya and Micah Lakin, plaintiffs in this case, was both shot in the head and  stabbed by Bilal Abu Ghanem. [43] Richard Lakin sustained numerous injuries to his head and internal organs, causing severe blood loss. On October 27, 2015, Richard Lakin died of his wounds.[44]

88.    When Bilal Abu Ghanem ran out of bullets and Bahaa' Alyan's knife broke, the two terrorists attempted to murder one of the passengers by strangulation.

89.    Policemen and Border Police officers that arrived at the scene[45] shot and killed Bahaa' Alyan, who had taken the gun from his accomplice and aimed it at them. The policemen also shot and wounded Bilal Abu Ghanem.[46]

### iii.        Profiles of the Terrorists

#### a. Bilal Abu Ghanem

90.    Born in 1994, terrorist Bilal Omar Mahmoud Abu Ghanem was a resident of Jabel al-Mukaber in Jerusalem. His father's family is originally from the village of Burqin in the

---

[43] The Indictment contains detailed accounts of the injuries sustained by all the victims. *See* clause 23.

[44] *See* Indictment against Bilal Abu Ghanem (SCC 19668-11-15, page 5, clause 28c).

[45] Policemen, who were at the scene of the attack, said that both terrorists were inside the locked bus. BahaaiaAlyan threatened the policemen and aimed the gun at them. According to several policemen, Bilal Abu Ghanem was holding a knife (they probably meant that he was holding the knife's broken handle).

[46] The descriptions are taken from the Indictment against Bilal Abu Ghanem (SCC 19668-11-15, pages 3-4, clauses 17-28).

Jenin Governorate[47] (his father married a resident of Jabel al-Mukaber, and received resident's status in Israel as a result of a family reunification procedure twenty years ago).[48]

91.   Bilal Abu Ghanem was a known Hamas operative when he executed the terrorist attack on board Bus 78. This fact is mentioned both in a court ruling in this matter, and in Abu Ghanem's Verdict, according to which he was affiliated with Hamas since early 2013.[49]

92.   In Bilal Abu Ghanem's 2013 interrogation regarding his membership in the Islamic Bloc, Abu Ghanem revealed the fact that he knew and had connections with his cousin from the Jenin area (Burqin Village, his father's birth place, as noted) who he described as a Hamas operative. That same cousin was tried for an attempt to carry out a double suicide attack, was sentenced to 20 years in prison and was released to Gaza as part of the Shalit deal in 2011.[50]

93.   Abu Ghanem did not mention these details at all in his interrogations following the Bus 78 massacre.  However, they shed light on his Hamas background, specifically on the possibility that the aforementioned cousin could have served as a contact person between

---

[47] *See* Hamas website: http://bit.ly/2AGHsfN.

[48] For personal details about the terrorist and his family, *see* a review published by the Meir Amit Intelligence and Terrorism Information Center: http://bit.ly/2jlV7Vf, and other websites containing personal details about the terrorist: http://bit.ly/2idbr7p; and http://bit.ly/2zU5Ayf.

[49] *See* Court Ruling in SCC [Severe Criminal Case] 19668-11-15, which was discussed in the Jerusalem District Court on 6/13/2016 (Clause 2). *See also* the Verdict in the same case on 7/11/2016 (Clause 2).

[50] *See* Abu Ghanem statement to Israeli police dated September 11, 2013, page 28, line 12. Based on our research, it appears that the referenced cousin is Ahmed Jawad Id-Dib, arrested in July 2002, sentenced in 2004 to 20 years of actual imprisonment and 5 years of imprisonment on condition for his membership in Hamas and planning a double suicide bombing. *See* July 30, 2004 sentencing in military court file 6418/02. The terrorist was later released in 2011 as part of the Shalit deal and exiled to Gaza for three years.

Abu Ghanem and senior Hamas military leaders known to the cousin prior to his being imprisoned, during the course of his imprisonment, and after his release to Gaza. It is known that Abu Ghanem was in touch with his cousin by telephone following the release of the latter to Gaza.[51]

94.    Abu Ghanem had a religious Islamic background, and similar to many Hamas operatives, including senior leaders, he studied the Shari'ah (Islamic law)[52] at Al-Quds University in Abu Dis.[53] While at university, Bilal Abu Ghanem belonged to Hamas's Islamic students' bloc, Al-Kutlah al-Islamiyah (the Hamas affiliation of this organization is discussed in greater detail below).

95.    Between September 2013 and October 2014, Abu Ghanem was imprisoned on account of his activity within Hamas's Islamic Bloc.   In his statements to police in connection with this imprisonment, Abu Ghanem described in great detail his position in the Islamic Bloc and the methods by which the Islamic Bloc recruits students.

96.    Abu Ghanem admitted in his interrogation that the Islamic Bloc is a part of the Hamas organization and that at times it is convenient for Hamas to carry out its activities via the student bloc.  Abu Ghanem clearly understood that his Islamic Bloc activities were done

---

[51] We are familiar with cases where a Hamas operative in Gaza assisted family members in the West Bank via telephone communications to carry out a murderous terrorist attack.

[52] This matter is discussed at length in Michael Milstein, The Green Revolution: A Social Profile of Hamas (Hebrew), Tel Aviv University, 2007, pp. 56-58. Dr. Milstein analyzed in his book the social composition of Hamas leadership. He found that a very large proportion of the operatives within the movement's leadership and among the commanders of its operational-terrorist arm throughout the years, studied Shari'ah Law in the universities.

[53] A significant number of Hamas terrorists have studied at Abu Dis University in recent years. See a review issued by the Meir Amit Intelligence and Terrorism Information Center: http://bit.ly/2hrnnBX.

on behalf of Hamas.[54] Among other things that highlight the militant-terrorist nature of the organization, Abu Ghanem described Islamic Bloc university marches and demonstrations at which the students (including him) wore military uniforms, and carried (plastic) weapons. Other members of the Islamic Bloc, who were interrogated in connection with the same incident for which Abu Ghanem was being interrogated, testified that the path of being active in the Islamic Bloc, spending time in Israeli prison, and then engaging in Hamas terrorist activity (the same path taken by Bilal Abu Ghanem) is common and accepted.

97.     Photos taken on the day of his release from prison in 2014, depict Abu Ghanem being carried on his friends' shoulders, dressed in Hamas symbols and colors, including a green scarf with the Hamas emblem.

98.     Bilal Abu Ghanem's statement to the police, which is quoted in a lawsuit against another member of Hamas's Islamic Bloc, Haytham Ju'ba, also sheds light on Abu Ghanem's activity within the Islamic Bloc. Specifically, it shows that Abu Ghanem was closely acquainted with the head of the Islamic Bloc at Al-Quds University, and that he was well aware that the Islamic Bloc activity was illegal, was conducted within Hamas framework and served the organization's aims.[55]

---

[54] *See* Abu Ghanem's September 8, 2013 statement to Israeli police, page 4, line 26, in the words of Abu Ghanem himself "the Block belongs to Hamas."

[55] *See* Court Decision in Case AUEP [Arrest Until End of Proceedings] 34767-01-14 State of Israel v. Haytham Ju'ba. Bilal Abu Ghanem is quoted in Clause 3/E of this Decision, as saying that he had participated in a Hamas rally at the Al-Aqsa Mosque in Jerusalem. During the rally, chants were heard in support of kidnapping soldiers and of the Intifada in the West Bank. Another clause in this Court Decision quotes Abu Ghanem describing his involvement in providing food for students, an activity organized by students whom he knew belonged to the Islamic Bloc and to Hamas, and especially his awareness of the fact that Al-Kutlah al-Slamiyah was affiliated with Hamas (Clause 3/D of this Court Decision).

**99.** Bilal Abu Ghanem  was also in charge of a Quran recitation center for children. Many such centers are known and recognized by the public as pronounced Hamas institutions.[56]

**100.** In addition, Abu Ghanem's Hamas affiliation is seen online. A Hamas website refers to Bilal Abu Ghanem as an operative of the organization and his name appears— publicly and openly—on the Hamas prisoners' website, where he is referred to as a Hamas prisoner.[57] In addition, after the attack, the Hamas website described Bilal Abu Ghanem as a "commander in the Islamic Bloc at the Al-Quds University in Abu Dis."[58] This same Hamas website also published the above referenced letter which Bilal Abu Ghanem allegedly smuggled out of prison, in which he (falsely) claimed that during the attack he and his accomplice allowed elderly people and children to escape from the bus in accordance with the spirit of Islam.

**101.** After the attack, a picture of Bilal Abu Ghanem wearing clothes with Hamas's symbols[59] was also circulated on the Internet. The picture contains writings with Hamas characteristics (such as Quranic verses often quoted by operatives and spokesmen of the Izz al-Din al-Qassam Brigades, praising the path of Jihad).[60]

---

[56] *See* Court Decision in Case AUEP 34767-01-14, in which the statement of Muhammad Rukn, another operative in the Islamic Bloc, is quoted: "I wanted to study the Quran, so I would have contacts with Hamas operatives… Through my previous work in training, and my acquaintance with people, I know that Quran courses are [known as] Hamas activities." (Clause C in the Court Decision).

[57] http://hamas.ps/ar/prisoner/1089/

[58] http://bit.ly/2yxum38.

[59] http://bit.ly/2zV64UU.

[60] *See* Izz al-Din al-Qassam Brigades' website for usage of terminology identical to that used on Bilal Abu Ghanem's shirt:

**102.**   Sami Abu Zuhri, a Hamas official spokesman, praised the attack[61] and explained that the ongoing attacks in Jerusalem are a message to all those thinking about desecrating the Al-Aqsa Mosque. He lauded the perpetrators of these "heroic" acts. The Hamas organization was quoted in the media as supporting the "Intifada" generally and the Bus 78 massacre in particular.[62]

**103.**   In light of Bilal Abu Ghanem's membership in the Hamas Islamic students' bloc at the Al-Quds University, the reaction of Hamas's students' bloc to the Bus 78 massacre is also relevant. Thus, for example, the Hamas students' bloc posted a video on its Facebook page, depicting a reconstruction of the massacre immediately after it occurred.[63] The West Gaza branch of Hamas's Islamic Bloc also posted a video on its Facebook page, depicting a reconstruction of the Bus 78 massacre.[64] Following the Bus 78 massacre, the Hamas Islamic Bloc in the Al-Najah University in Nablus organized a fair for supporting and encouraging terror attacks against Israel, and calling for continuing the attacks. The fair included a display lauding and praising the Bus 78 terrorists, as well as  contained photos of the two terrorists, It is important to note that the photos highlighted the role of Bilal Abu Ghanem.[65]

**104.**   Abu Ghanem's Hamas membership was also made public after the attack in a written declaration published by "The Popular Front for the Liberation of Palestine" terror

---

http://bit.ly/2zA3wuR.

[61] http://bit.ly/2zUOh02

[62] http://bit.ly/2zHJlJ7

*See also*: http://bit.ly/2hwH9iL

[63] In this regard, *see* Micah Lakin's testimony before the Knesset Science and Technology Committee on November 25, 2015: http://bit.ly/2hA3xYF

[64] www.palwatch.org.il/main.aspx?fi=157&doc_id=15916

[65] http://www.terrorism-info.org.il/Data/articles/Art_20940/H_013_16_322237914.pdf

organization which stated that Abu Ghanem was a commander in the Izz al-Din al-Qassam Brigades.[66]

   105.    Prior to the massacre, Bilal Abu Ghanem was known to the Israeli security services and was considered a risk factor whose activity must be monitored. This is reflected in his statements during his ISA interrogation.[67] He said that his motivations for carrying out the terror attack were mainly, the desire to defend the Al-Aqsa Mosque against Jews, one of the Hamas rallying cries previously described.

   106.    The Bus 78 massacre and its perpetrators have served, and are still serving as role models and a sign of the successful wave of terror that began in September 2015. Since the massacre, several terrorists have expressed admiration for the Bus 78 terrorists. For instance, Muhammad Abu Khalaf, a terrorist from Kafr Aqab (Jerusalem), who carried out a stabbing attack on February 9, 2016, posted admiration for Bilal Abu Ghanem on his Facebook page.[68] In addition, Fuad al-Tamimi who perpetrated a shooting attack against Israeli security forces on March 8, 2016 in Jerusalem posted Bahaa' Alyan's will titled "The ten commandments of every martyr" to his Facebook page a few hours before his attack.[69] Also, following in his cousin Bahaa' Alyan's footsteps, 16-year-old Mu'taz Ahmad Hajes Alyan, was killed on October 17, 2015 while attempting to stab a Border Police officer in the Armon Hanatziv neighborhood, following in his cousin's footsteps.[70]

---

[66] http://bit.ly/2jo5acs, and: http://bit.ly/2zz4abX.

[67] *See* Minutes of ISA Interrogation from October 14, 2015, paragraph 7/9.

[68] http://www.terrorism-info.org.il/Data/articles/Art_20962/H_038_16_767793635.pdf

[69] http://www.terrorism-info.org.il/Data/articles/Art_20978/H_056_16_1303554846.pdf

[70] http://bit.ly/2ABSCkZ

107.   As indicated above, Bilal Abu Ghanem was convicted in the past of affiliation with Hamas's student organization, the Islamic Bloc (Al-Kutlah al-Islamiyah),[71] and was charged with membership in Hamas. These facts were mentioned in the current indictment against him, and were taken under consideration when the court issued its verdict.[72] Below is a short profile of the Islamic Bloc.

108.   **The Islamic Students' Bloc:** Since its inception, the Islamic Bloc in the West Bank and Gaza universities has constituted Hamas's powerbase among the Palestinian students.   For example,  operatives of the Islamic Bloc in the various universities  propagate Hamas's ideology, recruit students to support Hamas, organize popular activities such as protests and rallies in support of Hamas and its views, take care of scholarships and financial support for students either identifying with Hamas or belonging to it, and so on.

109.   Above all, Islamic Bloc operatives constitute an important pool of candidates from which terrorists are recruited to the ranks of the Izz al-Din al-Qassam Brigades, Hamas's operational-terrorist arm.

---

[71] Hamas's Islamic Bloc (Al-Kutlah al-Islamiyah) in the universities was designated by Israel an unlawful association in the year 2000.

*See*:                                        http://www.mod.gov.il/Defence-and-Security/Fighting_terrorism/Pages/default.aspx

[72] The following is a quote from the July 11, 2016 Verdict in SCC 19668-11-15: "The following are the facts of the indictment, which were proven in the matter of the Defendant, and which stood at the basis of the conviction. Since March 2013, the Defendant was a member of the Hamas organization, which was designated a terrorist organization as per the Israeli government decision, and began operating within the framework of the Al-Kutlah al-Islamiyah, Hamas movement's students' organization, which was designated by the Israeli Minister of Defense an unlawful association. The Defendant supported the Hamas organization since he joined the organizations and until he executed the discussed deadly terrorist attack."

**110.** Many of Hamas's senior leaders in the Gaza Strip and the West Bank are former operatives of the Islamic Bloc. Among them, for example, is Isma'il Haniya, Hamas's prime minister in Gaza, who began his organizational activity in the Islamic Bloc. Others include Khalil al-Hayya, a member of the Hamas Political Bureau, as well as Mushir al-Masri and Sami Abu Zuhri, both of whom are Hamas official spokesmen.[73]

**111.** It is particularly important to note the prominent number of Islamic Bloc operatives who also serve as senior operational commanders in the Izz al-Din al-Qassam Brigades. For example, two of the Islamic Bloc heads at the Al-Najah University in Nablus, who were killed by Israel's security forces for their terrorist activities, were:

- Muhammad al-Hanbali: A senior explosives expert in the ranks of the Izz al-Din al-Qassam Brigades, who built an explosives lab in Nablus in which he manufactured explosive belts for suicide bombers. Al-Hanbali also recruited and dispatched cells of suicide bombers to terrorist attacks in which 26 Israelis were killed.[74]

- Qays Adwan: Al Hanbali's accomplice who was also a senior commander in Hamas's operational-terrorist arm in the northern West Bank. Adwan was in charge of manufacturing explosive belts and of recruiting suicide bombers into Israel. Among them were the terrorist who perpetrated the suicide attack in Jerusalem's "Sbarro" restaurant in August 2001, where 15 civilians were killed and 110 injured,

---

[73] *See* Michael Milstein, <u>The Green Revolution: A Social Profile of Hamas</u> (Hebrew), Tel Aviv University, 2007, p. 29.

[74] For further information concerning his central role in the Islamic Bloc activity, his seniority within the Izz al-Din al-Qassam Brigades, and his terrorist activity, *see*: Guy Aviad, Lexicon Hamas (Hebrew), Modan Publishing House, 2014, pp. 139-140.

*See also* this review of the Meir Amit Intelligence and Terrorism Information Center: http://www.terrorism-info.org.il/Data/articles/Art_20782/E_036_15_1370380938.pdf

and the terrorist who perpetrated the suicide attack in Haifa in December 2001, where 15 civilians were killed.[75]

112.   Another important example is Yahya Ayyash, who was among the heads of the Islamic Bloc at the Birzeit University.[76] Ayyash has been the head of the Qassam Brigades in the northern West Bank since 1993, responsible for dozens of terrorist attacks that claimed the lives of dozens of Israelis. He also trained other terrorists to manufacture explosive charges and became a central role model for Palestinian terrorists.[77]

113.   Many of the "Hamas engineers"—senior, central operatives in charge of manufacturing explosive cars and explosive belts for the organization's terror cells, who constitute a central pillar within Hamas's operational-terrorist arm—began their Hamas activities as operatives of the Islamic Bloc in the universities. See for example the five high ranking terrorists, who occupied this position one after the other: Yahya Ayyash, Muhyi al-Din al-Sharif, Ayman Abu Halawa, Muhannad al-Taher and Muhammad al-Hanbali. All of them were operatives of Hamas's Islamic Bloc during their university studies. These terrorists were responsible for numerous  deadly terrorist attacks, which claimed the lives of hundreds and injured many more.

---

[75] For further information concerning Qays Adwan's activity in the Islamic Bloc, and his seniority and terrorist activity in Hamas, *see*: Guy Aviad, Lexicon Hamas (Hebrew), Modan Publishing House, 2014, pp. 250-251.

[76] Michael Milstein, The Green Revolution: A Social Profile of Hamas (Hebrew), Tel Aviv University, 2007, p. 39 Dr. Milstein analyzed in his book the social composition of Hamas leadership. He found that a very large proportion of the operatives within Hamas's various leadership groups, especially senior leaders of Hamas's operational-terrorist arm, the Izz al-Din al-Qassam Brigades, came from among Hamas's Islamic Bloc in the universities.

[77] For further information concerning Yahya Ayyash's centrality and activity in Hamas's terrorist arm, as well as his activity in the Islamic Bloc, *see*: Guy Aviad, Lexicon Hamas (Hebrew), Modan Publishing House, 2014, pp. 258-261.

114.    Many students are recruited to Hamas's Islamic Bloc during their studies at the Palestinian universities. They are then engaged in the social activities of the Islamic Bloc, and absorb Hamas's ideology. They connect with other operatives in the organization, and in many instances they move on to the next stage, that of Hamas's terrorist activity, as heads of terror cells, explosive charges manufacturers, and planners and perpetrators of attacks .

115.    In my opinion , consistent with the above, Bilal Abu Ghanem made the customary move from being active in Hamas's Islamic Bloc at the Al-Quds University to perpetrating the Bus 78 massacre in Jerusalem on behalf of the Hamas organization.

### b. Bahaa' Muhammad Khalil Alyan

116.    Bahaa' Muhammad Khalil Alyan, born in 1992, was also a resident of Jabel al-Mukaber in Jerusalem. He was single.[78]

117.    In their testimony, Bahaa' Alyan's relatives, portrayed him as a person with religious, Islamic tendencies. In a police statement after the attack, the terrorist's brother [79] said that Bahaa' was religious and used to pray and fast during the month of Ramadan. Bahaa' Alyan's father, who himself was detained in June 2016 for his alleged affiliation with Hamas,[80] said that his son prayed five times a day and visited the Al-Aqsa Mosque during Muslim holidays at times.[81]

118.    Bahaa' Alyan preached for death in the spirit of radical Islam—*i.e.*, martyrdom (in Arabic: *Istishhad*)—by way of perpetrating an attack for an Islamic goal (such as

---

[78] http://www.wafainfo.ps/atemplate.aspx?id=9616

[79] *See* his brother's Police statement, on October 14, 2015.

[80] See report in the Ynet news website: http://www.ynet.co.il/articles/0,7340,L-4820954,00.html.

[81] *See* his father's Police statement on October 14, 2015.

defending the sanctities of Islam). On December 14, 2014, he posted a will on his Facebook page. The will consisted of ten commandments for all martyrs (*Shahids*) who intend to die during an attack.[82] The will was re-published in the media and on many websites[83], including the Hamas affiliated blog "paldf" that mentioned the "ten commandments will."[84] Hamas spokesman, Hussam Badran noted the will and the perpetrators of the attack as an excellent example for other Hamas members ready to die as martyrs.[85]

    **119.**   In his will, Alyan wrote that a martyr's death should be for the sake of the homeland and not for any power factor. He also wrote in it that he wished his son (that is, if he had one) to realize he should die for the sake of his country. In his will, he instructed people not to be sad over his *"Istishhad"* (his martyrdom death as a result of an attack). He instructed that his funeral and burial prayers should be conducted in a calm manner. He even took into consideration, in a cool and calculated way that his family's house could be demolished as a reaction to his attack, and instructed people not to be sad about it, because "a stone is not more precious than a creature of God…" After the attack, his father was quoted as saying that he would not mind seeing his house demolished, having read his son's will.[86]

    **120.**   Bahaa' Alyan was quoted as saying to his mother before he left home to commit the attack: "Prepare my shirt, because I am going to a wedding."[87] This statement reflects a

---

[82] http://bit.ly/2zzRaCU.

[83] A news report dealing with terror attacks shows Alyan's will, as seen in his Facebook page. *See here*: www.youtube.com/watch?v=5dprsMvHcig

[84] https://www.paldf.net/forum/showthread.php?t=1179874&page=23

[85] https://www.paldf.net/forum/showthread.php?t=1179316&page=40

[86] https://www.youtube.com/watch?v=B5whHvW-uF4

[87] http://bit.ly/2zzeoJh.

use of radical Islamic terminology that views the act of *Istishhad* not as death, but rather as the marriage of the *Shahid* to the 72 maidens awaiting him in Heaven as a reward for his act.

121.   Bahaa' Alyan believed that the essence of the *Shahid* and of being martyred (*Istishhad*) in the spirit of radical Islam was to be supported. This belief was reflected in his participation in funerals of terrorists from his neighborhood, and his sounding slogans such as *Allahu Akbar* (see explanation above regarding this term), or *With soul and blood, we will redeem you, shahid*. For example, he was heard sounding such slogans at the funeral of the two terrorists (Ghasan and Uday Abu Jamal) who carried out a deadly attack in a Har Nof (Jerusalem) synagogue on November 18, 2014.[88]

122.   A friend of Bahaa' Alyan said that a day before the attack, the latter visited the family of another *Shahid* from Jabel al-Mukaber (a terrorist who tried to stab a policeman at the Lions' Gate in the old city of Jerusalem and was shot dead on October 12, 2015). Alyan, who dabbled in journalism, interviewed the terrorist's mother and at the end of the interview, said: "Today it is you, tomorrow it is us"… hinting at his murderous plans for the next day.[89]

123.   The shouts of *Allahu Akbar* by both terrorists as they were murdering and injuring the Bus 78 passengers are consistent with Bahaa' Alyan's will, which carried clear Islamic characteristics.

---

[88] *See* http://bit.ly/2zAfdSa.
It also appears in a commentary on the dynamics of the incitement for martyrdom (*Istishhad*) on social media websites in the current terror wave. The commentary reviews the influence and wide circulation of Bahaa' Alyan's will and testament and his engagement with the subject of martyrdom before walking this path himself. http://bit.ly/2yXF1IG.

