קרית בית הכרם בע"מ
ת.ד. 2119 ירושלים
טלפקס: 02-6780368



303

ירושלים _____

נספח להסכם שנחתם ביום : _____

הואיל והצדדים המשכיר והשוכרים :

קרית בית הכרם בע"מ

המשכיר _____   השוכרים _____

חתמו על הסכם לשכירת דירה מס' _____

ביום _____ והואיל והצדדים מעוניינים להאריך את תוקפו של

ההסכם לפרק נוסף של _____ עד לתאריך _____ לפיכך

הותנה והוסכם בין הצדדים כדלקמן.

1. המבוא להסכם זה מהווה חלק בלתי נפרד ממנו.

2. הסכם השכירות אשר נחתם בין הצדדים ימשיך לחול לפרק זמן נוסף של

_____ עד לתאריך _____ ללא כל שינוי ובכפוף

לאמור בהסכם זה.

השוכרים מתחייבים להמציא למשכיר במעמד החתימה על הסכם זה הוכחה לפיה

עמדו בכל חובותיהם על פי הסכם השכירות. ובכלל זה ובמיוחד הוכחה בדבר

תשלומי : ארנונה, מים חשמל, גז, טלפון, כבלים, מיסי ועד בית וכו'.

מוסכם כי דמי השכירות העדכניים, בתקופת הארכת השכירות, בגין הדירה יעמדו

על סך של _____ ש"ח בגין כל חודש שכירות. דמי השכירות ישולמו

במועדים ובתנאים הקבועים בהסכם השכירות כשהם צמודים למדד המחירים

לצרכן.

כן מתחייבים השוכרים לשלם מראש את תשלום ועד הבית ומיסי העיריה לכל פרק

הזמן שבו יתגוררו בדירה על פי הסכם זה, להארכת השכירות וזאת כתנאי להארכת

תוקפו של הסכם השכירות.

חתימה _____

(44.1)

השוכרים מתחייבים לשאת בדמי השכירות מראש במזומן ו/או בהעברה בנקאית

מראש ו/או בהמחאה בנקאית כתנאי לכניסתו לתוקף של הסכם שכירות זה.

כן מתחייבים השוכרים למלא אחר כל תנאי ההסכם במלואם.

כן מסכימים הצדדים להאריך את תוקפם של שטרי החוב שניתנו בקשר עם
החתימה על ההסכם, ומתחייבים לקבל הסכמתם של הערבים להארכת תוקף שטרי
השכירות לכל פרק הזמן שבו תושכר הדירה ובכפוף לאמור בהסכם.

הערבים נותנים בזה הסכמתם להארכת תוקף שטרי החוב שנחתמו בתאריך :
15.1.08 ‏   בקשר להסכם.

ולראיה באו הצדדים על החתום.

חתימת השוכר                          לחתימת המשכיר

טל' השוכר: ‏                          052 6050260

| שמות הערבים | ת.ז. | כתובות מלאה וטלפון | חתימת הערב |
|---|---|---|---|
| 1. | 1350087 | | 052480640 |
| 2. | 1350259 | 03924498 | |

עד לחתימה :
אני השוכר ‏                ת.ז. ‏ 

מצהיר בזאת כי הערבים לדעיל חתמו על הסכם השכירות המקורי, הינם מוכרים לי
וחתמו על ערבות זו בפני.

חתימת השוכר

2

- 10 -



נספח לחוזה מיום : _____

הננו להפנות את תשומת לבך לכך שעם סיום החוזה, ועם עזיבת הדירה עליך
להמציא לנו אישורים מקוריים מהמוסדות הרשומים להלן. בדבר סילוק כל החובות
הקיימים בכל תקופת השכירות ועד לפינוי הדירה בפועל.

1. חברת החשמל
2. חברת הגז - פזגז
3. ועד הבית
4. שלט חניה תקין - או תשלום עבור שלט חדש בסך 120 ש"ח  מחיר שלט חניה .

קבלת האישורים הנ"ל מהווה תנאי להחזרת שטרי הבטחון שמסרת לידינו וזאת
מבלי לגרוע מיתר הוראת הסכם השכירות.



נספח לחוזה

(44.3)

מותנה ומוסכם בזאת כי המשכיר הינו חברת "קרית בית הכרם" בע"מ רשאי לדרוש

200 ~

פינוי המושכר בהתראה של 3 חודשים מראש בסמוך לסוף ינו~ 2005. ובלא כל

סיבה ו/או בשל הצורך לערוך חלוקת הדירות ובהן המושכר, לבעלי המניות בחברה

ו/או אחרת.