## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

STUART FORCE, *et al.*,

                         Plaintiffs,                    Docket No:

             -against-                    16-CV-1468 (RDM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                         Defendants.

-------------------------------------------------------------------X

## MOTION FOR JUDGMENT ON DEFAULT

Plaintiffs by and through their undersigned counsel and pursuant to 28 U.S.C. § 1608(e) respectfully move this Honorable Court (1) for entry of a judgment on default as against the defendants (a) The Islamic Republic of Iran ("Iran"), (b) The Iranian Ministry of Information and Security ("MOIS"), and (c) the Syrian Arab Republic ("Syria"). In support of their motion, plaintiffs respectfully state as follows:

The Clerk has noted these defendants' defaults (DE 23; 24).

While entry of default normally establishes a defendant's liability, the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1608(e) provides that: "No judgment by default shall be entered…against a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state, unless the claimant establishes his right to relief by evidence satisfactory to the court." Id.

Accordingly, plaintiffs submit the following testimony and evidence in support of their claims against these defendants and respectfully request that the court enter a judgment on default as against each of the defendants: (a) Iran, (b) MOIS, and (c) Syria.

Plaintiffs also respectfully submit a memorandum of law

**A.      Experts**

Plaintiffs submit declarations from each of the following experts:

1.      Declaration of Dr. Patrick Clawson. Dr. Clawson addresses Iran's provision of material support to Hamas and the Palestine Islamic Jihad ("PIJ).

2.      Declaration of Dr. Matthew Levitt. Dr. Levitt addresses Iran's provision of material support to Hamas and the Palestine Islamic Jihad.

3.      Declaration of Dr. Marius Deeb. Dr. Deeb addresses Syria's provision of material support to Hamas and the Palestine Islamic Jihad.

4.      Declaration of Dr. Benedetta Berti. Dr. Berti addresses Syria's provision of material support to Hamas and the Palestine Islamic Jihad.

5.      Declaration of Dr. Boaz Shnoor. Dr. Shnoor addresses the issue of liability under Israeli tort law.

6.      Declaration of Mr. Arieh Dan Spitzen, Israel Defense Forces Colonel (retired). Mr. Spitzen addresses both Hamas and the PIJ's respective responsibility for each of the terror attacks at issue in this case.

**B.      Plaintiffs' Declarations**

Plaintiffs submit the declarations and evidence from the following plaintiffs in this matter:

1.      Declaration of Stuart Force with Exhibits 1-21

2.      Declaration of Robbi Force

3.      Declaration of Kristen Ann Force with Exhibit 1

4.      Declaration of Menachem Mendel Rivkin with Exhibits 1-4

5.      Declaration of Bracha Rivkin

6.      Declaration of Yehudah Glick with Exhibits 1-6

7.      Declaration of Neriya David Glick

8.     Declaration of Shlomo Glick

9.     Declaration of Hallel Glick

10.    Declaration of S.G., the minor child of Yehuda Glick

11.    Declaration of Micah Jonathan Lakin with Exhibits 1-8

12.    Declaration of Manya Lakin with Exhibits 1-13

13.    Declaration of Rivkah Martha Moriah with Exhibits 1-54, and A-H

14.    Declaration of Naftali Andrew Moses with Exhibits 1-19

15.    Declaration of David Moriah with Exhibits 1-17, 18 a-e, 19-23

16.    Declaration of Tzur Moriah

17.    Declaration of Elisha Dan Moses

18.    Declaration of Aviad Moriah

19.    Declaration of Chagit Gibor (Moriah)

20.    Declaration of Eytan Yoel Moriah

21.    Declaration of Ifat Cohen (Moria)

22.    Declaration of Atara Nesia Moria

23.    Declaration of Naftali Shitrit

24.    Declaration of Gila Rachel Shitrit with Exhibits 1-15

25.    Declaration of Yaacov Shitrit with Exhibits 1 a-e, 2-71

26.    Declaration of Meiri Shitrit

27.    Declaration of Oshrat Shitrit

28.    Declaration of Noya Shitrit

29.    Declaration of Yedidya Shitrit

30.    Declaration of Shmuel Zev Shimon Brauner with Exhibit 1

31.     Declaration of Nechama Brauner with Exhibits 1-3

32.     Declaration of Mordechai Brauner

33.     Declaration of Esther Chaya Brauner

34.     Declaration of Daniella Schwadron Parnass with Exhibits A and B

35.     Declaration of Noa Parnas

36.     Declaration of Dana Parnas

## C.     Minor Children

In their declarations, plaintiffs discuss the damages suffered by their minor children and now deceased family members as follows:

1.     Menachem Mendel Rivkin and Bracha Rivkin address the damages of their minor children, plaintiffs S.S.R, M.M.R., R.M.R. and S.Z.R.

