**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------------X

STUART FORCE, *et al.*,

                Plaintiffs,    Docket No:

     -against-    16-CV-1468 (RDM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

---------------------------------------------------------------------X

## STATUS REPORT

Plaintiffs respectfully submit this updated status report to update the court on the status of this matter.

Plaintiffs have confirmed the availability of Dr. Benedetta Berti on October 16 and/or 17.

Dated:   Brooklyn, New York
           July 12, 2018

                                      Respectfully submitted,

                                      THE BERKMAN LAW OFFICE, LLC
                                      *Attorneys for Plaintiffs*

                                      By:    /s/ Robert J. Tolchin
                                             Robert J. Tolchin
                                      111 Livingston Street, Suite 1928
                                      Brooklyn, New York 11201
                                      718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
        July 12, 2018

                                              Robert J. Tolchin