**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

----------------------------------------------------------------------X

FORCE, *et al.*,

                Plaintiffs,

    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al*,

                Defendants.

Docket No: 16-cv-01468 (RDM)

----------------------------------------------------------------------X

**PLAINTIFFS' EXHIBITS FOR THE HEARING**
**SCHEDULED FOR OCTOBER 16-17, 2018**

| EXHIBIT # | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1 | C.V. of Col. Arieh Dan Spitzen | | | |
| 2 | Declaration of Col. Arieh Dan Spitzen dated February 23, 2018 | | | |
| 3 | C.V. of Dr. Matthew Levitt | | | |
| 4 | Declaration of Dr. Matthew Levitt dated February 20, 2018 | | | |
| 5 | C.V. of Dr. Patrick Clawson | | | |
| 6 | Declaration of Dr. Patrick Clawson, dated February 1, 2018 | | | |
| 7 | C.V. of Dr. Marius Deeb | | | |
| 8 | Declaration of Dr. Marius Deeb dated January 8, 2018 | | | |

| | | | | |
|---|---|---|---|---|
| 9 | C.V. of Dr. Benedetta Berti | | | |
| 10 | Declaration of Dr. Benedetta Berti, dated May 11, 2017 | | | |
| 11 | Hamas prisoner website printout referenced in Spitzen declaration FN 57 | | | |
| 12 | Hamas website printout referenced in Spitzen declaration FN 58 | | | |
| 13 | Printout from website of Al-Quds al-Arabi newspaper, referenced in Spitzen declaration FN 106 | | | |
| 14 | Tweet from Hamas account referenced in Spitzen declaration FN 111 | | | |
| 15 | Printout from PALINFO website referenced in Spitzen declaration FN 114 | | | |
| 16 | Printout from PALDF website referenced in Spitzen declaration 148 | | | |
| 17 | Printout of Abu Ras' FaceBook page referenced in Spitzen declaration FN 151 | | | |
| 18 | Printout from Islamic Jihad website referenced in Spitzen Declaration FN 279 | | | |
| 19 | Islamic Jihad poster referenced in Spitzen declaration FN 282 | | | |