# Glossary

## Force al. v. The Islamic Republic of Iran
## Case No 16-cv-1468 (RDM)

---

### Table of Contents

**U.S. Victims** .................................................. 2

**Israeli Locations and Organizations** ...................... 3

    A. Locations ........................................ 3
    B. Organizations .................................... 5

**Palestinian Persons, Organizations and Locations** ......... 5

    A. Persons ......................................... 5
    B. Organizations .................................... 9
    C. Locations ....................................... 12

**Iranian Persons and Organizations** ....................... 12

    A. Persons ......................................... 12
    B. Organizations .................................... 12

**Syrian Persons and Organizations** ........................ 13

    A. Persons ......................................... 13
    B. Organizations .................................... 13
    C. Locations ....................................... 13

**Saudi Arabian Locations** .................................. 13

**Miscellaneous Terminology** ............................... 13

**Acronyms** ................................................. 15

**Claimant Family Members** ................................. 16

## U.S. Victims

**Avraham David Moses**: Sixteen-year-old U.S. citizen Avraham David Moses was murdered in the Hamas terrorist shooting massacre carried out by Hamas operative Ala' Hisham Abu Dheim at the Merkaz Ha'Rav Yeshiva in Jerusalem on March 6, 2008. The terrorist murdered a total of eight young students and injured ten other students in the attack, including plaintiff Naftali Shitrit.

**Daniella Schwardon Parnass**: On November 21, 2012, the home of U.S. citizen Daniella Schwardon Parnass in Moshav Timorim, Israel was hit by a terrorist rocket attack directed at Israeli civilians from Hamas-controlled Gaza, causing significant damage to the property and severe psychological and emotional injuries to Daniella Parnass and her three children who lived with her in the home at the time of the attack:

>   **A.P.**: U.S. citizen son of Daniella Parnass.

>   **Noa Parnas**: U.S. citizen daughter of Daniella Parnass.

>   **Dana Parnas**: U.S. citizen daughter of Daniella Parnass.

**Menachem Mendel Rivkin**: On January 27, 2016, U.S. citizen Menachem Mendel Rivkin was severely injured in a Hamas terrorist stabbing attack carried out by Hamas terrorist Ubada Aziz Mustafa Abu Ras in the town of Givat Ze'ev near Jerusalem, while on his way to a restaurant with his pregnant wife Bracha Rivkin.

**Naftali Shitrit**: Fourteen-year-old U.S. citizen Naftali Shitrit suffered multiple gunshots and was severely injured during the Hamas terrorist massacre at the Merkaz Ha'Rav Yeshiva in Jerusalem on March 6, 2008, carried out by Hamas operative Ala' Hisham Abu Dheim.

**Richard Lakin**: On October 13, 2015, seventy-six year-old U.S. citizen Richard Lakin was mortally wounded when Hamas terrorist Bilal Omar Mahmoud Abu Ghanem along with Bahaa' Muhammad Khalil Alyan boarded Egged Bus No. 78 in the Jerusalem neighborhood of Armon Hanatziv and began shooting and stabbing the passengers on the bus. During the terror attack, the terrorists shot Mr. Lakin in the head and stabbed him in the stomach damaging multiple internal organs. Despite intensive medical intervention, Mr. Lakin died from his wounds two weeks later.

**Shmuel Zev Shimon Brauner**: On August 19, 2011, U.S. citizen Shmuel Zev Shimon Brauner was hit by rocket shrapnel and seriously injured in a terrorist rocket attack directed at Israeli civilians from the Hamas-controlled Gaza Strip, when a Grad rocket struck a synagogue in the Israeli town of Ashdod.

**Taylor Force**: On March 8, 2016, U.S. citizen Taylor Force was murdered in a Hamas terrorist stabbing attack by Hamas terrorist Bashar Muhammad Abd al-Qader Masalha in the Jaffa Port tourist area of Tel Aviv, in which ten other victims were injured. A West Point graduate and U.S. Army veteran of Iraq and Afghanistan, Taylor Force was visiting Israel as part of an M.B.A. program at Vanderbilt University's Owen Graduate School of Management.

**Yehuda Glick**: On October 29, 2014, U.S.-born Yehuda Glick was severely injured in a Palestinian Islamic Jihad (PIJ) terrorist assassination attempt when PIJ operative Mu'taz Ibrahim Khalil Hijaz shot Glick several times at close range in front of the Menachem Begin Center in Jerusalem. Yehuda Glick is a public figure known for his advocacy for permitting prayer by people of all faiths on the Temple Mount holy site in Jerusalem, which is violently opposed by the PIJ and other Islamist groups. Yehuda Glick was a U.S. citizen at the time of the attack in which he was injured. Nevertheless, he was subsequently elected to the Israeli parliament and thus compelled by Israeli law to relinquish his U.S. citizenship for so long as he serves as a member of parliament.

---

## Israeli Locations and Organizations

### A. Locations

**Al Aqsa Mosque**: A mosque first opened in the early 8th Century C.E., constructed on the southern side of the Temple Mount platform in the Old City of Jerusalem. It is often identified as the third holiest site in Islam. Muslims oppose the worship and presence of non-Muslims in the area and it has become a flash point for Palestinian and Islamist extremist groups, who incite hatred and violence against Israelis and Jews by falsely claiming that Al-Aqsa is in danger of attack.

**Armon Hanatziv**: A predominantly Jewish neighborhood in southeast Jerusalem, also known as East Talpiyot, located adjacent to Jabel al-Mukaber. It was the site where Hamas terrorist Bilal Omar Mahmoud Abu Ghanem along with Bahaa' Muhammad Khalil Alyan carried out a shooting and stabbing terrorist attack aboard Egged Bus 78 on October 13, 2015, murdering multiple passengers, including Richard Lakin, and injuring many others.

