# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

STUART FORCE, *et al.*,

                         Plaintiffs,                  Docket No:

                        -against-                  16-CV-1468 (RDM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                         Defendants.

-------------------------------------------------------------------X

## STATUS REPORT

Plaintiffs respectfully submit this status report to address several miscellaneous issues pertaining to this case.

### A.    Material Support Regarding Syria

During the hearing, the Court raised certain questions regarding the issue of "material support" vis-à-vis Syria. In the plaintiffs' status report dated October 20, 2018 (Dkt. 103) plaintiffs advised the court that once the transcript was received we would review the transcript, and also explore with Dr. Berti whether an additional factual submission may be appropriate.

The transcript has now been received and reviewed, and we have conferred with Dr. Berti.

Dr. Berti has advised us that because of her new employment at NATO she is not permitted to provide additional submissions in this case. She was permitted to testify as a one-time thing since it was based on a report she had submitted previously. Accordingly, we will not be submitting anything further from Dr. Berti.

Moreover, plaintiffs believe that the issue was sufficiently addressed in the testimony of another of plaintiffs' experts, Dr. Deeb. *See,* Dkt. 105, Hearing Day 2 Tr., pp. 98-115.

**B.     Open Issues**

At the conclusion of the hearing, the Court stated:

THE COURT: So this is what I think I ought to do is I ought to spend some time going through all this material. It may be helpful at some point in time for me to have argument from you on some of these issues and let you address some of the areas where I may have questions. But I think I probably should dig into it more, and I'll just let you know then if it makes sense to have you come back to do that.

Dkt. 105, Hearing Day 2 Tr., p. 115.

Immediately after this comment, the Court mentioned certain specific issues. These issues were addressed in the plaintiffs' October 20, 2018 status report, and in in Section A of this status report.

If there are any additional issues about which the Court would find further submissions or oral argument useful, plaintiffs remain available.

Dated:   Brooklyn, New York
         January 24, 2019

                                              Respectfully submitted,

                                              THE BERKMAN LAW OFFICE, LLC
                                              *Attorneys for Plaintiffs*

By:   _____
       Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         January 24, 2019

                                                 Robert J. Tolchin