IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

STUART FORCE, *et al.*,

                Plaintiffs,

    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

Docket No:
16-CV-1468 (RDM)

-------------------------------------------------------------------X

## STATUS REPORT

Plaintiffs respectfully submit this status report in response to the Court's minute order issued August 6, 2019. Even though the Court subsequently issued a second minute order saying that plaintiffs may disregard the first, plaintiffs submit this short response to make certain that there is no confusion in the record.

The Court had asked whether plaintiff Yehudah Glick remains a US national given that he entered the Israeli Knesset in May 2016 as stated in his declaration (Dkt. 52, at 3). The Court subsequently noted that the complaint (Dkt. 1, at 6) acknowledges that Mr. Glick "was compelled by Israeli law to renounce his American Citizenship" upon being elected to the Knesset. *Id.*

So that the record can be complete, plaintiffs are filing simultaneously herewith under seal a copy of Mr. Glick's Certificate of Loss of Nationality of the United States. It is dated May 25, 2016.

We wish to point out, however, that the statute under which we have brought this action is satisfied as long as Mr. Glick was a national of the United States at the time of the terrorist act. 28 U.S.C. § 1605A(2)(A)(ii)(I).

The terrorist attack against Mr. Glick occurred on October 29, 2014, which is well before Mr. Glick renounced his United States citizenship. As is confirmed by the Certificate of Loss of Nationality, Mr. Glick held United States citizenship at the time of the terrorist attack in which he was injured.

Dated:   Brooklyn, New York
         August 6, 2019

                                        Respectfully submitted,

                                        THE BERKMAN LAW OFFICE, LLC
                                        *Attorneys for Plaintiffs*

                                        By: _____
                                            Robert J. Tolchin
                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         August 6, 2019

                                            Robert J. Tolchin