IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X

STUART FORCE, *et al.*,

                          Plaintiffs,   Docket No:

                         -against-   16-CV-1468 (RDM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                          Defendants.

------------------------------------------------------------------X

## STATUS REPORT

During a status conference on July 5, 2018 there was a colloquy between the undersigned and the Court about what the cutoff date was for Plaintiffs to be able to make an application to the United States Victims of State Sponsored Terrorism Fund ("USVSST Fund") for that year. I informed the Court that the official cutoff was in September 2018, but that based on past experience I thought that even if a judgment were rendered in October 2018 there was a good chance of the claim being accepted to the USVSST Fund. (DE 95, pp. 11-15).

As things worked out, the hearing in this matter could not be scheduled until October 16-17, 2018, so Plaintiffs could not as a practical matter get a judgment and make a claim from the USVSST Fund in 2018 for its second-round distribution, which occurred in January 2019.

On November 21, 2019 Congress enacted and the President signed into law The United States Victims of State Sponsored Terrorism Fund Clarification Act, Pub. Law 116-69 § 1701, 113 Stat. 1140 ("Clarification Act"). One of the effects of that new law was to extend the deadline for applications to the USVSST Fund for purposes of the third-round distribution.

Before the Clarification Act the deadline was September 13, 2019. By operation of the Clarification Act, the deadline is now February 19, 2020.

This means that if the Court enters judgment in favor of the Plaintiffs a sufficient amount of time before February 19, 2020 for Plaintiffs to translate the judgment to Farsi and Arabic and serve it on Iran and Syria, Plaintiffs will be able to be included in this round of distributions.

It should be noted that there is no guarantee of future distributions beyond the current third round. While the USVSST Fund has been extended by the Clarification Act to 2030. Pub. Law 116-69 § 1701(b)(1)(D)(ii), 113 Stat. at 1142, there will not necessarily be money to distribute in the USVSST Fund in future years, as it is funded by fines and forfeitures and only has substantial money when there have been a lot of fines and forfeitures. For this round there is $1,075,000,000 that will be distributed, according to the USVSST Fund website, www.usvsst.com. How much, if anything, will be available for distribution in future years is unknowable.

Plaintiffs would be very grateful to the Court if there could be any possibility for this matter to be concluded in time to allow them to not miss this USVSST Fund round.

Dated:   Brooklyn, New York
         December 16, 2019

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
    Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
        December 16, 2019

                                              Robert J. Tolchin