IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

Docket No:
16-CV-1468 (RDM)

------------------------------------------------------------------- X

## RESPONSE TO SPECIAL MASTER'S REPORT

The Court's minute order of April 26, 2021 directed Plaintiffs to "provide any responses and objections to Special Master Deborah Greenspan's report, Dkt. [119], on or before May 14, 2021."

Plaintiffs respectfully respond that they have no objections to the Special Master's report.

Plaintiffs do wish to point out, however, that the Plaintiffs' motion for a default judgment sought punitive damages. (*See* Memo of Law, Dkt. 85, pp. 20-21; Proposed Findings of Fact and Conclusions of Law, pp. 81-84). This Court's order of May 31, 2020 (Dkt. 111) made findings of liability and appointed a Special Master to make recommendations regarding compensatory damages, and the Special Master's May 14, 2021 Report (Dkt. 119) addressed only compensatory damages. The issue of punitive damages has not yet been addressed. Plaintiffs' proposed order, submitted simultaneously herewith, contains decretal paragraphs proposing awarding punitive damages in the amount of $150 million per family plaintiff group, jointly and severally.

Dated:    Brooklyn, New York
           May 11, 2021

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
      Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:  Brooklyn, New York
        May 11, 2021

_____
Robert J. Tolchin