IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                Plaintiffs,

    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

------------------------------------------------------------------- X

Docket No:

16-CV-1468 (RDM)

## STATUS REPORT

Following the discussion at the hearing this morning, and the issues the Court expressed an intention to consider further, it occurs to Plaintiffs that with respect to the claims relating to the attacks that resulted in the deaths of Taylor Force, Richard Lakin, and Avraham David Moses there should be no impediment to entering a judgment at this time in accordance with the findings of the Special Master. If the Court would like Plaintiffs' counsel to submit a proposed form of judgment for those claims, Plaintiffs' counsel would be pleased to do so.

Dated:   Brooklyn, New York
           October 26, 2021

                                               Respectfully submitted,

                                               THE BERKMAN LAW OFFICE, LLC
                                               *Attorneys for Plaintiffs*

                                        By:    _____
                                                      Robert J. Tolchin
                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         October 26, 2021

                                               _____
                                               Robert J. Tolchin