# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR FORCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*<br><br>*Defendants*. | Civil Action No. 16-1468 (RDM) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 126, it is hereby

**ORDERED** that judgment is entered in favor of the Plaintiffs identified in Exhibit A and against Defendants, jointly and severally, in the total amount of $171,403,803 for compensatory damages, and that each such Plaintiff is entitled to the damages listed in Exhibit A.  It is further

**ORDERED** that, in addition to the compensatory damages listed in Exhibit A, the Plaintiffs identified in Exhibit A are entitled to an award of punitive damages in the amount of $342,807,606 to be apportioned relative to their individual compensatory awards.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  July 27, 2022

# Exhibit A

| | Pain and Suffering – Physical Injuries and Emotional/Psychological Distress Damages / Solatium Damages | Economic Loss | Prejudgment Interest | Total With Prejudgment Interest |
|---|---|---|---|---|
| **Estate of Taylor Force** | $1,000,000 | $584,230 | $295,557 | $1,879,787 |
| Stuart Force | $6,250,000 | - | $1,823,287 | $8,073,287 |
| Robbi Force | $6,250,000 | - | $1,823,287 | $8,073,287 |
| Kristin Ann Force | $3,125,000 | - | $911,643 | $4,036,643 |
| **Estate of Richard Lakin** | $1,500,000 | - | $463,482 | $1,963,482 |
| Micah Lakin Avni | $6,250,000 | - | $1,931,175 | $8,181,175 |
| Manya Lakin | $6,250,000 | - | $1,931,175 | $8,181,175 |
| **Estate of Avraham David Moses** | $1,000,000 | - | $693,931 | $1,693,931 |
| Rivka Martha Moriah | $7,250,000 | $139,880 | $5,106,150 | $12,496,030 |
| Naftali Andrew Moses | $7,250,000 | $778,686 | $5,254,812 | $13,283,497 |
| David Moriah | $6,250,000 | - | $4,337,067 | $10,587,067 |
| N.M. | $3,125,000 | - | $2,168,533 | $5,293,533 |
| C.M. | $2,500,000 | - | $1,734,827 | $4,234,827 |
| Z.G.M. | $3,125,000 | - | $2,168,533 | $5,293,533 |
| O.D.M. | $2,500,000 | - | $1,734,827 | $4,234,827 |
| A.M. | $2,500,000 | - | $1,734,827 | $4,234,827 |
| Elisha Dan Moses | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Aviad Moriah | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Chagit Gibor Moriah | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Eitan Yoel Moriah | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Yifat Moriah | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Atara Nesia Moriah | $3,125,000 | - | $2,168,533 | $5,293,533 |
| **Naftali Shitrit** | $8,000,000 | - | $5,551,445 | $13,551,445 |
| Gila Rachel Shitrit | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Yaakov Shitrit | $3,125,000 | - | $2,168,533 | $5,293,533 |
| Meiri Shitrit | $1,562,500 | - | $1,084,267 | $2,646,767 |
| Oshrat Shitrit | $1,250,000 | - | $867,413 | $2,117,413 |
| N.S. | $1,562,500 | - | $1,084,267 | $2,646,767 |
| Y.S. | $1,250,000 | - | $867,413 | $2,117,413 |
| A.S. | $1,250,000 | - | $867,413 | $2,117,413 |
| E.S. | $1,250,000 | - | $867,413 | $2,117,413 |
| H.S. | $0 | - | $0 | $0 |