CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Force, et al.,

_____
Plaintiff(s)

vs.

The Islamic Republic of Iran, et al.,

_____
Defendant(s)

Civil Action No.: 16-cv-01468

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ▼ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Syrian Arab Republic
c/o Foreign Ministry Walid al-Mualem
Ministry of Foreign Affairs.
Shora, Muajireen
Damascus, Syria

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): NOT APPLICABLE, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Robert J. Tolchin
(Signature)

The Berkman Law Office, LLC
829 East 15th St.
Brroklyn, New York 11230
(718) 855-3627

(Name and Address)