*Force, et al. v. Islamic Republic of Iran, et al.*
    16-cv-1468 (RDM)

| Registered No. RA650622004US | | Date Stamp |
|---|---|---|
| Postage $ $4.91 | Extra Services & Fees (continued) | |
| Extra Services & Fees<br>☐ Registered Mail $ $18.25 | ☐ Signature Confirmation $ | |
| ☐ Return Receipt (hardcopy) $ $4.75 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** $ $27.91 | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $0.00 | Received by 10/18/2022 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: THE BERKMAN LAW OFFICE, LLC
829 E 15th STREET
BROOKLYN, NY 11230

TO: ISLAMIC REPUBLIC OF IRAN
c/o MINISTRY OF FOREIGN AFFAIRS
KHOMEINI AVENUE
UNITED NATIONS ST.
TEHERAN, IRAN

PS Form 3806, Registered Mail Receipt    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

*Force, et al. v. Islamic Republic of Iran, et al.*
       16-cv-1468 (RDM)



```
                        FRANCES PERKINS
                     200 CONSTITUTION AVE NW
                     WASHINGTON, DC 20210-0002
                          (800)275-8777
10/18/2022                                   02:59 PM
------------------------------------------------------
Product                  Qty     Unit        Price
                                 Price
------------------------------------------------------
First-Class Mail          1                  $4.91
Intl™ Large Envelope
    Iran
    Weight: 0 lb 2.50 oz
    Registered                               $18.25
        Amount: $0.00
        Tracking #:
        RA650622004US
    Return Receipt                           $4.75
Total                                        $27.91

------------------------------------------------------
Grand Total:                                 $27.91
------------------------------------------------------
Credit Card Remit                            $27.91
    Card Name: VISA
    Account #: XXXXXXXXXXXX0874
    Approval #: 414556
    Transaction #: 678
    AID: A0000000980840            Chip
    AL: US DEBIT
    PIN: Not Required
------------------------------------------------------

            For updated information about
      International Service Disruptions, visit:
                www.usps.com/intl/alerts

      In a hurry? To send correspondence and
      nondutiable documents, (goods are not
           mailable in First-Class Mail
      International Letters or Documents),
      self-service kiosks offer quick and easy
          check-out. Any Retail Associate
                  can show you how.

      Refer to your Registered Mail® tracking
           number for delivery information.

      Save this receipt as evidence of mailing.
      For information on filing a claim go to
           https://www.usps.com/help/claims.htm
                or call 1-800-222-1811

                 Preview your Mail
                Track your Packages
                 Sign up for FREE @
          https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
             Thank you for your business.

           Tell us about your experience.
      Go to: https://postalexperience.com/Pos
      or scan this code with your mobile device.
```



```
               or call 1-800-410-7420.
```