IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

STUART FORCE, *et al.*,

                Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

Docket No:

16-CV-1468 (RDM)

---------------------------------------------------------------------- X

## STATUS REPORT

In keeping with the Court's minute order of November 7, 2003, Plaintiffs respectfully submit this status report to update the Court regarding the appeal in *Borochov v. Iran,* No. 22-7058 (D.C. Cir.) and proposing next steps in this case. This case was stayed by that minute order pending the decision in *Borochov.*

The *Borochov* appeal was decided on March 8, 2024, holding that where there is a terrorist attack in which nobody is killed, because of the wording of the statute ("extrajudicial killings," 28 U.S.C. § 1605A(a)(1)) there is no federal subject matter jurisdiction regardless of the terrorists' actual intent to kill people, and regardless of whether the terrorists' efforts to kill people resulted in physical injuries to people. No mandate has yet issued from the Court of Appeals. A copy of the *Borochov* opinion is attached as Ex. A.

Needless to say, Plaintiffs view the *Borochov* decision as unfortunate and wrongly decided. Since I am also counsel for Plaintiffs in *Borochov*, I can represent that the *Borochov* plaintiffs are planning to seek *en banc* review, and if that is unsuccessful will seek a writ of certiorari.

Plaintiffs respectfully submit that this case should remain stayed as to the remaining plaintiffs.[1]

Plaintiffs respectfully submit that the remaining plaintiffs' claims should remain stayed pending the exhaustion of the appellate process in *Borochov*. Proceeding in this manner is the most efficient and economical approach. If the Court would lift the stay and apply *Borochov,* presumably dismissing the complaint as to these plaintiffs, Plaintiffs would be compelled to file a notice of appeal ($505 filing fee) and submit a brief and joint appendix (several thousand dollars of printing costs), not to mention attorney time perfecting an appeal, all to preserve the issue until the ultimate disposition of *Borochov*. On the other hand, if the Court simply leaves the case stayed as to those plaintiffs, there will be no costs to incur and no court or judicial resources will need to be expended processing an appeal that may ultimately be rendered academic.

It is also possible that in the interim Congress will take up the *Borochov* court's suggestion that it amend the statute, *Borochov,* Ex. A, p. 24 ("If Congress wishes more expansive coverage for acts of terrorism, it can amend the statute to permit it. But we cannot make that call.") If an amendment happens while this case is still pending, the amendment will apply to this case, thereby saving Plaintiffs the expense of having to file a new complaint, translate it, and serve it on Iran, not to mention the extensive delay that would entail.

As always, Plaintiffs thank the Court for its efforts in this matter.

Dated:   Brooklyn, New York
         March 18, 2024

---

[1] The remaining plaintiffs are Menachem Mendel Rivkin, Bracha Rivkin, S.S.R., M.M.R., R.M.R., S.Z.R., Yehuda Glick, Estate of Yaffa Glick, Neriya David Glick, Shlomo Glick, Hallel Glick, Sachar Glick, R.T., T.T., Shmuel Zev Shimon Brauner, Nechama Brauner, C.Y.B., Mordechai Brauner, and Esther Chaya Brauner.

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
     Robert J. Tolchin
829 E 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627

-3-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         March 18, 2024

                                             _____
                                             Robert J. Tolchin