[89] http://www.qudspress.com/index.php?page=show&id=15124

124.   Bahaa' Alyan's terrorist act has become a role model, to be admired and imitated, particularly among students in the Palestinian universities. Immediately after his death Bahaa' Alyan's family, especially his father, began a public and media campaign to glorify Bahaa' Alyan and his death. As part of the campaign, Alyan's father highlighted the fact that his son was a social activist and that he had tried to set a Guinness record by initiating a reading chain around the walls of the Old City of Jerusalem.[90] The campaign calls to follow the path of Bahaa' Alyan. It glorifies the murders he committed, as well as his martyrdom, while ignoring the fact that his victims were innocent civilians. The campaign is currently taking place in universities around the West Bank, such as the Hebron University (and around the world).[91]

125.   Mr. Yotam Feldner, director of MEMRITV, testified about the phenomenon of the publication of the will and testaments of terrorists who perpetrated attacks during the wave of terror that began in September 2015. Many of these wills were published on the websites of Hamas's terrorist operational wing, the Izz al-Din al-Qassam Brigades, along with calls to carry out attacks. Ms. Yael Yehoshua, director of MEMRI-Israel, stated in her testimony that terrorists become heroes as a result of their terror activities, and that their Facebook and Twitter pages turn into "pilgrimage destinations" after they die.[92]

### *iv.      Summary and Conclusions*

126.   It is my expert opinion that the Bus 78 massacre, in which three people, including Mr. Richard Lakin, were killed and eight others injured, was a Hamas terrorist attack carried

---

[90] *See* for example: http://bit.ly/2zzRaCU.
[91] http://bit.ly/2yxLWE1, and http://bit.ly/2mmDbet.

out as part of the recent wave of terror. My conclusion that Hamas is responsible for the attack is based on the following:

• Terrorist Bilal Abu Ghanem, the terrorist who in fact shot and used a firearm during the attack, was a Hamas operative for several years prior to the massacre. He was described by the Hamas organization as a commander in the *Al-Kutla al-Islamiya* (Hamas's Islamic students' bloc) at the Al-Quds University in Abu Dis. In 2013, about two years before the attack he was arrested, interrogated and imprisoned due to his illegal activity within the Hamas organization (the Islamic students' bloc at the university). Hamas declared him as a Hamas prisoner on its website.

• After the Bus 78 massacre Bilal Abu Ghanem confessed in his police interrogation to being affiliated with Hamas.

• Hamas, through its official spokesman, publicly praised the Bus 78 terrorists and massacre and described it as part of the wave of terror which they were encouraging.

• An official spokesman of Hamas issued calls to carry out further attacks similar to the Bus 78 massacre.

• Hamas sources made statements declaring that one of the terrorists was a Hamas operative (a commander in the Islamic Bloc), effectively claiming responsibility for this attack though not saying this explicitly, in fear of Israeli retaliation and out of other considerations related to the safety and security of Hamas operatives. Such considerations are part of the organization's policy of delayed claims of responsibility for attacks.

• After the massacre, statements and pictures appeared in the Palestinian media depicting Abu Ghanem as a Hamas member, both in explicit words and in pictures, posters, and symbols that were made prominent in various publications by Hamas and other power factors.

• While the second terrorist, Bahaa' Alyan, does not appear to have been a member of Hamas, he had religious Islamic tendencies consistent with Hamas ideology. He had prepared himself for a long time toward an act of martyrdom (*Istishhad*) through the execution of a terror attack. He published a will and testament that was widely circulated on social media websites in which he called on people to become martyrs as a result of a terror attack. He made sure to attend funerals and visit

homes of suicide bombers. Hamas spokesman Hussam Badran, noted with praise Alyan's symbolic will and called for it to be followed.[93]

127.   In conclusion, it is my expert opinion, that Richard Lakin was a victim of a Hamas terror attack.

### B.     Taylor Force: Murdered in the March 8, 2016 Hamas Stabbing Spree On The Tel Aviv-Jaffa Promenade

### *i. Description of the attack*

128.   On March 8, 2016, at approximately 4:00 p.m., the terrorist Bashar Muhammad Abd al-Qader Masalha, a resident of the village Hajjah in the Qalqilya District,[94] arrived at the  Mahmoudiyah mosque situated near the Port of Jaffa. After staying there more than two hours, he left the mosque at 6:20 p.m.[95] He immediately embarked on a  fifteen minute stabbing spree during which he murdered Taylor Force and injured numerous others.  Taylor Force was an American citizen and student at the Vanderbilt University Owen Graduate School of Management.  Force was visiting Israel with a tour group from the university when he was killed.  His family has filed this lawsuit individually and on behalf of Taylor's estate. [96]

---

[93] Badran's words of praise for the attacks and for Alyans ten point will were published on a number of websites, including http://bit.ly/2hw4wZY (identified with Hamas); and http://bit.ly/2AHws1U.

[94] The city of Qalqilya is located within the Palestinian Authority, in the northern part of the West Bank, near central Israel.

[95] The terrorist was identified on security camera footage that was analyzed by the Israel Police, documenting both his entry into the Mahmudiyah mosque in Jaffa at 4:00 p.m. and his exit from the mosque at 6:19 p.m. See police file 103590/2016, police memorandum from March 17, 2016, and other memoranda in the same file.

[96] The attack description is based on the following documentation: Police file 103590/2016, the verdict of the Israel High Court of Justice, Case no. 2528/16, Muhammad Abd al-Qader Masalha and Others vs. the West Bank Military Commander, April 6th, 2016, in the matter of a home demolition, Clause no. 13; Bill of Indictment against Bilal Sa'id Hussein

**129.**    Armed with a knife, the terrorist Masalha  began his rampage near the mosque in

Jaffa by repeatedly stabbing a couple of Russian tourists. Continuing his attack, he ran in the

direction of the Promenade along the Tel Aviv coast shouting "Allah Akbar"[97] and stabbed

several other passersby. The terrorist then approached a group of American tourists, one of

whom was Taylor Force. He stabbed Taylor Force with a knife, leaving him in critical

---

Sawan, Suit File no. 1646/16; Criminal Case no. 106377/16; Bill of Indictment against Muhammad 'Aweida, Suit File no. 24364/05/16 as the Sentence and the Verdict in this case from December 25, 2016, and media reports concerning the attack and the trials of two accessories, who smuggled the terrorist into Israel and drove him to Jaffa.

[97] The terrorist's cries of "Allahu Akbar" [Allah is the Greatest] during his stabbing rampage were mentioned in the testimonies of passersby and of people, who were injured during the attack. Arabic speakers, who were at the scene, are among those who testified to his shouts: Ihab Sharaka is a stall owner, who sells jewelry on the Tel Aviv promenade, and Muhanna Abu Yusuf is a Tel Aviv resident. The latter recounted that as soon as he saw the young man shouting "Allahu Akbar" and waving his arm, he understood it was a terrorist making an attack. See his statement to the police of March 9, 2016, lines 9–10 and 26 in the abovementioned terror attack file. These testimonies also figure in High Court of Justice verdict 2528/16 and in the indictment of Bilal Sawan, indictment 1646/16; see the references above.

In crying out "Allahu Akbar (Takbir) ,the speaker publicly declares the supremacy and oneness of Allah. Nowadays this cry is used often by Islamic terrorists during the course of their attacks. The *Takbir* is intertwined with the religious outlook of the terrorist, who views himself as a *shahid* (martyr = witness) after his death following the attack. In crying out Allahu Akbar, he lends expression to his belief in Allah, to his testimony that Allah is the one and only god, and that thanks to his deed, he shall be considered a S*hahid*, with all the advantages that status entails in the next world. Therefore such cries are characteristic of the attacks perpetrated for Islamic religious reasons and meant to sanctify and glorify the name of Allah, even at the cost of the murderer's life.

About the *takbir*, see: Wensinck, A.J., "Takbīr." Encyclopaedia of Islam, Second Edition. Edited by: P. Bearman, Th. Bianquis, C.E. Bosworth, E. van Donzel, W.P. Heinrichs. Brill Online, First appeared online: 2012, First Printed Edition: isbn: 9789004161214 1996-2007. http://bit.ly/2yxcUvB.

condition. Taylor Force died later that same day.[98] Masalha continued running and stabbing many other passersby (Israelis and foreign citizens alike). In all, before being stopped, the terrorist murdered one person, Taylor Force, and injured ten additional passersby, including a pregnant woman.

130.   This terror attack along the Tel Aviv Promenade,  was part of the fluctuating wave of Palestinian terror attacks in Israel, which began in September 2015 and continued until the end of 2016. In my opinion as discussed further below, based on the fact Hamas claimed responsibility for the attack and the terrorist's identification with Islamist Hamas ideology, the attack on March 8, 2016 was a Hamas attack perpetrated by the terrorist Masalha for religious-nationalist reasons.  For further details on this wave of attacks and its characteristics see Section II above.

131.   In examining the   terrorist Masalha's behavior through the testimony of his relatives and of the accomplices who smuggled him into Israel, it  is clear that he planned his moves prior to entering Israel , and that he had already decided at that point to execute the attack in the city of Tel Aviv–Jaffa.

132.   His decision to perpetrate the attack may have been made during his previous pilgrimage to Mecca, and then carried out the day after his return from there (see below).

133.   Per the testimony from  his  brothers, it emerges that the terrorist Masalha had returned from the Pilgrimage (Umrah)[99] to Mecca, in Saudi Arabia, only one day before the

---

[98] See the police file for the attack, 103590/2016, where the medical records describing Taylor Force's condition upon his arrival at the hospital, and the medical findings regarding 3 puncture wound in the neck muscle" as cause of death, have been collected.

[99] The Umrah is the pilgrimage to Mecca, Saudi Arabia, that Muslims perform at any time during the year. It is also called the 'small pilgrimage'  in order to differentiate it from the

attack. His family sought to celebrate his return in the traditional manner (ceremonial serving of coffee and dates), but Masalha disappeared from home without giving a reason,[100] apparently as part of his preparations for the attack..

**134.** Bilal Sawan,[101] the man who customarily smuggled the terrorist from the area of his residence into Israeli territory,[102] testified that when he expressed surprise at the new Israeli destination requested by Masalha, (Jaffa, in contrast to his habitual route), the terrorist replied that he returned from Saudi Arabia and that this time he wished to travel to Jaffa because "God arranged another job for me…". By that statement, he clearly indicated that he believed the attack he would soon carry out was God's will. And indeed, his visit to a mosque in Jaffa before the attack, and his long stay inside the mosque, testify to the religious motivation behind the attack.

---

Haj, which takes place on a fixed date in the Muslim calendar ('the great pilgrimage'). Unlike The Haj that all able Muslims must embark on, at least once during their lives, the Umrah has no such requirement; however it is important and desirable in the eyes of Muslims.

[100] The information was supplied in a letter by Adv. Leah Tsemel, counsel for the Masalha family, on March 15, 2016, for a petition she filed in the context of an appeal to the Israel High Court of Justice regarding the demolition of the family's home. It was also in the statement of the terrorist's father to the police at 11:00 a.m. on March 13, 2016, sheet 1, lines 21–22 in police file 105390/2016, where he said "On March 8, 2016, I came back home at four in the afternoon and I even brought two kilos of dates to share around because my son was back from the Umrah.… When I came back, I didn't find him at home, and what came next came next."

[101] Bilal Sawan was convicted a number of times, from 1994–1996, for security-related offenses including the possession of weapons, aiding wanted individuals, injuring individuals suspected of cooperating with Israel, participation in riots, and more.

[102] The statement of Bilal Sawan was given at his police interrogation at an Israel Police facility on March 10, 2016, police file 106377/16, and it appeared in the indictment, prosecution file 1646/16, third count

**135.**   In sum, based on the behavior and statements of the terrorist Bashar Masalha prior to the attack, in my experience it is highly reasonable to conclude that he planned the stabbing attack, chose a crowded area (Jaffa Port and the Tel Aviv Promenade) and embarked on the attack infused with religious–nationalist conviction. This conclusion is confirmed by the decision of the Israel High Court of Justice, which declared that Masalha's deeds arose from a nationalist or religious motive rather than from any other. [103]

### ii. Profile of the terrorist Bashar Muhammad Abd al-Qader Masalha

**136.**   At the time of the attack the terrorist Bashar Masalha,  a Palestinian and resident of the village Hajjah in the Qalqilya District (located in the Palestinian Authority) was 22 years old.  He was single and  had several siblings.

**137.**   According to his brothers, Masalha left home at an early age (four or five years before the attack) and went to work in Israel, where he'd sleep over at his different places of employment. His brothers further testified  Masalha visited the village of his birth from time

---

[103] In his verdict at the Israel High Court of Justice, verdict 2528/16, clause 25, from June 15, 2016, the justice enlarged on the point, saying: The petitioners' contention that the deeds resulted from the mental condition of the attacker, or from use of drugs, is of no account and has no accompanying evidence. In contrast, the administrative evidence presented by the respondent sufficiently establishes that Masalha's deeds, which cut short the life of a young man in his prime and inflicted injury on nine more people, were committed in the service of nationalist or religious motives. Thus it is evidenced, for example, by the descriptions of those present at the incident, who saw Masalha running with a knife and stabbing passersby, causing the death of one and injury to nine others. Those witnesses testified that as the terrorist committed the deed, they heard him shout Allahu Akbar.

to time. They also described his behavior as "promiscuous", which caused tensions between him and his family.[104]

138.   Nevertheless, it is clear that during the time of the attack and some time before it, Bashar Masalha was already a devout Muslim and had begun fulfilling the precepts of his religion. He embarked on the pilgrimage to Mecca on February 15, 2016, returned home on March 7, and on the next day immediately set out on the above mentioned attack.

139.   According to Bashar's Facebook page, already in 2015 he was listening to and was influenced by the sermons of Sheikh Muhammad al-Arifi,[105] a radical Islamic religious scholar from Saudi Arabia. Al-Arifi publically expressed his support for the Muslim Brotherhood movement in Egypt, of which, Hamas considers itself a part.[106]

140.   On February 6, 2016, the terrorist Masalha posted an online banner to his Facebook page that read: "Every father loves his firstborn son and every mother loves her last-born son. And the ones in the middle… God Almighty will compensate all of you in

---

[104] These descriptions were given by the terrorist's father and brothers in the appeal against the demolition of their home, filed with the High Court of Justice in case no. 2582/16. They sought to describe a loose connection between the family and the terrorist and between the terrorist and his family's residence—meant for demolition—in an effort to prevent the demolition. Therefore one should view these descriptions with suspicion. Moreover, one of the terrorist's brothers, Rabi Muhammad Abd al-Qader Masalha, in a statement to the police on March 13, 2016, described a warm and normative relationship between the terrorist and his brothers. According to Rabi, when Bashar Masalha returned from the Umrah he brought gifts to his brothers and all the brothers ate together with him. no. 2582/16.

[105] Bashar Masalha's Facebook page, August 22, 2015.

"Bashar Masalha's Facebook page, August 22, 2015. Leah Tsemel, counsel for the Masal http://bit.ly/2hppk1r.

[106] Website of *Al-Quds al-Arabi* newspaper, October 29, 2014, which reports that Sheikh Al-Arifi had been previously arrested by the Saudi authorities for publicly expressing his identification with the Egyptian Muslim Brotherhood, http://www.alquds.co.uk/?p=242091

Paradise. God willing. The difficult question is: which one are you"? Bashar Masalha happily replied that he is the middle son (see Masalha's Facebook page of February 6, 2016).[107]

**141.** We can deduce from this Facebook post that about a month before the attack, Masalha was already publicly acknowledging that he sought to die as a shahid (a martyr who, according to Muslim belief, arrives to Paradise).

**142.** Masalha's behavior prior to and during the attack suggests an unmistakable Islamist affinity. His stabbing and killing began after he had visited the Jaffa mosque, from where he emerged and began executing the attack. The entire attack was accompanied by cries of "Allahu Akbar," which clearly attest to the character of the attack and of the perpetrator.[108]

**143.** Masalha's affinity with the same Islamic religious ideas espoused by the Hamas organization prior to the attack are evidenced both by analyzing his behavior and analyzing the messages he posted on his Facebook page.

### iii.   *Connection between the attack, the terrorist and the Hamas organization*

**144.** The unmistakable connection between the attack and the Hamas organization was revealed, in a manner similar to other attacks during this wave of terror. That is, after the terrorist's death while perpetrating the attack. Testimony by Israeli security personnel, as quoted by the High Court justice in his verdict regarding the demolition of the terrorist's house, indicates that immediately after the attack, Hamas took responsibility for the attack and for the terrorist. The security personnel added that the Fatah organization's attempt to

---

[107] http://bit.ly/2hxOXRH.

[108] Note the stand of the justice at the High Court, Justice Meltzer, in the verdict quoted above.

claim responsibility for the attack met rejection from the terrorist's brother, Tha'er Masalha ,who has a past record of security-related offenses.[109] Thus,  Hamas' claim of responsibility for the attack, and for the attacker, carries full weight. [110]

**145.**   The Hamas organization also posted an statement on its Twitter account announcing the death of "our son, the martyr holy warrior Bashar Muhammad Masalha, who carried out the heroic stabbing attack in Jaffa, which led to the death of a Zionist and the injury of ten people". As mentioned, the claim of responsibility for the attack[111] defined Bashar Masalha as *"the son of the Hamas movement,"* which implies he was a Hamas operative.[112]

**146.**   Hamas' responsibility was clearly expressed both in media channels known to be affiliated with Hamas and in other media:

**147.**   Photos and messages form Masalha's Facebook account were posted to the PALINFO website (identified with Hamas) already on March 8, the day of the attack[113]. On March 10, a Hamas banner was posted on the same page, stating: *"Hamas announces that its*

---

[109] Prosecution file 1324/09 against Tha'er Muhammad Abd al-Qader Masalha.

[110] See a letter by the IDF commander of the Central Command to the High Court judge, April 11, 2016, 2528/16, as well as the High Court of Justice verdict 2528/16, clause 16: "...Further to his complementary statement, the respondent added that several days after the attack, Fatah activists arrived to the home and also asked permission to claim responsibility for the attack (even though they knew that the murdered individual was an American citizen). The respondents added that Masalha's brother, appellant 11, who lives on the top floor of the home, rejected to the proposal because he preferred that 'responsibility be claimed by the Hamas organization [emphasis mine e Hamas

[111] https://twitter.com/hamasinfo/status/707318617206083584

[112] See the general section in connection with Hamas claims of responsibility for attacks. When the attacker does not belong to Hamas, the organization praises him but does not call him a "son of the movement."

[113] http://bit.ly/2mjVXCY.

*son, the Shahid and holy warrior [Mujahid in arabic] Bashar Muhammad Masalha, carried out the heroic stabbing operation in Jaffa, in which a Zionist was killed and 10 others injured."[114]*

**148.** A photo of the terrorist was posted on the Hamas PALINFO Twitter page on March 8, 2016, with the caption: "A photo of the living Shahid hero Bahsar Muhammad Masalha, 22, who carried out the stabbing operation in the occupied city of Jaffa."[115] On March 11, the PALINFO website reported the attack, calling it a "heroic operation" in which Masalha killed a "settler" and injured 13 additional persons.[116]

**149.** The news website Mashreq News (an Iranian news website, supportive of the Hamas organization) wrote: [117] "Masalha's friends say that he was extremely enthusiastic ('Mutahames') prior to the Umrah…"[118] Attached to this news report is an excerpt from the Hamas announcement concerning Masalha, which was circulated online, saying: "The

---

[114] http://bit.ly/2mnH8PR.

[115] https://twitter.com/palinfoar/status/707275637137022978

[116] http://bit.ly/2AGyM95.

[117] On the Mashreq News website's identification as an Iranian website, see for example: http://bit.ly/2idp6v7. The identification of the website as an Arab language Iranian news site, which expresses the opinions of militant Iranian entities, was confirmed to me by Dr. Raz Zimmet of the Dayan Center for Middle Eastern and African Studies. Dr. Zimmet is also a research fellow at the Institute for National Security Studies (INSS) at the Alliance Center for Iranian Studies at Tel-Aviv University; a research fellow at the Forum for Regional Thinking and editor of "Spotlight on Iran" published by the Meir Amit Intelligence and Terrorism Information Center..

[118] See http://mashreqnews.com/post/58611 emphasis of the use of the word 'Mutahammis' is mine (A.S.). The website makes use of this word which has the same linguistic root as Hamas, apparently intentionally, in order to stress the terrorist's connection to the Hamas movement. The movement's name is composed of the initials Harakat al-Muqawama al-Islamiyya (Islamic Resistance Movement). However, the meaning of the word 'Hamas' in Arabic is enthusiasm, which is associated quite often with going to war.

Hamas movement in Qalqilya District is eulogizing its son, the Shahid holy warrior." The

website also says: "... The Hamas movement announced the death of the Shahid Masalha and

described him as its son, a holy warrior Shahid, praising him for his courageous stabbing

operation in Jaffa, which led to the death of an Israeli and to the injury of ten others. The

Shahid was known in his village for his virtues and religious commitment…"[119]

**150.**   Evidence of the terrorist's connection to the Hamas movement was also expressed

at the funeral of Masalha, where people were seen bearing Hamas flags[120] and enthusiastic

cries of support for Ahmad Yassin, founder of Hamas, were heard. The funeral was of a

religious Islamic character and was accompanied by numerous cries of 'Allah Akbar' as well

as speeches praising Masalha's operation. [121]   Palestinian Authority security forces, also

---

[119]

http://mashreqnews.com/post/58611/%D8%A7%D9%84%D8%B4%D9%87%D9%8A%D8%A
F-%D9%85%D8%B5%D8%A7%D9%84%D8%AD%D8%A9-
%D8%AA%D8%A8%D9%86%D8%AA%D9%87-%D8%AD%D9%85%D8%A7%D8%B3-
%D8%A2%D8%AE%D8%B1-%D9%83%D9%84%D8%A7%D9%85%D9%87-
%D8%A7%D9%84%D8%AD%D9%85%D8%AF-%D9%84%D9%84%D9%87-
%D8%A7%D9%84%D8%B0%D9%8A-%D9%87%D8%AF%D8%A7%D9%86%D9%8A

[120]

http://aqsatv.ps/post/7575/%D9%82%D9%84%D9%8A%D9%84%D9%8A%D
8%A9-%D8%AA%D9%88%D8%AF%D8%B9-
%D8%A7%D9%84%D8%B4%D9%87%D9%8A%D8%AF-
%D9%85%D8%B5%D8%A7%D9%84%D8%AD%D8%A9-
%D8%A8%D9%85%D9%88%D9%83%D8%A8-%D8%AD%D8%A7%D8%B4%D8%AF

[121] http://www.alqassam.ps/arabic/%D8%AA%D9%82%D8%A7%D8%B1%D9%8
A%D8%B1-
%D8%A7%D9%84%D9%82%D8%B3%D8%A7%D9%85/10179/%D8%A7%D9%84%D8
%B6%D9%81%D8%A9-%D8%AA%D8%B4%D9%8A%D8%B9-
%D8%AC%D8%AB%D9%85%D8%A7%D9%86%D9%8A-
%D8%A7%D9%84%D8%B4%D9%87%D9%8A%D8%AF%D9%8A%D9%86-
%D8%B1%D8%AF%D8%A7%D8%AF-

---

arrested a number of the funeral's participants as part of a series of arrests of open Hamas supporters.[122]

151.   Hamas leaders praised the attack: Senior Hamas figure Sami Abu Zuhri welcomed several stabbing and shooting attacks, among them Masalha's attack, that took place on March 8, 2016, and said that the three attacks symbolized the continuation of the Intifada—until the achievement of its goals—as well as Israel's failure to suppress it. [123] Hamas spokesman Husam Badran said that those attacks were a natural response and that it was the 'right' of Palestinians to defend themselves through any means in this confrontation (A-Risala.Net, March 8, 2016). [124]

### iv.        Conclusions and Summary

152.   Based on my analysis above regarding the terror attack where Mr. Taylor Force was murdered on March 8, 2016 on the Tel Aviv-Jaffa Promenade, I conclude the following::

153.   The stabbing attack in which Mr. Taylor Force was killed and ten other people were injured, was a planned terror attack carried out as part of the wave of terror in Israel at the time. I make this determination based on the following: an examination of the behavior

---

%D9%88%D9%85%D8%B5%D8%A7%D9%84%D8%AD%D8%A9-
%D8%B5%D9%88%D8%B1

[122] According to the Hamas website, on June 16, 2016 the Palestinian Authority security services arrested 14 individuals on account of their political affiliation. Among those detained across the West Bank were four residents of the village of Hajjah "for participating in the funeral of martyr Bashar Masalha. http://hamas.ps/ar/post/5557/

[123] The remarks of the Hamas spokesperson were expressed on the Hamas-affiliated Paldf website: www.paldf.net/forum/showthread.php?t=1184801&page=4

See further foundation for his remarks on the Israel Foreign Ministry's website and others:  http://bit.ly/2zVNTyr,   http://nypost.com/2016/03/08/at-least-10-israelis-stabbed-in-tel-aviv/

[124] Review of the Intelligence and Terrorism Information Center: http://bit.ly/2hrk8KI.

and statements of the terrorist Bashar Masalha prior to the attack; the testimony of two of his accomplices, referred to in the bills of indictment against them; the testimony of eyewitnesses, who described his brutal behavior and determination to kill innocent passersby and harm them as much as he could.