2.     Yehudah Glick addresses the damages of his late wife Yafa Glick and his minor children R.T. and T.T.

3.     Rivkah Martha Moriah addresses the damages of her minor children N.M., and C.M.

4.     Naftali Andrew Moses addresses the damages of his minor children O.D.M. and A.M.

5.     David Moriah addresses the damages of his minor children N.M. and C.M.

6.     Gila Rachel Shitrit and Yaakov Shitrit address discuss the damages of their minor children A.S., E.S. and H.S.

7.     Shmuel Zev Shimon Brauner and Nechama Brauner address the damages of their minor children C.Y.B. and M.H.B.

8.     Daniella Schwadron Parnass will discuss the damages of her minor child A.P.

**D.      Psychiatric Expert Evidence**

      Plaintiffs submit testimony and evidence on damages from Dr. Rael Strous, MD a psychiatric expert concerning each plaintiff's psychological and emotional damages. The following documents are presented:

    1.      Dr. Rael Strous, MD, Combined Expert Report regarding all plaintiffs

    2.      Psychiatric of Evaluation Stuart Force

    3.      Psychiatric of Evaluation Robbi Force

    4.      Psychiatric of Evaluation Kristen Ann Force

    5.      Psychiatric of Evaluation Menachem Mendel

    6.      Psychiatric of Evaluation Bracha Rivkin

    7.      Psychiatric of Evaluation M.M.R, a minor

    8.      Psychiatric of Evaluation Combined for R.M.R., minor; and S.Z.R., minor;

    9.      Psychiatric of Evaluation Yehudah Glick

    10.      Psychiatric of Evaluation Yafa Glick (now deceased)

    11.      Psychiatric of Evaluation Neriya David Glick

    12.      Psychiatric of Evaluation Shlomo Glick

    13.      Psychiatric of Evaluation Hallel Glick

    14.      Psychiatric of Evaluation S.G. (Glick)

    15.      Psychiatric of Evaluation R.T. and T.T. (Combined report two minor Glick children)

    16.      Psychiatric of Evaluation Micah Lakin

    17.      Psychiatric of Evaluation Manya Lakin

    18.      Psychiatric of Evaluation Rivkah Martha Moriah

19.     Psychiatric of Evaluation Naftali Andrew Moses

20.     Psychiatric of Evaluation David Moriah

21.     Psychiatric of Evaluation N.M (Moriah minor child)

22.     Psychiatric of Evaluation C.M. (Moriah minor child)

23.     Psychiatric of Evaluation O.D.M. and A.M. (minor Moses   children)

24.     Psychiatric of Evaluation Elisha Dan Moses

25.     Psychiatric of Evaluation Aviad Moriah

26.     Psychiatric of Evaluation Eytan Moriah

27.     Psychiatric of Evaluation Ifat Cohen (Moria)

28.     Psychiatric of Evaluation Atara Nesia Moria

29.     Psychiatric of Evaluation Naftali Shitrit

30.     Psychiatric of Evaluation Gila Rachel Shitrit

31.     Psychiatric of Evaluation Yaacov Shitrit

32.     Psychiatric of Evaluation Meiri Shitrit

33.     Psychiatric of Evaluation Oshrat Shitrit

34.     Psychiatric of Evaluation Noya Shitrit (N.S.)

35.     Psychiatric of Evaluation Yedidya Shitrit (Y.S)

36.     Psychiatric of Evaluation Shmuel Zev Shimon Brauner

37.     Psychiatric of Evaluation Nechama Brauner

38.     Psychiatric of Evaluation C.Y.B. and M.H.B. (Brauner minor children)

39.     Psychiatric of Evaluation Mordechai Brauner

40.     Psychiatric of Evaluation Esther Chaya Brauner

41.     Psychiatric of Evaluation Daniella Schwadron Parnass

42.     Psychiatric of Evaluation A.P. (Parnas minor child)

43.     Psychiatric of Evaluation Noa Parnass

44.     Psychiatric of Evaluation Dana Parnass

**E.      Medical Expert Evidence**

Plaintiffs submit testimony and evidence on damages from Dr. Alan Friedman, MD, a medical expert, regarding the following victims and plaintiffs.

1.      Declaration of Dr. Alan Friedman regarding Taylor Force

2.      Declaration of Dr. Alan Friedman regarding Menachem Mendel Rivkin, Exhibits 1-2

3.      Declaration of Dr. Alan Friedman regarding Yehuda Glick, Exhibits 1-10

4.      Declaration of Dr. Alan Friedman regarding Richard Lakin

5.      Declaration of Dr. Alan Friedman regarding Naftali Shitrit, Exhibits 1-20

6.      Declaration of Dr. Alan Friedman regarding Shmuel Zev Shimon Brauner

**F.      Economic Expert Evidence**

Plaintiffs submit and evidence on damages from Michael Soudry, MBA and Forensic economist regarding the economic loss to the following plaintiffs:

1.      Analysis of Economic Loss to the Estate of Taylor Force

2.      Analysis of Economic Loss to Yafa Glick (now deceased)

3.      Analysis of Economic Loss to Naftali Andrew Moses

4.      Analysis of Economic Loss to Shmuel Brauner

WHEREFORE, plaintiffs respectfully request that the Court enter a judgment on default as against each of the defendants, Iran, MOIS and Syria, award damages to the plaintiffs in the

amounts requested in the accompanying memorandum of law, and grant such other and further

relief as is just and proper under the circumstances.

Dated:    Brooklyn, New York
          February 28, 2018

                                          Respectfully submitted,

                                          THE BERKMAN LAW OFFICE, LLC
                                          *Attorneys for the Plaintiffs*

                                          by:  _____
                                               Robert J. Tolchin

                                          111 Livingston Street, Suite 1928
                                          Brooklyn, New York 11201
                                          718-855-3627

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein.

Dated:   Brooklyn, New York
         February 28, 2018

_____
Robert J. Tolchin