**Ashdod**: An Israeli coastal city located 23 miles north of Gaza. It houses the largest port in Israel and has a population of approximately 223,000. On August 19, 2011, Shmuel Zev Brauner was seriously injured by shrapnel when a Grad rocket fired from the Hamas-controlled Gaza Strip during a rocket barrage launched against multiple Israeli cities hit a synagogue in Ashdod which Brauner was in at the time.

**Givat Ze'ev**: An Israeli town located on the northern outskirts of Jerusalem where Menachem Mendel Rivkin was stabbed and severely injured by Hamas terrorist Ubada Aziz Mustafa Abu Ras on January 27, 2016. Mr. Rivkin was on his way to a restaurant with his pregnant wife, Bracha Rivkin.

**Jabel al-Mukaber**: A predominantly Arab neighborhood in southeast Jerusalem, located adjacent to Armon Hanatziv. Arab residents of Jabel al-Mukaber carry Israeli resident identity cards. The Hamas terrorist Bilal Omar Mahmoud Abu Ghanem along with Bahaa' Muhammad Khalil Alyan, who carried out the Bus 78 attack on October 13, 2015 murdering among others, Richard Lakin, lived in this neighborhood. Hamas's Izz a-Din al-Qassam Brigades operative Ala' Hisham Abu Dheim, who carried out the massacre at the Merkaz HaRav Yeshiva on March 6, 2008, also lived in Jabel al-Mukaber.

**Judea and Samaria**: The English forms of the ancient Hebrew names for land over which (in addition to the eastern portion of Jerusalem) Israel took control from Jordan during the Six Day War in 1967. Following the establishment of the State of Israel in 1948, Arab states initiated a war in an effort to destroy the fledgling Jewish state. As one result of the war, the Arab state then known as Transjordan (located east of the Jordan River) took control of this area, and subsequently annexed the area and renamed itself Jordan in 1950. Consequently, outside of Israel this area is now commonly referred to as the "West Bank" because it was the area under Jordan's control on the western side of the Jordan River. Following the 1993 Oslo Accords and related agreements between Israel and Palestinians, the area is currently divided into sections administered either by Israel, the Palestinian Authority or a combination thereof.

**Menachem Begin Heritage Center**: The official national memorial for Israel's sixth prime minister, Menachem Begin. The Center, located in Jerusalem overlooking Mount Zion and the Old City, conducts research and educational events, houses a museum and library, and rents its halls for outside events. Yehuda Glick was shot and severely injured outside the Center on October 29, 2014, by Palestinian Islamic Jihad operative Mu'taz Ibrahim Khalil Hijazi.

**Merkaz HaRav Yeshiva**: A prominent post-high school Orthodox Jewish religious studies institution in Jerusalem that includes formal programs for boys before, during, and after national mandatory army service. Merkaz HaRav also houses an Orthodox Jewish high school known as the Jerusalem Yeshiva LeTza'irim. MerKaz HaRav is located near the main western entrance to Jerusalem, an area constantly filled with foot and vehicular traffic. On March 6, 2008, Hamas terrorist Ala'Hisham Abu Dheim travelled to the school in northwest Jerusalem from Jabel al-Mukaber in southeast Jerusalem to execute the terrorist massacre in which Avraham David Moses and seven others were shot to death, and Naftali Shitrit and multiple others were severely injured.

**Moshav Timorim**: A small Israeli town on the southern coastal strip of Israel approximately 25 miles northeast of Gaza where a rocket attack caused heavy damage to a number of houses, including that of Daniella Schwardon Parnass and her children.

**Port of Jaffa**: A port area in Tel Aviv and busy tourist attraction with many restaurants and coffee shops from which Hamas terrorist Bashar Muhammad Abd al-Qader Masalha embarked on a stabbing spree, murdering Taylor Force and injuring numerous others.

**Tel Aviv Promenade**: A popular promenade for tourists and locals along Tel Aviv's coast.

**Temple Mount**: An elevated complex located in the Old City of Jerusalem, upon which the Jewish Temple was built during the time of King Solomon, and subsequently rebuilt during the time of the Jewish prophets Ezra and Nehemiah. The latter was destroyed by the Romans in 70 C.E. It is the holiest site in Judaism, and includes at its base the Western Wall (known in Hebrew as HaKotel HaMa'aravi, and by non-Jews as the "Wailing Wall"). The site of the ancient Jewish Temple has represented both the geographic and spiritual center of Judaism and the Jewish People since the time of King David (approximately 1,000 B.C.E.).

**West Bank:** Also known as Judea and Samaria. It is a land-locked area referred to as the West Bank due to the Jordanian annexation of land west of the River Jordan after the 1948 Arab-Israeli war when the State of Israel was recognized by the United Nations. Israel regained control of the region after the 1967 Six Day war. As a result of the Oslo Accords, the area is divided into sections administered either by Israel, the Palestinian Authority or a combination thereof.

B.   **Organizations**

**Israel Defense Forces (IDF)**: The combined military forces of the State of Israel.

**Israel Security Agency (ISA)**: Israel's internal security services, also known as "Shabak" or "Shin Bet."

**Temple Mount Heritage Foundation**: A nonprofit organization that advocates for prayer by people of all faiths on the Temple Mount holy site. Yehuda Glick was the Director of the Foundation at the time he was shot by the Palestinian Islamic Jihad operative Mu'taz Ibrahim Khalil Hijazi.