154.   Terror organizations, headed by Hamas, publically praised the terror attack through their official spokesmen, defining it as part of a wave of attacks that they continue to encourage as of this writing.

155.   Prior to the attack, the terrorist Bashar Masalha expressed radical Islamist positions compatible with the fundamentalist religious ideology of the Hamas organization, even hinting at his desire to enter Paradise and, by way of implication, to carry out a suicide attack.

156.   The brevity of the time between his return from his pilgrimage to Mecca and the perpetration of the attack (merely one day) and the terrorist's long stay at the mosque before perpetrating the attack, are also indications of the religious background behind the attack, consistent with Hamas ideology.

157.   Maslha's inclination towards Hamas can be discerned from both Hamas-affiliated media and through the  course of the terrorist's funeral.

158.   Masalha was publically and proudly defined by the Hamas organization as "a son of the Hamas movement", thus receiving recognition by the organization as a rank and file operative sent to carry out the attack upon the urging, and on the behalf of, the organization.

159.   Hamas openly and explicitly claimed credit for the attack on a website identified with Hamas.

**160.**   This Hamas terror attack bears the hallmarks of the attacks committed in the course of the terror wave discussed above in Section II..[125] Hamas and its leaders incited the Palestinian public, and continue inciting it, to perform terror attacks of various kinds in response to what the organization deems "harm to what Islam holds holy," and their phrasing employs extremist Islamic terminology. Such incitement falls upon receptive ears among those Palestinians who, even before, have been won over to extreme Islamist religious positions from the doctrines of Hamas and of the Muslim Brotherhood (as was the murderer in the case before us, Bashar Masalha). The terrorist then executes the organization's call and perpetrates the murder while emphasizing the religious Islamic character of the attack. Immediately afterward (a matter of hours) Hamas claims responsibility for the attack and publicly defines the terrorist as a son of the Hamas movement (that is, a Hamas activist operating as a representative of the organization).

**161.**   In conclusion, I hereby determine that Mr. Taylor Force was the victim of a Hamas terror attack.

### C.      Menachem Mendel Rivkin: January 27, 2016, Severely Injured in Hamas Stabbing Attack, Givat Ze'ev/Jerusalem

#### *i.  Description of the attack*

**162.**   On January 27, 2016, at approximately 11 p.m., the terrorist Ubada Aziz Mustafa Abu Ras, a resident of the village Bir Nabala,[126] carried out a stabbing attack near the town

---

[125] For further details see Section II above where  the characteristics of the terror wave that beset Israel in 2015–2016 are described.

[126] The Arab village of Bir Nabala is located approximately six miles northwest of Jerusalem, within the territory of the Palestinian Authority. The village is populated by approximately 5,000 inhabitants.

of Givat Ze'ev.[127] During the attack, he attempted to murder Menachem Mendel Rivkin, an American citizen. Mr. Rivkin was severely injured[128]. Mr. Rivkin and members of his family are  plaintiffs in this lawsuit.

163.  At about 10:00 p.m. on the above-mentioned date, the terrorist left his home armed with a knife measuring 16 cm in length,  hidden under his clothing. Before embarking on the attack, the terrorist posted a photo of a *shahid* on Facebook with a caption reading: "I ask Allah to grant me the *Shahada* (death of shahid- martyrdom)."[129] In other words and in view of the actual attack, he was declaring his intention to execute the attack during which he was hoping to die as a *Shahid*. The terrorist had confided to his cousin Hazem Hashem Abu Ras, who he met with on his way to the attack, his intention to execute a stabbing attack against Jews.

164.  The terrorist left his village heading to an IDF checkpoint (known as Al-Jib Crossing), not far from his village, near Givat Ze'ev, planning to stab a soldier. When he noticed that the soldiers at the checkpoint were inside the guard post which made it more

---

[127] Givat Ze'ev is a small Israeli town located approximately seven miles northwest of Jerusalem and is home to more than 16,000 inhabitants.

[128] As of the writing of this Expert Opinion, I have not yet received the police file on the attack; therefore the description of the attack is based on the following documents: Bill of Indictment against Ubada Aziz Mustafa Abu Ras, Prosecution File 1258/16; Incident Details File 39486/16, Yehuda Military Court. Documents were sent to me by the attorneys representing the plaintiffs in this lawsuit and they contain a description of the attack, specifically: A Declaration by the victim of the attack. The Declaration includes a description of the attack from the victim's viewpoint. I also reviewed a Declaration by the victim's wife (who was present at the scene of the attack). The Declaration includes a description of the attack from her viewpoint as well.

[129] Bill of indictment against Ubada Aziz Mustafa Abu Ras, Prosecution File 1258/16; first count of indictment, section B.

difficult for him to attack them, he turned along a side path to a gas station in Givat Ze'ev in order to find a Jew, stab him and kill him.

**165.** The terrorist arrived at his destination at 11 p.m., approached the restaurant situated on-site, and noticed Menachem Mendel Rivkin and his wife Bracha (who was in her sixth month of pregnancy) exiting their car. The terrorist swiftly approached the couple, drew his knife which was hidden on his body, and stabbed Menachem Mendel Rivkin in the upper left side of his back with the intention of murdering him. As a result of the stabbing, Rivkin was severely injured and rushed to the hospital where he underwent surgery. The terrorist pulled the knife out of Rivkin's body and attempted to  flee the scene. Citizens present at the scene overpowered the terrorist and handed him over to the security forces.

**166.** The terror attack at the Givat Ze'ev gas station, in which Menachem Mendel Rivkin was stabbed and severely injured, was part of a wave of Palestinian terror attacks in Israel, which began in September 2015 and continued until the end of 2016.

**167.** In examining the behavior of the terrorist Ubada Abu Ras prior to the attack, evidenced by the description appearing in the bill of indictment against him and as reflected by his statements on Facebook prior to the attack, it is apparent that he planned and prepared to carry out the attack ahead of time.

**168.** As mentioned above, the terrorist told his cousin Hazem Hashem Abu Ras that he was on his way to carry out a stabbing attack against Jews. The terrorist's conduct on the day of the attack indicates that at first he had sought to attack soldiers at the checkpoint near his village, but when he realized that it would be difficult to carry out his plan, he remained determined to execute a stabbing attack and chose an alternative course of action. To this end

he headed towards the town of Givat Ze'ev, where he encountered the Rivkin couple and severely injured Mr. Rivkin.

**169.**   The terrorist's statements on Facebook show that he had planned ahead of time to murder Jews. The following are a number of examples:

- The bill of indictment filed against him quotes his statement on Facebook prior to embarking on the attack. He posted a photo of a *shahid* with the caption "I ask Allah to grant me the *Shahada* (death of *shahid*)."[130]

- On the same day (January 27, 2016), several hours before executing the attack, Ubada Abu Ras posted the following comment: "The future will be better, I am convinced of that," adding emojis of a gun, a knife, and fingers displaying the 'V' sign.[131]

- On another Facebook page, a person by the name Ibtisam al-Qawasmah wrote: "Here is how the executor of the stabbing operation in Jerusalem, Ubada Abu Ras, praised himself nine hours before the stabbing". She added a photo of a *shahid* wrapped in green shrouds and wearing a green headband. The title given to the photo was: 'One day I will go to Allah and ask him to grant me the *Shahada*'."[132]

- Several days prior to the attack, he hinted at his intention to carry it out and even die as a *shahid*. On January 19, 2016, Ubada Abu Ras, calling himself 'Abu Ubeida', posted a picture of himself, masked and sitting in a car with emojis of smiley faces and knives.[133]

---

[130] Bill of indictment against Ubada Aziz Mustafa Abu Ras, Prosecution File 1258/16; first count of indictment, section B.

[131] On the above Facebook page, another man called "Nurhan al-Jarrah" wrote: "This is the last thing written by the executor of the stabbing attack in the settlement of Givat Ze'ev, Ubada Abu Ras, on his Facebook page…". Additionally, he attached the terrorist's post from the day of the attack.
http://bit.ly/2ADh71r

[132] The photo with its inscription are in our possession but has been removed from the internet.

[133] http://www.terrorism-info.org.il/Data/articles/Art_20949/E_023_16_937353626.pdf.

- On January 18, 2016, Ubada Abu Ras wrote "I don't need things that come from people, I need things that come from heaven (like rain, like luck, like death.([134]

170.   Already in 2015, Ubada Abu Ras expressed his admiration for perpetrators of stabbing attacks that died during the course of their attacks, and posted statements concerning his intention to die as a *shahid.* I shall address these statements later in this opinion.

171.   In summary, based on the behavior and statements of the terrorist Ubada Abu Ras prior to the attack, we can clearly conclude that he planned the stabbing and murder attack. Before embarking to carry out his plan, He stated it explicitly to his relative and publically declared his intention (on his Facebook page). The terrorist had already chosen a target for his attack, but when it appeared too difficult to execute the attack he remained determined to attempt to murder a Jew. Accordingly he headed in the direction of the Jewish town of Givat Ze'ev, where he encountered Mr. Rivkin and attempted to murder him, all in keeping  with his prior plan to murder a Jew.

### ii. Profile of the terrorist Ubada Abu Ras and his support for terrorists who carried out attacks

172.   The terrorist Ubada Aziz Mustafa Abu Ras was born in 1998 in A-Ram, Jerusalem. [135] He later resided in the village Bir Nabala, a town from which several Palestinian terrorists launched a number of savage terrorist attacks.[136]

---

[134] http://www.terrorism-info.org.il/Data/articles/Art_20949/E_023_16_937353626.pdf.

[135] His personal details can be found on a photo of his identity card, publicized in the media: http://bit.ly/2iStHCx, http://bit.ly/2zG7qjm, http://bit.ly/2iStHCx, http://bit.ly/2zG7qjm.

[136] For example: On October 9, 1994, the soldier Nachshon Waxman was abducted by a Hamas terror cell and hidden in the village of Bir Nabala. In exchange for his release, Waxman's abductors demanded the release of terrorists held in Israeli jails. During the course of a military operation to release him, the terrorists shot and murdered the soldier. Family members of

**173.**   The father of the terrorist, Aziz Mustafa Abd al-Qader Abu Ras, was born in 1952

in the village of Sanur in the Jenin District (northern West Bank). He subsequently took up

residence in Jerusalem.[137] The father was arrested several times by the Israeli security forces

for activity against the security of the State of Israel.[138] He is a known  Hamas operative[139]

and was one of the Marj a-Zuhur deportees.[140] He is a lecturer in Islamic culture at Al-Quds

---

Waxman (an American citizen) filed a suit against Iran for its support of Hamas and were awarded punitive damages.

On January 17, 2001, Ofir Rachum, a 16 year-old high school student from Ashkelon, was murdered by a Fatah terror cell. The terrorists enticed the boy, through a female resident of the village named Amna Muna, to come to the Ramallah area for a romantic rendezvous. There, he was murdered by two terrorists, who were waiting for him.

On November 27, 2015 Fadi Huseib, a terrorist from Bir Nabala, ran over two soldiers near the village of Kfar Adumim, east of Jerusalem.

[137] About the father, see: www.al-msjd-alaqsa.com/Shouookh_Elaqsa/0002.htm

[138] On his arrests due to security considerations see for example: bill of indictment dated January 17, 1995, court file 4064/95, prosecution file 50/95, criminal file 229/95 according to which the plaintiff, Aziz Abu Ras, was convicted. Furthermore, he was under administrative detention a number of times on account of endangering the security in the region (during deliberations concerning one of the detention orders, a list of the names of Hamas operatives, seized by the Israeli security forces, was presented. The list included the name of Aziz Abu Ras). In November 2011, too, information appeared concerning the arrest of Aziz Abu Ras due to security considerations, see: http://pppp.ba7r.org/t12p21-topic

[139] http://www.terrorism-info.org.il/Data/articles/Art_20949/E_023_16_937353626.pdf.

[140] In December 1992, due to the increasing terror activity of Hamas, the government of Israel decided to deport 415 terrorists to Lebanon including more than 350 Hamas operatives. This move would later be known as the Marj al-Zuhur deportation.

The Marj al-Zuhur deportation was a seminal moment in the history of Hamas and the movement's myth. It established its status as a leading Palestinian political organization and boosted its profile in the Arab and international arenas. The Hamas deportees have a special place reserved for them in the history of the movement and they are considered to be the leadership backbone of Hamas. They are considered to be among those who took active part in the establishment of the Hamas movement in its first steps. Moreover, many of the deportees were, or became as a result of the deportation, heads of Hamas's terrorist civilian and military infrastructures.

University situated in eht town of Abu Dis near Jerusalem.[141] The fact that the terrorist Ubada Abu Ras is the son of a known Hamas operative was expressed in the media.[142]

**174.** Ubada Abu Ras's ambition to die as a *shahid* in executing the attack, and his support for perpetrators of terror who were killed during their murderous attacks, was expressed in his Facebook posts. This position is compatible with Hamas' Islamist ideology.

The following are some examples of the terrorist's social media postings:

• Already on November 16, 2015, slightly more than two months prior to the attempted murder of Mr. Rivkin, the terrorist posted a banner in praise of the inhabitants of the Qalandiya Refugee Camp in the area of his residence. The inscription read: "Oh you cowards, we shall prevail," with a personal message by the terrorist that read: "Allah will have mercy on the *shahids* of Qalandiya.[143]"

• On December 17, 2015, Abu Ras posted a picture of a blood-stained hand with a knife next to it and a message reading: "I yearn for an occurrence that will make me lose my life."[144]

• On December 19, 2015, Ubada Abu Ras posted a photo of a boy, beneath multiple emojis of a knife. He wrote: "The heroic shahid Muhanad Halabi, may Allah have mercy on you, O hero."[145] Muhanad Halabi is a terrorist, who executed a stabbing attack in Jerusalem on October 3, 2015. He murdered two men and injured a woman and her two year-old son. This attack sparked the wave of attacks described above, particularly lone wolf attacks that took place in Israel. Halabi was much admired among attackers and his deed served as an example to follow. Prior to his murderous attack, Halabi called for the beginning of a third Intifada due to what he called 'the humiliation of the Palestinian people'.[146] Islamic terror organizations, including Hamas, praised and glorified the terrorist Halabi and his action.

---

For a list of the deportees, which includes the name of Aziz Abu Ras, see:
https://www.btselem.org/sites/default/files2/gyrvsh_plstynym_mhshtkhym_vhgyrvsh_h
hmvny_bdtsmbr_1992.pdf.

[141] http://bit.ly/2zBp4aF.

[142] *See*: http://bit.ly/2zTVNIF, http://bit.ly/2AH0YsA.

[143] http://bit.ly/2yxj52L.

[144] http://bit.ly/2jng6qY, http://bit.ly/2zHvse4.

[145] http://bit.ly/2zHj2CQ, http://bit.ly/2zHvse4.

[146] In this regard see: http://bit.ly/2zCEM4M, http://bit.ly/2zGE5p8.

• Ubada Abu Ras's admiration for Muhanad Halabi and his action was also expressed on January 15, 2016, when he posted a photo from Halabi's childhood, along with a caption "As this small child grew, he ignited the Intifada." [147]

• On January 27, 2017, the day of the stabbing attack, Abu Ras expressed on his Facebook page respect and praise for Sadeq Gharbiya, the terrorist who executed a stabbing attack on November 10, 2015. Abu Ras posted a photo with the name of Gharbiya written on snow and alongside it a caption reading "Allah will have mercy on you." Sadeq Gharbiya from the village of Sanur (the birthplace of the terrorist's father) was killed at a checkpoint near Jerusalem, after trying to stab a soldier. Hamas eulogized him and praised his deed.

175. In summary, just prior to his attempted murder of Mr. Rivkin, Ubada Abu Ras expressed his support for terror activities—including stabbing attacks—and expressed his wish to die as a *shahid* . Abu Ras also expressed admiration for the perpetrators of attacks which the Hamas organization and its leaders encouraged and praised while calling for further attacks.

### iii.        Connection of the attack and the terrorist to the Hamas organization

176. Ubada Abu Ras's identification with the Hamas organization and its ideology were explicitly expressed on his social media pages:

• On the day of the attack, January 27, 2016, a photo was posted on the Twitter account of the Hamas-affiliated PALDF web forum, depicting Ubada Abu Ras holding the green flag of Hamas.[148]

• On the same day, Ubada Abu Ras posted a photo online, of a man wrapped in a keffiyeh (a traditional scarf usually worn around the head), holding a knife in his hand, and an inscription in praise of stabbing attacks. The post also appeared on the Twitter account of the Hamas-affiliated PALDF web forum.[149]

---

[147] http://bit.ly/2AFQ9XA.

[148] https://mobile.twitter.com/paldf/status/692507166155096067

[149] https://mobile.twitter.com/paldf/status/692572040658821121

• Already on November 25, 2015, Abu Ras posted photos on his Facebook page bearing the symbol of the Izz a-Din al-Qassam Brigades,[150] and on January 1, 2016, he posted: "When a Hamas man stands up to speak ☐ ✌️ 🖊️ the world stands up in order to learn 🔫".[151]

• After the attack, a photo of the terrorist Ubada Abu Ras holding the Hamas flag was posted online on a banner honoring "The executor of the heroic stabbing operation." On the banner it is written that the terrorist is the son of Aziz Abu Ras, who teaches at Al-Quds University and was one of the Marj a-Zuhur deportees.[152]

**177.** On internet websites identified with Hamas, the attempted murder perpetrated by Ubada Abu Ras was characterized as "a heroic stabbing operation," which took place in "the settlement Givat Ze'ev.[153] " Other websites explicitly pointed to Ubada Abu Ras's family credentials of being the son of Hamas operative Aziz Abu Ras. One of the sites even asserted that because Ubada Abu Ras is the son of a Hamas operative, it refutes the claim that the Hamas leadership sacrifices the sons of others while its own sons live comfortable lives.[154]

**178.** To summarize the issue of the terrorist's affiliation with Hamas: Based on an analysis of the statements of Ubada Abu Ras on his Facebook pages, as well as on an analysis of his posts that appeared on sites identified with Hamas, and the positive remarks

---

[150] https://www.facebook.com/photo.php?fbid=1519854611659476&set=a.14044177132 03167.1073741828.100009048565430&type=3&theater

[151] http://bit.ly/2AHPMvZ.

[152] http://bit.ly/2zzuZg7. It should be noted that in the film clip dedicated to Ubada Abu Ras, we see symbols of Hamas's terrorist operational arm, the Izz a-Din al-Qassam Brigades (and their operatives), and a photo of Abu Ras holding a Hamas flag and sitting, masked, in a car.

[153] See: http://bit.ly/2ibk5n6, http://bit.ly/2yx4y75.

[154] http://bit.ly/2hx2gBO. The name of the website attests to the fact that it is apparently identified with Hamas ('Yaseen', after Ahmad Yassin, the organization's founder, and 'izedddeen', after the name of the organization's terror arm, Izz a-Din al-Qassam).

appearing on Hamas websites concerning the attack perpetrated by Abu Ras, I hereby determine the following: Ubada Abu Ras did identify with Hamas and its ideology, and committed the attempted murder in response to the call of the organization and its leaders to commit such attacks against Jews. Furthermore, the organization supported the operation and praised the person who carried it out.

179.   The fact that the organization took only veiled responsibility for the terrorist's affiliation with Hamas is compatible with the organization's declared and cautious policy not to claim explicit responsibility, when doing so might harm the organization's operatives or their families. In such cases, I have more than once seen a suspension of the claiming of responsibility as well as vagueness concerning the matter. Thus, in my expert opinion I conclude that the fact that the terrorist survived and was being brought for trial, was taken into account by the organization in deciding on the timing and manner of taking responsibility for the attack.

180.   Regarding the general Hamas policy of claiming responsibility for attacks see Section II of this report.

### *iv.      Summary and conclusions*

181.   Based on my analysis above, regarding the terrorist attack on January 27, 2016 where Menachem Mendel Rivkin was seriously injured I hereby determine that:

182.   The above-described attempted murder by stabbing, in which Menachem Mendel Rivkin was severely injured, was a Hamas terror attack. The attack was planned and executed as part of the wave of terror that hit Israel during said period—by a terrorist who is not only the son of a well-known Hamas terrorist, but himself identified as Hamas with Islamist Hamas ideology and  who sought to die as a *shahid*.

**183.**   I have determined this based on an examination of the behavior of the terrorist Ubada Abu Ras prior to the attack, as described in the bill of indictment against him, and on his statements on the social media networks (Facebook and Twitter). These show that the terrorist, beyond all reasonable doubt, planned the attack and prepared to carry it out ahead of time. He was determined to execute a stabbing attack that would lead to the murder of a Jew; he actually changed the scene of the attack and its chosen target when he encountered unexpected difficulty at the initial scene. The terrorist's behavior during the attack, according to the written testimony from the  Rivkin couple, attests to his brutality and determination to murder his victim.

**184.**   Several weeks prior to executing the attack, Ubada Abu Ras expressed clear and resolute positions in praise of terrorists who  murdered Jews in stabbing attacks. He identified with radical Islamist positions compatible with the fundamentalist religious ideology of the Hamas organization. He even explicitly expressed  his desire to enter Paradise as a *shahid*, which means, by way of implication, to carry out a suicide attack

**185.**   An analysis of the statements of Ubada Abu Ras on his Facebook pages as well as an analysis of his posts published on Hamas-affiliated sites, show that he identified with Hamas and its ideology and that he carried out the attempted murder in response to a call by the organization and its leaders to carry out such actions against Jews.

**186.**   Internet websites identified as Hamas-affiliated praised the attack and defined it as a heroic operation. Some explicitly mentioned Ubada Abu Ras's family credentials, as being the son of Hamas senior operative, Aziz Abu Ras. One of the references asserts that the actions of the terrorist attest to the fact that the sons of Hamas leaders do not exclude themselves from taking part in (terror) activity that endangers their lives.

**187.**   Based on the above, I hereby determine that Menachem Mendel Rivkin was severely injured as a result of a Hamas terror attack.

### D.        MerKaz HaRav Yeshiva Massacre: March 6, 2008, Avraham David Moses shot to death and Naftali Shitrit severely injured. Seven other students murdered and multiple others seriously injured.