---

**Palestinian Persons, Organizations and Locations**

A.   **Persons**

**Abu Ubaida**: A spokesperson of Izz al-Din al-Qassam Brigades, the operational terrorist arm of Hamas, who announced Hamas's responsibility for the Merkaz HaRav Yeshiva attack and explained Hamas's policy for belatedly claiming responsibility.

**Abu Yousuf al-Qoqa**: Former head of the Popular Resistance Committees (PRC) in Gaza, a terrorist organization affiliated with Hamas ideology. It coordinates with and acts on Hamas's commands and directives.

**Ahmad Sa'id al-Ja'abri**: Former head of the operational terrorist wing of Hamas in the Gaza Strip, and commonly referred to as Hamas's Chief of Staff. Immediately following his elimination in November 2012, Hamas initiated the missile terror attacks on Israel in which the Parnass family's home in Moshav Timorim was hit.

**Ahmad Yassin**: Former head of the Muslim Brotherhood in the Gaza Strip, and until his death, the founder, spiritual authority, and undisputed leader and commander of Hamas. He remains a

symbol of the Hamas organization and its mission to eliminate the State of Israel via violent armed struggle. The U.S. designated him a Specially Designated Global Terrorist (SDGT).

**Ala' Hisham Abu Dheim**: The operative of Hamas's Izz a-Din al-Qassam Brigades who carried out the massacre at the Merkaz HaRav Yeshiva, murdering eight young boys (mostly high school students) including Avraham David Moses, and injuring ten other students, including Naftali Shitrit. Abu Dheim was armed with a Kalashnikov assault rifle with nine magazines, two handguns, and a commando knife.

**Ayman Abu Halawa**: One of the "Hamas engineers" — senior, central operatives in charge of manufacturing explosive cars and explosive belts for the organization's terror cells, who constitute a central pillar within Hamas's operational-terrorist arm. He began his Hamas activities as an operative of the Islamic Bloc in the Palestinian universities and is responsible for numerous deadly terrorist attacks.

**Aziz Mustafa Abd al-Qader Abu Ras**: The father of the Hamas terrorist Ubada Aziz Mustafa Abu Ras, who stabbed and severely injured Menachem Mendel Rivkin in Givat Ze'ev. He is a well-known Hamas figure and was one of what became known as the Marj al-Zuhur deportees. In December 1992, due to the increasing terror activity of Hamas, the government of Israel decided to deport 415 terrorists, including more than 350 Hamas operatives, to Lebanon. The deportation was a seminal moment in the history of Hamas and established it as a leading Palestinian political organization. The Hamas deportees have a special place reserved for them in the history of the movement and they are considered to be the leadership backbone of Hamas. Aziz Abu Ras is currently a lecturer in Islamic culture at Al-Quds University located in the town of Abu Dis near Jerusalem.

**Bahaa' Muhammad Khalil Alyan**: The terrorist who on October 13, 2015, along with Hamas operative Bilal Omar Mahmoud Abu Ghanem, trapped and massacred multiple people aboard Bus 78 in the Jerusalem neighborhood of Armon Hanatziv using a gun and a knife. Richard Lakin, among others, was critically injured and died from his wounds two weeks later.

**Bashar Muhammad Abd al-Qader Masalha**: The Hamas terrorist who embarked on a fifteen minute stabbing spree along the Tel Aviv Promenade on March 8, 2016 during which he murdered Taylor Force and injured numerous others.

**Bilal Omar Mahmoud Abu Ghanem**: The Hamas operative and Islamic Bloc member who on October 13, 2015, along with Bahaa' Muhammad Khalil Alyan, trapped and massacred multiple people aboard Bus 78 in the Jerusalem neighborhood of Armon Hanatziv using a gun and a knife. Richard Lakin, among others, was critically injured in this attack and died from his wounds two weeks later.

**Bilal Salwan**: The driver who smuggled Hamas terrorist Bashar Muhammad Abd al-Qader Masalha into Israeli territory, where he embarked on a terrorist stabbing attack at the Jaffa Port along the Tel Aviv Promenade on March 8, 2016, murdering Taylor Force and injuring numerous others.

**Daud Shihad:** PIJ spokesman who in November, 2012 stated on the Lebanese pro-Iranian channel Al Mayaden: "It is no secret that we say that the military assistance that Iran has provided to the Palestinian resistance, from A to Z, from a rifle round to a rocket, is assistance from the Islamic Republic."

**Fathi (Fat-hi) Abd al-Aziz Shiqaqi**: The co-founder and Secretary-General of the Palestinian Islamic Jihad organization until his death. He was considered the ideological and spiritual authority of the Movement. The U.S. designated him a Specialty Designated Terrorist Who Threatens to Disrupt the Middle East Peace Process.

**Fawzi Barhoum**: A Hamas spokesperson who encourages civilians to become combatants and carry out terror attacks.

**Isma'il Haniya:** Hamas's prime minister in Gaza, who began his organizational activity in the Islamic Bloc. He is currently the head of Hamas's Politburo.

**Jamal Abu Samhadana**: A founder and commander of the Popular Resistance Committees (PRC) who was appointed by Hamas to a senior position in the Palestinian Ministry of the Interior.

**Kamal a-Nayrab**: Former Commander of the a-Naser Salah a-Din Battalions, a faction of the Popular Resistance Committees (PRC) terrorist organization. He was killed in response to a terrorist attack perpetrated by the PRC where 8 people were killed and numerous others injured. As a result, several terrorist organizations in the Gaza Strip, following the Popular Resistance Committees' lead, began firing a barrage of rockets onto Israel. One of these rockets hit near the synagogue in Ashdod injuring among others, one of the plaintiffs in this case Mr. Shmuel Brauner.