#### *i.  Description of the Attack*

**188.**   On March 6, 2008, at approximately 8:30 pm, terrorist Ala' Hisham Abu Dheim, a 26-year-old Izz al-Din al-Qassam Brigades operative (the terrorist-operative wing of Hamas),[155] entered the Merkaz HaRav Yeshiva in Jerusalem[156] and began massacring the students.

**189.**   The terrorist, a resident of Jerusalem's Jabel al-Mukaber neighborhood,[157] was armed with a variety of weapons: a Kalashnikov assault rifle and nine compatible magazines, two guns (a Beretta and an FN) along with four compatible magazines, and a commando knife.[158] On his way into the Yeshiva, the terrorist used a cardboard box to conceal this

---

[155] The affiliation of Ala' Abu Dheim to the Izz ad-Din al-Qassam Brigades was announced by Abu Ubeida, the spokesman of Hamas's operational-terrorist wing, approximately two years after the attack. *See supra*.

[156] The Merkaz HaRav Yeshiva is located near the main entrance to Jerusalem at the Northwest corner of the city in the Kiryat Moshe neighborhood. It is just off the busy Weizman Blvd. near the Chords Bridge, Jerusalem Central Bust Station and the ICC Convention Center, an area constantly filled with foot and vehicular traffic. The Yeshiva houses a high school and study programs for boys before, during and after their IDF service.

[157] The village Jabel al-Mukaber is located within the Jerusalem municipal boundaries in the southeast area of the city.

[158] Police file 94395/2008, May 19, 2008, regarding the terror attack against the Merkaz HaRav Yeshiva.

arsenal of weapons which he planned to use for the imminent attack.[159] He exploited the fact that there was no security guard at the entrance to the Yeshiva at that time to enter the building and shoot the young high school and post-high school students.[160]

190.   Upon his arrival at the Yeshiva, even before he entered the building, Ala' Abu Dheim opened fire with his Kalashnikov assault rifle, a weapon intended for long range effectiveness. First, the terrorist shot through the windows at two students standing inside near the entrance. Next, he entered the Yeshiva building and shot two students descending the stairs. He then continued toward the library and shot students standing outside. Finally, he entered the library and commenced a systematic massacre of the students studying inside.[161]

191.   Eyewitnesses reported that the students attempted to hide between bookshelves and that the terrorist sought them out and shot them.[162] All the while, according to the descriptions of eyewitnesses, the terrorist operated  with the skill and precision of a trained

---

[159] A detailed description of the attack was given to the victims' families during a meeting with Major-General Ilan Franco, the Jerusalem District Police Commander, and with a representative of the Israel Security Agency (ISA).

[160] The Jerusalem District Police Commander at the time of the attack, Major-General Ilan Franco, said during a meeting with the parents of the murdered students that proper security would have thwarted the attack. *See* in this regard the police statement of the Yeshiva's security guard, Yitzhak Jack Yitzhak, police file 94395/2008, May 19, 2008.

[161] The detailed description was given by the Jerusalem Police Commander. *See supra.*

[162] During his police statement on March 6, 2008, one of the Yeshiva students, Reuven Amir, spoke about the systematic shooting of students hiding between bookshelves: "I, too, hid myself, and then I realized that someone was coming closer, passing through the rows and shooting. The noises became louder and louder… I saw someone passing, holding a rifle…, when he arrived at the row in which I was hiding, he skipped it, and then I saw the terrorist loading another magazine. I ran away… and started shouting that there was a terrorist in the library."

and cold hearted assassin, exhibiting control handling his weapons, speedily loading and reloading magazines while shooting and accurately targeting his victims at long and close range—acts that require skill and training.

192.    An officer in the Paratroopers Brigade, Captain David Shapira, who lived near the Yeshiva, heard the shots and ran to the building. He shot and killed the terrorist. At the same time, Yitzhak Dadon, who was studying in the Yeshiva at the time went up onto a one of the rooftops of the Yeshiva and shot at the terrorist.

193.    The entire event lasted between ten and fifteen minutes, at the end of which eight young boys, mostly high school students, were killed: Yohai Lifshitz (18), Yonatan Yitzhak Eldar (16), Yehonadav Haim Hirschfield (19), Neria Cohen (15), Segev Peniel Avihail (15), Avraham David Moses (whose family members are plaintiffs herein) (16), Roi Roth (18) and Doron Meherete (26). Ten other students were wounded, including plaintiff Naftali Shitrit, who was in high school at the time.[163]

194.    In addition to the terrorist's obvious skill during the attack,  which evidences that he received advanced training, the preparations for the attack also demonstrate that the terrorist had been well trained and was not working alone. The descriptions of the massacre by both eyewitness and security officials, headed by Jerusalem's Police Commander, demonstrate that the terrorist was well trained and that all the stages of the attack were meticulously planned. Such advanced planning and execution is characteristic of the organized attacks perpetrated by terrorist organizations, like Hamas.

---

[163] A review of the attack, issued by the Meir Amit Intelligence and Terrorism Information Center on March 9, 2008: http://bit.ly/2iS1g7Q.

**195.** In a media brief on the results of the investigation into the massacre, the Jerusalem District Police Commander indicated that the timing and target were chosen deliberately and not randomly. He added that Abu Dheim  conducted surveillance of the Yeshiva and gathered intelligence on his target over a period of time. He further added that the terrorist traded in arms and engaged in training exercises with his weapons in the Hebron area some time before the attack.[164]According to the Jerusalem District Police Commander, on the evening of the massacre, the armed terrorist drove his car from his home in Jabel al-Mukaber to the Yeshiva and parked it nearby. He then exited the vehicle with the weapons concealed in a cardboard box in order to carry out the attack.

**196.** As discussed in greater detail below, the Merkaz HaRav yeshiva was a strategic target that was carefully selected for this attack in my opinion because of its prominence as a learning institution for religious studies and its location, at the main entrance to Jerusalem, a densely populated area that sees a great deal of human and vehicular traffic daily. Careful intelligence and logistic preparations were made prior to the attack, including intelligence gathering, acquisition of a variety of weapons, shooting practice and concealing the weapons on the way to the target. The terrorist's arrival at his destination without arousing suspicion and his outstanding skill in operating the weapons stand out in this attack. All of this indicates that the attack was planned by a terrorist organization. Indeed, Hamas claimed

---

[164] A representative of the Israel Security Agency told the victims' families that the terrorist was composed during the execution of the attack, and that he practiced using the weapons south of Mount Hebron.

responsibility, though belatedly, for the Merkaz HaRav massacre in a statement on December 25, 2010 by al-Qassam Brigades' spokesman, Abu Ubeida, discussed further below.[165]

### ii. Profile of the Terrorist Ala' Hisham Hussein Abu Dheim

197.   The terrorist, Ala' Abu Dheim, was born on November 6, 1982. He was a resident of Jerusalem's Jabel al-Mukaber neighborhood and was engaged to be married at the time of the massacre. According to his family members' police statements,[166] and according to a representative of the Israel Security Agency (ISA),[167] Abu Dheim's religious convictions grew stronger two years prior to the massacre. He prayed five times a day and regularly attended the Friday prayer either at the Al-Aqsa Mosque or at the various local mosques in Jabel al-Mukaber. Immediately after the massacre, the al-Qassam Brigades' website referred to Abu Dheim as the "Qassami, istishhadi knight"[168] (meaning a suicide terrorist of the Izz al-Din al-Qassam Brigades), a term that is only used for one of their own.

198.   According to the police statements of Abu Dheim's friends and family, Abu Dheim did not stand out in his actions or manner of speech prior to the attack. He had worked as a driver for the family transport service, driving students to school. He did not express his positions on political matters and did not have a known circle of friends. According to his family, he "did not like" to study or work hard.

---

[165] Abu Ubeida, the spokesman of Izz al-Din al-Qassam Brigades held a press conference in Gaza, in which he spoke at length. https://www.youtube.com/watch?v=HohoZ9NdCiU
A report on the press conference appeared on the Hamas Affiliated blog - paldf:
https://www.paldf.net/forum/showthread.php?t=717706
[166] Police file 94395/2008: the attack against the Merkaz HaRav Yeshiva.
[167] Statement of an ISA representative dubbed Arik during a meeting of the Jerusalem District Police Commander with the victims' families.
[168] http://bit.ly/2yWO0K1.

199.   The above testimonies portray Abu Dheim as an introvert who appeared busy with his unremarkable daily routine, while skillfully disguising his terrorist plans. He also disguised his political affiliation and positions and the way he was being affected by ongoing events, like Israeli operations in Gaza. Abu Dheim managed to conceal the logistical preparations he had made prior to the attack, including his accumulation of diverse weapons and ammunition, his weapons trainings, the IDF uniform he was hiding at home, the intelligence he had gathered concerning the target.

200.   This description, provided by Abu Dheim's friends and family, stands in contrast to his behavior during the massacre, showing courage, sophistication, and professional skills. It indicates that both Abu Dheim and the Hamas organization took effective and significant precautions to conceal and disguise their intention to carry out a complicated "quality" attack, such as the Merkaz HaRav massacre.

201.   The terrorist's success at concealing his plans and terrorist activities is also consistent with Hamas's delayed claim of responsibility for the attack. According to sources at the Izz al-Din al-Qassam Brigades, Hamas delayed taking responsibility to maintain secrecy, specifically because of, "The need to guarantee the safety of the operatives and of the activities," as will be discussed below.

### *iii.          Hamas Was Responsible for the Merkaz HaRav Massacre*

### *a. Claiming Responsibility*

**202.**   The process in which Hamas claimed responsibility for the massacre at the Merkaz HaRav Yeshiva was unusual (though not unique to this attack only).[169] First, an anonymous Hamas official made an immediate claim of responsibility for the massacre to Reuters, stating that Hamas was behind the attack.[170] Immediately afterwards, Abu Ubeida, the al-Qassam Brigades spokesman, announced that the organization was suspending its claim of responsibility. He neither denied nor confirmed Hamas's responsibility. Rather, he hinted that the organization was temporarily refraining from claiming responsibility. He said: "**The time has not yet come for claiming responsibility**." (Emphasis added.) Hamas's official radio station, Al Aqsa Radio, quoted Abu Ubeida as follows:

> Abu Ubeida, a spokesman for Hamas's military wing, confirmed the group was not taking credit for the attack—at least [not] yet. There may be a later announcement... But we don't claim this honor yet, he said....[171]

**203.**   The official claim of responsibility for the Merkaz HaRav massacre by the Izz al-Din al-Qassam Brigades came two years after the attack, in a December 25, 2010 press conference with Abu Ubeida[172].

---

[169] Hamas claimed final and absolute responsibility for the attack considerably late - two years after the attack. Regarding Hamas policy of claiming responsibility for attacks see the general section in the introduction to the Expert Opinion in this complaint.

[170] http://bit.ly/2yYbqPf.

"The Hamas movement announces its full responsibility for the Jerusalem operation," a Hamas official told Reuters in the Gaza Strip.

[171] http://alaqsavoice.ps/arabic/index.php/?action=detail&id=14454

[172] In this case, claims of responsibility were made in the name of other groups, including unknown or non-existent groups. However, these fictive claims lack credibility or corroboration, and are negated by Hamas definitively taking full credit for the attack in 2010.

**204.**   At the press conference, Abu Ubeida explained Hamas's policy of delayed claim of responsibility. He said that over the years, the Brigades had often refrained from making immediate claims of responsibility for attacks out of security considerations related to the safety of the operatives and the operations and the ongoing Jihadist activity of Hamas. Such considerations include concerns for the security of accomplices who have not yet been caught, the need to protect imprisoned perpetrators of attacks whose trials were about to be concluded and their verdict announced, the enabling of continued activities of operational cells that have not yet been exposed, and the protection of Hamas's methods of operation. According to Abu Ubeida, the Brigades would only announce their responsibility for attacks when the right moment comes, which could be months after an attack, or even years later in some cases.[173]

**205.**   The reasons provided were general and referred to all the belated claims of responsibility that were detailed in Abu Ubeida's announcement.[174] The fact that the Merkaz HaRav massacre was a complex operation, which required extensive intelligence and logistical preparations, combined with the fact that the Izz al-Din al-Qassam Brigades website boasted about some of the particular skills exhibited in this attack (including smuggling the weapons into Jerusalem undetected), is strong evidence that the terrorist did not act alone but was prepared and trained by Hamas. The belated claim of responsibility was

---

[173] These details were included in the aforementioned Abu Ubeida announcement during the Izz al-Din al-Qassam Brigades press conference. *See* the above mentioned video clips of the press conference.

[174] Abu Ubeida's announcement related to the Merkaz HaRav massacre and 5 other terrorist attacks for which Hamas was making belated claims of responsibility.

aimed at covering up traces and protecting the terrorist's accomplices. This is consistent with the general reasons provided by Abu Ubeida in the press conference.

206. Aside from the express claim of responsibility on behalf of Hamas by Abu Ubeida in December 2010, other characteristics also point to Hamas as being behind the Merkaz HaRav massacre.

207. **Mourning Tent:** Immediately following the attack, and after the terrorist's identity had been disclosed, a mourning tent was erected in the building in which he had resided with his family. Hamas flags were raised over the tent[175] (a common practice in homes of Hamas terrorists killed carrying out terrorist attacks). The facts that Hamas flags were raised above the house and that the Israel Police demanded to have them taken down were published in the media. These facts are also mentioned in the family members' police interrogations and in publications by the Israeli Ministry of Foreign Affairs.[176]

208. **Al-Qassam Brigades Website:** After the massacre, the Izz al-Din al-Qassam Brigades website mentioned Ala' Abu Dheim and insinuated Hamas's connection to the attack long before the official claim of responsibility. For instance, on March 10, 2008, the al-Qassam Brigades website published the following: "No faction among the Palestinian resistance factions has claimed responsibility for the attack, although all signs indicate that Hamas is behind it…"[177] In addition, shortly after the massacre, on March 17, 2008, the Izz

---

[175] Along the Hamas flags, Hizbullah flags were also raised above the mourning tent.

[176] http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Terror-shooting-at-Mercaz-Harav-Yeshiva-in-Jerusalem-6-Mar-2008.aspx

[177] *See* http://bit.ly/2jo9ubA.

al-Din al-Qassam Brigades website published a blessing of the Brigades' for Ala' Abu Dheim and his massacre.[178]

**209.** The Izz al-Din al-Qassam Brigades has continuously boasted about the massacre since March 2008, particularly on or about the anniversary of the massacre. On March 9, 2012, the Izz al-Din al-Qassam Brigades website published an article about Abu Dheim, containing the following excerpt: "How did this lion manage to smuggle weapons into Jerusalem, when nothing enters Jerusalem without the Zionists knowing about it…. Smuggling weapons is one of the al-Qassam Brigades methods…." The website quoted Abu Dheim's relatives, who said that he had completely shaved his beard before leaving to carry out the attack in order to surprise everyone with an honorable martyr's appearance.[179]

**210.** On March 6, 2014, the Izz al-Din al-Qassam Brigades website published the following belated announcement about the 'Shahid' Abu Dheim:

> The istishhadi Ala Hisham Abu Dheim from occupied Jerusalem is one of the [Izz al-Din] al-Qassam [Brigades] men, and the attack was planned and carried out by the [Izz al-Din] al-Qassam [Brigades]… in retaliation to the killing and destruction in the Gaza Strip.[180]

**211.** In addition to the statements cited above, other websites affiliated with the al-Qassam Brigades and with Hamas have published reports concerning Abu Dheim, in which

---

[178] http://bit.ly/2jnT3w2.

[179] http://bit.ly/2ADxECy.

[180] The claim that the attack against the Merkaz HaRav yeshiva was perpetrated in retaliation to IDF activities in Gaza, was made by Hamas spokesmen after the attack, but was not confirmed during the police interrogation of Ala' Abu Dheim's relatives, who said he never expressed his opinion on the matter. http://bit.ly/2zCbIu9.

they related to Abu Dheim as one of their own.[181] Such articles began to appear even before Hamas officially claimed responsibility for the attack against the Merkaz HaRav yeshiva. This is further evidence that Hamas regarded Abu Dheim as an operative of the organization.

212.   **Statements by Hamas leaders** Statements  made by Hamas officials immediately following the Merkaz HaRav massacre indicate support for the attack and are consistent with Hamas's policy of delaying a  claim of responsibility when they deem it necessary for the good of the organization or its operatives. For example, the Deputy Chairman of the Hamas Political Bureau, Musa Abu Marzuq, said the attack was a "natural response to the crimes of the occupation." He refused to confirm or deny Hamas's responsibility for the attack. Additionally, Sami Abu Zuhri, a Hamas spokesman, said the attack proved that the "resistance" continued in all its forms, including the suicide attacks.[182]

### *b. Quality of Execution and Characteristics*

213.   In addition to all of the above, in my opinion, the characteristics of the attack and the quality of its execution make it extremely unlikely that this terror attack was the work of one man working alone, but instead, as discussed in more detail below, strongly point to a terror organization, in this case Hamas, as the responsible party.   Specifically, The characteristics surrounding the choice of target  as well as the techniques used by the terrorist before and during the attack reveal a high-level of execution and demonstrate that the attack

---

[181] Reports appearing on a blog associated with Hamas point to the connection between the terrorist, Abu Dheim, and the al-Qassam Brigades. *See* http://bit.ly/2zGPTYq; http://bit.ly/2id58AJ.

[182] *See* a review of the attack, issued by the Meir Amit Intelligence and Terrorism Information Center. The review is based on publications issued by Hamas website Palestine-Info. http://bit.ly/2iS1g7Q.

had the backing of a well-organized terrorist organization with logistical, intelligence and operational infrastructures.

**214.   Choice of Target:**

> •   **Geographic location:** As noted, the Merkaz HaRav yeshiva is centrally located at the main entrance to Jerusalem in a highly populated area that sees a high volume of human and vehicular traffic daily due to its proximity to the Central Bus Station, the ICC Convention Center and the Jerusalem Light Rail.

> •   **Symbolic Choice of Target:** The Merkaz HaRav Kook Yeshiva founded in 1924 by the first Ashkenazic Chief Rabbi of Israel, HaRav Avraham Kook, is a prominent yeshiva in Israel with a worldwide reputation, thus making it an extremely strategic choice for a terror attack. In my opinion it is unlikely that Ala' Abu Dheim, who was described as a simple person, could have chosen such a strategic target on his own.  It is more likely and reasonable to conclude that the target was chosen by senior in-the-know officials in Hamas' leadership in order to strike at what they perceive as the heart of religious Zionism. According to a report by the Israel Ministry of Foreign Affairs, Palestinian security sources indicated that the instructions regarding the target of the attack came from the Hamas leadership in Damascus.[183]

**215.   Pre-Attack Logistical Preparation and Training:**

> •   *First*, the terrorist was equipped with an arsenal of weapons suited for a variety of potential situations and for combat in an evolving arena. He carried a Kalashnikov rifle which is a weapon with firepower suitable for two functions: shooting at a crowd of people, and accurately sniping from a long distance. The terrorist used both functions: he first shot through the windows of the Yeshiva, and then opened extensive fire at the students inside the Yeshiva, while rapidly changing one magazine after the other. He also carried guns for close-range combat and a commando knife for face-to-face combat. In Israel, such weapons cannot be legally purchased without the proper license making their acquisition  a difficult and complicated task.  The risk of being  arrested and put on trial is high and as such it is

---

[183] Palestinian security sources said the shooter was acting upon instructions he had received from the Hamas leadership in Damascus, in coordination with Hizbullah. *See*: http://bit.ly/2zCbaF8.

unlikely the purchase of these weapons was accomplished without the backing of an established terrorist organization.

- *Second*, Abu Dheim concealed the weapons from his family and neighbors. It is no simple matter to smuggle several high-quality weapons into Israeli territory –Jerusalem—and to transport the weapons from the easternmost end of the city (Jabel al-Mukaber) to its westernmost end (the main entrance to Jerusalem). This is a particularly difficult task to accomplish, under the watchful eye of the Israeli police which is experienced in detecting suspicious activity and terrorists. The terrorist's success in concealing and smuggling the weapons indicates that a sophisticated logistical infrastructure was put into place, exactly as the Izz al-Din al-Qassam Brigades website noted when it boasted of the skills used in the attack.

216.  Furthermore, smuggling the weapons into the Yeshiva, hidden in an innocent-looking cardboard box without raising suspicion, indicates prior preparations and skillful execution.

217.  The fact that an IDF uniform was found in the terrorist's home strongly suggests that Abu Dheim was also planning on executing other attacks with various characteristics, such as disguising himself as an Israeli soldier.

218.  The weapon trainings in Hebron enabled Abu Dheim to operate the weapons successfully, shooting and advancing simultaneously during the execution of the attack. In Israel, only someone that has a license may engage in weapons training at a shooting range. Thus, the terrorist, without a license, would have had to improvise a shooting range and practice in secret, all typical activities when a well-established organization is directing the terrorist.

219. *Intelligence Gathering*: The terrorist went undetected while he conducted surveillance and reconnaissance of the Yeshiva. The ability to avoid detection to gather the necessary intelligence is complicated for a terrorist who would stand out in the local landscape, particularly where the Israeli public is especially alert to suspicious individuals.

The terrorist studied the daily routine of the Yeshiva, including the significant security shortcomings that he exploited  to infiltrate the building.  He studied the unique structure of the Yeshiva and used it well during the attack. The timing was also carefully chosen, taking into consideration that security was loose and many students were inside the Yeshiva at that time of day.

**220.** ***Skill in Executing the Massacre:*** At the beginning of the attack, the terrorist demonstrated accurate long-range shooting skills by shooting  through the windows. He then operated his weapons successfully, simultaneously shooting, advancing, and reloading magazines  during the second part of the attack.

**221.**   As mentioned above, the terrorist's attack was characterized by excellent prior preparation, expertise, and composure, which were all reflected in the tragic results of this attack. To this day, the Izz al-Din al-Qassam Brigades website still boasts about this exemplary attack and its skillful execution.

       **c.**   ***Sequence of Events leading up to the murder of Avraham David Moses and his friend Segev Avihail.*** [184]

**222.**   On 6 March 2008, at approximately 8:30 p.m., Alaa' Abu Dheim, an operative from Hamas' terrorist operative wing, walked into the Merkaz Harav Yeshiva near the entrance to Jerusalem. The terrorist came in through the yeshiva's main entrance gate (the

---

[184] The recapitulation of the terror attack and of the terrorist's actions is based on the police's Terror Attack File 94395/2008, which contains  testimony from various people who were present at the site during the attack. It is also based on a tour of the MerKaz Harav Yeshiva which took place on 25 December 2017 at 1:00 p.m. The tour was led by Rabbi Yitzhak Dadon, who witnessed the attack and in fact was one of the two people who eliminated the terrorist. I participated in the tour with Adv. Avraham Guez of Shurat HaDin – Israel Law Center and an intern with Shurat Ha-Din who  took photos and recorded the tour.

southwestern gate), carrying a large cardboard box[185] that contained the following arsenal of weapons: a Kalashnikov assault rifle and nine matching magazines, two pistols (one Berretta and one FN) and four matching magazines, and a commando knife.[186]

223.   The terrorist climbed the outdoor stairs from the gate toward the yeshiva's front plaza, placed the cardboard box on the plaza's stone fence, surveyed the area, returned to where he had placed the cardboard box, took the automatic rifle, and opened  fire on  the people present in the plaza. As a result of this initial fire, one student of the yeshiva was killed, and a number of students were injured. People began fleeing the place in alarm, shouting that a terrorist, or terrorists, were attacking.

224.   While firing, the terrorist proceeded inside through the building's main entrance. He shot two more students, who were at the entrance next to the public telephone facility , and then shot them again to ensure they were dead. The bullet marks   on the floor of the entrance are still visible today.   After murdering the two students at the entrance to the building, the terrorist tried to enter the library, where many students were present at that time. However, he failed because the western door to the library was locked and he could not open it.