**Khaled al-Batsh**: A senior Palestinian Islamic Jihad leader who affirmed responsibility for the assassination attempt of Yehuda Glick on behalf of the organization.

**Khaled Mash'al (aka Khalid Mishaal)**: The leader of Hamas from 2004 until he resigned in 2017. He vocally rallies support for acts of terrorism and encourages civilians to become combatants and carry out terror attacks. He has praised Syrian support for Hamas and lived in Damascus, Syria. The U.S. designated him a Specially Designated Global Terrorist (SDGT).

**Khalil al-Hayya**: Member of the Islamic Bloc and the Hamas Political Bureau.

**Mahmoud a-Zahar (aka Mahmoud Khaled al-Zahhar, "Abu Khaled"**): A senior Hamas official in the Gaza Strip who staunchly opposes any diplomatic solution to the Palestinian - Israeli conflict. He said that the rockets fired from Gaza into Israel in November 2012 were of Iranian origin and stressed that Iran supports Hamas with money and weapons. Al Zahar is listed by the U.S. Treasury on its sanctions list as a NS-PLC which authorizes U.S. financial institutions to reject transactions from members of the Palestinian Legislative Council who were elected on the slate of Hamas or any other designated Foreign Terror Organization (FTO).

**Muhammad al-Arifi:** Radical Islamic Sheikh and Islamic religious scholar from Saudi Arabia who expressed his support for the Muslim Brotherhood movement in Egypt, of which Hamas considers itself a part. The terrorist Bashar Muhammad Abd al-Qader Masalha who murdered Taylor Force in a stabbing spree on the Tel Aviv Promenade listened to and was influenced by al-Arifi.

**Muhammad al-Hanbali**: A senior explosives expert with Hamas's Izz al-Din al-Qassam Brigades who also headed the Islamic Bloc at the An-Najah University in Nablus.

**Muhanad Halabi**: A terrorist who executed a stabbing attack in Jerusalem on October 3, 2015. He murdered two men and injured a woman and her two year-old son. Halabi was much admired among attackers and his deed served as an example to follow in the subsequent wave of attacks in Israel, including that of Ubada Aziz Mustafa Abu Ras. Prior to his attack, Halabi called for the beginning of a third Intifada.

**Muhannad al-Taher**: One of the "Hamas engineers" — senior, central operatives in charge of manufacturing explosive cars and explosive belts for the organization's terror cells, who constitute a central pillar within Hamas's operational-terrorist arm. He began his Hamas activities as an operative of the Islamic Bloc in the Palestinian universities and is responsible for numerous deadly terrorist attacks.

**Muhyi al-Din al-Sharif**: One of the "Hamas engineers" — senior, central operatives in charge of manufacturing explosive cars and explosive belts for the organization's terror cells, who constitute a central pillar within Hamas's operational-terrorist arm. He began his Hamas activities as an operative of the Islamic Bloc in the Palestinian universities and is responsible for numerous deadly terrorist attacks.

**Mu'taz Ibrahim Khalil Hijazi**: The Palestinian Islamic Jihad operative who shot Yehuda Glick several times at close range in an assassination attempt. Hijazi had a history of terrorist activity, having been released from Israeli prison in 2012 after serving 11 years for various security related offenses. He was killed in a shootout with Israeli security forces when he opened fire on them in an attempt to avoid arrest.

**Qays Adwan**: A senior commander of Hamas's Izz al-Din al Qassam Brigades who also headed the Islamic Bloc at the An-Najah University in Nablus.

**Ramadan Shalah (aka Ramadan Abdullah Shallah)**: Secretary-General and leader of the Palestinian Islamic Jihad organization since the death of Fathi (Fat-hi) Abd al-Aziz Shiqaqi in 1995. He is headquartered in Damascus, Syria and has been designated as a Specially Designated Terrorist (SDT) since 1995.

**Sadeq Gharbiya (aka Sadiq Ziad Gharbiya):** Terrorist, who was killed in an attempted stabbing attack on soldiers at a checkpoint near Jerusalem in November, 2015. Hamas eulogized him and praised his "deed" as did Ubada Aziz Mustafa Abu Ras, who stabbed and severely injured Menachem Mendel Rivkin in the town of Givat Ze'ev near Jerusalem on January 27, 2016. Abu Ras posted a photo with the name of Gharbiya written in snow with the caption

"Allah will have mercy on you." Sadeq Gharbiya's father along with Ubada Aziz Mustafa Abu Ras' father were from the same village of Sanur as well as high level Hamas operatives deported in 1992 to Lebanon in what became known as the Marj al-Zuhur deportation.

**Sami Abu Zuhri**: A Hamas spokesperson who praises terror attacks that kill civilians.

**Sheikh Abd al-Aziz Awda**: One of the founders of the Palestinian Islamic Jihad organization, listed by the FBI as one of its "Most Wanted Terrorists." The U.S. has designated him a Specially Designated Terrorist Who Threatens to Disrupt the Middle East Peace Process.

**Ubada Aziz Mustafa Abu Ras**: The Hamas terrorist who on January 27, 2016 stabbed and severely injured Menachem Mendel Rivkin in the town of Givat Ze'ev near Jerusalem.

**Yahya Ayyash**: Head of Hamas's Izz al-Din al Qassam Brigades in the northern West Bank and head of the Islamic Bloc at the Birzeit University.