225.   The terrorist retraced his steps while continuing lengthy automatic fire, presumably in order to hit as many people as possible. He exited through the building's main entrance and turned toward the main door of the library, which was on the southern side. He

---

[185] The families of those murdered in the attack received a detailed description of the event during a meeting with the Jerusalem District Police Chief, Deputy Commissioner Aharon Franco, and with a representative of Israel's Security Agency.

[186] Police File 94395/2008 of 19 May 2008, which deals with the terror attack at the Mercaz Harav Yeshiva.

first fired through the library's glass door, and then he entered the library while firing, replacing magazines all the while.

226.   Even prior to his entering the library, panic prevailed within the yeshiva because of the rifle shots and the understanding that an armed terrorist was murdering people. The library's lights were extinguished, and people attempted to take shelter.[187]

227.   When the attack began, two of the yeshiva students, Avraham David Moses and Segev Avihail were studying in the library.[188] The two attempted to hide under a table/shelf that was near the entry door, parallel to the southern wall of the library. Moses and Avihail, apparently (like others who were in the library) had been alerted to the terror attack by the shouts that spread the alarm, the bursts of gunfire outside the building, and the calls to extinguish the lights. In fear for their lives they fled to where, it seemed to them, they could conceal themselves and survive. ,  It was there they met their death,  hiding huddled together in fear of the terrorist.  From the evidence where bullets hit the floor in  Avraham Moses and Segev Avihail's   hiding place , it appears that the terrorist shot them from close range in order to ensure their death.

228.   From the description of the timeline, given by Rabbi Dadon while touring the site in December 2017 and from my own observations of the scene, it is highly probable that Moses and his friend ducked into their chosen hiding place roughly seven or eight minutes before the terrorist's bullets hit them. Those were the minutes when the terrorist walked

---

[187] Regarding the extinguishing of lights and the feeling of danger and panic in the library, see the witnesses' descriptions: testimony of Eliyahu Klarfeld from March 11, 2008, or testimony of Reuven Amir  from March 6, 2008.

[188] Based on the description provided by Rabbi Dadon during the tour he led at the yeshiva in December 2017.

outside the yeshiva, entered the library, and set about methodically murdering those inside. All that time, the two teenage boys heard the gunshots approaching them and the cries of the people who were wounded or fleeing for their lives. [189] Descriptions by others present during the attack are similar. The following statements are  examples of accounts given at the police-station by those witnesses:

229.  Elhanan Yosef: "We saw the terrorist go into the library. He passed by the desks and started shooting at us".

230.  Eliyahu Klarfeld: "At about 8:30 in the evening, I heard shooting outside the library... Somebody yelled to hide and turn out the lights. I understood this was real. I hid under the books, opposite the door. I was squatting, with my back to the library door. I heard a long burst of fire. I felt I was hit in my left hand and left leg. I heard the sound of changing magazines in a rifle, and I heard a few words, I don't know what language. I heard all that by ear, but I didn't see because my back was to the library entrance. Afterward, I moved my head left, and I saw the terrorist standing between the low bookcase… facing toward me. I only saw the lower part of the terrorist's body and his rifle, a Kalashnikov I think."

231.  Uriel Siman-Tov: Everyone ran away after the bursts of fire... The terrorist came into the library... He was holding a long rifle, it looked like a Kalashnikov... I'm not sure. The terrorist started shooting and I don't know what happened because I hid behind the cabinets... He started coming toward me and the second I looked at him the terrorist shot at me and in the end he didn't hit me. The terrorist got mad and started shooting people where there were bookshelves, and shot at me… and I ran away from the library…

---

[189] See the Declaration by  plaintiff Naftali Shitrit filed in support of Plaintiffs' Motion for Default.

**232.** It is not difficult to imagine the mental pressure and the great fear aroused by the sound of gunfire and by the understanding that death may arrive at any moment, as well as the absolute helplessness in the face of the situation when confronting an armed and determined murderer.

**233.** In conclusion, on the basis of testimony I have examined  from people who were on site during the attack, and on the basis of a tour at Mercaz Harav including detailed explanations in the company of Rabbi Yitzhak Dadon, who was present at the attack and was involved in eliminating the terrorist, I conclude that Avraham Moses was in the grip of great pressure, and fear of his approaching death, for a span of approximately eight minutes, helpless against  an armed and trained terrorist.

### iv.        Summary and Conclusions

**234.** It is my expert opinion that the Merkaz HaRav massacre was carried out by Hamas and carried out by a Hamas operative. This opinion is based on the following facts:

- The Hamas organization, through its operational-terrorist wing, the Izz al-Din al-Qassam Brigades, openly and officially claimed responsibility for the massacre, although belatedly for reasons Hamas itself identified;

**235.** The Izz al-Din al-Qassam Brigades website refers to the terrorist Ala' Abu Dheim as a Qassami operative, and the Merkaz HaRav massacre is referred to by different Hamas affiliated websites as an attack carried out by Hamas;

- Hamas leaders praised and justified the attack in statements before the organization officially took responsibility.

**236.** Hamas flags were raised above the mourners tent that was set up at the terrorist's home, and after the attack he came to be known among the Palestinian public as a Hamas operative responsible for an attack on behalf of Hamas;

- The nature of the attack, its quality of execution, the choice of the target, and the logistical and intelligence preparations that preceded the massacre, required the backing of a well-organized terrorist infrastructure like Hamas

237.  Therefore, it is my expert opinion that the March 6, 2008 terrorist massacre at the Merkaz HaRav Yeshiva in which Avraham David Moses (whose parents, the Moses and Moriah families, are plaintiffs in this case) was killed and Naftali Shitrit (whose parents and himself are plaintiffs in this case) was injured was a Hamas attack.

### E.Shmuel Zev Brauner August 19, 2011, Seriously wounded; and Daniella Schwadron Parnass November 12, 2012,  Psychological Trauma and Property damage  from a Hamas Rocket Attacks From the Gaza Strip

238.  I was asked by counsel in the above-captioned matter to give my expert opinion regarding the following issues:

- The responsibility of the Hamas organization for the missile attacks from the Gaza Strip  aimed at civilian targets in the State of Israel in August 2011 and November 2012. These missile attacks caused damage to the plaintiffs as stated in the Complaint filed in this lawsuit.

- Whether the  Grad-type rockets which injured the plaintiffs in this lawsuit, were  smuggled by the defendant The Islamic Republic of Iran to the terrorist organizations in the Gaza Strip—Hamas and the Palestinian Islamic Jihad.

Regarding Hamas' general background please see Section II of this report.

### i.  Hamas organization's overall responsibility for the rocket onslaught from the Gaza Strip towards Israel—Background

239.  Hamas has had absolute control of the Gaza Strip since June 2007 due to a series of decisions and events that began with Israel's plan for disengagement from Gaza in 2005. Its takeover of the Gaza Strip resulted in the expulsion of the Palestinian Authority from the region in May and June 2007. Hamas was, and still is, the sole ruler in the Gaza Strip, making the final decisions regarding all Israel-related policies during the period, which is the

subject of this report and to this day. Since 2007 and to this very day, Hamas has been making the decisions regarding ceasefires, continued shootings, stabbings, or any other kind of terrorist activity.

### *ii. The Israeli government's decision regarding the disengagement from the Gaza Strip*

**240.**  On February 16, 2005, the Israeli parliament (the Knesset) ratified then Prime Minister Ariel Sharon's plan for Israel's disengagement from the Gaza Strip.[190] The goal of the plan, as defined in the preamble to the decision taken by the Knesset, was to thaw the frozen relations between Israel and the Palestinians that had led to a stagnation of bilateral negotiations, and to lead, as indicated by the plan, to increased security and to a better political, economic, and demographic reality. The main points of the Gaza Disengagement Plan were as follows:

  (1) The State of Israel will evacuate the Gaza Strip, including all existing Israeli towns and villages, and will redeploy outside the Gaza Strip.

  (2) Upon completion of this process, there shall no longer be any permanent presence of Israeli security forces in the areas of the Gaza Strip territory, which have been evacuated.

**241.**  The plan further specified that in addition to the Israeli communities, military facilities and infrastructure would be dismantled as well.

**242.**  Phase I of the disengagement plan went into effect on August 15, 2005. Over a period of approximately eight days, twenty-one (21) Jewish communities with a population of approximately 8,600 were removed. Phase II went into effect in September of 2005 with

---

[190] See: "Disengagement Plan of Prime Minister Ariel Sharon—Revised." 8 Sivan 5764 (28/05/2004) http://bit.ly/2zzrYfJ.

the Israel Defense Forces (IDF) withdrawal of its military personnel and the dismantling of Israeli military installations. On September 12, 2005, the last of the IDF soldiers left the Gaza Strip and the military forces were redeployed along its outer borders.

243.  In summary, as of September 2005, the Gaza Strip was stripped of all Israeli civilians as well as Israeli military forces and was therefore under Palestinian control. The Palestinian Authority became the sole body responsible for whatever occurred within the Gaza Strip, controlling the area, enforcing law and order, and assuring security through its own security apparatuses. As discussed further below, however, beginning on June 14, 2007, Hamas became the controlling body in the Gaza Strip, instead of the Palestinian Authority headed by Chairman Mahmoud Abbas, responsible for any action, both civilian and military, within the Gaza Strip.

### iii.       The installation of Hamas in the Gaza Strip after Israel's withdrawal from the area

244.  Hamas considered the uprooting of Israeli communities, and the withdrawal of Israeli forces from the Gaza Strip in September 2005, a significant and unprecedented result of their violent resistance and terrorism.[191] Hamas contended that dialogue with Israel has not

---

[191] A Hamas announcement published on September 28, 2005, praised the contribution of the struggle and the resistance to the withdrawal of the Zionist enemy from the Gaza Strip: http://bit.ly/2yzIJUw.

On September 3, 2005, Hamas published an announcement, using the speech of the widow of Hamas leader, Abd al-Aziz a-Rantisi, praising the contribution of the fighters of the organization to that which was referred to by them as the "Zionist defeat." The announcement also included a warning to then-Prime Minister of Israel Ariel Sharon not to dare think of returning to Gaza, since Hamas's weapons would not lie idle and what the world saw then (the disengagement) would be just the beginning of the destruction of his country (the State of Israel). Here, too, the contribution of the fighters and heroes of Hamas to the Zionists withdrawal (from the Gaza Strip), was commended. http://bit.ly/2ACCTT5.

lead to the desired results for the Palestinians; that in fact, it was terrorism and armed struggle against Israel that forced the Israeli Government to withdraw the IDF and remove all Israeli communities from the Gaza Strip.

245.   At a rally arranged by Hamas in March 2014 on the tenth anniversary of the death of Hamas founder Ahmad Yassin, Isma'il Haniya, head of the Hamas government in Gaza, made a speech in which he stated, inter alia: "Resistance hides more than you expect. For any aggression or foolish action made by the occupation, it will pay a high price. Oh Zionists! Yassin's blood is on your hands…. We evicted you from Gaza at a time when the weapons we had numbered only a few, and when you were smothering us in the confinement of the Saraya in Gaza [former Israeli detention facilities and where the rally was held], but today we are stronger. We have advanced the resistance and it is twice as strong."[192]

246.   Beginning with the death on November 11, 2004 of Yasser Arafat, the symbol of Palestinian nationalism and authority, a series of internal developments in the Palestinian arena led to the eventual takeover of the Gaza Strip by Hamas in 2007. The Palestinian public's deep disappointment with the corruption of Fatah officials in the West Bank and the Gaza Strip since 1994,[193] compared to the integrity that the public attributed to Hamas, led to a strengthening of Hamas's position.

247.   This change in public attitude was clearly expressed in Hamas's sweeping victory in the municipal elections held over several rounds[194] in 2005.[195] In the elections for the

---

[192] http://bit.ly/2zFuuPb.

[193] When the Oslo Accords, signed within the framework of the peace process between Israel and the Palestinians, began to be implemented.

[194] The municipal elections were held in the following rounds: December 2004, January 2005, May 2005, September 2005, and December 2005.

Palestinian Legislative Council in 2006,[196] Hamas won an overwhelming majority,[197] thus finalizing its political victory over the national bloc led by Fatah. In March 2006, Hamas established a Palestinian government that included senior officials of the organization. The establishment of a Government led by Hamas garnered grave Israeli and international reaction, including an international decision to stop support for the Palestinian Authority.[198]

**248.** The growing tension between the National Palestinian camp and Hamas was accompanied by incidents of violence and hostilities. In February 2007, Hamas and Fatah agreed to form a national unity government (the Mecca Agreement)[199] in an effort, among other things, to ease international, and especially Israeli, pressure on the Gaza Strip. On March 17, a National Unity Government headed by Salam Fayyad was formed. The National

---

[195] In this connection, see an article by Dr. Ephraim Lavie, The Challenge of the Palestinian Authority: State Building without Governmental Legitimacy (Hebrew), page 11, endnote 3, in the strategic update of the Institute for National Security Studies (INSS), volume 14, Issue 1, April 2001. http://bit.ly/2zIpbyK.

[196] The elections to the Palestinian Legislative Council (the Palestinian Parliament) were held on January 26, 2006.

[197] The Hamas list won 74 seats out of the 132 seats in the Palestinian Legislative Council. http://bit.ly/2zFv4MR.

[198] The international community drafted the so-called three Quartet conditions, which included Palestinian recognition of Israel, upholding any previously signed agreements, and a halt to terrorism. The Quartet is an international body established in Madrid in 2002, whose purpose is to monitor the solutions for the Israeli-Palestinian conflict. It includes the United States, the European Union, the United Nations and Russia.

In this context, see the Quartet's announcements from January 30 and from March 30, 2006: http://bit.ly/2hpzqiR, http://bit.ly/2ic49AL.

[199] The Mecca Agreement was signed on February 8, 2007, by the Palestinian organizations Hamas and Fatah, who agreed to the establishment of a national unity government in the Palestinian Authority and to putting an end to the internal struggle over the control and management of the Palestinian Authority that began in 2005. For the agreement and explanations thereof, see the MEMRI site in English: http://bit.ly/2zBrYvK, and also on the Al-Jazeera site (in Arabic): http://bit.ly/2zVsJR5.

Unity Government consisted mainly of low-level Hamas activists or technocrats affiliated with Hamas.

249.   However, while Fatah members and representatives of the left wing of the Palestine Liberation Organization (PLO) organizations were given ministerial positions, the struggle for control and power in the Palestinian Authority, with a focus on the Gaza Strip, escalated. Between May 13 and June 14, 2007, dozens of Hamas and Fatah activists were killed in bloody armed clashes in a struggle for control over the Gaza Strip. In early June, however, Hamas captured the Palestinian Authority bases and security apparatuses in Gaza, took over the President's Office and relieved all Fatah activists of their weapons. On June 14, 2007, Hamas completed its takeover of the Gaza Strip (a takeover which had begun, as mentioned, in 2006) and assumed absolute control.[200] The takeover was characterized by the absolute supremacy of Hamas forces and the relatively weak reaction of Fatah activists, some of whom fled during the clashes.

250.   From June 14, 2007 on, the Palestinian Authority was divided into two separate ruling entities: The nationalist government under Fatah and Mahmoud Abbas in the West Bank, and the Islamist regime led by Hamas and Isma'il Haniyah in the Gaza Strip. The polarization that resulted from the creation of these two ruling entities has deepened and escalated over the years and exists to this day.[201]

---

[200] An Israel Security Service review from July 2015 stated that Hamas was the sovereign in Gaza.

Hebrew: https://www.shabak.gov.il/publications/Pages/study/Skira260715.aspx

English :https://www.shabak.gov.il/english/publications/Pages/SkiraE270715.aspx

[201] On September 19, 2007, the political-security cabinet of the Government of Israel reached a decision, according to which the Gaza Strip has become a hostile territory after the

**251.**   In summary, full and effective responsibility for everything that happened in the Gaza Strip was in the hands of Hamas both in August 2011 when the Grad-type rocket injured plaintiff Brauner in this case and  in November 2012 when the missile fired at Timorim injured plaintiff Parnass and damaged her house.[202]

### iv.        Hamas policy of shooting and terrorism since its takeover of the Gaza Strip

**252.**   Following the Hamas takeover of Gaza in June of 2007, the State of Israel imposed restrictions on the flow of people and goods, fearing uncontrolled movement to and from the Gaza Strip would be used to increase the terrorism already emanating from the area. These restrictions hindered the activities of Hamas and other terrorist organizations that

---

Hamas takeover. On that day, the Israeli Foreign Ministry issued a detailed statement (in English) regarding this threat: http://bit.ly/2hlT9ij.

The decision stated: "Hamas is a terrorist organization that has taken control of the Gaza Strip and turned it into hostile territory. This organization engages in hostile activity against the State of Israel and its citizens and bears responsibility for this activity. In light of the foregoing, it has been decided to adopt the recommendations that have been presented by the (Israeli) security establishment, including the continuation of military and counter-terrorist operations against the terrorist organizations.

Additional sanctions will be placed on the Hamas regime in order to restrict the passage of various goods to the Gaza Strip and reduce the supply of fuel and electricity. Restrictions will also be placed on the movement of people to and from the Gaza Strip. The sanctions will be enacted following a legal examination, while taking into account both the humanitarian aspects relevant to the Gaza Strip and the intention to avoid a humanitarian crisis."

The text of the decision was taken from the ruling of the High Court of Justice on the appeal that was launched against it in October 2007: http://bit.ly/2cMmx1m.

[202] On the same day that the rocket injured plaintiff Brauner, the IDF spokesman came out with a statement that the IDF holds the Hamas terrorist organization solely responsible for any terrorist activity emanating from the Gaza Strip: https://www.idfblog.com/2011/08/19/

operated under Hamas's aegis in Gaza[203] and forced them to develop different methods of inflicting terror. For example, the restrictions almost completely blocked the possibility of sending into Israel suicide bombers, drivers with car bombs, activists with explosive devices, or firing squads.

    **253.**  Given the total lack of Israeli civilian or military targets within the Gaza Strip since the complete withdrawal by the Israeli Government in September of 2005, and the now reduced capability of sending the terrorists into Israel, the terrorist organizations led by Hamas adopted new methods of inflicting terror. Specifically, instead of sending in a suicide bomber, for example, they commenced the launching of high-trajectory rockets and mortars towards civilian communities and objectives within the territory of the State of Israel.[204]

    **254.**  Beginning in 2007, Hamas vigorously sought to increase the rocket inventory in its possession and to improve their quality, both in terms of precision and range, in an effort to have as many cities and towns in the State of Israel under the threat of rocket attack. Iran helped Hamas and other terrorist organizations to both smuggle standard rockets into the Gaza Strip and transfer know-how to facilitate the local manufacture of rockets.[205]

---

[203] See the article, "Are Changes Expected in Israel-Gaza Relations?" by Yoram Schweitzer (Hebrew) pp. 67-68, which indicates Hamas's sponsorship of the activities of organizations in the Gaza Strip. The article was published as one of a collection of articles titled "In the Aftermath of Operation Pillar of Defense: The Gaza Strip," November 2012 (Edited by Shlomo Brom, The Institute for National Security Studies).

[204] Other methods that have been adopted but are not related to this report include, inter alia: digging attack tunnels that extend within the territory of Israel, attempts to introduce terrorists into Israel via the sea, attempts to develop drones (unmanned airplanes) for the purpose of terrorist attacks, and intelligence gathering.

[205] See the review published on January 7, 2013 by the Meir Amit Intelligence and Terrorism Information Center regarding Iranian aid to the Palestinian terrorist organizations. http://bit.ly/2AD10Ro.

**255.** Hamas's ability to fire rockets and mortar shells has constantly grown since 2007 and was clearly displayed during Operation Pillar of Defense in November 2012. Hamas and terrorist organizations controlled by Hamas succeeded in launching more than 1,500 rockets toward the State of Israel and shooting some 100 mortar shells, most of them at civilian communities in Israel. Israeli intelligence sources estimated that the rocket inventory held by terrorist organizations in the Gaza Strip after Operation Pillar of Defense was several thousand rockets with a range of 20 to 40 km, and another few hundred rockets with a range of up to 80 km.[206]

**256.** Hamas's policy with respect to rocket launching and military terrorist escalation against Israel stemmed from operative and tactical considerations. The organization itself fired rockets and allowed other organizations to fire rockets toward communities in Israel when such actions were in line with its objectives at a given time. On the other hand, it forced its operatives and the operatives of other organizations to respect ceasefires when it suited its goals.

**257.** Throughout the relevant period (2007-2012), and in fact to this day, the organization conducted itself according to the pattern described above. For example, between June and December 2008, Hamas agreed to a ceasefire with Israel (the ceasefire was mediated by Egypt) because conditions were suitable for it, and it took advantage of it to

---

For more information regarding the arming of Hamas with missiles, the type of missiles, and the Iranian connection, see Yiftah Shapir's article, "Iron Dome: The Queen of Battle," in the collection of articles titled: "In the Aftermath of Operation Pillar of Defense: The Gaza Strip," November 2012 (Edited by Shlomo Brom, The Institute for National Security Studies), p. 34.

[206] See lecture by Brig. General Etai Bron, head of the Research Department in the IDF Directorate of Military Intelligence, given at the Herzliya Conference in 2014: http://bit.ly/2AHfhx6.

strengthen and rearrange its military position. During this time, Hamas was greatly, though not absolutely, successful in enforcing the ceasefire with respect to all the terrorist organizations in the Gaza Strip.

**258.** However, towards the end of December 2008, Hamas decided it did not wish to continue the ceasefire. Shortly thereafter, a massive bombardment from Gaza toward Israel began, initiated by Hamas and added to by all the other organizations that received a "green light" from Hamas.

**259.** Hamas displayed similar behavior right before the rocket attack in the summer of 2011, during which the rocket was fired toward the synagogue in Ashdod. In the months leading up to the operation –a time in which Hamas was interested in relative quiet in order to build up and strengthen its forces - the monthly number of rocket and mortal shell launchings into Israel was relatively low.

**260.** Yet, when the Hamas administration in Gaza decided—out of the organization's internal and external interests—that the conditions were ripe to increase the level of terror, it increased the high-trajectory fire from the Gaza Strip into Israel by hundreds of percent. At the end of the rocket attack on Israel in August 2011, and with the achievement of an Egyptian-brokered ceasefire, the high-trajectory fire from the Gaza Strip to Israel almost completely ceased[207] due to Hamas's effective and strict enforcement over its own operatives and other organizations' operatives.

---

[207] Compare May, June and July 2011, in which solitary rockets and mortar shells were fired from the Gaza Strip, with the month of August, in which approximately 140 rockets were fired toward Israel. In contrast, after the ceasefire at the end of August and through September 2011, again only a few rockets were fired. http://bit.ly/2zVDKBL.

**261.** Similarly, in November 2012, on the eve of Operation Pillar of Defense, when the rocket was fired toward the house in Moshav Timorim which is the subject of this report, Hamas exhibited a similar pattern of conduct. In the months leading up to the Operation, Hamas was interested in maintaining relative quiet so that it could expand and accumulate resources. As a result, the number of high-trajectory rockets and mortar shells fired toward Israel was relatively low. However, when the Hamas regime in Gaza decided that conditions were ripe for an increase in terrorism, the organization increased the high-trajectory fire from Gaza into Israel by hundreds of percent.

**262.** The timing of the increased fire may have been a result of growing internal criticism intimating that the organization was neglecting the struggle, or out of a sense of greater power derived from the period of calm during which Hamas had bolstered its resources, or as a result of the support it now felt following the election of a leader of the Muslim Brotherhood to the presidency in Egypt.[208]

**263.** We do know, however, that when a ceasefire was called on November 21, 2012 at the conclusion of the Operation Pillar of Defense, virtually all the high-trajectory fire from the Gaza Strip into Israel ceased[209] due to the strict, effective control that Hamas had on its

---

[208] Muslim Brotherhood member, Dr. Muhammad Mursi, was elected president of Egypt in free elections held in June 2012, and was deposed during a military coup a year later, in July 2013.