**Yahya Sinwar**: The current head of Hamas's administration in Gaza. He assured that Hamas's relations with Iran were "better than good" and that Iran is the top supporter of Hamas's Izz a-Din al-Qassam Brigades in terms of money and weapons. The U.S. has designated him a Specially Designated Global Terrorist (SDGT).

### B. Organizations

**Al-Quds Brigades**: The militant terrorist wing of the Palestinian Islamic Jihad. It is also known as Sayara Al-Quds, and the Jerusalem Brigades.

**Al-Sabirin**: A splinter group of the Palestinian Islamic Jihad (PIJ) that reportedly receives $10 million a year from Tehran in support.

**Alliance of Palestinian Forces (APF)**: An umbrella group sponsored by Syria consisting of ten anti-Oslo factions committed to the continuance of armed struggle against Israel, including Hamas and the Palestinian Islamic Jihad.

**Army of Islam**: A faction of the Popular Resistance Committees (PRC) with ties to global Jihad.

**A-Naser Salah a-Din Battalions**: A faction of the Popular Resistance Committees with ties to Hamas that fired the Grad rocket that hit a synagogue in the Israeli town of Ashdod, seriously injuring Shmuel Zev Brauner. They frequently act as sub-contractors for Hamas for the purpose of carrying out terrorist attacks during periods in which Hamas, for various reasons, seeks to maintain terrorist activity from the Gaza Strip without taking direct responsibility.

**A-Naser Salah a-Din Brigades**: A faction of the Popular Resistance Committees (PRC) with ties to Hamas. They frequently act as sub-contractors for Hamas for the purpose of carrying out terrorist attacks during periods in which Hamas, for various reasons, seeks to maintain terrorist activity from the Gaza Strip without taking direct responsibility.
**Da'wa**: The civilian infrastructure of Hamas.

**Fatah**: A Palestinian nationalist political party and the largest faction of the Palestinian Liberation Organization. In Arabic, it is an acronym for "Palestinian National Liberation Movement."

**Hamas**: An acronym for "Ḥarakat al-Muqāwamah al-Islāmiyyah" meaning "The Islamic Resistance Movement. Founded as a branch of the Muslim Brotherhood in 1987 in the Gaza Strip, its charter seeks to establish a fundamentalist Islamic state on the ruins of the State of Israel and operates a campaign of armed terror in pursuit of that goal. Hamas is opposed to any solution to the Palestinian conflict with Israel that does not involve the destruction of the State of Israel. In 2007, Hamas seized power over the Gaza Strip in a violent coup against Fatah and the Palestinian Authority and since that time has exercised complete control and authority over the Gaza Strip. It is supported by Iran and Syria in terms of funding, weapons, equipment, training, and diplomatic sponsorship and support. Hamas has been designated as a Specially Designated Terrorist (SDT) since 1995 by the U.S. Treasury Department and a Foreign Terrorist Organization (FTO) by the U.S. State Department since 1997.

**Islamic Jihad Movement in Palestine**: An extreme fundamentalist Islamist militant organization founded in 1981 in the Gaza Strip responsible for the shooting attack that critically injured Yehuda Glick. It was designated by the U.S. State Department as a Foreign Terrorist Organization (FTO) in 1997. *See* Palestinian Islamic Jihad.

**Izz a-Din al-Qassam Brigades**: Hamas's operational terrorist wing known for its violent attacks against Israeli civilians and for its use of the Palestinian civilian population as human shields for its operatives. The wing maintains an operational presence in Damascus, Syria.

**Islamic Bloc (Al-Kutla al-Islamiya)**: A political student organization established by Hamas. It frequently serves as a body to recruit students from Palestinian universities, including Birzeit University, Al-Quds University and An-Najah National University, to the ranks of Hamas for the execution of terror attacks in the organization's name.

**Jerusalem Brigades:** The militant terrorist wing of the Palestinian Islamic Jihad. It is also known as Sayara Al-Quds and the Al-Quds Brigades.

**Muslim Brotherhood:** A fundamentalist Islamist organization founded in Egypt in 1928. The organization hoped to reconstitute Muslim society in the spirit of ancient Islam, eventually establishing a large Islamic state that would expand Muslim rule into the rest of the world through jihad (holy war). The Muslim Brotherhood's extremist Islamic ideology, along with its physical civil and religious infrastructure served as the basis for the founding of Hamas in December 1987.

**Palestinian Authority (PA)**: The governing body of the Palestinians in the West Bank. It was established as a result of the Oslo Accords to govern Palestinians in the West Bank and Gaza Strip. In 2007, however, Hamas seized power of the Gaza Strip in a violent coup against Fatah and the Palestinian Authority.

**Palestinian Information Center: "PALINFO"** Hamas affiliated Palestinian web site and news network routinely used to disseminate Hamas propaganda, as well as praise and eulogize terrorists such as Bashar al-Qader Masalha, the operative who murdered Taylor Force. The day of the attack they posted pictures and Masalha's |Facebook posts. Two days later Hamas posted a banner on PALINFO announcing its son the Shahid carried out a stabbing attack.

**Palestinian Islamic Jihad (PIJ)**: An extreme fundamentalist Islamist militant organization founded in 1981 in the Gaza Strip. It seeks to destroy the State of Israel and establish a fundamentalist Islamic state in its place. It is opposed to any solution to the Palestinian-Israeli conflict that does not involve the destruction of the State of Israel. It has not participated in elections to the Palestinian Legislative Council because of its opposition to the Oslo Accords. The PIJ is supported by Iran and Syria in terms of funding, weapons, equipment, training, and diplomatic sponsorship and support and is headquartered in Damascus, Syria. The PIJ has been designated a Foreign Terrorist Organization (FTO) by the U.S. State Department since 1997. It is also known as the Islamic Jihad Movement in Palestine.