[209] Compare July, August, and September, 2012, which were relatively calm, with October and November, 2012, and then with December 2012. From July to September, approximately 20 rockets and mortars were fired each month. In October, after hostilities escalated, 116 rockets and 55 mortars were fired. The peak was in November 2012, during Operation Pillar of Defense, when 1,700 rockets and 100 mortars were fired into Israel.

The ceasefire at the end of the operation was effectively enforced by the Hamas government and thus in December 2012, no rockets and only 2 mortars were fired from the Gaza

people and on all other organizations and their activists operating in the Gaza Strip. In summary, Hamas's preferred method for terrorist attacks from Gaza against Israel, in the relevant period and to the present, is the launching of high-trajectory rockets and mortar shells towards communities in the State of Israel while increasing the threat to more remote communities.

**264.**  The ability of Hamas to increase the range, effectiveness, and accuracy of the rockets in its possession, as well as to increase its supply of rockets, is mainly a result of Iranian assistance. Analysis of the timing of terror attacks using high-trajectory rockets teaches us about Hamas's strict and effective control over its own activists and over the activists of other terrorist organizations when it comes to launching rockets and mortar shells toward Israel. This supports the conclusion that Hamas was responsible for the launch of the Grad rockets toward the house in Timorim and the synagogue in Ashdod a year earlier, and that it was done under Hamas directives. It is also highly likely that the rockets themselves arrived in Gaza with the assistance of Iran.

### *v. Smuggling from Iran as the source of the Grad-type rockets that were fired from the Gaza Strip*

**265.**  Reports of the Bomb Disposal Branch of the Israel Police, which analyzed the fall of the Grad-type rocket on the Parnass family home in Timorim on November 21, 2012,[210]

---

Strip. The data was obtained in the terror archives of the Israel Security Agency portal: monthly reports. http://bit.ly/2yYhtDk.

[210] See "The Fall of a Rocket in Moshav Timorim on November 21, 2012," document of the Israel Police National Headquarters, Patrol and Security Division, Bomb Disposal Branch, Bomb Disposal Laboratories Department, February 23, 2017.

and the two in Ashdod on August 19, 2011, [211] that injured Mr. Brauner, determined that in both cases they were standard 122mm Grad-type rockets.[212] According to reports from the Bomb Disposal Branch of the Israel Police, these rockets were manufactured in China.[213]

266.  In both cases discussed in this opinion, these are standard weapons that are not produced in the Gaza Strip, rather they were smuggled in. Iran was the main supplier of weapons to Islamic terrorist organizations (Hamas and the Palestinian Islamic Jihad) in the Gaza Strip during the periods relevant to this opinion. These included weapons that were purchased in China and North Korea.

267.  Hamas and the Palestinian Islamic Jihad directed the weapons they received, mainly the high trajectory weapons, toward the civilian population in Israel. Hamas also transferred ammunition and weapons to other organizations in the Gaza Strip which acted in concert with it.[214] The various Grad-type rockets, which were manufactured in China and

---

[211] See "The Fall of 2 Rockets in the City of Ashdod on August 19, 2011," document of the Israel Police National Headquarters, Patrol and Security Division, Bomb Disposal Branch, Bomb Disposal Laboratories Department, February 23, 2017.

[212] 122mm Grad-type rockets were found in the possession of Hamas and other terrorist organizations in the Gaza Strip. This is a standard rocket that has a range of approximately 40 km, with an explosive warhead weighing about 20 kilograms. The rocket was developed in the Soviet Union in the beginning of the 1960s. The rocket is quite accurate. Rockets like these were smuggled into the Gaza Strip mainly from Iran, via the smuggling route that passes through Sudan and ends in the tunnels that have been dug from Gaza to the Sinai Peninsula. For more about this rocket and about the rocket threat to Israel from the Gaza Strip during the relevant period, see the review by the Intelligence and Terrorism Information Center. http://bit.ly/1kLkzy7.

[213] Reports of the Israel Police Bomb Disposal Branch discuss the manufacturer's technical specifications that detail the rocket's capabilities and characteristics.

[214] See Expert Opinion about the cooperation between Hamas and the Popular Resistance Committees in the section of this report regarding plaintiff Brauner.

North Korea (among other places), were smuggled by Iran into Gaza along with other kinds of weapons via the Iranian smuggling routes that will be described below.

268.    Over the years, and even more so after Hamas took control of the Gaza Strip, Iran established a network of weapons-smuggling routes into the Gaza Strip for its political partners, Hamas and the Palestinian Islamic Jihad.[215] These smuggling routes were run by the Quds Force of the Iranian Revolutionary Guards.[216]

269.    The smuggling routes originated in Iran, where the weapons for the Palestinian terrorist organizations in the Gaza Strip were loaded. From there, the weapons were transferred to Sudan, either via the sea (ships that carried the weapons)[217] or the air, via cargo planes and even commercial flights that transferred weapons from Iran to Sudan. From Sudan, they were taken to the Gaza Strip via the Sinai Peninsula through  smuggling tunnels

---

[215] On the issue of Iran's massive aid for the Gaza Strip during the relevant period, see the review of Israel's Foreign Ministry from March 2011, in which it is noted that Hamas rehabilitated its military forces and even doubled the number of rockets in its possession with Iran's help.http://bit.ly/2mkANot. See as well the review of the Israel Security Agency, which details the smuggling routes from Iran to the Gaza Strip, and the weapons that were transferred through these routes to the Islamic terrorist organizations. http://bit.ly/2jmH3eb. See as well a breakdown of the smuggling routes in a report by CNN in Arabic: http://cnn.it/2mqnzGW.

[216] The Quds Force of the Iranian Revolutionary Guards is an elite Iranian force, whose mission is to spread the "Iranian Revolution" beyond Iran's borders. This force oversees the transportation of military aid to the Palestinian terrorist organizations, with an emphasis on Hamas and the Palestinian Islamic Jihad. This military aid includes smuggling weapons into the Gaza Strip, training, the transfer of technological know-how and the transfer of funds.

[217] For information regarding Iran's use of sea routes to smuggle weaponry, see the article:

Military and Strategic Affairs | Volume 4 | No. 2 | September 2012, Iran: Maritime Measures below the Threshold of War, Yoel Guzansky, http://bit.ly/2zVWv8f. Article of Guzansky, Kam, Shapir, and Schweitzer, The Institute for National Security Studies, March 13, 2014, "The Seizure of the Klos C: Significance and Implications," about Iranian smuggling routes: http://www.inss.org.il/index.aspx?id=4538&articleid=6745.

that run underneath the Gaza Strip that are supervised and controlled by Hamas and the Palestinian Islamic Jihad.[218]

270.   Another route used for smuggling Iranian weaponry to the Gaza Strip ran from Iran to Syria, mainly by air. From there it went to the seaports of Syria and Lebanon, and then to the Gaza Strip on boats. The Syrian government allowed Iran to transfer to its territory all kinds of weapons, including sophisticated, tie breaking weapons. Syria also allowed the uninterrupted smuggling of these weapons from its ports, via the sea routes, to the Gaza Strip.

271.   A prominent example of the use of ships is the ship Victoria, a vessel that left the port of Latakia in Syria and was captured on March 15, 2011 by a unit of the Israeli navy. A very large amount of weaponry of the highest quality was found on the ship.  The ship had come from Iran and transferred to Syria, with its cargo intended  for the Islamic terrorist organizations in the Gaza Strip.[219]

272.   Hamas and other terrorist organizations used these weapons (including Grad rockets like those that were fired toward Timorim and Ashdod) in their rocket and mortar attacks on Israel during the period relevant to this Expert Opinion and to the present day.

273.   Indicators of Iran's central role in smuggling weaponry to the Gaza Strip, including Grad rockets, can be found in public statements. Such statements were openly

---

[218] For a breakdown of weapons routes, see the above review of the Israel Security Agency. The smuggling route from Sudan through the Sinai to the Gaza Strip was thwarted many times by air attacks on weapons caravans along the route which are attributed to Israel and which were widely publicized in the global media.

[219] See the publication of Israel's Foreign Ministry about the vessel Victoria, which came from the port of Latakia in Syria, and the weapons of Iranian origin that were found on board. http://bit.ly/2iaIysy. Many media reports also note the use made of the Iran-Syria-Gaza Strip route. See for example: http://www.ynet.co.il/articles/0,7340,L-4042677,00.html.

made by senior Iranian officials and senior members of the Islamic terrorist organizations immediately after Operation Pillar of Defense ended in November 2012 (during this operation the Parnass family home was hit).

274. For example, soon after Operation Pillar of Defense was over, several senior Iranian leaders and other leaders of the Islamic terror organizations in the Gaza Strip made the Iranian aid public. The commander of the Iranian Revolutionary Guards, General Muhammad Ali Jafari and Iranian Parliament Speaker Ali Larijani both spoke of the broad support Iran had given to the "Resistance" in the Gaza Strip (meaning the terrorist organizations in Gaza), specifically mentioning the missiles that were used to attack Israeli cities.[220]

275. Mahmoud a-Zahhar, a senior Hamas official, also said in November 2012 (when Operation Pillar of Defense was over) that the rockets fired from Gaza into Israel during the eight days of fighting were of Iranian origin. He stressed that Iran had supported Hamas with money and weapons, without attaching any conditions whatsoever to the aid, except that these means be used "to free Palestine"[221] (according to the terminology used by Iran and the Islamic terrorist organizations, this concept means the destruction of the State of Israel).

276. Senior members of Palestinian Islamic Jihad were even more forceful, praising Iran extensively for the military aid it supplied the Islamic organizations, noting that the source of the weapons they used during Operation Pillar of Defense, including rockets, was

---

[220] See the statements made by the two in November 2012 regarding Iran's role in transferring know-how regarding the production of rockets that were fired at Tel Aviv. http://bit.ly/2yXSakK.

[221] See what Mahmoud a-Zahhar said in the PalToday website. He said these things during a procession of the Izz a-Din al-Qassam Brigades, while dressed in the Brigades' uniform. http://bit.ly/2zInD7I.

either Iranian or based on Iranian know-how that enabled them to produce them in the Gaza Strip.

277.   Based on the fact that it is mainly Iran[222] (sometimes with Syria's help) that provided Grad rockets to Hamas and Palestinian Islamic Jihad in the Gaza Strip in the years preceding the firing of the rockets toward the house in Timorim and on the synagogue in Ashdod, I conclude that there is a high likelihood that the source of the Grad rockets that are at the heart of the lawsuits under discussion here is Iranian smuggling into the Gaza Strip, with the express intention that Palestinian terrorist organizations use them against the citizens of the State of Israel, and as part of the official and declared Iranian desire to damage the state of Israel and destroy it.

## F Injury to Plaintiff Brauner—rocket hitting the Ashdod synagogue

### i.  Description of the attack

278.   On August 19, 2011, a barrage of Grad rockets fired from the Gaza Strip fell in the city of Ashdod (at 1 Rabbi Tarfon Street), next to one of the city's synagogues,[223] and

---

[222] On a small-scale, "private" smugglers were also paid to smuggle Grad-type rocket into the Gaza Strip from arms stockpiles looted from Libya after the collapse of the regime of Libyan ruler Muammar Qaddafi in 2011. Several such smuggling operations were thwarted by Egyptian army soldiers. However, as far as we know, most of the missiles smuggled from Libya found their way to global jihad organizations in the Sinai Peninsula and the Gaza Strip, and the number of Grad missiles that came from this source to Hamas and Islamic Jihad was negligible.

[223] On this issue, see police file 340904/2011 (Confirmation of the Notification of Injury Resulting from an Act of Hostility Against Israel) that was given to Mr. Brauner, confirming that he was wounded by a Grad rocket shrapnel, as well as a document of the Israel Police National Headquarters, Patrol and Security Division, Bomb Disposal Branch, Bomb Disposal Laboratories Department, from February 23, 2017.

Regarding the rocket barrage on Israel and the Grad missile hit on the synagogue, see: August 21, 2011 statement of the IDF spokesman: http://bit.ly/2zUn1yS; as well as the August

caused damage to both person and property. As a result of this barrage, the plaintiff in this case, Mr. Shmuel Zev Shimon Brauner, was seriously injured by rocket shrapnel.[224] This rocket fire on August 19, 2011 was part of a terror attack that was directed toward the State of Israel from the Gaza Strip, an area completely controlled by Hamas.

279.   The rocket barrage, began on August 18, 2011. This followed a serious terrorist attack that occurred north of the city of Eilat, during which eight civilians were killed and dozens of others injured. The terrorists, who penetrated from the Sinai Peninsula, belonged to a Palestinian terrorist organization called The Popular Resistance Committees,[225] whose headquarters are in Gaza. These two terror attacks targeted a number of military and civilian targets at once.

280.   In reaction to this attack, the IDF hit the house in Rafah that was used as the headquarters of the Popular Resistance Committees and killed Kamal a-Nayrab, the commander of one of the organization's factions (The a-Naser Salah a-Din Battalions), two

---

25, 2011 publication of the Israeli Foreign Ministry: ISRAEL UNDER FIRE-AUGUST 2011, http://bit.ly/2hr1vGG.

These two documents contain pictures that clearly show the damage the Grad rockets caused the synagogue near which Mr. Brauner was injured.

[224] Regarding the terrorist attack and its results, see the August 23, 2011 review of the Meir Amit Intelligence and Terrorism Information Center, in the Israel Intelligence Heritage & Commemoration Center: http://www.terrorism-info.org.il/data/pdf/PDF_11_183_2.pdf

And see as well the August 19, 2011 statement of the IDF spokesman: https://www.idfblog.com/2011/08/19/fallen-soldier-and-dozens-injured-in-multi-pronged-terror-attack/; and the August 25, 2011 statement of the Israeli Foreign Ministry: http://bit.ly/2hr1vGG.

[225] See further for information regarding the Popular Resistance Committees.

The Popular Resistance Committees' responsibility for this terror attack was mentioned in the website of Israel's Foreign Ministry:

http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Popular_Resistance_Committees-Aug_2011.aspx

other senior officials, and two operatives. In reaction, several terrorist organizations in the Gaza Strip, following the Popular Resistance Committees' lead, began firing a barrage of rockets onto Israel. In the four days between the 18th and 22nd of August (when the first ceasefire in this round of fire came into effect), over 100 rockets were fired from the Gaza Strip toward Israel.[226] One of these rockets fell on August 19, 2011 near the synagogue in Ashdod injuring, among others, the plaintiff in this case Mr. Shmuel Brauner. In addition to rockets, mortar shells were also fired toward Israeli communities near the border of the Gaza Strip.

### ii.       The Popular Resistance Committees organization and its interactions with Hamas

**281.**   The Popular Resistance Committees (Arabic: Lijān al-Muqāwama al-Sha'biyya) is a Palestinian terrorist organization that was established at the end of 2000 and is centered and headquartered in the Gaza Strip. The organization has no social infrastructure and no clear ideological doctrine except to support the path of terrorism as a means of eliminating the State of Israel.

**282.**   The organization is not a homogenous one; practically speaking, it is an umbrella organization for three main factions. Two of the factions are close to Hamas and work in coordination and cooperation with it: One is The a-Naser Salah a-Din Battalions and the

---

[226] According to the Israel Security Agency's review, there were 134 Gaza-based rocket and mortar shell launchings during August 2011 (in comparison with 20 incidents in the previous month).

https://www.shabak.gov.il/SiteCollectionImages/english/TerrorInfo/reports/aug11report-en.pdf

See also the review of The Meir Amit Intelligence and Terrorism Information Center.
http://www.terrorism-info.org.il/data/pdf/PDF_11_183_2.pdf

second one is the a-Naser Salah a-Din Brigades. The former, led by Kamal a-Nayrab, was identified by the IDF as the perpetrator of the attack at the heart of Mr. Brauner's lawsuit. The third faction is called the Army of Islam, a group that is identified with global Jihad. This faction took a more independent path that differed from the other two.

283.   For our purpose, it is important to note that the Popular Resistance Committees adopted radical Islamist symbols and terminologies that are similar to those of Hezbollah and Hamas. Two of the organization's factions have acted, and sometimes still do act, as sub-contractors of Hamas for the purpose of carrying out terrorist attacks during periods in which Hamas, for its own reasons, seeks to maintain terrorist activity from the Gaza Strip but prefers not to take direct responsibility for its occurrence.

284.   In 2006, after the establishment of the Hamas government, one of the founders and commanders of the Popular Resistance Committees, Jamal Abu Samhadana, was appointed by Hamas to a senior position in the Palestinian Ministry of the Interior as the "Inspector-General of the Ministry of Interior and Police in the Gaza Strip." As part of his duties, he oversaw some of the Palestinian security services in the Gaza Strip. Abu Samhadana was eliminated by the IDF in June 2006. [227]

285.   Abu Yousuf al-Qoqa, who headed the Popular Resistance Committees before the assassination of Abu Samhadana and who was himself killed at the end of March 2006, said

---

[227] Regarding the appointment of Abu Samhadana, secretary-general of the Popular Resistance Committees, to a position in Hamas's Interior Ministry, see: http://bit.ly/2zUVeOC.

The blog affiliated with Hamas glorified Samhadana and depicted him in a sympathetic light on the fourth anniversary of his death: http://bit.ly/2yBnyRK. Upon the death of its secretary-general, Abu Samhadana, the Popular Resistance Committees published a eulogy in his memory on June 9, 2006: http://bit.ly/2jmJhu3.

The Popular Resistance Committees' website reported on Samhadana's life, terrorist activity and death on the fifth anniversary of his death: http://bit.ly/2idcC6R.

in an interview (published in the Popular Resistance Committees' website in April 2006 after his death) that the Popular Resistance Committees are "fully coordinated" with Hamas, aided by Hamas on the practical level, support  Hamas politically, and identify with its ideological Islamic messages."[228]

286.   The IDF also considers the organization as one that is supported and funded by Hamas and Iran.[229]

287.   After Operation Cast Lead,[230] Hamas adopted a policy of restraint regarding terrorist attacks and high-trajectory fire to enable the rehabilitation and improvement of its terror infrastructure that had been severely damaged. At the same time, the organization continued carrying out terrorist attacks through other organizations like the Popular Resistance Committees. During this period, solely for appearance's sake, Hamas's security forces acted weakly against the Popular Resistance Committees. More than once it was Hamas activists, who ordered the Popular Resistance Committees to carry out terrorist attacks.

288.   Hamas therefore gave a green light to the factions of the Popular Resistance Committees to carry out terrorist attacks when it wasn't interested in bearing responsibility for the consequences of those actions, whether for fear of an Israeli response or due to internal Palestinian and Arab reasons.

---

[228] http://bit.ly/2hsHIXb

[229] According to the website of Israel's Foreign Ministry, the Popular Resistance Committees coordinates its activity with Iran and Hizbollah. The site also says that Hamas directly supports this organization, which it sees as a means of continuing the struggle against Israel, lets it act independently, and is even involved in its funding and in training its operatives. http://bit.ly/2ADCEa3.

[230] A large-scale operation by the IDF to damage the terrorist infrastructure in the Gaza Strip, which began on December 27, 2008 and ended on January 18, 2009.

289.   The modus operandi of some of the Popular Resistance Committees' activities is also very similar to the modus operandi of Hamas, especially with regard to activity stemming from the Sinai Peninsula. Among other things, this activity is intended to try and blur the connection between the perpetrators of the attacks and the Gaza Strip. The August 18, 2011 attack of the Popular Resistance Committees, which preceded the barrage mentioned in this lawsuit, bore all the hallmarks of this strategy.

290.   A famous joint operation of the Popular Resistance Committees and Hamas was the abduction of Corporal Gilad Shalit on June 25, 2006. A significant number of other joint operations were carried out in conjunction with Hamas's operational terrorist wing, in coordination with Hamas, and with its backing.[231]

291.   In an interview given in March 2012 by Abu Mujahid, spokesman for the Popular Resistance Committees, he confirmed that the Hamas government in Gaza did not deprive them of the freedom to resist what he called "aggression."[232]

---

[231] For more about the Popular Resistance Committees, see: http://www.terrorism-info.org.il/en/article/17863

And see as well: http://www.israeldefense.co.il/en/content/popular-resistance-committees

And see Dahuah-Halevi's article, "Terrorist Attack Sponsored by Hamas and Using the Methods of al-Qaeda," which was written for the Jerusalem Center for Public Affairs: http://bit.ly/2iSKKV4.

And in the website of the Reut Institute, which focuses on strategic thinking with regard to national security issues. http://www.reut-institute.org/en/Publication.aspx?PublicationId=1235

In interviews with Samhadana, one of the organization's founders, he used radical Islamist and anti-Western language to justify the actions of his organization (see the Reut Institute site above), as well as: http://wapo.st/2mndOZZ.

[232] http://bit.ly/2zVN60f. See the video clip that was issued under the auspices of the IDF Spokesman's Office: https://www.youtube.com/watch?v=y7A5DD0lwg0

### iii.　　　Identity of those who fired the rockets on Ashdod—information from the media

292.　The fact that during the terrorist organizations' rocket barrage from the Gaza Strip toward Israel that began on August 18, 2011, over 100 rockets were fired, as well as the fact that they were fired almost concurrently throughout the attack—and by various terrorist elements that weren't always coordinated with each other—prevented the Palestinians themselves from always being able to identify which specific terrorist organization fired a particular rocket at a particular time. The issue was obscured more than once.

293.　There was  more than one organization to which responsibility was attributed in the case of the Grad rocket that fell on the Ashdod synagogue on August 18, 2011. This was especially the case since it was considered a success for the one who fired the rocket—that is, a direct hit on the synagogue that caused extensive damage to property and people, and that received wide coverage in the media and on the internet.[233]

294.　Among those who claimed responsibility for the rocket attacks on Ashdod, whether explicitly or implicitly, were: the Popular Resistance Committees—The a-Naser Salah a-Din Battalions faction; and the Martyr Abdallah Azzam Brigades, which is an Al-Qaeda affiliated global Jihad organization.[234]

---

[233] See for example: http://bit.ly/2iddOqW; http://bit.ly/2ACcyEE

[234] Regarding the Abdallah Azzam Brigades claiming responsibility, see: http://www.maannews.net/Content.aspx?id=414331; as well as: http://bit.ly/2zDUBbj.

This link also mentions the firing of Grad-type rocket (on Ashkelon) by the A-Naser Salah al-Din Battalions faction of the Popular Resistance Committees.

### *iv.* *Summary and Conclusions With Respect to Plaintiff Brauner*

**295.**   The Hamas organization is the one responsible for the firing of the Grad rockets toward the Ashdod synagogue, and for the injuries one of the missiles caused the plaintiff in this lawsuit.

**296.**   I determine this based on the following working assumptions:

- The rocket barrage that was directed at civilians and communities in the State of Israel, that began on August 18, 2011 and continued for approximately one week, was carried out with the full agreement of the Hamas organization. In fact, Hamas gave a green light to other terrorist organizations in the Gaza Strip in general, and to the Popular Resistance Committees in particular, to fire dozens of rockets at civilian targets within the boundaries of the State of Israel. During this period and to this day, Hamas was—and still is—the only authority in sole and effective control of everything that happens within the Gaza Strip. Hamas enforced its directives and authority over its activists and over the other terrorist organizations strictly, effectively, and aggressively, in such a manner that any firing began or ended on its orders. This principle has proven itself over the years since Hamas gained control of the Gaza Strip in June 2007, through the relevant period—August 2011—and up to the present day.

**297.**   Therefore, the identity of the organization that fired the above mentioned rocket is irrelevant, since the terrorist organizations that operated in the Gaza Strip at the time complied with the instructions and obeyed the authority of Hamas in every way regarding the policy of launching rockets into Israel.