**Palestinian Legislative Council**: The legislature of the Palestinian Authority.

**Palestine Liberation Organization (PLO)**: An umbrella organization consisting of several Palestinian nationalist parties and groups, including Fatah.

**Political Bureau**: Hamas's executive apparatus that also monitors the Qassam Brigades and was headquartered in Damascus, Syria until the Syrian civil war.

**The Popular Front for the Liberation of Palestine:** Terror organization that published a declaration stating that the terrorist Abu Ghanem who committed the Bus 78 massacre in the Jerusalem neighborhood of Armon Hanatziv killing among others, Richard Lakin, was a commander in the Izz al-Din al-Qassam Brigades.

**Popular Resistance Committees (PRC)**: An organization in Gaza that identifies with Hamas ideology. |It coordinates with and acts on Hamas's instructions and direction and is responsible for carrying out rocket attacks against Israeli cities from the Gaza strip, including firing the Grad rocket that hit a synagogue in the Israeli town of Ashdod on August 19, 2011, seriously injuring Shmuel Zev Brauner. They frequently act as sub-contractors for Hamas for the purpose of carrying out terrorist attacks during periods in which Hamas, for various reasons, seeks to maintain terrorist activity emanating from the Gaza Strip without taking direct responsibility.

**Qassam Brigades**: Shorthand for Izz a-Din al-Qassam Brigades.

**Saraya al-Quds**: The militant terrorist wing of the Palestinian Islamic Jihad. It is also known as the Al-Quds Brigades and the Jerusalem Brigades.

**Shura Council**: The body of Hamas that devises the organization's policies and strategies.

### C. Locations

**Al Quds University:** Palestinian university with an enrolment of over 13,000 students. Its main campus is situated in Abu Dis, a town on the outskirts of northern Jerusalem.

**An Najah National University:** Palestinian university with an enrollment of over 22,000 students. It is located in Nablus, (also known as Shechem in Hebrew). Nablus is located in the northern part the West Bank, approximately 34 miles north of Jerusalem.

**Birzeit University (BZU):** Palestinian university with an enrollment of approximately 14,000 students. It is located in the town of Birzeit, in the central West Bank.

**Gaza Strip (Gaza):** Hamas governed and controlled Palestinian territory located on the eastern coast of the Mediterranean Sea that borders Egypt on the southwest and Israel on the east and north. In 2005 Israel evacuated all Israeli citizens and military installations from Gaza and transferred control of the area to the Palestinian Authority. In 2007 Hamas seized power in a violent coup against the Palestinian Authority and its faction Fatah.

**Hajjah**: Village where Bashar Muhammad Abd al-Qader Masalha, the terrorist who murdered Taylor Force resided. It is located in the Palestinian Authority controlled Qalqilya District in the northern West Bank near central Israel.

---

### Iranian Persons and Organizations

### A. Persons

**Ayatollah Ali Khamenei**: The Supreme Leader of the Islamic Republic of Iran.

**Muhammad Ali Jarafi**: Commander of the Revolutionary Guards who spoke of the broad support Iran had given the "Resistance," i.e., the terrorist organizations, in Gaza, specifically mentioning missiles used to attack Israeli cities.

**Ali Larijani**: Iranian Parliament Speaker who spoke of the broad support Iran had given the "Resistance," i.e., the terrorist organizations, in Gaza, specifically mentioning missiles used to attack Israeli cities.

### B. Organizations

**Bank Saderat**: The largest bank in Iran that is designated by the United States as a terrorist financier.

**Hezbollah (Hizballah or Hizbullah)**: A terrorist organization in Lebanon committed to armed struggle with Israel. It is sponsored by Iran with additional support from Syria and in fact is considered to be Iran's arm against Israel in Lebanon. Hezbollah was designated as a Foreign Terrorist Organization by the U.S. State Department in 1997.

**Iranian Ministry of Information and Security (MOIS)**: The Iranian intelligence service frequently used by Iran to support the activities of terror organizations. It has been designated by the U.S. for its support to terrorist groups as well as its central role in perpetrating human rights abuses in Iran and Syria.

**Islamic Revolutionary Guard Corps (IRGC)**: The Islamist militia of the Islamic Republic of Iran. The U.S. has designated the IRGC for providing support for terrorist activities.

**Quds Force**: The unit of the Revolutionary Guards that operates the weapons-smuggling operation to Hamas and the Palestinian Islamic Jihad in the Gaza Strip. The U.S. has designated the Quds Force for providing material support to terrorist organizations.

**Revolutionary Guards**: Shorthand for the Islamic Revolutionary Guard Corps.

## Syrian Persons and Locations

### A. Persons

**Bashar el-Assad**: President of Syria since replacing his father Hafez al-Assad upon his death in 2000.

**Hafez al-Assad**: President of Syria from 1970 to 2000.

### B. Locations

**Damascus**: The capital of Syria that served as the headquarters of Hamas's Political Bureau as well as the PIJ Headquarters and provided a safe-haven for several Hamas and Palestinian Islamic Jihad leaders.

**Ein Saheb Camp**: Served as a Palestinian Islamic Jihad and Hamas training facility near Damascus.

## Saudi Arabian Locations

**Mecca**: Located in Saudi Arabia, Mecca is regarded as the holiest city in Islam. It is home to the sacred mosque Masjid al-Haram which surrounds the "Kaaba", the cloth-covered cubic structure that is Islam's most sacred shrine. It is also the destination of the Hajj, an obligatory pilgrimage at least once in their lives for all able Muslims as well as the non-mandatory pilgrimage made by Muslims known as the Umrah.