**298.**   There is also very high probability that the Grad rockets, which are standard rockets manufactured outside the Gaza Strip, were smuggled in to it by Iran for the use of terrorist organizations against the State of Israel. Iran was the primary weapons supplier of Grad rockets to Gaza's terrorist organizations, both during this period and prior to it.

**299.**   Therefore, in my professional opinion, Iran is responsible for the damage caused by the rockets, as well as for the injuries sustained by the Plaintiff in this case, Mr. Brauner.

**G.      Parnass—(A rocket on a house in Moshav Timorim)**

*i. Description of the terror attack*

**300.**   On November 21, 2012 at 10:18 a.m.,[235] a rocket fell near houses in Moshav

Timorim, a community in the Be'er Tuvia Regional Council.[236] The rocket caused heavy

damage to a number of houses[237] and especially to the house of the plaintiff in this case,

Daniella Schwadron Parnass. She and her family also suffered emotional shock as a result of

the incident.

**301.**   According to the report of the bomb-disposal expert, who arrived at the site a

short time after the incident, the attack involved a 122mm Grad rocket. This rocket was part

of a rocket onslaught perpetrated by terrorists and aimed toward the State of Israel from the

Hamas-controlled Gaza Strip. This particular incident occurred on the last day of Operation

Pillar of Defense, a military operation carried out by the IDF in the Gaza Strip which

---

[235] See police case Event Particulars (EP) 506817/2012, police action report 03-006-0043-01, missile/missiles launch, signed by Senior Staff Sergeant Major Meir Azulai of the Lachish Station from November 21, 2012. See also police action report 03-006-0043-03 from November 21, 2012, which is the report of Senior Staff Sergeant Major Shalom Ron from the Lachish station, the bomb-disposal expert who handled the case of the missile landing. Both reports determine that the missile fell at 10:18:12 a.m.

See also the February 23, 2017 report of the Bomb Disposal Branch of the Israel Police, "The Fall of a Rocket in Moshav Timorim on 21/11/2012."

[236] Timorim is a community on the southern coastal strip of the State of Israel. It is part of the Be'er Tuvia Regional Council and is located north-west of the town of Kiryat Gat and south-east of the city of Ashdod.

[237] Regarding the heavy damage to property, see the statements to the police by four Timorim residents whose property was damaged as a result of the missile: Schwadron Parnass, Daniela; Schreiber, Eric; Oshrovitch, Yoav; and Zionit Herzl. See also police action reports 03-006-0043-01 and 03-006-0043-03. Both reports describe the incident from shortly after the missile fell and report heavy damage to the houses. One of the reports specifies that a fire broke out in one of the houses as a result of the missile, and one victim—the plaintiff in this case—was treated for shock by first-aid personnel.

commenced on November 14, 2012 and terminated on the night of November 21, 2012. During this period, approximately 1,500 rockets [238] (the "Shin Bet"—Israel Security Agency—estimated 1,667 rockets)[239] were fired from the Gaza Strip toward civilian targets within the territory of the State of Israel.

302.   Hamas initiated this round of rocket attacks against the State of Israel after Israel eliminated Ahmad Ja'abri,[240] the head of Hamas's operational terrorist wing. Ja'abri was not only commonly referred to as "Hamas's Chief of Staff," he was also responsible for hundreds of terrorist attacks against civilians, claiming the lives of many victims.

---

[238]These are the numbers that appeared in the media and have been attributed to the IDF. http://bit.ly/2hrtSoj; and also: http://bit.ly/2hqUlCp.

[239] See the Israel Security Agency's review regarding Operation Pillar of Defense (Hebrew): https://www.shabak.gov.il/publications/Pages/study/OperationPillarofDefense.aspx

[240] Ahmad Sa'id al-Ja'abri, 1960-2012, born in the Gaza Strip, was the head of the operational terrorist wing of Hamas in the Gaza Strip. He joined Hamas shortly after it was established, at the end of the 1980's. From 1982 to 1995 he served a prison sentence in an Israeli prison for terrorist activity. In addition to his terrorist activities, he was also active in financing terrorism and enabled the flow of terrorist money to terrorists and their families through Hamas's charitable society, A-Nour.

As noted, Al-Ja'abri was one of Hamas's most senior terrorists. Already in August 2004, Israel tried to assassinate him, but failed. In May and June of 2007, he headed the Hamas campaign waged against the Palestinian Authority forces in Gaza, at the end of which Hamas took total control of the Gaza Strip. Between December 27, 2008 and January 18, 2009, he headed the Hamas military campaign against Israel (the operation was named Operation Cast Lead). From then and until his death, he oversaw the rebuilding and restoration of Hamas's operational terrorist wing.

On November 14, 2012, he was eliminated by Israel. His elimination was the spark that initiated the missile terror attack on Israel that led to Operation Pillar of Defense, on the last day of which the plaintiff's house was hit by a missile launched from the Gaza Strip.

For further information about Ahmad al-Ja'abri, see: Guy Aviad, *Hamas Lexicon (Hebrew),* Modan Publishers, 2014, pp. 89-91. Also see Michael Milstein, *The Green Revolution, The Social Profile of Hamas (Hebrew),* Moshe Dayan Center for Middle Eastern and African History, Tel Aviv University, 2007, page 163.

### *ii. Identity of those who fired the rocket on Timorim—information from the media*

**303.**  During the seven days of Operation Pillar of Defense,' hundreds of rockets were fired into Israel[241] by various terrorist organizations that did not always coordinate with one another. This led to a situation in which not even the Palestinians themselves were able to pinpoint which specific terrorist organization had launched a specific rocket at a specific moment of time.

**304.**  The launch of the Grad-type rocket that fell on the Parnass house in Timorim, was  attributed to more than one organization. This was due to the fact that the launch was a direct hit that not only caused extensive damage but was filmed by the media. It would therefore be hailed as a triumph for the organization that had launched the rocket.

**305.**  For example, news reports were published on websites stating that the Grad-type rocket that had been fired at the house in Timorim on November 21, 2012 had been launched by the Izz a-Din al-Qassam Brigades (the operational terrorist wing of Hamas). Other sites implied that the rocket had been launched by activists of the Popular Front for the Liberation of Palestine,' who were also firing toward the communities in the Be'er Tuvia Regional Council on November 21[242].

---

[241] According to some reports, on November 21, the day that the house in Timorim was hit, over 100 missiles were fired into Israel. See for example: http://bit.ly/2idJmx0.

[242] For example: http://bit.ly/2zE2Cx9.

On November 21, 2012, a post on a Facebook page noted the following: "The media of the Israeli enemy has admitted injuries to settlers after the Resistance attacked the settlement of Be'er Tuvia, (my emphasis of the word "Resistance" implies that this is the responsibility of Hamas, which is called the Islamic Resistance Movement) and admitted to the killing 19 Israelis, including 10 soldiers, and the injury of 653 since the beginning of Israeli aggression against Gaza." http://bit.ly/2hoHm47.

**306.** It is my conclusion, however, that this massive rocket attack on civilian Israeli communities from November 14 until the night of November 21, 2012 when the ceasefire went into effect was carried out mainly by the operational terrorist wing of Hamas in cooperation with other terrorist organizations. These rocket attacks were the direct result of, and in response to, decisions and directives issued by the Hamas leadership, who fully controlled (and still controls) the Gaza Strip.[243] Therefore, whether the rocket was fired by the operational terrorist wing of Hamas or by another terrorist organization in the Gaza Strip, Hamas's responsibility for the attack is not contested.

### iii.        *Summary and conclusions*

**307.** The Hamas organization is responsible for firing the Grad-type rocket at the community of Timorim and for the damages caused to the Parnass plaintiffs in this lawsuit. I determine this based on the following working assumptions:

---

The following, from a November 23, 2012 article on a Polish-language website about the situation in Israel after Operation Pillar of Defense, shows the house of the Parnass family in Timorim as an example of damage caused by the attack. The story attributes the attack on the house to Hamas. See:

In Polish: *Izraelski dom zniszczony rakietami Hamasu w miescie Timorim, niedaleko Ashdod*. In English: Israeli house in Timorim, close to Ashdod, destroyed by Hamas rockets. http://bit.ly/2yXYkSb.

Several other websites implied that the specific Grad rocket that hit the house in Be'er Tuvia might have been launched by the Abu Ali Mustafa Brigades of the Popular Front for the Liberation of Palestine, which had also fired Grad-type rocket into communities in the Be'er Tuvia Regional Council. http://bit.ly/2mr6BIv.

[243] About two months after Operation Pillar of Defense, researcher and Intelligence Officer Jonathan Dahuah-Halevi wrote the following: "The current reality teaches that the launching of rockets is totally within the hands of the Hamas Government, even if the activists launching the rockets and missiles belong to another organization. Hamas has absolute control of the security in the Gaza Strip, and it is in its power to enforce a total ceasefire…. The discipline of the Hamas Government is rigorously enforced." http://bit.ly/2zDCoL1.

- The rocket attack against civilians and communities in the State of Israel between the 14th and 21st of November 2012 was initiated by Hamas, and also managed and controlled by Hamas. Hamas was then, and still is, the dominant and effective body for enforcement in all that occurs within the territory of the Gaza Strip, and it enforces its directives and authority over its activists and other terrorist organizations, effectively, firmly, and aggressively. This effectively means that any firing began or ended on its orders. This principle has proven itself over the years since the Hamas takeover of Gaza in June 2007, through the relevant period— November 2012—and up to the present.

**308.** In my expert opinion, identifying the specific organization that actually launched the rocket in question is irrelevant, since the terrorist organizations operating in the Gaza Strip acquiesced to the instructions and authority of Hamas concerning the policy of launching rockets into Israel in every way. That said, however, it is highly likely that it was the operational terrorist wing of Hamas that launched the rocket in question. In addition, as previously stated, Iran was the main weapons supplier to the Gaza Strip prior to and during the relevant time period. In my opinion, there is a high degree of probability that the Grad rocket, which is a standard rocket manufactured outside of Gaza, was smuggled by Iran into the Gaza Strip for the use of terrorist organizations, including Hamas, against the State of Israel. Accordingly, it is my expert opinion that Iran is responsible for the damages caused by the rocket which hit the house of the Parnass plaintiffs.

## V. PALESTINE ISLAMIC JIHAD GENERAL BACKGROUND

**309.** The "Islamic Jihad Movement in Palestine" (also known as "Palestinian Islamic Jihad" or PIJ) is one of the most extreme Islamic terror organizations among those active in the Palestinian arena[244]. The organization was founded in 1981 by two Islamic activists from

---

[244] See a report issued by the US Department of State in 2015

the Gaza Strip: Dr. Fathi Abd al-Aziz Shiqaqi of Rafah[245] and Sheikh Abd al-Aziz Awda, a preacher from the Jabaliyah Refugee Camp. Since the end of the 1970s, a number of organizations and factions named "Islamic Jihad" have operated in the Palestinian arena, and some even integrated themselves into the Fatah movement in one way or another, but the most dominant independent organization among all the "Islamic Jihad" factions has been the "Palestinian Islamic Jihad" (PIJ), headed by Fathi Shiqaqi and, since his death in 1995, by Dr. Ramadan Shalah. [246]

> **310.** Both Awda and Shalah appear in the "Most Wanted Terrorists" list of the FBI[247].

> **311.** The "Palestinian Islamic Jihad" was classed as a Foreign Terrorist Organization (FTO) by the US State Department in 1997[248].

---

https://www.ecoi.net/local_link/324941/451095_en.html

[245] Meir Litvak, "The Palestinian Islamic Jihad: Background Information", Moshe Dayan Center for Middle Eastern and African Studies, 26 February 2003.

Shiqaqi was born in the Rafah Refugee Camp in 1951. He studied at Birzeit University and completed his studies in Cairo. In 1981, he returned to the Gaza Strip after being sought by the Egyptian security services on suspicion of ties with Islamist elements. He was assassinated in 1995 in Malta. Shaul Bartal, *Derekh Jihad B'Falestin* ("The Way of Jihad in Palestine"); Jerusalem, Carmel Publishing House, 2012, pp. 101–102.

[246] *"Irgunei terror hanilkhamim b'Yisrael"* ("Terror Organizations Fighting Israel"); the Knesset: Research and Information Center; September 2004; pp. 24–27; hereafter, "The Knesset" (available for viewing on the Knesset website, at https://www.knesset.gov.il/mmm/data/pdf/m01048.pdf ). Among all the "Islamic Jihad" factions active in the 1980s, only the "Palestinian Islamic Jihad" (PIJ), led by Fathi Shiqaqi, remained active in the 21st century. The other factions ceased operations in the 1990s. Bartal, *Derekh Jihad B'Falestin*, p. 99. Regarding the "Islamic Jihad" factions, Guy Bechor, *"Lexicon Ashaf, Anashim, Irgunim, Eruim"* ("A PLO Lexicon: People, Organizations, Events"); Israel Ministry of Defense, entry *"(Ha)Jihad (Ha)Islami,"* pp. 74–75.

[247] Ramadan Shalah: https://www.fbi.gov/wanted/wanted_terrorists/ramadan-abdullah-mohammad-shallah 'Abd al-'Aziz Awda: https://www.fbi.gov/wanted/wanted_terrorists/abd-al-aziz-awda

[248] https://www.state.gov/j/ct/rls/other/des/123085.htm

**312.** PIJ is organized into two principal commands: The senior command resides in Damascus which   is the organization's principal headquarters, and is headed by the abovementioned Ramadan Shalah. This command has representatives in Lebanon, Iran, and Sudan. Alongside the senior command operates the command of the "territories", headed by senior figures from Gaza and from the West Bank, who live in the territories of the Palestinian Authority. [249]

**313.**   Under those commands, the organization deploys two branches: The central force is the *Sarayat al-Quds* (the "Al-Quds Brigades" or "Jerusalem Brigades"), which constitute its terrorist wing.[250] Alongside the terrorist wing, a civilian infrastructure operates on a small scale.

**314.** PIJ has adopted an extreme fundamentalist Sunni ideology from the Muslim Brotherhood school aiming for the immediate liberation of all of Palestine by means of *jihad* (holy war) and establishment of a Muslim Palestinian state. The organization does not acknowledge the possibility  of any Jewish presence in Palestine, not within the 1967 lines and not within the 1948 lines.  It rejects any accommodation with Israel.[251] Because of its

---

[249] The Knesset, ibid.

[250] Lior Tabansky, *"HaMaavak baterror b'eidan hameida"* ("The battle against terror in the information age"), position paper, Faculty of Social Sciences, School of Government and Policy, Tel Aviv University, May 2007.
https://en-social-sciences.tau.ac.il/sites/socsci-english.tau.ac.il/files/media_server/government/pdf/suicide_terror.pdf

[251] See the footnote in the section devoted to PIJ on the Meir Amit Intelligence and Terrorism Information Center website: http://bit.ly/2AC5bNo.

opposition to the Oslo Accords, PIJ boycotted the elections to the Palestinian Legislative Council that took place in 1996 and in 2006.[252]

**315.**   Thus, PIJ  is a relatively small Islamic organization (in comparison to Hamas, for example), whose chief guiding belief assumes that the Palestinian problem is the top problem of the Islamic movement.[253] Accordingly, the organization has dedicated itself to the violent struggle against Israel, focusing  its activities  on anti-Israeli terror. PIJ conducts social welfare activity among the Palestinian population on a scale that is small when compared against Hamas, and it invests most of its efforts in terror activities. Fathi Shiqaqi himself is considered by many to be the ideological father of the suicide attacks from Islamic terror organizations. He was one of the first to distinguish between "suicide" in the negative sense *(intihar),* which is religiously forbidden, and self-sacrifice in the divine cause *(istishhad).* Whoever chooses *istishhad,* according to Shiqaqi, is serving God's will.[254] Over the years, the organization's oxygen has come from Iran and Syria. They are plainly its patrons in all respects for funding; for their supply of weaponry, equipment, and training; and for diplomatic sponsorship and support.

---

[252] Survey by the Council on Foreign Relations, http://www.cfr.org/israel/palestinian-islamic-jihad/p15984 ;
Litvak: http://bit.ly/2ACJRYf.

[253] Anat Kurz (ed.), *"Terror Islami v'Yisrael: Hezbollah, Jihad Islami Palestini, Hamas,"* ("Islamic Terrorism and Israel: Hezbullah, Palestinian Islamic Jihad and Hamas"), Tel Aviv, JCSS—Jaffee Center for Strategic Studies—Tel Aviv University, 1994, p. 119.

[254] Per traditional Islamic law, a believer is forbidden to commit suicide because he received his life from God and therefore lacks the authority to decide when to end his life. A survey by Alon Levin and Yuval Bustan from April 20, 2006: http://bit.ly/2moDxRG.

**A.      Yehuda Glick: October 29, 2014 , Seriously injured in an attempted assassination**

### i.  Description of the Attack

**316.**   On October 29, 2014, at approximately 10:00 p.m., an armed terrorist attempted to assassinate Yehuda Glick by opening fire on him  as he was exiting the Menachem Begin Heritage Center in   Jerusalem .The terrorist, Mu'taz Ibrahim Khalil Hijazi,[255] fired several shots at close range , causing Mr. Glick very severe injuries. After the shooting attack, the terrorist fled the scene on a scooter. The assassination attempt was caught on surveillance cameras located at the scene of the attack.[256]

**317.**   Yehuda Glick is a known public activist whose activities aim to encourage Jews to visit the Temple Mount, and to realize the rights of all religions to pray at the Temple Mount.[257] On the day of the attack, Glick attended a conference he had organized on behalf of the Temple Mount Heritage Foundation at the Menachem Begin Heritage Center.[258]

---

[255] The terrorist's photo was identified by Yehuda Glick during a police lineup, which was held by a policeman on 27 November 2014.

[256] The unfolding of the attack was described in two cases in the Jerusalem Magistrate Court (Retrieval of Seized Property case number 22717-01-16 *Hijazi vs. State of Israel*; and Order-Other case number 11824-12-14 *State of Israel vs. Hijazi*), as well as in a letter sent by the Military Advocate General to Attorney Habib who represented the family, which also refers to the fact that the attack was caught on surveillance cameras. An Israel Police memorandum from 3 November 2014 also mentions a hard disk containing this footage.

For further information about this matter, see this review by the Meir Amit Intelligence and Terrorism Information Center: http://bit.ly/2jn9itn.

[257] Most Muslim influential forces in the Palestinian territories and around the world consider Jewish prayers on Temple Mount a threat to the Muslim hegemony over the site. They interpret this as a Jewish attempt to take control over Temple Mount, destroy the mosques there, and build the Jewish temple on their ruins.

[258] See in this context Yehuda Glick's statement to the police on 27 November 2014.

**318.** The terrorist, Mu'taz Hijazi, was employed at the Menachem Begin Heritage Center as an assistant chef, and was working there on the evening the conference was held.[259]

**319.** That evening, the terrorist asked to finish working earlier than usual. He was seen on the surveillance cameras leaving the Center at 9:37 pm holding a white helmet as he was walking towards the scooter on which he arrived to work. Half an hour later, he was seen arriving at the Center's courtyard, riding his scooter.[260]

**320.** When the conference ended, Glick exited the Center and turned to his car, accompanied by several people. The terrorist, who had previously arrived at the Menachem Begin Heritage Center's parking lot on the scooter, met Glick near his car, spoke to him, and immediately afterwards shot him with his gun several times, severely injuring him.[261] Glick was evacuated in critical condition to the hospital where he fought for his life for several days. Testimony by Glick and several eye-witnesses clearly indicate that the terrorist identified Glick as the target he wished to shoot, and that he even stated the reason behind the

---

[259] Written in the Jerusalem Magistrate Court decision in Retrieval of Seized Property case number 22717-01-16 *Hijazi vs. State of Israel* and in Order-Other case number 11824-12-14 *State of Israel vs. Hijazi*

[260] This description, including the fact that the attack was caught on surveillance cameras, appears in a letter sent by the Military Advocate General to Attorney Habib.

[261] In his statement to the police on 27 November 2014, Yehuda Glick said that the terrorist told him before shooting him: "I am terribly sorry, but I have no option—you are the enemy of Al-Aqsa." Moriyah Halamish stood beside Glick and witnessed the assassination attempt on his life. During her statement to the police on 29 October 2014, she said the terrorist told Glick, "… Yehuda, you've really angered me…", and then he shot him with his gun. A similar statement concerning the words the terrorist said to Glick seconds before he shot him, was made by Shai Malka during his statement to the police on 29 October 2014.

attempted murder before he had executed his plan. The eye-witnesses that were at the scene confirmed that after the attack the terrorist fled the scene on his scooter.[262]

321.   As mentioned above, the unfolding of the events during the attack was mostly caught on the surveillance cameras located at the Menachem Begin Heritage Center's parking lot.[263]

### ii. Terrorist's capture and killing

322.   The security forces (the Israel Police and the Israel Security Agency) managed to quickly identify the terrorist shooter as Mu'taz Hijazi.

323.   On the morning of October 30, 2014  the security forces received information that the terrorist was at his home in the Abu Thor neighborhood in Jerusalem, and went there to arrest him.[264] The forces arrived at the terrorist's house several hours after the attack, on 30 October 2014, at dawn. The terrorist, who spotted the forces, came out to the roof of his house carrying a gun. He did not obey the policemen's instructions to disarm and surrender himself.  Instead he opened fire.

---

[262] Two eye-witness statements to the police on 29 October 2014. One made by Shai Malka, who said: "The terrorist got on the scooter and fled the scene." The second made by Moriyah Halamish, who also mentioned the fact that the terrorist fled the scene on his scooter.

[263] Israel Police memorandum from 3 November 2014 reviews in detail the disc contacting the footage from the day of the attack.

[264] See two cases in the Jerusalem Magistrate Court: Retrieval of Seized Property case number 22717-01-16 *Hijazi vs. State of Israel*; and Order-Other case number 11824-12-14 *State of Israel vs. Hijazi* - a ruling concerning the family's request to retrieve the terrorist's scooter describes in detail the unfolding of the events, during which the terrorist was killed by the security forces.

**324.** As a result of the exchange of fire, the terrorist Mu'taz Hijazi was killed.[265] The gun he used to shoot the policemen was found next to his body. A ballistic examination of the gun in the Israel Police forensic labs revealed that the same gun was used by Mu'taz Hijazi when he executed the assassination attempt on Yehuda Glick.[266]

**325.** The assassination attempt on Yehuda Glick was a planned, premeditated terrorist attack. The terrorist, Mu'taz Hijazi (who was, as discussed below a Palestinian Islamic Jihad operative) worked in the Menachem Begin Heritage Center. He knew in advance that Yehuda Glick had organized and was attending a conference in the Center. On the evening of October 29, 2014, he left his workplace before the conference concluded, most likely in order to bring the weapon he would use for the assassination attempt. He then ambushed Glick at the parking lot, and before shooting him, he confirmed his identity (see his words to Glick prior to the shooting). Hijazi specifically targeted Glick, who is a symbol of the activity that encourages Jewish visits to the Temple Mount (this occurred at a time, when the matter of Jewish visits and prayers on the Temple Mount was the focal point of the terror wave.).

**326.** The terrorist operated in a calculated manner showing expertise in the operation of the weapon and in the shooting of his victim. First he identified Mr. Glick. Then he shot

---

[265] For further information concerning the attempt to arrest Hijazi, and the fire exchange with the latter, see Actions Reports and a memorandum written by the policemen, who took part in the activity on 30 October 2014. All of them mention that the terrorist fired at the forces.