## Miscellaneous Terminology

**Alawites**: The sectarian group of Hafez and Bashar el-Assad, accounting for roughly 10% of Syria's population.

**Allahu Akbar (Takbir)**: Phrase expressing the superiority of Allah and His oneness. This cry is now commonly used by Islamic terrorists during the course of their attacks.

**Al Aqsa Intifada**: A violent Palestinian uprising beginning in 2000 and lasting for several years where suicide bombers and armed terrorists targeted civilians in coordination with various terror organizations.

**Al Mayaden**: Lebanese pro-Iranian channel that broadcasts information regarding Iranian support for the Palestinian "resistance". In November, 2012, the channel broadcast a statement by the PIJ spokesman Daud Shihad confirming the provision of military assistance by Iran that included weapons rounds, and rockets.

**Al Quds Intifada**: What Hamas referred to as the 2015-2016 violent wave of terror.

**First Intifada**: Outbreak of protests and violence that began in 1987 during which Hamas was founded.

**Gaza Disengagement Plan**: Plan that went into effect August 15 2005 where 21 Jewish communities as well as all military installations were removed from Gaza by Israel, ceding the Gaza Strip to the control of the Palestinian Authority.

**Grad rocket**: Artillery rocket typically used by terrorist organizations in the Gaza Strip for attacks against Israeli cities. These rockets are manufactured outside of the Gaza Strip and are primarily supplied to and smuggled into the Gaza Strip by Iran.

**Hajj (Haj)**: The fifth pillar of Islam and mandatory annual pilgrimage to Mecca that must be undertaken by every able Muslim at least once during their lives. Also known as "the great pilgrimage).

**Intifada**: Arabic term used to refer to an uprising.

**Istishhad**: Arabic for "death of a martyr." It is used to refer to someone who was killed while committing an act against the enemy.

**Jihad**: Attributed various meanings, but typically used by Hamas to refer to armed struggle.

**Maqdasi:** General meaning is Jerusalemite but also commonly implies an affiliation with the Saraya Al-Quds of the PIJ defending the al-Aqsa Mosque.

**Marj al-Zuhur Deportation**: December, 1992 deportation of over 415 people, among them more than 350 Hamas operatives, in response to increased Hamas terror activity including the kidnapping and murder of an Israeli border guard. This was a foundational moment for Hamas as a movement. Many of the deportees were, or as a result of the deportation, became heads of the Hamas Da'wa (Hamas civilian infrastructure). The deportation also allowed senior Hamas operatives from Gaza and the West Bank to meet in Lebanon and establish direct contact with

the Hamas leadership abroad, as well as establish contact with Hezbollah, from which Hamas learned and adopted terrorist methods such as the use of suicide terrorists against Israel.

**Mustash'hidun**: Arabic for "those who died in sanctification of Allah's name."

**Operation Pillar of Defense**: A military operation carried out by the IDF in the Gaza Strip in 2012.

**Oslo Accords**: A set of agreements made between the State of Israel and the Palestine Liberation Organization between 1993 and 1995, in which Israel recognized the PLO as the representative of the Palestinian people thereby creating the self-governing Palestinian Authority.

**Qassami Shahid**: Arabic shorthand for "martyr of the Izz a-Din al-Qassam Brigades."

**Second Intifada**: Another way of referring to the Al Aqsa Intifada.

**Shahada**: Arabic for "martyrdom."

**Shahid**: Arabic for "martyr."

**Shahid Al-Quds:** Arabic for "martyr of Al-Quds"

**Umrah**: A pilgrimage to Mecca that Muslims perform at any time during the year. It is also known as the "small pilgrimage" in order to differentiate it from the Hajj. While not mandatory, it is an important and desirable pilgrimage in the eyes of Muslims.

**Zionists**: Those who believe in the right of Jewish self-determination in Israel.

---

## Acronyms

**APF**:   **A**lliance of Palestinian Forces

**BZU**:   Birzeit University

**FTO**:   Foreign Terrorist Organization

**HAMAS**: Ḥarakat al-Muqāwamah al-Islāmiyyah" (Arabic for "The Islamic Resistance Movement")

**IDF**:   Israel Defense Forces

**IRGC**: Islamic Revolutionary Guard Corps

**ISA**:   Israel Security Agency

**MOIS**: Ministry of Information and Security

**NS-PLC**: Non-Specially Designated National elected to the Palestinian Legislative Council

**OFAC**: Office of Foreign Assets Control (Department of the Treasury)

**PA**:   Palestinian Authority

**PIJ**:  Palestinian Islamic Jihad (aka Islamic Jihad Movement in Palestine)

**PFLP:** Popular Front for the Liberation of Palestine

**PLO:**  Palestinian Liberation Organization

**PRC:**  Popular Resistance Committees

**SDGT:** Specially Designated Global Terrorist

**SDN:**  Specially Designated National

**SDT:**  Specially Designated Terrorist

_____

## Claimant Family Members

**Avraham David Moses**:

> **Atara Nesia Moriah**: Step-sister of Avraham David Moses and daughter of David Moriah. She is an Israeli citizen.
>
> **Aviad Moriah**: Step-Brother of Avraham David Moses. Aviad is a U.S. citizen. He is the son of David Moriah.
>
> **Ayelet Moses (A.M.)**: Paternal half-sister of Avraham David Moses and a U.S. citizen.
>
> **C.M**: Maternal half-brother of Avraham David Moses. He is a U.S. citizen.
>
> **David Moriah**: Stepfather of Avraham David Moses and father of Chagit, Eitan, Ifat, Atara, Aviad, N.M., C.M., and Tzur Moriah (Z.G.M.). David Moriah is a U.S. citizen.
>
> **Eitan Yoel Moriah**: Step-brother of Avraham David Moses and son of David Moriah. He is an Israeli citizen.
>
> **Elisha Dan Moses**: Brother of Avraham David Moses. He is a U.S. citizen.