[266] A memorandum by the Israel Police from 30 October 2014 confirms that the weapon used against Glick at the scene of the attack, was the same weapon that was apprehended in the possession of the terrorist Hijazi. The Military Advocate General sent a letter to attorney Habib, stating: "… The findings of the ballistic examination indicate unequivocally that the bullet casings found at the scene of the attack were fired from the gun found in the possession of the terrorist during the attempt to arrest him.

him twice at point blank range.  After the shooting the terrorist calmly escaped the scene of the attack on his scooter.

327.  In addition, the terrorist revealed his combat skills and self-control when  the security forces  came to arrest him.  He climbed to a tall, vantage point—the house roof— from which he tried to shoot at the forces.

328.  These behavioral characteristics exhibited both during the course of the attack, and the attempt to arrest him, indicate that the terrorist carefully prepared and trained for the attack as well as its aftermath.

329.  In this context I would add that already when Mu'taz Hijazi got out of prison in June 2012 as further discussed below, he was quoted saying that he hoped to become "a bone in the throat of the Jewish plan to Judaize Jerusalem.[267]

### iii.        Profile of the Terrorist, Mu'taz Ibrahim Khalil Hijazi

330.  Mu'taz Hijazi. was born in Jerusalem in 1982 and was a resident of the Abu Thor neighborhood. When he was still a child he immigrated with his family to Abu Dhabi, where his father started working. Hijazi returned with his family to Jerusalem in 1996, and studied electricity in a vocational school.[268]

331.  Mu'taz Hijazi, an operative of the Palestinian Islamic Jihad , began his terrorist activity against Jewish civilians in Jerusalem while studying in the vocational school he attended. He was arrested for the first time in December 2000 and was imprisoned for seven incidents in which he set fire to electrical cabinets in Jerusalem, aiming to cause injury to

---

[267] http://bit.ly/2yXGs9V.

[268] For further personal details about the terrorist see: http://bit.ly/2yXGs9V; and in the website of the operational wing of the Palestinian Islamic Jihad, the Saraya al-Quds: http://bit.ly/2hpDFuI.

property and people. The presiding judge in Mu'taz Hijazi's electrical cabinets' case ruled that "the Defendant's actions were perpetrated for **nationalist reasons**." (emphasis added) For these actions, Hijazi was sentenced to six years in prison, and two years of suspended sentence.[269]

**332.**    Hijazi soon came to be known as a particularly problematic and violent prisoner. In October 2001, while serving his first term in prison, he attacked two prison guards, one after the other, and slashed their faces with a razor blade.[270] The court sentenced him to five additional years in prison.  He was supposed to be released in January 2010. In June 2002, Mu'taz Hijazi poured boiling water on another prisoner, and was transferred to a segregated ward.[271] In November 2003, he attacked another prison guard and sliced his neck. For that assault he was sentenced to four years in prison (of which he would serve two years of consecutive imprisonment) until  June 5, 2012.[272]

**333.**    Hijazi was known to the security forces in Israel as a Palestinian Islamic Jihad operative[273] well before he attempted to  Yehuda Glick. He served a total of approximately 11 years in prison. Already in 2004, a Prison Service officer testified that Hijazi was "a

---

[269] Criminal Case 1267/00.

[270] See request to appeal the Tel-Aviv Jaffa District Court ruling by Honorable Judge Tal from 3 November 2004 in Prisoners' Appeals Petition case number 2617/04. See also the Supreme Court case, Approval to Appeal on Arbitration Verdict case number 1552/05, in front of Honorable Judge Frukacia, *Mu'taz Hijazi vs. State of Israel*, 9 March 2005.

[271] Supreme Court case, Approval to Appeal on Arbitration Verdict case number 1552/05, in front of Honorable Judge Frukacia, *Mu'taz Hijazi vs. State of Israel*, 9 March 2005.

[272] See Supreme Court case, Approval to Appeal on Arbitration case number 1859/122, in front of Honorable Judge Meltzer.

[273] http://bit.ly/2AGRRbd.

violent, unpredictable prisoner, who belongs to the Islamic Jihad organization."[274] It therefore seems that Mu'taz Hijazi joined the ranks of the Islamic Jihad at a relatively early stage of his imprisonment.

**334.**  It is extremely common for prisoners to join terror organizations while serving time in Israeli prisons.. By joining a terror organization in prison, the prisoner gains organizational support for himself and for his family. Most of the security prisoners in the Israeli prisons identify themselves with various terror organizations and are subordinate to the organizations' leaderships within the prisons.

**335.**  Immediately after the assassination attempt on Yehuda Glick, and the killing of Mu'taz Hijazi, media outlets, Internet web sites (including web sites identified with the Palestinian Islamic Jihad), and Palestinian Islamic Jihad senior leaders—all referred to Mu'taz Hijazi as an operative of the Palestinian Islamic Jihad's operational arm, known as the Saraya al-Quds (Al-Quds Brigades).

**336.**  For example, on 31 October 2014 a report was published , stating that the Palestinian Islamic Jihad set up a mourning house in Gaza in memory of Mu'taz Hijazi. He was given titles such as "Shahid al-Quds" ("Martyr of Al-Quds"), which, when written in the context of the opening of a mourning house on behalf of the Palestinian Islamic Jihad, indicates that the organization regards Mu'taz Hijazi as an operative in its operational-terrorist arm, the "Saraya al-Quds", and as an operative in the Palestinian Islamic Jihad.

---

[274] See Supreme Court case, Approval to Appeal on Tel-Aviv District Court ruling in case number 2617/04 on 3 November 2004, given by Honorable Judge Tal. See also Supreme Court case, Approval to Appeal on Arbitration Verdict case number 1552/05, in front of Honorable Judge Frukacia, *Mu'taz Hijazi vs. State of Israel*, 9 March 2005.

Among the photos that accompany a report about the opening of a mourning house, there is also a photo of Khaled al-Batsh, a Palestinian Islamic Jihad senior leader.[275]

337.   The web site http://saraya.ps defines itself as belonging to Saraya al-Quds, the terrorist-operational arm of the Palestinian Islamic Jihad organization. This web site devoted much space to Mu'taz Hijazi, leaving no doubt that Hijazi is considered an operative in the Palestinian Islamic Jihad's terrorist arm.

338.   For instance, following the attack, the web site published a poster,[276] depicting Mu'taz Hijazi with Fathi Shiqaqi,[277] the Palestinian Islamic Jihad's historic leader and founder, in the background. On 4 January 2015, the web site published an article, in which it wrote the following words (making clear it regards Hijazi as a Palestinian Islamic Jihad operative): "Our martyr, the *mujahid*[278] Mu'taz Hijazi, son of Jerusalem, guardian of the will

---

[275] https://paltoday.ps/ar/post/219857

[276] Web site of the Palestinian Islamic Jihad's Saraya al-Quds: http://bit.ly/2hqYAhj.

[277] Fathi Ibrahim Shiqaqi was born in 1951 to a family of refugees. A Gaza resident, he is considered as one of the Palestinian Islamic Jihad's founding fathers. He was the leader of the organization until he was killed on 26 October 1995 in Malta. Foreign sources claimed an Israeli Mossad unit was responsible for his elimination. To this day, Shiqaqi is regarded a central figure, admired by the Palestinian Islamic Jihad operatives. See further information here: *Palestinian Personalities - A Biographic Dictionary*, Dr. Mahdi Abdul Hadi, Passia, 2005, p. 189.

The fact that the assassination attempt on Glick was executed on 29 October, three days after the anniversary of Shiqaqi's death, in my opinion prompted the Palestinian Islamic Jihad to connect the two events through posters depicting Mu'taz Hijazi's image next to Fathi Shiqaqi's, and in statements by one of the organization's leaders, who portrayed Hijazi as Shiqaqi's disciple.

[278] The word "Mujahid" has double-meaning in this context: its meaning is "warrior", but it also insinuates the person's affiliation to the Palestinian Islamic Jihad. This kind of double-meaning in relation to killed terrorists, is common among the various Palestinian terrorist organizations.

of his teacher, martyr Fathi Shiqaqi, on the 19th anniversary (of his demise), has taken revenge of those who tried to harm and befoul the Al-Aqsa Mosque."[279]

**339.**   On 30 October 2014, the day Mu'taz Hijazi was killed, the web site published photos from the confrontation between the terrorist and the security forces on the roof of the building he lived in, and wrote the following:

**340.**   "This morning, Thursday, the Palestinian Islamic Jihad movement announced the death of its martyr, the warrior (*mujahid*) Mu'taz Hijazi, who was killed in the Al-Thawri neighborhood in Jerusalem, after confrontation with the occupation forces. Hijazi is a released prisoner, who was imprisoned for 11 and a half years, of which he spent 10 years in solitary confinement. He was released in 2012. He was arrested in 2000 for his participation in the Intifada activities, and was sentenced to six years in prison. In 2004, he hit a prison guard and injured him, and as a result he was sentenced to four additional years in prison, for his affiliation to the Palestinian Islamic Jihad movement."[280]

**341.**   On  October 31, 2014, the Palestinian Islamic Jihad organized a march in Gaza in support of Jerusalem and Mu'taz Hijazi. The march included the burning of Israeli and American flags.[281]

**342.**   These are only few examples taken from the web site, indicating the affiliation of Mu'taz Hijazi to the Palestinian Islamic Jihad and its operational-terrorist arm, the Saraya al-Quds. His organizational affiliation is mentioned openly and publicly on its website. The

---

[279] http://bit.ly/2hpDFuI.

[280] http://bit.ly/2ibWId2.

[281] On 31 October 2014, the Palestinian Islamic Jihad held a march in the Gaza Strip in support of Jerusalem and the terrorist operative Mu'ataz Hijazi. The marchers walked on the flags of Israel and the United States and afterwards burned them. See Paltoday.ps, 31 October 2014, and: http://bit.ly/2yXGs9V.

statements on this website, the posters and the organization leaders' quotes, which are published in it, leave no doubt as to the organizational affiliation of Mu'taz Hijazi to the Palestinian Islamic Jihad and its operational-terrorist arm, the Saraya al-Quds.

### iv.      The Palestine Islamic Jihad Claims Responsibility for the Assassination Attempt on Yehuda Glick

**343.**   The Palestinian Islamic Jihad claimed responsibility for Mu'taz Hijazi's assassination attempt on Yehuda Glick both through published announcements on its behalf and through statements made by the organization's leaders. The claim of responsibility was made openly and publicly.

**344.**   Already on October 30, 2014, the day Mu'taz Hijazi was killed, an announcement was published on behalf of the Palestinian Islamic Jihad organization, in which it claimed responsibility for the attack.[282] The announcement appeared below the Palestinian Islamic Jihad organization's emblem, as well as its full name in Arabic and English. The announcement included the following statement:

**345.**   "The Palestinian Islamic Jihad announced the death of Martyr Mu'taz Hijazi, who *Istash'hada* [was martyred for the sake of Allah] following a confrontation with the occupation forces, who attacked his house this morning. The occupation forces accused him of executing an assassination attempt on the life of Yehuda Glick, a radical senior leader of the Zionist movement, the Temple Mount Faithful."

**346.**   The announcement further reads: "We, in the Palestinian Islamic Jihad movement, consider our brother, the *mujahid* [see above reference to this term's double meaning] Mu'taz Hijazi, a martyr with Allah, and we state the following:

---

[282] The poster appears here: http://www.gerasanews.com/print/163608.

**347.** "First: Blessed is this *shahda* [martyrdom], which comes after a life full of battle and sacrifice, for it comes in response to the *Maqdasi* duty [double meaning as well: Maqdasi means Jerusalemite, but it also implies an affiliation with the Saraya al-Quds (Al-Quds Brigades) of the Palestinian Islamic Jihad] of defending the Al-Aqsa Mosque.

**348.** "Second: the policy of suppression and terror, executed by the occupation authorities against our people and nation, will not prevent us from continuing walking the path of resistance and jihad, and we shall hunt down all the radical Zionist war criminals… who are planning to destroy the Al-Aqsa Mosque…

**349.** "Third: We call upon our people to continue escalating the *Intifada* and the confrontation with the occupation forces throughout all our conquered lands in the West Bank and the territories of 1948."

**350.** The bottom of the announcement reads as follows: "The Palestinian Islamic Jihad movement, Thursday, 6 Muharram 1439, 30 October 2014."

**351.** In addition to this official announcement, Khaled al-Batsh, a senior Palestinian Islamic Jihad leader, was quoted taking responsibility for the attack on behalf of his organization. During a popular rally in North Gaza in memory of Fathi Shiqaqi, Khaled al-Batsh, a Palestinian Islamic Jihad movement leader, announced that his organization remains faithful to the same path of *Jihad* and resistance, which it chose since its inception. Proof of this is the act of bravery that was executed by the martyr *mujahid* Mu'taz Hijazi in occupied Jerusalem, which targeted the leader of the [Jewish] settlement project in Jerusalem.

**352.** Al-Batsh added that Hijazi's attack was a "natural response of the Islamic Jihad to that which happens in occupied Jerusalem" (here, too, the term Islamic Jihad refers to the Palestinian Islamic Jihad organization).[283]

**353.** Other websites also posted the Palestinian Islamic Jihad's (and the Saraya al-Quds') claim of responsibility for the assassination attempt in Jerusalem. A post in PALDF, a web forum identified with Hamas, included a quote from the statement made by Palestinian Islamic Jihad leader Khaled al-Batsh, in which he claimed responsibility for the attack as well as an announcement on behalf of the Palestinian Islamic Jihad organization, saying:

**354.** "Announcement: The Islamic Jihad movement's leadership will welcome those greeting it **on the death of its son, the martyr** Mu'taz Hijazi, executor of the Jerusalem Operation, tomorrow, after the Noon Prayer, at the Izz al-Din al-Qassam Mosque in Beit Lahiya." (emphasis added)

**355.** The multitude of announcements on behalf of the Palestinian Islamic Jihad through which the organization claimed responsibility for the attack, is a clear and solid indication that the attack, on Yehuda Glick's life, was in fact a terrorist attack by the Palestinian Islamic Jihad, executed by an operative of the organization's terrorist-operational arm.

### *v. Summary and Conclusions*

**356.** It is my professional opinion that the assassination attempt on the life of Mr. Yehuda Glick, on October 29, 2014 in Jerusalem, was an act of terrorism, perpetrated by the

---

[283] http://bit.ly/2iUvS8N. See also a quote from Al-Batsh's statement, which stresses the responsibility taken by the Palestinian Islamic Jihad to the attack: http://tlc-aldirasat.com/arabic/2014/10/31/.

Palestinian Islamic Jihad by Mu'taz Hijazi, an operative of the Palestinian Islamic Jihad's terrorist-operational arm, the Saraya al-Quds.

357. My opinion- that the Palestinian Islamic Jihad was responsible for the attack-, is based on the following:

358. The terrorist, Mu'taz Hijazi,  was affiliated with the Palestinian Islamic Jihad. Hijazi was a released prisoner with a problematic background of vicious violent offenses, who had served a total of more than 11 years in prison.

359. During his imprisonment (at least since 2004), he joined the Palestinian Islamic Jihad, identified himself as a Palestinian Islamic Jihad operative, and even received financial support from the organization. Immediately following the terror attack against Yehuda Glick, websites identified with the Palestinian Islamic Jihad referred to the terrorist, Mu'taz Hijazi, as an operative of the organization's terrorist-operational arm. Palestinian Islamic Jihad senior leaders also stated in public that Mu'taz Hijazi operated in the ranks of the organization.

360. The Palestinian Islamic Jihad organization claimed responsibility for the execution of the terrorist attack against Yehuda Glick. It did so openly and publicly, both by publishing an announcement on its behalf, written beneath the organization's emblem and signed by the organization's full title, and in a statement made by the organization's senior leader, Khaled al-Batsh, who stated during a mass rally in Gaza that the attack was "a natural response of the Islamic Jihad."

361. A web site, which identifying itself as the official site of the Palestinian Islamic Jihad's terrorist-operation arm, the Saraya al-Quds, glorified and praised the act of Mu'taz Hijazi. It stressed more than once that this operation was executed by an operative of the

Palestinian Islamic Jihad, who was acting on the organization's behalf. The web site published posters with Palestinian Islamic Jihad symbols depicting the terrorist alongside the leader and founder of the organization, Fathi Shiqaqi.

362.    The Palestinian Islamic Jihad organization also set up a mourning house in Gaza to welcome "**those greeting it on the death of its martyr son…**". (emphasis added)  By doing so, the organization, once again, publicly acknowledged Hijazi as its operative.

363.    The nature of the terrorist attack and its method of operation both support my conclusion  that this was a planned and organized terrorist attack, which was executed by a trained, composed  terrorist on behalf of the Palestinian Islamic Jihad.

364.    The target of the assassination attempt, Yehuda Glick, was, and still is, the symbol of the   Jewish struggle for rights to freely visit and pray at the Temple Mount. This was  no  indiscriminate  target  or  accidental  victim.  Palestinian  Islamic  Jihad's  public announcements confirm  that the assassination attempt targeted the so-called "head of the settlement project in Jerusalem." Other announcements on the organization's behalf referred to Glick as a person "who plotted the Al-Aqsa Mosque."

365.    The manner in which the assassination attempt was carried out, including Glick's identification by the terrorist prior to the shooting, and the skillful handling of the gun during the attempted murder, reveals that the attack was carefully planned and calmly executed.

366.    The terrorist's behavior later on, as the Israeli security forces tried to capture him, also reveals his expertise,  and prior training.

367.    In conclusion, based on the above, it is my expert opinion that the assassination attempt on the life of Yehuda Glick was a planned, premeditated terrorist attack on behalf of the Palestinian Islamic Jihad organization, which claimed responsibility for the attack. The

attack was executed by the terrorist Mu'taz Hijazi, an operative of the Palestinian Islamic Jihad's operational arm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  February 23, 2018
Jerusalem, Israel

Arieh Dan Spitzen

**EXHIBIT A**

**Curriculum Vitae**

**of**

**Arieh Dan Spitzen**

1. My name is Arieh Dan Spitzen.

2. Until January 1, 2009, I served as the Department Head for Palestinian Affairs and as Advisor for Palestinian Affairs at the office of the Coordinator of Government Activities in the Territories at a rank and position of Colonel.

At the present time I work as a consultant on the Middle East, with an emphasis on Palestinian issues, for private and institutional organizations and research institutes (including academic institutes).

3. In 1976 I graduated with honors from the Department of the History of Islamic Countries and the Department of the History of the Jewish People, both within Jerusalem's Hebrew University.

4. Also in 1976 I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (later to be known as the Civil Administration). I served as head of the Research Section for two years. I was chosen for this position by Professor Amnon Cohen and by Professor Menaham Milson, both of whom served at one time or another as Arab Affairs Advisor in the West Bank.

5. From 1978 to 1981 I served as assistant to Professor Menahem Milson of the Department for Arab Language and Literature and was employed as a researcher-assistant in the Van Leer Jerusalem Institute. At Van Leer I dealt with issues concerning the integration of the Arab population into all levels of Israeli society. At the same time I prepared a scientific research paper about Jerusalem's economy in the 18th century which was based on original documents in Turkish and Arabic that were discovered in the archives of Jerusalem's Muslim Court. In a related effort, I also completed a scientific article - published in the prestigious "Cathedra" magazine - about Jewish endowments in Jerusalem at the end of the 19th Century.

6. From 1981 to 1993 I was Head of the Research Section in the office of the Advisor for Arab Affairs in the West Bank, as well as Deputy Advisor. In these capacities I was involved in researching the socio-economic and political situation of the Palestinian population, while focusing on political and social trends and the prevailing atmosphere. In addition, I prepared – and assisted my subordinates in preparing - hundreds of research papers, staff papers, articles, anthologies, and studies in civilian matters. These were used by the decision-making echelons at the Ministry of Defense, the office of the Coordinator of Government Activities in the Territories, and at the field level of the Central Command.

Almost all of the papers from that period, as well as hundreds of papers written at a later time, were given a security classification. Therefore, they could not be publicly published.

7. Between the years 1993-1996 I participated in the negotiations for the Oslo Accords and was a member of the teams that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

1

8. From 1996 to 1998 I served as Supervisor for

civilian coordination and liaison in the West Bank vis-à-vis the Palestinian Authority's Ministry of Civil Affairs, and other civilian offices.

9. In 1998 I was appointed by the former Chief of Staff of the Israel Defense Forces, Shaul Mofaz, and the Minster of Defense, Yitzhak Mordechai, to serve as Department Head for Palestinian Affairs in the West Bank. I continued in this position until the year 2000, at a rank of Colonel.

10. From 2001-2009 I served as Department Head for Palestinian Affairs in the Administered Territories, and as the Advisor to the Coordinator of Government Activities in the Territories. By virtue of these positions I became the top authority on the socio-economic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, there was some overlap into the military sphere, and to activities connected with terror organizations like Hamas, the Islamic Jihad, the Democratic Front for the Liberation of Palestine, and Global Jihad..

## MEDIA

Because of my unique knowledge of the Palestinian realm, and as a respected authority on the subject, I am frequently asked to provide background information to the media. For the past ten years, and at least once or twice a week, I have been giving both background and in-depth talks to senior Israeli journalists that deal in Palestinian and military issues, along with foreign correspondents of the international media in Israel. In addition, I am a popular commentator for the Israeli Press, which considers me an expert on everything regarding Palestinian affairs, and am often interviewed on Arabic television stations.

## ACADEMIC COUNSEL

I am frequently invited to lecture or participate in panels at symposiums, conferences, seminars, and scientific meetings that take place on behalf of universities and research institutes in Israel.

## APPEARANCE AS AN EXPERT WITNESS IN U.S. COURTS

I have been admitted as an expert witness in three civil terrorism cases in the United States Federal District Court for the Eastern District of New York.

- *Linde et al v. Arab Bank, PLC*, 1:04-cv-02799 (Judge Nina Gershon)

  "Mr. Spitzen's professional experience and independent research qualify him to offer the opinions he provides in this case…. Plaintiffs have established Mr. Spitzen's expertise in all of the areas on which he proposes to testify."

- *Strauss et al v. Credit Lyonnais*, S.A., 1:06-cv-00702 (Judge Dora Irizarry)

  "While there may be legitimate questions as to whether Spitzen's 18–point test demonstrates definitively that the 13 Charities are alter egos under the standard previously discussed (*see supra* § III.B), his methodology is supported sufficiently to be admissible. Spitzen testified that the factors he used in his test are based upon those used by law enforcement authorities and other experts in determining whether an entity is controlled by Hamas, and that his methodology was approved by the Israel Security Agency ("ISA")…" 2013 WL 751283 (E.D.N.Y.) *23.

- *Gill v. Arab Bank PLC*, 1:11-cv-03706 (Judge Jack Weinstein)*"Mr. Spitzen's eighte*en-factor analysis encompasses categories of information generally considered by experts who analyze entities believed to act for terrorist entities. His methodology passes muster under Daubert and Rule 702." *Gill II*, 2012 WL 5177592, at *6.

## APPEARANCE AS AN EXPERT W*ITNESS* IN ISRAELI COURTS

Over the years I have appeared dozens of times in Israeli military and civilian courts, including appearances and/or giving statements to the Supreme Court in a variety of matters that relate to the Palestinian realm. It should be noted that I was a key expert witness in the "Islamic Movement" case in Israel before the District Court in Haifa, in which I gave my opinion regarding the transfer of funds to civilian infrastructures and charitable organizations of the Hamas on behalf of radical foundations abroad, the Al Aqsa Foundation, Interpal, and the Charity Coalition. The Northern District Advocacy believes my testimony to have been crucial to the case.

## COUNSEL TO INSTITUTIONAL ORGANIZATIONS

By virtue of my position at the time of my service and today as a private citizen, I advised – and continue to advise - the Operation Coordinator in the Administered Territories, the Research Division of the Intelligence Department, the National Defense Council, Israel security agencies, the Mossad, and others regarding the socio-economic political civilian situation in the territories controlled by the Palestinian Authority.

## LANGUAGES

I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of Italian and Turkish.