**Chagit Gibor Moriah**: Step-sister of Avraham David Moses and daughter of David Moriah. She is an Israeli citizen.

**Naftali Andrew Moses**: Father and personal representative of the estate of Avraham David Moses and father of Elisha Dan Moses, O.D.M. and A.M. Naftali Moses is a U.S. citizen.

**N.M.**: Maternal half-brother of Avraham David Moses. He is a U.S. citizen.

**O.D.M.**: Paternal half-sister of Avraham David Moses. She is a U.S. citizen.

**Rivkah Martha Moriah**: Mother and personal representative of the estate of Avraham David Moses and mother of Elisha Dan Moses, N.M., C.M., and Tzur Moriah (Z.G.M.). Rivkah Moriah is a U.S. citizen.

**Tzur Moriah (Z.G.M.)**: Step-brother of Avraham David Moses and son of David Moriah. He is an Israeli citizen.

**Ifat Cohen (Moria)**: Step-sister of Avraham David Moses and daughter of David Moses. She is an Israeli citizen.

**Menachem Mendel Rivkin**:

**Bracha Rivkin**: Wife of Menachem Mendel Rivkin and an Israeli citizen. Bracha Rivkin was six months pregnant at the time she witnessed the attack on her husband. While not physically injured, Bracha Rivkin nevertheless suffered severe emotional and psychological trauma and seeks damages under Israeli law for her pain and suffering as a victim as well as for solatium.

**M.M.R.**: Daughter of Menachem Mendel Rivkin and Bracha Rivkin and a U.S. citizen.

**R.M.R.**: Daughter of Menachem Mendel Rivkin and Bracha Rivkin and a U.S. citizen.

**S.S.R.**: Daughter of Menachem Mendel Rivkin and Bracha Rivkin and a U.S. citizen

**S.Z.R.**: Son of Menachem Mendel Rivkin and Bracha Rivkin and a U.S. citizen.

**Naftali Shitrit**:

**A.S.**: Brother of Naftali Shitrit and a U.S. citizen.

**E.S.**: Brother of Naftali Shitrit and a U.S. citizen.

**Gila Rachel Shitrit**: The mother of Naftali Shitrit and A.S., E.S., H.S., Meiri, N.S., Oshrat and Y.S. Gila Shitrit is U.S. citizen.

**H.S.**: Brother of Naftali Shitrit and a U.S. citizen.

**Meiri Shitrit**: Sister of Naftali Shitrit and a U.S. citizen.

**N.S.**: Sister of Naftali Shitrit and a U.S. citizen.

**Oshrat Shitrit**: Sister of Naftali Shitrit and a U.S. citizen.

**Y.S.**: Brother of Naftali Shitrit and a U.S. citizen.

**Yaakov Shitrit**: The father of Naftali Shitrit and A.S., E.S., H.S., Meiri, N.S., Oshrat and Y.S. Yaakov Shitrit is an Israeli citizen.

**Richard Lakin**:

**Manya Lakin**: Daughter and personal representative of the estate of Richard Lakin. She is a U.S. citizen.

**Micah Lakin Avni**: Son and personal representative of the estate of Richard Lakin. He is a U.S. citizen.

**Shmuel Zev Shimon Brauner**:

**C.Y.B.**: Son of Shmuel Zev Shimon Brauner and Nechama Brauner. C.Y.B. is an Israeli citizen.

**Esther Chaya Brauner**: Mother of victim Shmuel Zev Shimon Brauner. She is a U.S. citizen.

**Mordechai Brauner**: Father of victim Shmuel Zev Shimon Brauner. He is a U.S. citizen.

**M.H.B.**: Daughter of Shmuel Zev Shimon Brauner and Nechama Brauner. M.H.B is an Israeli citizen.

**Nechama Brauner**: The wife of victim Shmuel Zev Shimon Brauner and mother of C.Y.B. and M.H.B. She is a U.S. citizen.

**Taylor Force**

**Kristen Ann Force**: Sister of Taylor Force. She is a U.S. citizen.

**Robbi Force**: Mother of Taylor Force. She is a U.S. citizen.

**Stuart Force**: Father, and personal representative of the estate of Taylor Force. He is a U.S. citizen.

**<u>Yehuda Glick</u>**:

**Halel Glick**: Son of Yehuda Glick and Yaffa Glick. He is a U.S. citizen.

**Neriya David Glick**: Son of Yehuda Glick and Yaffa Glick. He is a U.S. citizen.

**R.T.**: Foster child of Yehuda Glick and Yaffa Glick. R.T. is an Israeli citizen.

**S.G.**: Son of Yehuda Glick and Yaffa Glick. S.G. is a U.S. citizen.

**Shlomo Glick**: Son of Yehuda Glick and Yaffa Glick. He is a U.S. citizen.

**T.T.**: Foster child of Yehuda Glick and Yaffa Glick. T.T. is an Israeli citizen.

**Yaffa Glick**: The late Yaffa Glick was the wife of Yehuda Glick and an Israeli citizen. She was present when her husband was shot and while not physically injured, she suffered severe psychological and emotional trauma, which ultimately led to her death. Yaffa Glick's Estate seeks damages under Israeli law for her pain and suffering as a victim of the attack.